BENJAMIN BRAFMAN
BRAFMAN & ASSOCIATES, P.C.
767 Third Avenue, 26th Floor
New York, New York 10017
Telephone: 212-750-7800
Facsimile: 212-750-3906
Email: Bbrafman@braflaw.com

Admitted Pro Hac Vice as Attorneys for
Defendant Melvyn I. Weiss

BROWN & WHITE LLP
THOMAS M. BROWN (Cal. Bar No. 117449)
ALFREDO X. JARRIN (Cal. Bar No. 132145)
333 South Hope Street, 36th Floor
Los Angeles, California 90071-1406
Telephone: 213-613-0500
Facsimile: 213-613-0550
Email: tbrown@brownwhitelaw.com
       ajarrin@brownwhitelaw.com

Attorneys for Defendant
MELVYN I. WEISS

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>MILBERG WEISS LLP,<br>MELVYN I. WEISS,<br>SEYMOUR M. LAZAR, and<br>PAUL T. SELZER,<br><br>　　　　　　Defendants. | Case No. CR 05-587(D)-JFW<br><br>**ORDER MODIFYING TERMS OF RELEASE TO PERMIT DEFENDANT MELVIN I. WEISS TO TRAVEL TO NASSAU, BAHAMAS** |

Based on the Stipulation of the parties, and for good cause shown,

IT IS HEREBY ORDERED that Melvyn I. Weiss' Terms of Release are modified to permit Mr. Weiss to travel to Nassau, Bahamas on February 7, 2008 through February 10, 2008.

1   IT IS FURTHER ORDERED that United States Pretrial Services release Mr.
2  Weiss' passport for this purpose, and that Mr. Weiss' passport is to be re-
3  surrendered upon the completion of his travel to Nassau, Bahamas.  All other terms
4  and conditions of Mr. Weiss' release remain unchanged.

6  Dated:     January 22, 2008

7                                                            _____
   cc: USPO, PSA                              HON. JOHN F. WALTER
8                                                            United States District Judge