UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA FILED

## CASE SUMMARY

Case Number CR 05-587(E)-JFW    Defendant Number 2008 MAR 20 AM 10: 21
U.S.A. v. MELVYN I. WEISS    Year of Birth 1935
☐ Indictment  ☑ Information    Investigative agency (FBI, DEA, etc.) Postal Inspection Service; IRS

**NOTE: All items are to be completed. Information not applicable or unknown shall be indicated as "N/A".**

**OFFENSE/VENUE**
a. Offense charged as a:    ☐ Petty Offense
   ☐ Misdemeanor   ☐ Minor Offense   ☑ Felony
b. Date of offense 1979 - 2005
c. County in which first offense occurred
   Los Angeles
d. The crimes charged are alleged to have been committed in:
   CHECK ALL THAT APPLY
   ☑ Los Angeles        ☐ Ventura
   ☐ Orange             ☐ Santa Barbara
   ☑ Riverside          ☐ San Luis Obispo
   ☐ San Bernardino     ☑ Other _____
Citation of offense 18 U.S.C. 1962

**RELATED CASE**
Has an indictment or information involving this defendant and the same transaction or series of transactions been previously filed and dismissed before trial?   ☑ No   ☐ Yes
   IF YES Case Number _____

Pursuant to Section 11 of General Order 224, criminal cases may be related if a previously filed indictment or information and the present case:
a. arise out of the same conspiracy, common scheme, transaction, series of transactions or events; or
b. involve one or more defendants in common, and would entail substantial duplication of labor in pretrial, trial or sentencing proceedings if heard by difference judges.
Related case(s), if any: **MUST MATCH NOTICE OF RELATED CASE** _____

**PREVIOUSLY FILED COMPLAINT**
A complaint was previously filed on: _____
   Case Number _____
   Charging _____

The complaint:   ☐ is still pending
   ☐ was dismissed on: _____

**COMPLEX CASE**
Are there 8 or more defendants in the Indictment/Information?
   ☐ Yes*           ☑ No

Will more than 12 days be required to present government's evidence in the case-in-chief?
   ☐ Yes*           ☑ No

*AN ORIGINAL AND 3 COPIES OF THE NOTICE OF COMPLEX CASE MUST BE FILED 2 BUSINESS DAYS BEFORE THE ARRAIGNMENT IF EITHER YES BOX IS CHECKED.

**Superseding Indictment/Information**

This is the __fifth__ superseding charge, i.e. 1st, 2nd.
The superseding case was previously filed on:
September 20, 2007
Case Number CR 05-587(D)

The superseded case:
☑ is still pending before Judge/Magistrate Judge
John F. Walter
☐ was previously dismissed on _____

Are there 8 or more defendants in the superseding case?
   ☐ Yes*           ☑ No

Will more than 12 days be required to present government's evidence in the case-in-chief?
   ☐ Yes*           ☑ No

Was a Notice of Complex Case filed on the Indictment or Information?
   ☑ Yes            ☐ No

*AN ORIGINAL AND 3 COPIES OF THE NOTICE OF COMPLEX CASE MUST BE FILED 2 BUSINESS DAYS BEFORE THE ARRAIGNMENT IF EITHER YES BOX IS CHECKED.

Is an interpreter required:   ☐ Yes   ☑ No
IF YES, list language and/or dialect: _____

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CASE SUMMARY

**OTHER**
- ☒ Male          ☐ Female
- ☒ U.S. Citizen  ☐ Alien
- Alias Name(s) _____

This defendant is charged in:   ☒ All counts
☐ Only counts: _____

☐ This defendant is designated as "High Risk" per 18 USC 3146(a)(2) by the U.S. Attorney.

☐ This defendant is designated as "Special Case" per 18 USC 3166(b)(7).

Is defendant a juvenile?        ☐ Yes    ☒ No
IF YES, should matter be sealed?  ☐ Yes  ☐ No

The area of substantive law that will be involved in this case includes:

- ☐ financial institution fraud    ☐ public corruption
- ☐ government fraud               ☐ tax offenses
- ☐ environmental issues           ☐ mail/wire fraud
- ☐ narcotics offenses             ☐ immigration offenses
- ☐ violent crimes/firearms        ☐ corporate fraud
- ☐ Other: Obstruction of justice; racketeering conspiracy; criminal forfeiture

**CUSTODY STATUS**

Defendant is **not** in custody:
a. Date and time of arrest on complaint: _____
b. Posted bond at complaint level on: _____
   in the amount of $ _____
c. PSA supervision?     ☒ Yes    ☐ No
d. Is a Fugitive        ☐ Yes    ☒ No
e. Is on bail or release from another district: _____
f. ☒ Has not been arrested but will be notified by summons to appear.
g. Warrant requested.   ☐ Yes    ☐ No

Defendant is **in** custody:
a. Place of incarceration:   ☐ State    ☐ Federal
b. Name of Institution: _____
c. If Federal: U.S. Marshal's Registration Number: _____
d. ☐ Solely on this charge. Date and time of arrest: _____
e. On another conviction:    ☐ Yes    ☐ No
   IF YES  ☐ State    ☐ Federal    ☐ Writ of Issue
f. Awaiting trial on other charges:  ☐ Yes    ☐ No
   IF YES  ☐ State    ☐ Federal    AND
   Name of Court: _____

Date transferred to federal custody: _____

This person/proceeding is transferred from another district pursuant to F.R.CrP. ____ 20 ____ 21 ____ 400

**EXCLUDABLE TIME**
Determinations as to excludable time prior to filing indictment/information EXPLAIN: _____

Date March 20, 2008

*Signature of Assistant U.S. Attorney*

DOUGLAS A. AXEL
*Print Name*