

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>PLAINTIFF,<br><br>v.<br><br>MELVYN I. WEISS,<br><br>DEFENDANT. | CASE NUMBER<br><br>CR 05-587(E)-JFW<br><br>**WAIVER OF INDICTMENT** |

I, __Melvyn I. Weiss__, the above-named defendant, who is accused of __conspiring to conduct the affairs of Milberg Weiss LLP through a pattern of racketeering activity, in violation of 18 U.S.C. § 1962(d)__, being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on __April 2, 2008__ prosecution by indictment and consent that the proceedings may be by information rather than by indictment.

Date: __April 2, 2008__

_____
Defendant

_____
Counsel for Defendant

Before _____
Judicial Officer

CR - 57 (5/00)[AO 455 Rev. 5/85]      WAIVER OF INDICTMENT