GEORGE S. CARDONA
United States Attorney
THOMAS P. O'BRIEN
Assistant United States Attorney
Chief, Criminal Division
DOUGLAS A. AXEL (Cal. Bar # 173814)
Assistant United States Attorney
Deputy Chief, Major Frauds Section
RICHARD E. ROBINSON (Cal. Bar # 090640)
ROBERT J. McGAHAN (Cal. Bar # 196568)
Assistant United States Attorneys
Major Frauds Section
1100 United States Courthouse
312 North Spring Street
Los Angeles, California 90012
Telephone: (213) 894-0689/0713/5416
Facsimile: (213) 894-6269
E-mail: Richard.Robinson@usdoj.gov
Doug.Axel@usdoj.gov
Robert.McGahan@usdoj.gov

Attorneys for Plaintiff
United States of America

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MILBERG WEISS LLP, et al.<br><br>Defendants. | No. CR 05-587-JFW<br><br>**STIPULATION RE: DOCUMENTS PROVIDED AND REPRESENTATIONS MADE BY STEPHEN E. KAUFMAN** |

The United States of America, Milberg Weiss LLP ("Milberg Weiss"), and Melvyn I. Weiss ("Weiss") hereby stipulate as follows:

1. In August 2003, Weiss was represented by attorney Stephen E. Kaufman ("Kaufman").

2. At a meeting on August 27, 2003, Kaufman, on behalf of Weiss, provided to the United States Attorney's Office for the Central District of California (referred to as the "USAO") copies of the documents attached hereto, which Kaufman had received from Weiss. These documents, which have since been labeled MIW-00001 to MIW-00010, are hereafter referred to as the "Documents."

3. Kaufman, on behalf of Weiss, provided the Documents to the USAO at the August 27, 2003 meeting only after first requiring an agreement from the USAO that imposed certain restrictions on the evidentiary use the USAO could make of the Documents. Prior to the August 27, 2003 meeting, Weiss was aware that Kaufman would provide the Documents to the USAO only if he first obtained an agreement with the USAO that imposed certain restrictions on the evidentiary use the USAO could make of the Documents.

4. At the August 27, 2003 meeting, Kaufman, on behalf of and with the authorization of Weiss, represented to the USAO and the United States Postal Inspection Service the following:

a. the Documents all concerned a legitimate art purchase option arrangement between Weiss and Steven Cooperman ("Cooperman");

b. the Documents did not concern any effort to compensate Cooperman for having served as a plaintiff for

Milberg Weiss;

c. Weiss would never have been a party to and would never have gone along with any effort to compensate Cooperman for having served as a plaintiff for Milberg Weiss; and

d. the Documents did not have to be produced pursuant to a grand jury subpoena that had been served on Milberg Weiss in January 2002 (hereafter the "Grand Jury Subpoena") because they were personal records of Weiss and were not records of Milberg Weiss.

5. On August 29, 2003, Kaufman, on behalf of and with the authorization of Weiss, caused to be represented to the USAO and the United States Postal Inspection Service the following:

a. Weiss has a safe in his office at Milberg Weiss in which he keeps personal items;

b. Weiss had found the Documents in his safe only a couple of months before, and had forgotten the documents were there; and

c. the Documents were personal documents of Weiss, and therefore did not have to be produced in response to the Grand Jury Subpoena.

/ / /

/ / /

/ / /

6. The representations described in paragraphs 4 and 5 above were made based on information provided to Kaufman by Weiss and were made with the knowledge of, and with the authorization of, Weiss.

7. This Stipulation is admissible into evidence in any action that has been or may be brought by the United States against Milberg Weiss and/or Weiss.

DOUGLAS A. AXEL
RICHARD E. ROBINSON
ROBERT J. McGAHAN
Assistant United States Attorneys

August 23, 2007

Partner, MILBERG WEISS LLP

August 17, 2007

WILLIAM W. TAYLOR III
ZUCKERMAN SPAEDER LLP
Attorneys for Milberg Weiss LLP

August 20, 2007

MELVYN I. WEISS

August __, 2007

BENJAMIN BRAFMAN
BRAFMAN & ASSOCIATES P.C.
Attorneys for Melvyn I. Weiss

August __, 2007

6. The representations described in paragraphs 4 and 5 above were made based on information provided to Kaufman by Weiss and were made with the knowledge of, and with the authorization of, Weiss.

7. This Stipulation is admissible into evidence in any action that has been or may be brought by the United States against Milberg Weiss and/or Weiss.

______________________________ August __, 2007
DOUGLAS A. AXEL
RICHARD E. ROBINSON
ROBERT J. McGAHAN
Assistant United States Attorneys

______________________________ August __, 2007

Partner, MILBERG WEISS LLP

______________________________ August __, 2007
WILLIAM W. TAYLOR III
ZUCKERMAN SPAEDER LLP
Attorneys for Milberg Weiss LLP

______________________________ August 21, 2007
MELVYN I. WEISS

______________________________ August 20, 2007
BENJAMIN BRAFMAN
BRAFMAN & ASSOCIATES P.C.
Attorneys for Melvyn I. Weiss

I, Brad N. Friedman, am a partner of the law firm Milberg Weiss LLP ("Milberg Weiss"), formerly known as "Milberg Weiss Bershad & Schulman LLP" and "Milberg Weiss Bershad Hynes & Lerach LLP," and am duly authorized to enter into this Stipulation on behalf of Milberg Weiss. I understand that this Stipulation may be admitted into evidence in any action that has been or may be brought by the United States against Milberg Weiss and that, by entering into this Stipulation, Milberg Weiss is admitting that the facts set forth in this Stipulation are true. On behalf of Milberg Weiss, I am satisfied with the representation of counsel in this matter and am entering into this Stipulation knowingly and voluntarily.

B N. Fried [signature]

August 17, 2007

Partner, Milberg Weiss LLP

I, William W. Taylor III, a member of the law firm of Zuckerman Spaeder LLP, am counsel of record in this case for defendant Milberg Weiss LLP ("Milberg Weiss"), formerly known as "Milberg Weiss Bershad & Schulman LLP" and "Milberg Weiss Bershad Hynes & Lerach LLP." I believe that Brad Friedman is a partner of Milberg Weiss who is duly authorized to enter into this Stipulation on behalf of Milberg Weiss. To the best of my knowledge and belief, Milberg Weiss's decision to enter into this Stipulation is an informed and voluntary one.

William Taylor / BNO [signature]

August 20, 2007

WILLIAM W. TAYLOR, III
Zuckerman Spaeder LLP
Counsel for Milberg Weiss LLP

I, Melvyn I. Weiss, understand that this Stipulation may be admitted into evidence in any action that may be brought by the United States against me and that, by entering into this Stipulation, I am admitting that the facts set forth in this Stipulation are true. I am satisfied with the representation of counsel in this matter and am entering into this Stipulation knowingly and voluntarily.

MELVYN I. WEISS

August 20, 2007

I, Benjamin Brafman, a member of the law firm of Brafman & Associates P.C., am counsel for Melvyn I. Weiss. To the best of my knowledge and belief, Melvyn I. Weiss's decision to enter into this Stipulation is an informed and voluntary one.

BENJAMIN BRAFMAN
Counsel for Melvyn I. Weiss

August 20, 2007



ERIKA
MEYEROVICH
GALLERY

February 22, 1989.

Dear Mel,

I have spoken to Dr. Cupperman and will be in contact with him by the end of this month.

We'll be in touch with you soon regarding the shipment of the Picasso linocut. Congratulations on your decision! I know you'll enjoy the piece greatly. I am enclosing the check.

Best regards from Alex.

Yours,

Erika

231 GRANT AVENUE
SAN FRANCISCO CA 94108
415 421-9997
FAX: 415/421-2775

MIW-00001

Steven G. Cooperman, M.D.
254 North Barrington Avenue
Los Angeles, California, 90049
213-471-2279

FAX 213-472-4913

FAX TRANSMISSION

THE FOLLOWING DOCUMENT CONTAINS ____ PAGES PLUS THIS COVER LETTER PLEASE CALL (213) 471-2279 IF YOU DO NOT RECEIVE ALL OF THE PAGES.

DATE: 11-15-90 TIME: ____________

TO: David Berstead ESQ

FAX# ____________

COMMENTS ____________

**Steven G. Cooperman, M.D.**
254 North Barrington Avenue
Los Angeles, California, 90049
213-471-2279

MIW-00003

11/15/90

David Bershad ESQ
MW

Dear David

This is what I've found so far - I faxed Bill copies of 3 checks in 12/89 but so far have not been able to find my copy of those copies - I think he sent them on to you —

My accountant is going thru his files for the 3rd check, in case you don't have those 12/89 copies. According to my records, after 12/89, Mel sent Bruce another 35,000, + I think I may still owe that to Mel. Let me know if this all agrees with your records —

Regards, Steve

**Steven G. Cooperman, M.D.**
254 North Barrington Avenue
Los Angeles, California, 90049
213-471-2279

12/6/'[illegible]

Bill Lerach Esq
MW

Bill -

(1) Enclosed are copies of fronts + backs of 3 checks totalling $125,000.

(2) 4 new companies in which I own stock:

- Andahl
- Fleetwood
- Prime Motor Inns

Reports being ~~mailed~~ to you Enclosed

JAN Bell Marketing

I believe there are major problems with all 4 -

(3) Cricket - stock is dying!

Steve

**Steven G. Cooperman, M.D.**
254 North Barrington Avenue
Los Angeles, California, 90049
213-471-2279

9-27-89

Dear Mel

Enclosed is a check for $25,000. I think we're almost there...

So far, no house purchase in Connecticut - we're "negotiating" on something in Westport, maybe we'll be real New Englanders soon.

Hope all is well with you — stay in touch

Best Regards
Steve

MIW-00005



STEVEN COOPERMAN, M.D.

1164

PAID

6/14 1989

90-3905/1222

PAY TO THE ORDER OF M.L. WEISS

$ 65,000—

DOLLARS

JUN 23

MERCANTILE NATIONAL BANK

LOS ANGELES, CALIFORNIA

90-3905

MEMO

⑆122239050⑆ 1164⑈00 2⑈0 2099⑈ ⑈0006500000⑈

STEVEN G. COOPERMAN, M.D.
254 N. BARRINGTON DR.
LOS ANGELES, CA 90049

125

9-22 1989

1-8/210
Branch 816

PAY TO THE ORDER OF Mel Weiss, Esq.

$ 25,000

Twenty-five Thousand DOLLARS

Citibank, N.A.
Citicorp Center
153 E. 53rd Street
New York, N.Y. 10043

Private Banking

CITIBANK

FOR

⑆021000089⑆ 400 3727378 2⑈ 0125 ⑈0002500000⑈

MIW-00006

STEVEN G. COOPERMAN, M.D.
254 N. BARRINGTON DR
LOS ANGELES CA 90049

112

8/18 19 89

1-8/210
Branch 916

PAY TO THE ORDER OF Mel Weiss $ 35,000

Thirty five thousand DOLLARS

Citibank, N.A.
Citicorp Center
153 E. 53rd Street
New York, N.Y. 10043

Private Banking

CITIBANK

FOR

⑆021000089⑆ 400 3727298 2⑈ 0112 ⑈0003500000⑈

STEVEN G. COOPERMAN, M.D.
254 N. BARRINGTON DR.
LOS ANGELES, CA 90049

125

1-8/210
Branch 916

PAY TO THE ORDER OF Mel Weiss $ 25,000

Twenty five thousand DOLLARS

Citibank, N.A.
Citicorp Center
153 E. 53rd Street
New York, N.Y. 10043

Private Banking

CITIBANK

FOR

⑆021000089⑆ 400 3727298 2⑈ 0125 ⑈0000025000⑈

**COOPERMAN FINE ART**
254 North Barrington Avenue
Los Angeles, California 90049
213 · 476-9117

Melvyn Weiss

1-27-89

Option to Purchase

Reclining Nude
Oil on Canvas
1932
Pablo Picasso

Price $1,750,000

Terms - 90 day, refundable

Deposit $175,000

[signature]

, 1989

Mr. Steven Cooperman

Dear Mr. Cooperman:

This is to set forth our agreement and understanding as follows:

1. You have agreed that I shall have the right to purchase the following work of art (the "Work"): Reclining Nude, original oil on canvas, 1932 by Pablo Picasso for a purchase price of $1,750,000 for a period of 90 days from the date hereof.

2. It is my intention to engage an appraiser to examine the Work and you agree to cooperate fully with such appraiser. To show my good faith, I am concurrently herewith delivering to you a check in the amount of $ 175,000. You agree to return said amount to me immediately in the event that I notify you that I am no longer interested in purchasing the Work or in the event the 90-day period passes without my purchasing it. In the event I purchase the Work, the good-faith deposit will be applied against the purchase price.

If the foregoing is in accordance with our understanding, kindly so indicate by signing this letter in the place provided below.

Very truly yours,

Melvyn I. Weiss

AGREED:

Steven Cooperman

1043K-52

MIW-00010

TOTAL P.02/02