**EXHIBIT 35**

# Prologue

Elly came into my office in the winter of 1998 bearing a smile on her sweet face; a smile I later realized is permanently affixed to cloak the unimaginable remembrances of a past so horrible that they transcend our ability to comprehend.

This Holocaust survivor, at the age of 15 was transported from her home in Simleu-Silvaniei, Transylvania, with her 37 year old mother and 5 year old brother to Auschwitz—by cattle car. On their arrival they were unloaded, with hundreds of others, only to be separated—one group to the left the other to the right—by a Nazi officer wearing white gloves. Elly later learned that that officer was Dr. Josef Mengele, the infamous Nazi Doctor who used human beings as medical guinea pigs. Elly wound up on the right, her mother and brother on the left. Elly never again saw them alive.

After surviving over a year in several concentration camps, including Auschwitz, and working as a slave laborer at a Volkswagen plant, Elly was freed by the Allies and went back to Romania, married, had a son and daughter, and later moved to the United States. Fifty years later, she participated, with teenagers from the United States, in the March of the Living, visiting Auschwitz and walking with the youths to the site of the murders, where she saw photographs of vicious images that she has endured every day of her life, those of the concentration camp and her life as a slave laborer.

But, a particular photograph stood out among the others. First she spotted the white gloves that by a wave to the left, separated her forever from her loved ones. Then, Elly was thunderstruck by the picture of her mother, holding her young brother in her arms, standing in front of the railroad cars, surrounded by hundreds of other prisoners. Rendered speechless, numbed by the vision that she thought she would carry forever only in her memory, Elly went home and started to write. She spoke little, but wrote much. She wrote poems.

I promised that I would publish Elly's poems. Here they are.

*Melvyn I. Weiss*

i.

214

# The Poems of Elly Gross



*Memories of a Holocaust Survivor.*

# Table of Contents
## Elly Gross, née Berkovits 1/28/2000
## Composed between 1966-1999

Some of these poems are about the life of my family prior to the Second World War, others are reflections on personal experiences from the Holocaust and thereafter. In 1998 and 1999 I went back to Auschwitz-Birkenau, Majdanek, Sandomirz and Tykochin.

i.   Prologue — by Melvyn I. Weiss

01. My Mother's Flowers. — In Memory of My Mother
02. I Went to Kindergarten. — Childhood Memory
03. My Hometown. — Childhood Remembrances
04. My Only Doll. — A child's happiness and loss
05. My First Dancing Class. — A child's Sad Day
06. Cold and Icy Day. — Frozen Winter Day
07. My Only Brother. — Broken Dreams
08. Where Can I Find Some Mazel. — Searching for Luck
09. The Storm that Struck Europe. — European History
10. Hungarian Invasion. — Tragedies of Hungarian Anti-Semitism

11. Russian Hills. — In Memory of My Father
12. Miss, Did A Star Fall On You? — Jews Lose Citizens rights
13. We Made Matzo. — In Memory of My Grandmother
14. Where is G-d? — In Memory of Our Martyrs
15. The Echo and Chaos. — In Memory of My Brother
16. There is no Bird or Butterfly — Memory from Birkenau
17. Why I Did Not Say,
    "Mommy Please Come With Me." — Holocaust Quilt Memories
18. Shower In Birkenau. — My First Shower in Birkenau
19. Roll Call In Birkenau. — Memories of roll call
20. In Birkenau Miri Saved My Life. — How I Survived Birkenau

21. Jews from Czechoslovakia. — I have seen the Theresienstadt Jews
22. The Rooster is Calling Good Morning. — Jews Awaiting the Messiah
23. Homecoming. — A Survivor Returns Home
24. Our Daughter. — Our Daughter
25. Chibi the Little Chick. — Our Son
26. Left Our Homeland to the Unknown. — Everything Lost New Beginnings
27. Going to College. — I Try to Improve Myself
28. The Golden Age. — Elders Hardship
29. When Stricken by a Stroke. — My Husband had a CVA
30. In Memory of Our Martyrs.

31. My Vision in Sandomirz. — I've Been at that Plaza
32. Birds in Majdanek. — Statue in Majdanek
33. Mother with Her Child. — Symbol of Mother's Love
34. Listen to the Winds. — Mass Grave in the Forest
35. A Former Paratrooper. — Former Nazi soldier in NY.
36. (Not) Every Life Returns in Birkenau. — Life in Birkenau's C. Camp
37. My Heart Aches. — My Lifetime Pain
38. The Grass is Green. — Blood-Soaked Grass
39. The Long Row of Blue Jackets. — Jewish Youth in Blue Jackets
40. The Little Lonely Child — A Child Left Alone

41. Letter to My Mother — I Remember My Mother
42. Whose Hair is on Display? — Victims' Hair in Auschwitz
43. Luggage is the Silent Witness — Victims' Name on Luggage
44. Symphony Music in Birkenau — Slaves Played Music
45. Celebration in Cesarea! — Jews in the Roman Theater

Epilogue — by Elly Gross

Copyright © by Elly Gross 2000

**EXHIBIT 36**

April 7, 2008

Honorable John F. Walter
United States District Court
Central District of California
312 N. Spring Street
room 176, Courtroom 16
Los Angeles, CA 90012

Re: Mr. Melvyn I. Weiss, Esq.

Dear Judge Walter:

For future generations, Mr. Steven Spielberg, the film producer, collected testimonies from Holocaust survivors. In 1998, Ms. Deborah Sturman, an Associate with the Milberg law firm chose me from Mr. Spielberg's collection to be the plaintiff on the case against Volkswagen. At Fallerslaben, Germany in 1944-1945, at the age of fifteen (15) I worked as a slave laborer for Volkswagen.

Shortly after being chosen, I was invited to the law office in New York and there I met Mr. Melvyn I. Weiss. At my first visit I felt like I found a lost relative or a friend. He treated me with sincere warmth and respect.

I have two stories to tell that will show how kind Mr. Weiss was to me. I wrote a book of poetry about my childhood memories. As I sat in Mr. Weiss's office with his assistant, he read a poem out loud. I could tell that he understood the meaning of the poem and understood me. He then surprised me by saying he would make sure the poems were published, he didn't forget. It has been the basis for other books I have written and for over 200 lectures that I have given to students.

**217**

On another visit, he asked me how I am doing. I told him I wanted to honor the memory of my parents and brother with hospital beds at Rambam Hospital. At first didn't understand what he said. Then I realized that he said would make a donation of - $5,000 - to donate 6 beds at Rambam Hospital in memory of my parents and brother. "Elly, you don't have to worry anymore." I realized what he meant, my long dream had come true.

I know Mr. Weiss as a special kind, honest person. It is hard to believe that he has to face the court. I hope I have helped you understand, Your Honor, what a good , caring person Mr. Weiss is.

*Elly Gross*

Elly Gross

**EXHIBIT 37**

April 18, 2008

Honorable John F. Walter
United States District Court
Central District of California
312 N. Spring Street
Room 176, Courtroom 16
Los Angeles, CA 90012

Re:  United States v. Melvyn I. Weiss
No. CR05-587 (E)-JFW

Dear Judge Walter:

Please let me introduce myself.  My name is Bruce Prager and I am a senior partner in Eisner LLP, one of the largest regional accounting firms in the Northeast.  I am close personal friends with one of Mr. Weiss's sons, Gary, and have had the opportunity, and the pleasure, to spend time with Melvyn Weiss many times over the 20 years I have known Gary.

Melvyn Weiss is a true humanitarian.  As I am sure the court is aware, Mr. Weiss represented Holocaust victims, heirs and survivors in a case against the Swiss government and certain banks.  These survivors and heirs owe a tremendous debt of gratitude to Mel.  His countless hours and indefatigable representation for those less fortunate are a true inspiration to me.  Mel's involvement in this matter, with no monetary reward to him, and I'm sure large out of pocket expenses, show the true essence of this fine human being.

While the world at large might have forgotten the atrocities of the Holocaust and World War II, Mel has given those survivors and heirs, hope and, more importantly a fierce advocate for their voices who have gone unheard from for far too many years.

In full view of the above referenced contribution, and I'm sure other valuable contributions, I urge the court to be lenient in sentencing him.

Respectfully,

Bruce Prager

**219**

**EXHIBIT 38**

ADELMAN CAPITAL LLC
3401 ENTERPRISE PARKWAY
SUITE 520
BEACHWOOD, OHIO 44122
216·378·4100   FAX 216·378·4101

April 22, 2008

Honorable John F. Walter
United States District Court
Central District of California
312 N. Spring Street
Room 176, Courtroom 16
Los Angeles, California 90012

In re:   United States v. Melvyn I. Weiss
No. CR 05-587(E) – JFW

Dear Judge Walter:

I am presenting this letter on behalf of Melvyn I. Weiss for your consideration during his upcoming hearing.

Mel and I first became acquainted when I was Vice Chairman and Chief Executive Officer of Quaker State Corporation eleven years ago.  I am now semi-retired and reside between Florida and Ohio, contributing my business experience and energy to a variety of charitable causes, most notably as a member of the board of Directors of University Hospitals of Cleveland/Case Western Reserve University, where I serve on the Executive Committee and Chairman of the Development Committee.

I also serve on the board of the Cleveland Jewish Federation and, as I came to know Mel more intimately throughout the years, it is his generous spirit and philanthropic actions that defined for me who he is as a man; who he is as a true humanitarian.  His compassion and generosity are well documented and one example in particular has touched me personally and deeply.

In 1998, after *years* of pro-bono work on behalf of individuals affected by the Nazi atrocities committed during World War II, Melvyn I. Weiss settled a class action case against the Swiss Banks for their collaboration with the Nazi regime, and was awarded $1.25 billion dollars to be distributed among the survivors named in the suit.  Members of my family are survivors of the Holocaust and, while we were not a part of this suit and did not gain financially from the award in this case, we gained intense satisfaction as the facts of the case came to light and were reported world-wide and, more importantly, we gained a small measure of closure to this truly horrific chapter in our history.  Such closure would not have been possible but for the personal actions of one individual, Mel Weiss.

220

The Honorable John F. Walter                                      April 22, 2008
Page Two


Judge Walter, this is just one example of many illustrating how Mel Weiss used his
incredible intellect and legal skill to benefit others less fortunate.  I respectfully request
your consideration and beg for leniency toward a period of home confinement and
continued community service when imposing his sentence.

                                        Respectfully,

                                        Sheldon G. Adelman

**221**

**EXHIBIT 39**



**UJA♦Federation**
*of New York*

Ernest W. Michel
Executive Vice President Emeritus

130 East 59th Street
New York, NY 10022
Tel: 1.212.836.1720
www.ujafedny.org

April 30, 2008

The Honorable John F. Walter
United States District Court
Central District of California
312 N. Spring Street
Room 176, Courtroom 16
Los Angeles, CA 90012

<u>**Re: UNITED STATES v.MELVYN I WEISS**</u>
<u>**NO. CR 05-587 (E) – JFW**</u>

Your Honor,

I am writing to you in my capacity as the former Executive Vice President, now
Emeritus, of UJA-Federation New York. May I add on a personal note, that I am a
Holocaust Survivor who was brought to this country in 1946 under the Harry S. Truman
Displaced Persons Quota. The fate of those who survived like me was something
particularly close to Mel Weiss. He was involved directly in this particular area and this
is where I got to know him as a man of great compassion who would do anything
possible to assist those who were able to survive. Permit me to cite the special
relationship I established with him.

I became involved with the Church of Jesus Christ of Latter-day Saints otherwise known
as the Mormon Church 13 years ago when I learned that my parents who were killed in
Auschwitz were posthumously baptized by the Mormon Church.

Until then I had known him primarily as an active generous contributor not only to our
organization but also to other Jewish and non-Jewish causes on a very large scale.

After some initial discussions with leaders in the community I decided to call Mel and
told him briefly the reason for my call. He invited me to meet with him. Without going
in to details eventually Mel Weiss became Chair of a committee to consider what, if any
steps could be taken to convince the Mormon Church to discontinue this practice.

This is how I got to know him not only as a lawyer, but also as a caring, sensitive
individual who immediately sensed that this was not something that should be condoned
but should be dealt with in the most effective way possible. I don't know how many
meetings we had. I respected his judgment and can tell you that without his guidance we
would not be able to now be at the point where we are hopefully close to an agreement
with the Mormon Church to put an end to this practice.

**222**

Not only did he give this problem all the time on a pro bono basis but he himself helped to underwrite some of the expenses.

Knowing Mel as well as I do, I followed the news of his legal problems and personally know of his remorse.  I do hope that you will take this into consideration.  He still has much to contribute and I hope that he will be given this chance.

Thank you.

Respectfully yours,

Ernest W. Michel

223

**EXHIBIT 40**

# THE FEINBERG GROUP, LLP

THE WILLARD OFFICE BUILDING
1455 PENNSYLVANIA AVENUE, N.W.
SUITE 390
WASHINGTON, D.C. 20004-1008

(202) 371-1110 (TELEPHONE)

(202) 962-9290 (FAX)

NEW YORK OFFICE
780 3RD AVENUE
26TH FLOOR
NEW YORK, NEW YORK 10017-2024
TEL: (212) 527-9600
FAX: (212) 527-9611

WRITER'S DIRECT DIAL NUMBER
202.962.9280

April 17, 2008

The Honorable John F. Walter
United States District Court
    for the Central District of California
312 North Spring Street
Room 176, Courtroom 16
Los Angeles, CA 90012

## RE:  UNITED STATES v. MELVYN I. WEISS
## NO. CR 05-587(E) - JFW

Dear Judge Walter:

I write this personal letter on behalf of Melvyn I. Weiss, who will be appearing before Your Honor on June 2, 2008, to be sentenced in a criminal matter currently pending before the Court. In deciding the appropriate sentence to be imposed, I urge you to take into consideration all that Mr. Weiss has accomplished in his public and private life over a lifetime. I have known Mel Weiss since graduating from New York University School of Law in 1970, and have benefited throughout the years from his wise counsel and compassion. I hope that Your Honor will demonstrate leniency in your sentence.

For the past fifteen years I have worked with Mel Weiss in a professional capacity in a series of litigations and mediations in which I acted as mediator and arbitrator. In each of these matters – whether it be a complex commercial dispute or the resolution of Holocaust claims brought against the German government and industry – Mel Weiss has always exhibited the highest degree of competence, courtesy, and determination on behalf of his public and private clients. At the same time, Mel has always been available to counsel and advise his fellow lawyers on all matters large and small, professional and personal. He is the definition of a "wise man," who continuously gives of himself to help others.

Mel has undoubtedly made mistakes, for which he must assume the consequences. But I wanted Your Honor to know how much respect I have for Mel and, more importantly, how long he has been an honored member of our profession.

I believe that leniency is appropriate in light of all of the good that Mel has accomplished.

Very truly yours,

Kenneth R. Feinberg

KRF:shs

224

**EXHIBIT 41**

513 Central Avenue
Suite 108
MASSAPEQUA, N Y 11758
(516) 220-6966

From the Law Office of
## Neal Lewis, Esq.

Honorable John F. Walter
United States District Court                              April 29, 2008
Central District of California
312 N. Spring Street
Room 176, Courtroom 16
Los Angeles, CA 90012

Re:   United States v. Melvyn I. Weiss
      NO. CR 05-587(E) - JFW

Dear Judge Walter,

My name is Neal Lewis. I am a 46-year-old attorney and the executive director of environmental protection and local government watchdog group called the NEIGHBORHOOD NETWORK, which is located in Long Island New York. I have served on various governmental boards over the years. For example, I am currently the 2nd Vice-Chair of Nassau County Planning Commission.

For several years in the 1990's I served, along with Mel Weiss, on the Nassau County Commission on Government Revision (also know as the Nassau Charter Revision Commission). The Commission was appointed by the Nassau County Executive, after a successful lawsuit that challenged the weighted voting system of government utilized by the former Nassau Board of Supervisors. The Federal Judge overseeing the case, after ruling that the old system violated the one-person, one-vote constitutional principle, compelled the government to appoint the Commission in order to follow a provision in the County Charter and consider a series of issues involved in the creation of a legislative system of government.

The Charter Revision Commission recommended that the new Nassau Legislature be made up of 19 people representing approximately equal population districts, including two districts that are majority minority districts.

The Charter Revision Commission could have completed its work after making recommendations regarding the number of districts, and other details such as staffing and where the new legislature's offices would be located. However, after many hearings, meetings and debates, the Charter Revision Commission also made a series of recommendations addressing such issues as: an independent budget review office; a redistricting commission; a limited citizens petition initiative provision; protections to ensure that the minority party in the new legislature would have access to staff resources, a lawyer, and a full-time minority leader; and a new ethics code. These "reforms" were widely praised in editorials by the local daily newspaper (Newsday) and the newly drafted Charter was approved overwhelmingly in a public referendum.

**225**

Re: <u>United States v. Melvyn I. Weiss, NO. CR 05-587(E) - JFW</u>                    Page 2

In my opinion, the reforms contained in the new Charter marked the end to a long era of one-party rule that had contributed to many abuses and political corruption.

While I had authored many of the reforms, and I was often regarded as the chief catalyst in pushing the issues, Mel Weiss was also instrumental. Mr. Weiss was a very active member of the Charter Revision Commission — volunteering countless hours to the many meetings and public hearings. He played a pivotal, low key, mediating role in getting the reforms mentioned above approved by a majority of the Commission. I often listened to his calming counsel as he persuaded me to temper my criticisms and encouraged me to work with the other members of the Commission, including those who were opposed to the reform efforts.

My experience in working with Mel Weiss made me feel fortunate to be working with a true professional. He was always soft-spoken, well informed, and focused on what was important. I recall thinking that it was surprising to find a very busy attorney working on complicated, and sometimes high profile cases to be volunteering his time to work to bring a better form of local government to the people of Nassau County.

I considered Mel Weiss something of a person mentor, and I was honored to serve with him. I ask the Court to consider his many contributions to the community and consider imposing the most lenient sentence appropriate.

Thank you for considering my plea.

Respectfully,

Neal Lewis, Esq.

**EXHIBIT 42**

**Thomas R. Suozzi**
**68 Crescent Beach Road**
**Glen Cove, NY 11542**

May 9, 2008

Honorable John F. Walter
United States District Court
Central District of California
312 N. Spring Street
Room 176, Courtroom 16
Los Angeles, CA 90012

Re: United States v. Melvyn I Weiss
No. CR 05-587 (E)- JFW

Dear Judge Walter:

I write this letter on behalf of Melvyn I. Weiss to plead for leniency in his sentence for the crimes to which he has pled guilty.

I have known Mr. Weiss for over a decade. I believe I know him well. He is remorseful. He has suffered a great deal and could well serve society if part of his punishment were to include community service that utilized his exceptional skills as an attorney, an advocate, and a compassionate human being.

I first met Mel when I served as the Mayor of my hometown, Glen Cove, New York. Before that I worked as an attorney and a Certified Public Accountant. I am currently in my seventh year as the County Executive of Nassau County, New York which has a population of 1.3 million people and I administer a budget of $2.5 billion, larger than 14 states. Mr. Weiss lives in Nassau County.  Prior to all of these positions, I clerked for the Chief Judge of the Eastern District of New York, Thomas Platt.

I recognize the constraints the sentencing guidelines place on you, but to the extent your discretion influences your decision I would like to share my impression of Mr. Weiss' extraordinary public spirit.  He is truly dedicated to serving others. From the moment I met him I have appreciated and marveled at the extent of his community, charitable, and philanthropic activities, which have benefited thousands of people.

Mr. Weiss' community service and commitment to public service are a matter of public record.  I personally observed him reform and transform Nassau County government as a member of the County Charter Revision Commission.  He has championed the civil rights

**227**

movement through a number of efforts, including his past leadership with the Drum Major Institute for Public Policy, an organization for which I have enormous respect. Perhaps most significantly, he established the Melvyn and Barbara Weiss Public Interest Foundation at New York University School of Law which underscores his belief in young lawyers pursuing careers in public service.

I know that the residents of my county, where Mr. Weiss resides, could benefit greatly if he were required, as part of his sentence, to create a legal services or alternative dispute resolution center for residents who cannot afford to avail themselves of an attorney or costly and time consuming court proceedings. Respectfully, some such community service would be a unique, but effective way to mete punishment, while also benefiting others.

I sincerely and strongly believe Mel Weiss is an extraordinarily bright and talented attorney, who has always tried to serve others. Mr. Weiss and his family have and will continue to pay the price for his misdeeds. My appeal to you, Your Honor, is that some of that price he pays be a benefit to the greater community through public service.

Respectfully yours,

Thomas R. Suozzi

**228**

**EXHIBIT 43**

Norman H. Harvey
xxx The xxxxxxx xxxxx
East New York, New York   xxxx

Honorable John F. Walter
United States District Court
Central District of California
312 N. Spring Street
Room 176, Courtroom 16
Los Angeles, CA  90012

Re:     United States v. Melvyn I. Weiss
        No. CR 05-587(E)-JFW

Dear Judge Walter:

My name is Norman Harvey, after serving as an officer in the United States
Air Force; I became a corporate executive who recently retired as Chairman
of a Georgia Pacific Corporation subsidiary.

I have been blessed to know Melvyn Weiss for over twenty five (25) years as
a neighbor, a fishing partner, and as a friend, whose willingness to give solid
advice has added a special dimension to our friendship.

Mel Weiss is a rare breed.  He gives of himself with an open heart, without
expecting anything in return.

I am writing on Mel's behalf because, despite the fact that he has made a
mistake, he is one of the few people I have met in my seventy-five (75)
years who is truly a patriot in the sense that giving to others has been a
major part of his life.

It is with all my heart that I ask the court to assess the full measure of this
man, and take into consideration a most lenient sentence as possible.

Respectfully yours,

Norman H. Harvey

**229**

**EXHIBIT 44**

William T. Matschke, C.P.A.
1 Merritt Court
Katonah, New York 10536
(914) 232-4921

May 5, 2008

Honorable John F. Walter
United States District Court
Central District of California
312 N. Spring Street
Room 176, Courtroom 16
Los Angeles, CA 90012

Re: United States v. Melvyn I. Weiss, No. CR 05-587 (E) - JFW

Dear Your Honor:

I write this letter in support of Melvyn I. Weiss in the above-captioned case. I am
currently employed as Executive Director of Morvillo Abramowitz Grand Iason Anello &
Bohrer, P.C. Prior to holding this position, I worked at Mr. Weiss's firm Milberg, Weiss, et al.
for 16 years as Chief Financial Officer. During this lengthy time period I observed first-hand,
day after day, Mr. Weiss's outstanding character and his most impressive work ethic. Most
importantly, and what I wish to stress to you for your consideration in his sentencing, is his
enormous desire to use his position and skills to make the world a better place for those in need.
In fact, I would describe Mr. Weiss's commitment to charitable and pro bono endeavors as
compulsive. He sought out opportunities to help, and he not only did so both with his time and
his resources, but he encouraged and enabled those around him to join in these efforts as well.
He led by example.

Mr. Weiss valued professional achievement in others and recognized that not everyone
had the resources or the opportunities to reach their goals on their own. I was very impressed
when he gave a substantial sum of money to New York University School of Law to be used to
help pay the tuition of students who would otherwise be unable to attend. Years later, a new
associate at Milberg, Weiss told me privately that he had been a beneficiary of Mr. Weiss's
generosity. He later became a partner at Milberg, Weiss and is now a partner at another well-
respected law firm. Mr. Weiss also influenced my own career. Almost ten years ago, I
approached him about my pursuing an M.B.A. degree while continuing to work at Milberg,
Weiss full-time. He was extremely encouraging and I received my M.B.A. from Cornell
University.

I also wish to share with you Mel's relationship with his staff. He referred to long-time
employees as family. He knew their children and their grandchildren. I cannot remember a time
when he did not smile and acknowledge a mail-room or file-room staffer, secretary, or
receptionist. At our annual firm event which included all employees of the firm and their
extended families, I observed Mr. Weiss taking the time to speak to each and every employee's
families, year after year. Mr. Weiss made everyone at the firm feel appreciated. And he did
whatever he could to help them if the need arose.

230

Honorable John F. Walter
May 5, 2008
Page 2

My personal favorite "Mel story" is the following: I had been working at Milberg, Weiss only a couple years when I needed to rent a tuxedo for some affair. I happened to mention it to Mel and I remember what happened next as if it happened yesterday. Mel looked me up and down, literally to "size me up," and said: "Don't rent anything. I have a tux that I think will fit you without major alteration." Mel went on to say that he had worn this tuxedo years before when he was much thinner. This conversation took place when Mel was working around the clock on a major case and I remember thinking that he wouldn't even remember our discussion. I wasn't sure whether to go get fitted for a rental tux or not. Well, the next day Mel's secretary called me to pick up a tux from his office that he brought into work that morning. I still have Mel's tuxedo to this day and will never forget his gesture.

I have met Mel's wife, children, and grandchildren many times over the years and I can tell you there was never a bigger smile on his face than when his grandchildren were around. In fact, I have a picture I treasure of Mel holding my daughter 13 years ago when she was an infant.

When Mr. Weiss turned 60 in 1995, his assistant prepared a book of people's quotes about him along with Mr. Weiss's sketches (or doodles, if you will) that he drew at his desk throughout the day. I have kept this book in my office all these years. Also included in this book is a letter Mr. Weiss wrote to some high school students in 1994. He told them:

"To realize your full potential, I can only recommend the principles
which have always guided me:
Believe in yourself and be willing to understand your shortcomings.
Stay in touch with your roots.
Work hard and with tireless dedication.
Be compassionate and caring.
Contribute a portion of your success to philanthropy.
Reserve time for yourself and those near and dear to you.
Be optimistic – look for the silver linings.
Be a person who "does it."
Add a new dimension to your life periodically."

Your Honor, there is absolutely no doubt in my mind that the world is a better place as a result of Mr. Weiss's extensive charity, his pro bono work, and his strong belief in representing the "little guy" against corporate America. With his heart and his capabilities, surely justice can be best served by requiring Mr. Weiss to do what he does best: serve the community. In addition, his family, who so generously shared him with the many admirable causes he pursued, might now get some of that time back if he were confined to home for a period of time. To use Mr. Weiss's own words, please allow him to continue to be a person who "does it." The world is not so full of those type of people that we can afford to remove one of them from society at large.

Sincerely,

William T. Matschke

**231**

**EXHIBIT 45**

**NEW YORK UNIVERSITY**
_A private university in the public service_

School of Law

40 WASHINGTON SQUARE SOUTH, NEW YORK, N.Y. 10012-1099
TELEPHONE: (212) 998-6000
FACSIMILE: (212) 995-3150
E-MAIL: richard.revesz@nyu.edu

**Richard L. Revesz**
Dean and Lawrence King Professor of Law

April 15, 2008

The Honorable John F. Walter
United States District Court
Central District of California
312 N. Spring Street
Room 176, Courtroom 16
Los Angeles, CA 90012

RE: United States v. Melvyn I. Weiss No. CR 05-587(E) – JFW

Dear Judge Walter:

I am the Dean of New York University School of Law. I have been on the NYU faculty for 23 years and am currently the Lawrence King Professor of Law. Before beginning my academic career, I had the great honor of serving as a law clerk to Chief Judge Wilfred Feinberg of the United States Court of Appeals for the Second Circuit and Justice Thurgood Marshall of the Supreme Court of the United States.

I came to know Melvyn Weiss well when I assumed the deanship of New York University School of Law in 2002. I had big shoes to fill when my predecessor, John Sexton, now President of NYU, moved on after 14 exceptional years in which NYU catapulted to the top of the law school rankings. Mel, who had served as a Trustee on the Law School Foundation Board since 1993 and whose involvement with the school goes back almost half a century, played a pivotal role in that transformation. As I took over at the helm, I looked to Mel as a member of the Board for guidance and support in steering the institution. Mel provided me with unfailingly sound advice as I navigated a challenging transition, and I was immediately impressed by his knowledge and vision.

As a faculty member, I had long known of Mel by reputation. His generosity and leadership in endowing the Loan Repayment Assistance Program (LRAP) at the Law School was legendary. NYU had introduced the LRAP program in 1984 to address the growing need for high quality lawyers at public interest law agencies. Recognizing the financial constraint that the Law School's tuition places on students after graduation, LRAP was designed to alleviate the burden of Law School debt in order to enable

232

graduates to pursue public interest careers. Mel became a champion of the program, leading the charge to build its endowment as it became increasingly expensive commensurate with its success as more graduates entered the program. He also funded a public interest forum to attract distinguished figures working in government and public interest careers to come and speak to students about their experience. His support for a network of public interest initiatives has been instrumental in reinforcing the ethos of public service that is so important to the Law School's mission.

Under Mel's stewardship, the principle of full debt repayment for individuals who make a lasting commitment to public service law has become a cornerstone of our institutional philosophy. Today, our LRAP program is one of the most generous in the nation, providing loan repayment support to more than 450 graduates. We spend more on it – $4.3 million last year – than any other school, and typically fund around 12% of the graduating class. This could not have been possible without Mel's commitment. Thanks to his generosity, the program has had enormous success in attracting students committed to public service careers and in making it possible for them to fulfill their professional goals. His legacy has created an outstanding pool of public service lawyers to do work in every conceivable area of the law.

As Dean of the Law School, I have been privileged to work with Mel and have come to deeply respect his legal acumen, intellectual curiosity, and generous spirit. He has been a mentor and a friend, offering useful advice on a range of institutional concerns. As a senior member of the Law School's Board of Trustees until 2007, Mel helped me to define the vision and goals of this institution, and to strategize how best to advance the broader educational mission of the Law School. His leadership in supporting public interest work – he and I have had many long conversations about how to improve the Loan Repayment Assistance Program to enhance the benefits to law school graduates and maximize its effectiveness – was crucial in training several generations of lawyers who are now giving back to the community.

I have always known Mel to be an empathetic and caring person; I have been deeply impressed by his profound love for and devotion to his family. He has a wonderful relationship with his wife, Barbara, and takes extraordinary interest and pride in the accomplishments of his three children.

The court, understandably, has an image of Mel Weiss that has developed from the proceedings in which he has been involved. I thought it important that the court also have an opportunity to see another view of him, one marked prominently by his admirable, genuine, and long-lasting contributions to public interest law and legal education. I hope that this information is relevant to Mr. Weiss' sentencing proceeding.

Sincerely,

Richard Revesz

**EXHIBIT 46**

# NEW YORK UNIVERSITY
_A private university in the public service_

Office of the President

70 WASHINGTON SQUARE SOUTH, NEW YORK, N.Y. 10012-1091
TELEPHONE: (212) 998-2345
FACSIMILE: (212) 995-4790

John Sexton
President

May 5, 2008

Honorable John F. Walter
United States District Court
Central District of California
312 North Spring Street
Room 176, Courtroom 16
Los Angeles, CA 90012

Re:     **United States v. Melvyn I. Weiss**
         **No. CR 05-587(E) – JFW**

Dear Judge Walter:

I write to request your maximum leniency in rendering a sentence in the case of Mel Weiss, a distinguished alumnus and benefactor of New York University. I have known Mel for over 20 years, first in my role as dean of NYU's School of Law and after I became president of the University in 2001.

To fully describe the extent of Mel's impact on NYU, I must list the many roles he has played. As a trustee of the Law School, he has been an active and vital partner in shaping the School's mission. His wisdom and enthusiasm were indispensible to me during my tenure as dean, and my successor has likewise benefited from his leadership. He made invaluable contributions as a member of my Council on the Future of the Law School, as we transformed the school into a leader in global research and scholarship while maintaining our commitment to public service.

As a benefactor, Mel has had a direct impact on our gifted students. Over the years, he has generously supported our Loan Repayment Assistance Program, which eliminates the student loan debt of young graduates who commit their careers to public service. He facilitated an annual forum in the area of public interest law, further conveying the importance of public service to students. He was also a partner in raising funds for the Law School's newest building, now a cornerstone for our community.

**234**

May 5, 2008
Page 2

Mel has also been instrumental in encouraging others to join him in supporting our university. As a member of the Law School's Trustee Development Committee, he assisted me and my successor in raising ever-greater funds to meet the Law School's most pressing needs. As a member of my Campaign Executive Committee, his guidance helped us achieve the most successful fundraising campaign in the history of legal education. He has been active in recruiting his fellow alumni to support the Law School, serving on his class reunion committees in 1994, 1999 (as co-chair) and 2004.

Finally, as an alumnus, Mel has been a source of inspiration to our community in his many professional accomplishments and in his dedication to NYU. He was named an honorary member of the NYU Chapter of the Order of the Coif, the national society that encourages excellence in legal education, in 1992. The following year, we presented him with the Arthur T. Vanderbilt Medal, the Law School's highest honor. (Previous recipients have included Senator Jacob Javits, New York State Chief Judge Judith Kaye, and former New York City Deputy Mayor Fritz W. Alexander II). In 1999, the Law School Alumni Association presented him with their Alumni Achievement Award.

Mel's leadership, achievements, and many honors speak to the depth of his compassion and commitment to our NYU community. Personally, I remain profoundly grateful to Mel for dedicating his time and talents to us so generously and for being a source of inspiration to our faculty, students, and friends.

While I am saddened by Mel's conduct, I commend him for accepting responsibility and hope the court will consider his remarkable lifetime of public service and his longstanding commitment to public interest law in issuing a merciful sentence.

Thank you for your consideration.

Sincerely,

John Sexton

235

**EXHIBIT 47**

RICHARD D. EMERY
ANDREW G. CELLI, JR.
MATTHEW D. BRINCKERHOFF
JONATHAN S. ABADY
ILANN M. MAAZEL
ERIC HECKER
MARIANN MEIER WANG
SARAH NETBURN
KATHERINE ROSENFELD
O. ANDREW F. WILSON
ELIZABETH S. SAYLOR
KENNISHA A. AUSTIN
DEBRA L. GREENBERGER
ELORA MUKHERJEE

# EMERY CELLI BRINCKERHOFF & ABADY LLP

ATTORNEYS AT LAW
75 ROCKEFELLER PLAZA
NEW YORK, NEW YORK 10019

TELEPHONE
(212) 763-5000
TELECOPIER
(212) 763-5001
WEB ADDRESS
www.ecbalaw.com

April 14, 2008

Honorable John F. Walter
United States District Court
Central District of California
312 N. Spring Street
Room 176, Courtroom 16
Los Angeles, California 90012

Re: *United States v. Melvyn I. Weiss, No. CR 05-587(E)-JFW*

Dear Judge Walter:

I write regarding the sentencing of Melvyn Weiss. I am a 1990 graduate of the New York University (NYU) School of Law, have been an active practitioner in the profession now for approximately 18 years and am a partner in this firm.

I first learned of Mel Weiss – and his exceptional record for charitable giving – more than 20 years ago when I was a law student at NYU. NYU has a long history of promoting philanthropy and public interest work, with one of the law school's most important charitable projects over the years having been the establishment of a strongly endowed loan forgiveness program for those seeking to devote their legal services to the public interest. As I became more involved in public interest programing at NYU, I quickly learned of the instrumental and inspirational support provided by Mel Weiss. Mel was one of the original founders of the loan forgiveness program at NYU, providing not only substantial personal monetary contributions, but also working tirelessly to raise money from others in the community and involving himself in important planning aspects and organization of the program.

Today, NYU's loan forgiveness program is one of the strongest in the country and has been replicated as a model in other schools across the nation. At NYU and other institutions, loan forgiveness enables students to develop careers in public service and devote their considerable legal talents to the benefit of the less fortunate. Mel was one of the early pioneers

**236**

EMERY CELLI BRINCKERHOFF & ABADY LLP

Hon. John F. Walter
April 14, 2008
Page 2

in this very important effort. Without him, there would likely be no loan forgiveness at NYU (certainly not of the caliber that currently exists) and by extension, I believe it doubtful that this programing would have thrived and spread the way it eventually did in other law schools across the nation.

As time went on, I learned that Mel's charitable giving and work at NYU was only the tip of the philanthropic iceberg. The number of charitable causes, non-profit organizations and individuals he has assisted over many decades is remarkable. I am currently on the Board of Trustees for the Neighborhood Defender Service of Harlem (NDS), a non profit organization in New York that provides legal and other services to indigent residents of the Harlem community. Mel has been a strong and invaluable support to this organization as well.

Aside from this extensive and well-known philanthropy, I also had the opportunity to know Mel Weiss on a personal level. By coincidence, after I married and started a family, I discovered that my wife's family had known Mel and his family for many years. Over time, I discovered that in addition to his record of public giving, Mel was equally active and committed to smaller, more private acts of generosity and assistance. I know of many, many examples of people being helped – and in some cases rescued – by Mel's acts of charity, kindness and support. The number of people who owe some substantial debt of gratitude to Mel Weiss for his aid, charity and generosity is truly extraordinary.

Finally, I know from a close and direct perspective that Mel Weiss' current situation has been devastating for him and the many members of his family.

In imposing a sentence in this case, I hope the Court will consider and give weight to the many acts of charity and Mel Weiss's long history of philanthropy and concern for others. His record in this regard is exceptional.

Should the Court require any additional information, I will make myself available at Your Honor's convenience. Thank you for your consideration.

Respectfully submitted,

Jonathan S. Abady

Jonathan S. Abady

**237**

**EXHIBIT 48**

LAW OFFICES

# MAIDENBAUM & ASSOCIATES P.L.L.C.

One Broadcast Plaza
Suite 218
Merrick, NY 11566
516-223-8553
516-223-7096 (fax)

Jeffrey A. Maidenbaum

Carol G. Morokoff

New York City Office:
2 Penn Plaza, Suite 1500
New York, NY 10121
212-619-6401
Please respond to Merrick Office

Writer's Extension: 111
jmaidenbaum@maidenbaum.com

April 24, 2008

Honorable John F. Walter
United States District Court
Central District of California
312 N. Spring Street
Room 176, Courtroom 16
Los Angeles, CA 90012

**Re: United States v. Melvin I. Weiss**
**No. CR 05-587(E) - JFW**

Dear Judge Walter:

My name is Jeffrey Maidenbaum and I am writing to you on behalf of Mel Weiss.

I have known Mel Weiss for almost 20 years, having first been introduced to him through his oldest son, Gary. Over the years I have witnessed firsthand his generosity kindness to others.

On a professional level, early in my legal career and on more than one occasion he provided me with assistance and guidance with respect to my representation of clients.

On a different level, my wife and I have been involved with the Childlife Program at North Shore University Hospital for many years. This is a program designed to provide assistance in the hospital for sick children, many of whom may be terminally ill. One year the organization decided to honor Mel Weiss for his charitable work. The year that he was the honoree resulted in the most money raised by the program up to that time. More importantly, his involvement made others aware of the program and many of those individuals who got involved with the organization because of Mel Weiss remain involved today. He has a wonderful way of motivating others to do charitable deeds.

238

I know from speaking with his son that Mel feels great remorse for what has happened. That being said, in spite of what has transpired I continue to have respect for him because of his charitable work through the years.

I hope that the Court will take Mel Weiss' history of charitable work into great consideration when deciding on how to sentence him and hope that the Court will find a most lenient sentence to be appropriate.

Sincerely,

Jeffrey A. Maidenbaum

**239**

**EXHIBIT 49**



**RSGN&C**
RAPHAEL
SANDERS
GOLDBERG
NIKPOUR
COHEN

CERTIFIED PUBLIC ACCOUNTANTS PLLC

Mark C. Goldberg CPA
Mark Raphael CPA
Gary Sanders CPA
Floria Samii-Nikpour CPA
Allan B. Cohen CPA
_____
Anita C. Jacobsen CPA

Founding Partner:
Melvin Goldberg, CPA

April 30, 2008

Honorable John F. Walter
United States District Court
Central District of California
312 N. Spring Street
Room 176, Courtroom 16
Los Angeles, CA 90012

RE: UNITED STATES v MELVYN I. WEISS
     NO. CR 05-587(E)-JFW

Dear Your Honor,

My name is Mark Goldberg. I have known Melvyn Weiss for at least the last ten years. One of Mr. Weiss's sons Gary Weiss and I are good friends. I am a Certified Public Accountant who has a firm located in New York. I have been a practicing accountant for twenty years. Besides being an accountant, I have been appointed by the Nassau County Legislature to the Nassau County Industrial Development Agency Board. I have been a board member for the last five years. I am also on the Executive Board of the Pediatrics Child Life Program for a major hospital in New York the North Shore- Long Island Jewish Health System. Through out the years I have known Melvyn Weiss, he has exemplified kindness, respect and giving. As being a board member of the Pediatrics Child Life Program, I had the pleasure working with Melvyn Weiss for this charity. He was nice enough to be an honoree one year which is a big endeavor to help raise money for this great cause. He took time form his busy schedule at the law firm and devoted much time and energy to help raise hundreds of thousands of dollars for this program that aids the sick children. He not only helped raise money but spent time with the sick children. This brought out the kindness and good heart that he possesses. His charitable giving is endless, especially for the State of Israel. Melvyn Weiss always took time to talk to you and ask how the family was and always showed concern about your well being. These are some of the great qualities that Melvyn Weiss possesses, the kindness, warmth and giving.

I am aware of Melvyn Weiss's decision to plead guilty and I understand his true remorse for the misconduct he has displayed. I know what he has done is not right but I am asking the court and you your honor for leniency when he is sentenced on June 2, 2008. This man throughout his life has done so much good through his acts of kindness and generosity. I feel that it will better serve society if Melvyn Weiss is allowed to continue to demonstrate this kindness and generosity not only from charity giving but maybe lecturing about what he has done and try to make amends than being sentenced to a prison term.

**240**

97 FROEHLICH FARM BLVD. WOODBURY, NEW YORK 11797 | TEL: 516.864.8600 FAX: 516.496.9688 | WWW.RSGNCCPAS.COM

I have written this letter to show my respect and admiration for Melvyn Weiss and to explain to you what kind of good hearted person that I know he is.

Thank you for taking the time to read this letter and I hope this letter will steer you in the direction of leniency.

Sincerely

Mark Goldberg

**241**

**EXHIBIT 50**

May 7, 2008

The Honorable John F. Walter
United States District Court
Central District of California
312 N. Spring Street
Room 176, Courtroom 16
Los Angeles, CA 90012

## RE: UNITED STATES v. MELVYN I. WEISS
## NO. CR 05-587(E) – JFW

Dear Judge Walter,

I am an Argentinean businessman and an old friend of the United States, representing a variety of institutions for many decades, always building bridges between people in Argentina and those in the United States.

In 1994 when the terrible terrorist attack destroyed the Jewish Center (AMIA), an important delegation of the Anti-Defamation League (ADL) of New York came to Buenos Aires to pay respect and to show solidarity to the Jewish community and the Argentinean people. At the same time, a ceremony took place at the Stock Exchange of Buenos Aires where the ADL decided to make a presentation. It was at this occasion that I met Mel Weiss, and I found him to be a very interesting and a wonderful human being. This started a friendship that will last forever. He kept asking me how he could help the people in Argentina. I introduced him to various people in different organizations and universities. He always gave good advice and had the right idea about how to help everyone. I want to mention a few of the ways he helped B'nai Brith of Argentina was to start an education program that Mel Weiss helped put together. The University of Buenos Aires and other organizations in Argentina requested his presence on several occasions to give speeches to graduate lawyers and advanced students. For this wonderful job, the President of the University of Buenos Aires decided to invite him to deliver a speech. In recognition the University gave Mel an honorary degree as a professor. That was a unique and very emotional ceremony attended by famous lawyers, judges, diplomats, students and special guests.

I also introduced him to a foundation that supported poor children from poor families in a suburban area of Buenos Aires. When Mr. Weiss visited the place where they provide food for the children, he was so impressed with the job the foundation was doing that he immediately started to support them.

**242**

On another occasion when he met the Governor of that Province of Buenos Aires, the largest Province in Argentina, the Governor asked him if he would be kind enough to lend his Picasso art collection to take to Buenos Aires for an exhibit to the public, especially teachers and children. Mel Weiss only put one condition for this event to take place and that was that they would allow everyone to attend the exhibition free of charge. This event had a great cultural impact in Argentina, it was the highlight of the small capital of Buenos Aires, called La Plata. Close to 100,000 people visited the exhibit. It was "Picasso Para Todos" -- Picasso for everyone.

Several members of the judiciary system, often requested advice from Mel Weiss and he was always ready to help them either by talking to them long distance or meeting with them personally if they were in the same location. When the investigation of the bombing of the Israeli Embassy by the Argentine Supreme Court stalled, the secretary of that Court sought Mel's assistance. Mel brought them to the U.S. State Department whose help led to an indictment of an Iranian senior official, in absentia, Mel and the Argentine Ambassador to the U.S. announced the indictment at the Embassy in Washington, D.C.

I met Mel's wonderful family, kids and grandkids and my family and I became very close friends with them. Mel introduced me to many, many people in the United States with whom I became very friendly and who were always ready to help my country and willing to build bridges between the North and South of America in order to improve relationships. Mel Weiss was always ready to help delegations or business leaders from my country who came to the United States to improve their lives and businesses as well as to learn how the system works in the United States. Mel never asked to be paid for any of his works in or for these people.

Over the decade and a half I have known Mel, he has made many friends in Argentina and those friends have great respect and admiration for him and he treats them all as very important individuals regardless of their status (rich, poor, powerful).

One of the greatest achievements was when he accepted the role of International Chairman for the memorial built on the site where the Israeli Embassy was destroyed in March 1992 which he named Hatikvah for hope. Years later after this terrible attack, a group of people and institutions in Buenos Aires decided to develop a project which today is a very painful example of what happened because of terrorism. He put a great deal of time and personal resources into this project 5,000 people attended the inauguration. Today many people from all over the world visit this memorial. There is a plaque in marble with Melvyn I. Weiss's name on it. During the inauguration of the placing of the plaque by his side was the President of Argentina along with Argentina's diplomatic corp.

**243**

Mel and our families have become very close.  Whenever I or they are in New York or Argentina we reunite.  I see in Mel the terrible toll that these matters have taken on him  He feels that his life's work has been destroyed and desperately wants his future to be productive.

Respectfully,

Saul Rotsztain

# EXHIBIT 51

# *Dibo Attar*

19500 Turnberry Way, Aventura, Fl 33180
Tel: 305 933 9080    diboattar1@mac.com

Honorable John F. Walter
United States District Court
Central District of California
312 N. Spring Street
Room 176, Courtroom 16
Los Angeles, CA 90012

Re: UNITED STATES v. MELVYN WEISS

NO. CR 05-578 (E) -JF

Thursday, May 1, 2008

Dear Judge Walter,

My name is Dibo Attar, and I write to you today as a close and dear friend of
Melvyn Weiss for over twenty-five years.

An associate and friend of mine, now deceased, introduced me to Mel concerning
a matter of an investment with potential litigation.  Mel's fame preceded him and
not knowing what to expect, I was very surprised at his gentle and cordial manner.
We instantly hit it off, as did our respective families.

Ours was not the traditional attorney-client relationship, and while the legal minu-
tiae certainly was competently and professionally addressed, we were above all
friends, and enjoyed our shared time and travels throughout the world together. In
all the years I have known him, I have observed Mel as a consummate gentleman,
and as a gentle man, who took pains to do no harm to others.

As a friend and an observer, I would like to relate to your Honor some episodes we
shared and some thoughts on Mel. Mel is a good husband to Bobby, his wife, for
over 40 years, and together they raised a loving and cohesive family. Mel has been
a good father to Gary, Steven and Leslie, and a doting grandfather to the numerous
grandkids. He also is a good son to his sharp and bright 96 year old mother. He is a
good man, charitable and caring and a true friend, who helped me personally in
some of my darkest and loneliest moments, who unstintingly extended his hand
and nurtured me back to health.

**245**

He asked me to join him on a trip to Argentina he was making with the Anti Defamation league, who had been investigating the unsolved bombing of the Amia and the Israeli Embassy in Buenos Aires. I had many misgivings about the trip and its purpose, having lived in Buenos Aires and knowing the country. We met and went everywhere, to the Ministry of Defense, Justice Dept., Secret service, US Ambassador as well as President Menem and his chief of staff. The perpetrators of those terrible bombings were not found, nor was the horror it inflicted resolved. Many long-term relationships were breached by the cowardly bombings and the perceived lack of appropriate government response.

The Jewish community felt lost and despairing at the unresolved situation, and the deepening financial crisis in the country. That community began to dissipate. People were leaving the country by the tens of thousands.

Endless days of meetings were held with community leaders, doors were opened, contacts and introductions made and funds raised for many causes. In one early breakfast meeting the funds were raised to dedicate land and build a Plaza in commemoration of the lives lost in the bombings. Mel was instrumental in making things happen - his door was always open, and he always had a little more time after the absolutely last meeting. He genuinely liked people, and it was amazing to watch someone who knew not one word of Spanish communicate and create bilateral friendships, warmth and good deeds.

Yet Mel in a short time and on many subsequent trips reached out and built many bridges to the Argentine leaders and community.

Another time we met in Frankfurt, where he was working on the forced labor case, seeking reparations for the victims of the Nazi atrocities. He was there for a day, and we could only meet at night. It was so late, the hotel kitchen was closed and we could only have a cheese plate. He was quite exhausted, yet it was evident he thrived on his work and the giving of his time, and beyond that, took the time to see that I was alright as well.

What impressed me about Mel's charitable work was his dedication. He brought the same passion for his pro bono work as for his remunerated matters.

We have spoken at length about what he now faces. Mel understands what he did and is chastened and humbled.

To many, Mel was the lawyer of last resort.  It is inconceivable that he will no longer stand before the Bar as a champion of his client's causes.  That is a tragic loss to the Bar and the clients who will not have the benefit of his wisdom and direction.

As a friend and as a Grandfather, I ask your Honor for compassion. In considering his ill deeds and punishment, please weigh and consider that he will lose his craft, his stature and respect in society.

Please weigh the good that this man has done generously and repeatedly, the love and caring for his family, friends and many causes.  Mel will be repeatedly vilified, held out as an example of wrongdoing and the classic 'fall from grace'.  I would hope that your Honor could see the good in this man. Mel is a person of contrasts deserving, as we all are, of redemption. He is an example of a brilliant man that has erred and lost his way, but the path to his redemption should be to continue on with his philanthropic efforts, and become a true example of the maxim that all deserve a second chance.

I know that your Honor will do the right thing and show leniency, compassion and mercy to my friend.


Respectfully,

Dibo Attar

**EXHIBIT 52**

Honorable John F. Walter
United States District Court
Central District of California
312N. Spring Street
Room 176, Courtroom 16
Los Angeles, CA 90012


RE: UNITED STATES v. MELVYN I. WEISS
NO.CR 05-587 (E) – JFW

Dear Your Honor.
My name is Fernando W. Maurette. I have been a National Congressman for Argentina during the period 1995-1999, Defense Secretary (2002-2003), President of the Foundation Banco de la Provincia de Buenos Aires (1999-2002), Secretary of the Interior Minister (1993-1995), Director of the Banco de la Ciudad de Bs. As. (1989-1993).
Currently I'm chair of the La Pascuala S.A., Winery and Vineyards, y vicepresident of COFINTE S.A. Hotel Huacalera, .
I'm also Academic Honoris Causa of the Academia Nacional del Tango and I have chaired for 15 years the Fundacion Rioplatense, an NGO dedicated to social and direct action within the city of Buenos Aires (food and education for 300 personas every day), and also dedicated to research in gender studies, discrimination issues and institutional strengthening.
I am married to Dolores Dolberg and I have three sons.
I first met Melvyn Weiss at a gathering of the Anti Defamation League in Palm Beach in the year 2000. I attended this symposium invited by the cairman of the ADL, Mr. Abraham Forman. Previous to our first meeting I was familiar with Mr. Weiss' work in Argentina, specifically in the project Hatikva that financed the purchase of a lot where the Israeli Embassy used to stand before it was destroyed in a terrorist attack in 1992.
The lot was bought and made into a memorial park, a true symbol of democratic values, cultural and religious diversity and peace. I share with Mr Weiss these ideals and I admire his leadership when it comes to realizing them. Not only his financial support, but more importantly the time and passion he put into this project are to be stressed, and there is no doubt in my mind that without his action the project would not have been made a reality.
When I met Mr. Weiss I met a great human being, not only in the field of human rights and the defense of freedom, but also a sensitive and giving person. I remember him talking about his love of art and the work of Pablo Picasso in particular. I also remember him telling me about his humble childhood in the Bronx and that his long work hours alongside his father would not allow him to visit museums and enjoy art.
When he learned about Argentina's historic and great appreciation of art, and knowing that many humble people in this country were not able to enjoy art, he proposed to lend his outstanding private collection of 138 Picassos so that it would be exhibited in my country. His one condition was that the exhibition had to be free of charge for everybody. We made it happen and the collection was exhibit from March 19th. to April 20th. of 2001 in the Teatro Argentino de La Plata and over 200,000 people attended it, the majority of which were children and humble people. Mel also authorized a special tour for the blind and made available ramps for the disabled.

**248**

When Mel found out about the work my NGO, the Fundacion Rioplatense, in soup kitchens he did not hesitate in offering me his support and his financial collaboration. Needless to say his support is vital and infinitely appreciated by the children and families that re the beneficiaries of this service.

All this being said, I conclude by saying that I think Mel Weiss is an exceptionally generous and caring person, whose ideals I admire and whose support I will always be grateful to.

Sincerely

Fernando W. Maurette

**EXHIBIT 53**

*Gobernador de Buenos Aires*

La Plata, April 24th 2001

Dear Mel & Barbara:

As you know, we came back from New York on the weekend that were the last days of the exhibition "Picasso para todos"; as we have shown you it enjoyed enormous success among all kind of public, from children to grown ups, from followers of Picasso to those who, for the first time, got the chance to see one of his works. We are enclosing new reviews done in the national and local press.

This Picasso exhibition renewed expectations over La Plata as an alternative center for cultural activities at the same level of Buenos Aires and since it was possible to host it in Teatro Argentino, the presence of your Collection brought many people to a building that, closed for almost 25 years, recovered prestige and sense of purpose with activities as this one.

The success created a renewed hunger for new events like "Picasso...", and this, besides being estimulating and rewarding for all those involved with the exhibition; shows that we should never understimate what people expect from us neither what we can do to fullfil those hopes, no matter how difficult times may be.

All above would have never existed if both of you were not inspired by your disposition to share what yo have acomplished in life, untogether with and a sense of public service worth of a true mecenas.

The Province of Buenos Aires, people or Government, as well as many other argentinians, we hold a debt of gratitude to the Weiss family but Marisa and I, we feel particularly indebted to you and Barbara, as very good friends, for your generous espirit and open mindness that not only made possible "Picasso para todos" but, due to it, granted to the name Weiss a place among all of us.

With our friendship,

DRA. MARIA ISABEL ZAPATERO DE RUCKAUF

DR. CARLOS FEDERICO RUCKAUF

To
Melvyn & Barbara WEISS
New York

250

**EXHIBIT 54**

**OFFICERS**

SEYMOUR D. REICH
President
PETER A. JOSEPH
Chair

**EXECUTIVE COMMITTEE**

RABBI HARVEY J. FIELDS
MARVIN LENDER
GEOFFREY H. LEWIS
YAFFA MARITZ
HARRIET MOUGHLY WEISS
DEBRA PELL
HENRY ROSOVSKY
ALAN D. SOLOMONT
JEFFREY M. STERN
MELVYN I. WEISS
LAWRENCE ZICKLIN

**NATIONAL BOARD**

DAN ADLER
KAREN R. ADLER
LAWRENCE BENDER
MARK BIDERMAN
ED BLANK
LOUISA BENJAMIN BOHM
HYMAN BOOKBINDER
STANLEY M. CHESLEY
SEAN DANIEL
SYBIL A. FIELDS
MONTE N. FRIEDKIN
CYNTHIA FRIEDMAN
DR. GAIL FURMAN
LINDA GALLANTER
SANFORD GALLANTER
ERNEST GINSBERG
GARY GINSBERG
STANLEY P. GOLD
H.P. GOLDFIELD
GUIDO GOLDMAN
SALLY GOTTESMAN
D. JEFFREY HIRSCHBERG
DAVID KAPLAN
WILLIAM KAYE
STEVEN C. KOPPEL
MURRAY KOPPELMAN
ALLEN KRONSTADT
TOM KULLY
JACQUELINE LEVINE
THEODORE R. MANN
MIKE MEDAVOY
YUVAL NEEMAN
DR. HENRY D. OSTBERG
NORMAN J. PATTIZ
SEYMOUR REICH
MARCIA RIKLIS
MICHELE ROSEN
JODI J. SCHWARTZ
IAN SLOME
TERRI SMOOKE
DAVID H. STRASSLER
SUSAN K. STERN
S. DONALD SUSSMAN
WILLIAM A.X. TIFERMAN
JAMES E. WALKER, III
STEVEN WARNECKE
DEBRA L. WASSERMAN
ALAN L. WURTZEL
AARON ZIEGELMAN
BRIAN ZIMMET

**HONORARY CHAIRS**

JACK C. BENDHEIM
ROBERT K. LIFTON
JUDITH STERN PECK
MICHAEL W. SONNENFELDT

**PROFESSIONALS**

NICK BUNZL
Executive Director
M.J. ROSENBERG
Washington Director of Policy Analysis
ROBERTA FAHN SCHOFFMAN
Jerusalem Representatives
JEROME CROWN, NY
THOMAS A. DINE, DC
JOSH EARN, DC
ALI FISHBEIN, NY
SADIE GOLDMAN, DC
DAVID HALPERN, NY
MARTIN IROM, NY
JEREMY RABINOVITZ, DC
MARINA TEPLITSKY, NY

**NATIONAL SCHOLARS**

STEPHEN P. COHEN, NY
STEVEN L. SPIEGEL, LA

**U.S. ADVISORY COUNCIL**

AMB. SAMUEL W. LEWIS
Senior Policy Advisor
Washington, DC
MARSHALL J. BREGER
RACHEL BRONSON
FREDERIC C. HOF
AARON DAVID MILLER
MICHAEL NACHT
AMB. ROBERT H. PELLETREAU, JR.
AMB. EDWARD S. WALKER, JR.

**ISRAEL ADVISORY COUNCIL**

MOSHE ARAD
GEN. (RET.) SHLOMO GAZIT
DAVID KIMCHE
DOV LAUTMAN
GEN. (RET.) ISRAELA ORON
JACOB PERRY
GEN. (RET.) DANNY ROTHSCHILD
AMB. SHIMON SHAMIR
ITSCHAK SHREM
GEN. (RET.) ITTACH SPECTOR

**IPF**
**ISRAEL POLICY FORUM**

<u>RE: UNITED STATES v. MELVYN I. WEISS</u>
<u>NO. CR 05-587(E) – JFW</u>

Honorable John F. Walter
United States District Court
Central District of California
312 N. Spring Street
Room 176, Courtroom 16
Los Angeles, CA 90012

May 5, 2008

Dear Judge Walter,

I am writing to express my support for Mel Weiss. Recently, I was hired as Executive Director of Israel Policy Forum (IPF). Prior to this, I held a range of leadership positions in the Jewish community, most notably for the Jewish Community Center (JCC) in Manhattan from 1997-2006, where I served as Interim Executive Director and President of the Board of Directors for three years. Prior to my work with the JCC, I was involved in investment management and international trading for twenty years, including serving as Chairman and Managing Director of BTH Group, a London-based international textile trading group of companies.

In my capacity as Executive Director and formerly as a long-standing supporter of IPF, I have had the pleasure of knowing and working with Mr. Weiss for many years. I am writing this letter to express my direct knowledge about the extraordinary qualities that Mr. Weiss exemplifies. Since 1996 Mr. Weiss has contributed his time, energy and resources to IPF. IPF is an independent, non-partisan, not-for-profit that works to promote American diplomacy in the Middle East and a two-state solution. Mr. Weiss has been actively involved as a member of our Executive Committee and a generous supporter of our work.

I am fully aware that Mr. Weiss has decided to plead guilty and am personally aware of his remorse for his actions. In spite of Mr. Weiss's admission of wrongdoing, I have great respect and admiration for the work he has done for our organization and the broader community. Peace in the Middle East is a difficult but necessary objective. Mr. Weiss has put his tremendous resources and bountiful connections behind this worthwhile goal.

As a major source of global instability that impacts America's foreign and defense polices and actions, it is imperative that all Americans work toward successfully resolving conflict in the greater Middle East. In this vein, I ask the court for leniency when sentencing Mr. Weiss. His actions to promote peace are deserving of this plea for mercy. Thank you for taking the time to read this letter.

Sincerely,

Nick Bunzl

**NATIONAL OFFICE:** 165 East 56th Street, 2nd Floor, New York, NY 10022 ▪ Tel: 212.245.4227 ▪ Fax: 212.245.0517
Washington Policy Center: 122 C Street NW, Suite 820, Washington, DC  20001 ▪ Tel: 202.347.3811 ▪ Fax: 202.347.6130
Israel Office: 43 Emek Refaim Street, Suite 10, Jerusalem 93141 ▪ Tel: 972.2.561.7258 ▪ Fax: 972.2.561.7437
WWW.ISRAELPOLICYFORUM.ORG

251

**EXHIBIT 55**

# steel wheels consulting LLC

### Driving What Drives You

April 29, 2008

Honorable John F. Walter
United States District Court
Central District of California
312 North Spring Street
Room 176, Courtroom 16
Los Angeles, CA  90012

Re: United States vs. Melvyn Weiss, NO. CR 05-587 E- JFW

Dear Judge Walter:

I am writing to you regarding Melvyn Weiss, whom I have known since 1994. Mel served as a
board member of Israel Policy Forum (IPF), a non-profit organization for which I worked as
Executive Director for ten years. I now am the President and Founder of Steel Wheels
Consulting, LLC, a New York City-based executive coaching and consulting firm specializing in
capacity building, leadership development and strategic planning. After eighteen years in the non-
profit industry, I have an expertise in strategic planning, organizational and human resource
development, and program implementation.

I have a Masters in Public Administration (MPA) from The School of International and Public
Affairs (SIPA) at Columbia University and a BA in political science from the University of
Michigan.  I serve as a life member of the Council on Foreign Relations and a board member of
Project Kesher, Israel Policy Forum, Face to Face at Auburn Theological Seminary and the
Hebrew Union College - Institute of Religion.

Mel and I developed a close working relationship during my years at Israel Policy Forum, a
bipartisan group that galvanizes leaders in the business, philanthropic, entertainment and political
communities to support an active American role in Middle East diplomacy.  Mel was an
extraordinary volunteer, devoting unlimited hours and resources towards the growth of IPF.  His
leadership made a significant impact on mobilizing support for a two state solution to the Israeli –
Palestinian conflict.

While I understand the grave charges that Mel is facing, I also know that this is a man who would
never turn his back on a stranger or friend in need.  This is a man who – in addition to his career
as an attorney – spent his life helping countless others through his many charitable endeavors.

I hope you will consider the enormous contributions that Mel has made in the world of
philanthropy, and grant him leniency when it comes to his sentencing.  He is an amazing man –
dedicated to peace and security and helping others – and I feel honored to have known and
worked with him over the course of my own career.

**252**

126 East 56th Street, Suite 12N, New York, NY 10022  ⊙  t: 212.826.8833  ⊙  f: 212.759.5304  ⊙  dwasserman@steelwheelsconsulting.com

# steel wheels consulting LLC

*Driving What Drives You*

Thank you for your consideration,

Debra L. Wasserman
President, Steel Wheels Consulting, LLC

**253**