1  BENJAMIN BRAFMAN
2  BRAFMAN & ASSOCIATES, P.C.
   767 Third Avenue, 26th Floor
3  New York, New York 10017
   Telephone: 212-750-7800
4  Facsimile: 212-750-3906
5  Bbrafman@braflaw.com

6  Admitted Pro Hac Vice as Attorneys for
7  Defendant MELVYN I. WEISS

8  THOMAS M. BROWN (Cal. Bar No. 117449)
9  BROWN & WHITE LLP
   333 South Hope Street, 36th Floor
10 Los Angeles, CA 90071
11 Telephone: 213-613-0500
   Facsimile: 213-613-0550
12 Tbrown@brownwhitelaw.com
13
14 Attorneys for Defendant
   MELVYN I. WEISS
15
16              UNITED STATES DISTRICT COURT

17     CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

18 UNITED STATES OF AMERICA,        Case No. CR 05-587(E) -JFW
19              Plaintiff,
                                     **DEFENDANT MELVYN I. WEISS'S**
20              v.                   **SENTENCING MEMORANDUM**

21 MELVYN I. WEISS,                  **(VOLUME 3 OF 4: EXHS. 56-113)**
22              Defendant.
23                                   Date:      June 2, 2008
24                                   Time:      10:00 a.m.
25
26
27
28
                                          DEFENDANT MELVYN I. WEISS'S
                                           SENTENCING MEMORANDUM

**EXHIBIT 56**

Israel, April 30th 2008

Honorable John F. Walter
United States District Court
Central District of California
312 N. Spring Street
Room 176, Courtroom 16
LOS ANGELES, CA 90012

RE: United States v. Melvyn J. Weiss

NO. CR 05 587(E) JFW

Dear Judge Walter,

I wish, in simple and sincere words, to bring to your kind attention a brief testimony on the nature of my relationship with Mr Melvyn Weiss. I am preparing this letter in my own words, with no scrutiny of a speechwriter, in spite of the fact that my command of the english language is still subject to a meaningful improvement.

At this point allow me, Your Honor, to introduce myself. I am sixty years old. Thirty years ago, I earned a doctorate in french literature and taught, later on, this discipline at Haifa University, for four years. Then, I turned to a political and diplomatic career and enjoyed, in this track, several positions: Mayor of Shelomi, a city located in the North of Israel (1983-1992); Member of the Knesset — Israel's Parlament (1996 - 1999); Ambassador of Israel to France (1992-1995); Ambassador of Israel to the United Nations (1999 - 2002).

Currently, I am serving as Delegate For International Relations of an outstanding educational institution in Israel and France, the Alliance Israélite Universelle.

254

It is, actually, in my last diplomatic position, as Permanent Representative of Israel to the United Nations, that I got to know Mr. Melvyn Weiss. It was, precisely, at a dinner hosted by one of my colleagues in the UN, that I had my very first contact with Melvyn. It was quite a warm and interesting discussion.

Then, for a couple of years, I had several occasions to meet Melvyn in social functions, particulary those relating to the jewish community and Israel and fcused on the amistance to a series of lofty causes in education and social justice.

At one occasion, I attended a reception in support of Israel, hosted by Melvyn Weiss at his own residence. Given the impressive number of distinguished guests that attended the event, the pleasurable and yet constructive atmosphere, one would have been able to appreciate the enormous amount of esteem and respect bestowed upon Melvyn for his generosity and his commitment to the betterment of humanity.

Upon my return to Israel, after I left office in the UN in January 2003, I embarked on a new venture, dedicating myself to education in Israel. This vocation brought me to a fruitful cooperation with the organisation I have been serving for the last five years, the Alliance Israélite Universelle.

As Delegate For International Relations of this illustruous institution, which has been providing modern education to jewish communities in North Africa, the Middle East, France and Israel, for the last 150 years, my task, among others, is to raise funds to the benefit of the schools of the institution in Israel.

255

··· 3 ···

to me, it was but natural to insert in my list of potential donors the name of Melvyn Weiss. In 2004 and 2005 I came to New York, met with Melvyn who, as a faithful friend and generous donor, contributed twice to the purpose of Alliance Israélite Universelle.

It goes without saying that the pledges of Melvyn translated into effective donations. In fact, the whole process epitomized, to my humble opinion, the high degree of commitement of Melvyn to noble causes.

While I am deeply sorry for this difficult and painful period in Melvyn's life, I do value the fact he has pleaded guilty to certain crimes and expressed remorse about his misconduct.

I hope, Your Honor, that this modest piece of testimony will shed some light on some aspects of Melvyn's character, a man for whom I have still great respect despite his admission of wrongdoing, and will be taken into consideration when Melvyn will have to face his sentence.

Please accept, Dear Judge Walter, the expression of my highest respect and consideration.

Yehuda Lancry

**EXHIBIT 57**

# Laurence Goldfein
# 5 Valley Road
# Westport, CT 06880

April 9, 2008

Honorable John F. Walter
United States District Court
Central District of California
312 N. Spring Street
Room 176, Courtroom 16
Los Angeles, CA  90012

RE:     <u>United States v. Melvyn I. Weiss</u>
        <u>No. CR05-587 (E) - JFW</u>

Dear Judge Walter,

I am an attorney admitted in New York, and as a longtime friend of Mel Weiss, write this letter in the hope that Your Honor will be lenient in his sentencing.

My friendship with Mel started at law school in 1956, then we served in the army together and over the years our relationship deepened as we both were finding our ways in life; that is, marrying and having children, pursuing our legal careers and being involved in our respective communities.

As the years passed, my respect for Mel has continued to grow, as a devoted family man, as a lawyer with a keen mind and as a person who not only has given his time and funds to charitable and community affairs, but who successfully endeavors to influence others to similarly connect in these efforts.

Others, I am sure, will detail Mel's many deeds in helping others; for example, providing medical and legal help to persons in need, establishing a fund providing financial aid to students at our alma mater, NYU School of Law, who upon graduation join public service providers rather than establishment law firms, coming to the assistance of the Jewish community in Buenos Aires after their center was destroyed by a bombing, his major effort in serving <u>pro bono</u> on behalf of the holocaust victims.

Let me note just two incidents where Mel's caring character has had a direct impact on me. In the early 1980's, I left the law and became a partner in a Wall Street securities firm. In after only about five years that career change turned sour as a result of the October, 1987 stock market crash. As you might imagine, this was a devastating event to me; no longer was I the prominent tax lawyer or investment banker. At a time when I was depressed and searching to reestablish myself, Mel came to my rescue. He not only gave me much needed emotional support but was instrumental in my landing a rewarding new career as general counsel and head of a consulting group with a major accounting firm.

**257**

● Page 2                                                                April 9, 2008

Another example involves my wife Susan.  She is a gerontologist with a specialty in Alzheimer's disease.  In the late 1990's she was (and still is) active with the Alzheimer's Association.  At the time, she was heading up a test project in advancing group methods for assisting those diagnosed with early stage Alzheimer's disease.  Susan approached Mel for help, and he immediately saw the great potential benefit in the project.  Mel's generosity in providing needed funding not only enabled the program to get off the ground, but he interested others in assisting this important effort.  Excellent results were achieved, and as an outgrowth, there now is a large annual conference where Alzheimer's patients, family members and professional caregivers meet together and receive programs designed to show how a better quality of life may be achieved for those afflicted with this dreaded disease.  Mel has continued his support of these efforts by the Alzheimer's Association.

I have spent a great deal of private time with Mel over the last few months.  While it has been a troubling period for him, he has come to grips with the reality of his wrong doing.  In that regard, he has a number of times expressed to me the remorse that his misconduct has caused to the very legal system he has cherished.  Perhaps a means can be considered where he can provide a service now which in some way may help ameliorate those wrongs.

In sum, Mel has led a productive worthwhile life, with so many extraordinary accomplishments.  I respectfully request that Your Honor spare him a punishment of imprisonment and allow him to further his community services.

Respectfully

Laurence Goldfein

LG/rll

**258**

**EXHIBIT 58**

# Edwin A. Levy

April 21, 2008

Honorable John F. Walter
United States District Court
Central District of California
312 N. Spring Street
Room 176, Courtroom 16
Los Angeles, CA 90012

RE:   UNITED STATES V. MELVYN I. WEISS
      NO. CR 05-587(E)-JFW

Dear Judge Walter,

My name is Edwin Levy and I have been privileged to be a friend of Mel Weiss for more than 20 years. By way of background, I am married to the same person for 43 years and have two children and three grandchildren. After 4 years at Brown University and one year at Brooklyn Law School, I embarked on a career in the investment community.

I've had only two employers, I was the first and only trainee at Bear, Stearns & Co. starting in 1959, becoming a General Partner in 1971, in charge of retail sales. I resigned in 1979 to help found Levy, Harkins & Co., an investment management firm where I continue to be employed full time.

By way of additional background, I have been seriously involved with a number of charities. I was a board member of Big Brothers, Big Sisters, did work for Brown, was a board member of American Parkinson's Disease Foundation, and Parkinson's Action Network, currently a trustee of the National Parkinson's Foundation, trustee of

**259**

Continuum Health Partners (Beth Israel Hospital) and am a board member and Chairman of the Development Committee of the Michael J. Fox Foundation for Parkinson's Research.

I bring all of the forgoing to your honor's attention, not for your plaudits, but to establish credibility to myself as a serious member of the community that does not speak idly and whose priorities are my family and attempting to give back to society at least as much as I have received.

Mel Weiss and I are very good friends. I am only equipped to make a judgment about him based on what I have observed over the years. All I can say is that his behavior has been terribly consistent. He shows nothing but kindness and love for his wife Bobbi, his children, Steven, Gary, and Leslie, and his grandchildren. He is generous to a fault. All one has to do is ask him for help. I cannot recall him saying no. There is no charity or individual in need that asks for assistance that he rejects.

I remember a number of years ago attending a dinner at which he was honored. It seems that he was instrumental in seeing to it that a Synagogue of which he was no longer a member get through a serious financial problem. It survives and continues to flourish today thanks to his personal contributions and his ability to convince others to do the same.

His generosity is accomplished with extreme dignity and no self-aggrandizement. I know this to be true as I am a 15 year victim of Parkinson's Disease and I can speak with first-hand knowledge of his magnanimousness and kindness. He has been there for me from day one with both substantial contributions for the research effort and a shoulder to lean on when necessary.

My opinion of his guilt or innocence is of no value. All I ask is that you consider granting as much leniency as is possible when sentencing my good friend.

Please accept my gratitude for your indulgence.

Sincerely,

Edwin A. Levy

**260**

# EXHIBIT 59



**Car Lease USA**
PERSONALIZED SERVICE ★ CUSTOMIZED SOLUTIONS

May 1, 2208

Honorable John F. Walter
United States District Court
Central District of California
312 North Spring Street
Room 176, Courtroom 16
Los Angeles, CA 90012

RE: UNITED STATES v. MELVYN I. WEISS
NO. CR 05-587 (E) – JFW

Dear Judge Walter:

I am writing on behalf of Mel Weiss who is scheduled to be sentenced on June 2, 2008. I hope you will consider my letter, written on Mr. Weiss' behalf, before deciding on the term of his sentence.

As for my personal background, I have been in the vehicle leasing business since 1981 and my wife has been a psychotherapist for approximately the same amount of time. Prior to entering into the car business I served in the United States Navy. We have a daughter and a son and three lovely grandchildren. I currently work in and own a leasing company in East Norwich, NY.

Our family has known Mel on a personal basis for almost 20 years. He has been a wonderful friend to myself and my family during that time and became a person I could turn to for any kind of support. Over the course of 20 years I have been involved in many charities and fund raising organizations, all of which Mel has contributed to generously. His specific donations to LICADD (which helps educate Long Island students about the dangers of alcohol and drug addiction and ways to avoid such) enabled our charity to reach even more schools and vulnerable children than was previously possible. In addition, Mel personally attended many of my charitable events, lending support in a very personal way that took much time and effort on his part. Please consider that Mel has many of his own personal charities which are important to him and many other friends with their own charities and pleas for support. Even considering all these charitable demands, Mel always found the time to lend a hand to my causes, both personally and financially.

I ask that you consider imposing a lenient sentence on Mel, taking into consideration the magnitude of his personal benevolence and altruistic nature. His compassionate, empathetic and kindhearted ways have helped so many people and so many organizations. I would humbly ask that you consider the many ways that Mel has shown compassion and recompense him with compassion.

Sincerely,

Curt Webster

Car Lease USA • Tower Square • 1041 Oyster Bay Road • East Norwich, NY 11732
Tel: 516-922-7447 • Fax: 516-922-6783 • Email: Curt@CarLeaseUSA.com

261

**EXHIBIT 60**

**WILLIAM D. BAUM**

EMPIRE STATE BUILDING
350 FIFTH AVENUE, SUITE 501
NEW YORK, NY 10118-3299

TEL: (212) 239-0080 Ext. 125 • (800) 648-6010
FAX: (212) 714-2958
EMAIL: bbaum@baum-essex.com

April 2, 2008

Honorable John F. Walter
United States District Court
Central District of California
312 N. Spring Street
Room 176, Courtroom 16
Los Angeles, CA 90012

RE:  UNITED STATES v. MELVYN I. WEISS
     NO. CR 05-587 (E) –JFW

Dear Judge Walter,

My name is William Baum. I am the CEO of Essex Manufacturing Inc., a Georgia corporation with offices in New York.

I have known Mel Weiss for over 20 years and was dismayed and disappointed to learn that he has pleaded guilty to certain crimes. The reason I am writing to you is that I know he is truly remorseful for what he has done. I am not attempting to minimize his crimes in any way, however I am asking the Court for leniency in his sentence.

Mel has been a powerful and active philanthropic force both locally and nationally. I know this not only because of the numerous charity events he has run and attended but also first hand. I am the Vice-Chairman of LICADD (The Long Island Council for Alcohol and Drug Dependency) and Mel has always been there for us whenever we needed him.

**262**

I honestly believe Mel would better serve our community by serving a shorter sentence, thus allowing him more time to continue his charitable ways.

Thank you for your consideration.

Sincerely,

William Baum

**EXHIBIT 61**



# HANLEY CENTER

April 8, 2008

Honorable John F. Walter
United States District Court
Central District of California
312 N Spring St
Room 176, Court 16
Los Angeles, CA. 90012

**RE: UNITED STATES v. MELVYN I. WEISS**
    **NO. CR 05-587 (E) JFW**

May the peace of God, which surpasses all understanding, be with you, and may the scales of justice weigh toward compassion.

I am writing this letter to recommend compassion and leniency toward **MELVYN I. WEISS** whom I have known for over seven years.

I am Vice President of Mission and Spiritual Care at Hanley Center, one of the top six alcohol and drug treatment centers in U.S.A., Pastor of Mary, Mother of Light Church of Palm Beaches, Professor of Ethics and Spirituality at Nova University Florida, and Judge of the Eparchial Tribunal for the Eparchy of St Maron.

While I am aware of the unfortunate circumstances in the case of Mr. Weiss, I am also mindful of the man who for all the years of his married life has been a gracious and lovingly human being in service to his wife, children and grandchildren. Moreover, Melvyn has served others all his professional life making efforts to assure that the law serves humanity rather than vice versa, justice prevails and is tempered with mercy.

I personally know the Weiss family and have been witness to the gracious and mindful outreach of Melvyn and his Wife to the underprivileged and the needy throughout the world. Moreover, Melvyn has graciously supported as a benefactor the Hanley Center Foundation which offers life-saver funds to men and women who are struggling with addictions but are unable to continue paying for treatment. His contributions for treatment have made a healing difference for many people.

264

Mr. Weiss reflects a heart of compassion in his desire to be in service to life and his efforts as a husband, father and grandfather have been realized with love and endless support to his loved ones and any person, regardless of creed or color. While Melvyn may have erred in judgment, his long, qualified and competent service to people in need of justice rendered through bro bono services and his generosity and support to the poor and addicted warrant gracious consideration of clemency toward him for his poor judgment at a time of weakness.

Having served as Spiritual Care Chaplain in the Federal Prison of Danbury, Connecticut for eight years, I am well aware of our system and urge that Your Honor earnestly consider his life and the history of his generous service to others as a witness of mindfulness of life and care for others.

There is no human being on this magnificent planet that has not erred at some time in his or her life. The significant issue, when we err, is never our punishment for our good but rather how we effectively integrate life-lessons learned from our mistakes as means of empowerment for our future, the common good, and our society.

Mr. Weiss has lived a legal mission and followed Judeo-Christian values all his professional life. He has demonstrated an untiring willingness to go an extra mile to help others simply because they are human beings and created in the divine image. Therefore, I am asking You, Your Honor, to grant compassion and leniency to Mr. Melvyn Weiss so that he can be empowered rather than paralyzed by his mistakes, and is renewed in his determination to serve others and care for his loved ones.

With prayerful good wishes, I remain

In the hope of Peace,

Msgr. Ronald Beshara, STL, JCL.
Vice President of Mission & Spiritual Care

**265**

**EXHIBIT 62**

Honorable John F. Walter
United States District Court
Central District of California
312 N. Spring Street
Room 176, Courtroom 16
Los Angeles, California  90012


Re:  United States vs Melvyn I. Weiss

No.  CR 05-587 (E) – JFW


Dear Your Honor:

My name is Lin Evola-Smidt and I am the founder of the Peace Angels Project whose mission is to melt down weapons world wide to create the Peace Angel monuments. This project was conceived in Los Angeles in 1992 and has friendships and relationships world wide.

I have known Mr. Weiss since 1995.  At that time, the Renaissance Peace Angel was created in bronze at the Mussi Artworks Foundry in Berkeley, California.  It was an act of destiny that Mr. Weiss was the only collector to see the sculpture directly after its creation.  He had been brought to the foundry by a mutual friend of ours who was my art dealer at the time.

In 1997, the Peace Angel was unveiled at Crossroads School of Arts and Sciences with international press and local press in Los Angeles that lasted a week.  It was at that time that Archbishop Desmund Tutu, Nobel Peace Laureate from South Africa and Mr. Melvyn Weiss from New York, both asked for Peace Angel monuments for their respective areas.

In 1998 my son and I moved to New York from Los Angeles and I began the intense work that is culminating now in creating the Peace Monuments in Los Angeles and New York.

Mr. Weiss' vision made it possible for me to make the world wide contacts in the press and with the United Nations that will now lead to Peace Monuments in New York and worldwide.

His friendship is invaluable to me.  I know him as a decent and generous man who is gifted in his vision for doing good in our world.  It was because of him that I came to New York and met my husband, the love of my life, who died in 2004.  My husband

**266**

Daniel was responsible for bringing the Peace Angel to Nino's Restaurant just after the World Trade Center was destroyed. The sculpture base that Crossroads had attached was signed by firemen, police officers and rescue workers and became a part of history at that time. The sculpture that Mr. Weiss first saw is now going to the World Trade Center Museum because of him. As we melt down weapons and create the Peace Monument in New York, it will include a gesture of thank you to Mr. Weiss.

I regret very much, the difficulties here. I know him only as a true friend and art collector who has the great vision of knowing art at a world level.

Linda-Marie Evola-Smidt, MFA

Artist to the Art of Peace Charitable Trust, New York City, New York, USA
Founder of the Peace Angels Project, New York City, New York, USA
Co-Founder of the Angel Of Peace Awards, Los Angeles, California, USA
Artist Life Member, National Arts Club, New York City, New York, USA

c/o Jack H. Halperin, Esq.
1350 Broadway-Suite 1510
New York, New York 10018
Tel: (212) 695-3240
Fax: (212) 971-0417

LME-S
646-248-9441 cell

**267**

# EXHIBIT 63



**Beau Dietl & Associates**

*Security and Investigative Specialists*
One Pennsylvania Plaza • 50th Floor
New York, New York 10119
Phone: 212-557-3334 • Fax: 212-557-4737

May 6, 2008

Honorable John F. Walter
United States District Court
Central District of California
312 N. Spring Street
Room 176, Courtroom 16
Los Angeles, CA 90012

                              RE:    UNITED STATES v. MELVYN I. WEISS
                                     NO. CR 05-587(E)-JFW

Dear Judge Walter:

        I am writing to you to ask for leniency in sentencing my dearest friend, Mel
Weiss, in connection with his decision to plead guilty for acts for which he is truly
remorseful.   I have known Mr. Weiss for over twenty (20) years socially in connection
with fundraising for a myriad of charities.   I am Chairman of Beau Dietl & Associates, a
premier security and investigations company.  Given my close relationship with Mr.
Weiss and my vast experience in law enforcement, I feel overwhelmingly qualified to
comment on his high integrity, impeccable character and honesty.  I also believe that Mr.
Weiss could provide a benefit to the community, if he were allowed to serve his sentence
without incarceration.

        By way of background, I founded Beau Dietl & Associates over twenty
(20) years ago, after I retired from the New York City Police Department as a detective.
The company not only provides high caliber security personnel to the business world, the
entertainment industry and high profile private individuals, but its strength and national
recognition lies in the White Collar Division, which has been retained by countless law
firms, insurance companies and major financial institutions to provide sophisticated and
integrated investigative services.  I attribute such strength and national recognition to my
own reputation in law enforcement.

**268**



Private Eyes For Your Public World

Page Two
May 6, 2008

I would like to preface my comments about Mr. Weiss by stating that I know of no other individual who has donated more money to charities, hospitals, or medical research or who has coordinated and sponsored more charitable events than Mr. Weiss. He is without a doubt the most generous and gracious philanthropist I have ever come to know and love. Some of the many charities for which he has been a principal contributor include The National Center for Missing and Exploited Children, The Christopher Reeve Paralysis Foundation, United Cerebral Palsy, New York City Police & Fireman Widow & Children's Fund, CJ Foundation for SIDS, Tomorrow's Children Fund, Children's Medical Fund of New York, Hemophilia Association, Memorial Loan Kettering Cancer Center, Autism Speaks and St. Jude's Hospital. These are the charities for which I have worked with Mel to raise money. There are countless other charities to which Mr. Weiss has contributed and for which he has been the driving force.

In fact, Mel and his lovely wife, Bobbi, have done an extraordinary thing for young lawyers that you never hear about in the media or otherwise. He and Bobbi were the founders of a Loan Payment Assistance Program at New York University in which student loans are retired and paid off for law students who choose to go into public interest law. This fund has provided a tremendous incentive or reward for those attorneys who choose to enter less paying careers, delivering legal services to represent the poor, protect our environment or to advocate human rights.

In addition to his remarkable service to his community and country, Mel never waivers in his dedication to his family, in which he is a dutiful husband and loving father to his three children, Steve, Gary and Leslie, each of whom adore their dad. Quite frankly, I cannot adequately express how special Mel has been to me as a friend. Though the two of us could not be more diametrically opposed politically (Mel is a Liberal Democrat and I am a Conservative Republican) our friendship transcends our differences. Last year at the expiration of my company's lease, when the landlord attempted to more than double my rent, which included artificially inflating the existing space by several thousand feet, I was faced with the prospect of downsizing my business. When Mel heard what my landlord was trying to do, he immediately and unselfishly made available space within his firm (and provided staff to help me relocate) which saved my business. He did this for no apparent reason, except out of pure friendship and the goodness of his heart.

**269**



Private Eyes For Your Public World

Page Three
May 6, 2008

Mel has always been the most extremely positive force in his endeavors. He embodies the positive attitude and spirit that we hope to nurture in all the people with whom we know. My standards for effort, conduct and commitment are the highest, and Mel Weiss, not only easily meets, but exceeds, them in every instance. Mel has set the standards for charitable work and friendship upon which we all aspire. As a friend, no one means more to me than Mel.

In fifteen (15) years in the New York City Police Department I made over 1,400 felony arrests, a record which may still stand. I got to see first hand a lot of criminals who deserved to be incarcerated and were dangers to society. It would be a travesty of justice to send Mel Weiss away to jail—a compassionate, well intended, generous and considerate human being, when he provides so much to his family, friends and his country. It would be a terrible loss to the community to remove him from it.

As a businessman, former detective, author, radio and television personality and expert in the areas of security, investigations and national spokesman for the fight against terrorism, I have the opportunity to meet many exceptional people. There is no one better than Mel Weiss. I am so enamored, so trusting, of this unique individual, that I ask the Court not only for leniency in the interest of justice with respect to sentencing Mr. Weiss, but I ask Your Honor to have Mr. Weiss serve his sentence in the form of community service. I stake my reputation that society will be better served if you should allow this. I personally guarantee it.

Respectfully,

Richard "Bo" Dietl

270

**EXHIBIT 64**

# GALLET DREYER & BERKEY, LLP

ATTORNEYS AT LAW

845 Third Avenue - 8th Floor
New York, NY 10022 - 6601
Telephone 212 - 935 - 3131
Facsimile 212 - 935 - 4514

April 30, 2008

Hon. John F. Walter
United States District Court
Central District of California
312 N. Spring Street
Room 176, Courtroom 16
Los Angeles, CA 90012

Re:    United States v. Melvin I. Weiss
No.: CR 05-587(E)- JFW

Dear Judge Walter:

I write this letter to ask the Court for leniency in imposing a sentence on Mel Weiss. More particularly, I would request the Court to impose a period of home confinement or community service as part of the sentence.

I have known Mel for more than twenty years.

By profession, I am an attorney at law and a senior partner in the law firm of Gallet Dreyer & Berkey, LLP, in New York City. Neither I nor my law firm have had any legal matters with Mel or his law firm.

I received my law degree from Harvard Law School and my Bachelors of Arts Degree from the University of Pennsylvania. I hold an honorary degree from Tel Aviv University.

I have long been involved in community service particularly with respect to the Jewish community but also with respect to inter-religious matters and matters dealing with other faiths.

I have held the following community positions: Past President of B'nai B'rith International, former Chairman of the Conference of Presidents of Major American Jewish Organizations, former President of The International Jewish Committee for Interreligious Consultations and former President of the American Zionist Movement.

I recently met with Pope Benedict XIV when he was in the States as part of an interreligious meeting in Washington D.C. and then as a part of a separate meeting with leaders of the Jewish Community.

271

GALLET DREYER & BERKEY, LLP

Hon. John F. Walter
United States District Court
Central District of California
April 30, 2008
Page 2

I am still involved in all of the organizations listed above and I currently serve as the President of the Israel Policy Forum.

Despite Mel's admission of wrong doing, I nevertheless have great respect for him because of the many great qualities he has demonstrated throughout his life.

Permit me to share one instance of Mel's concerns. At his own expense, Mel has flown to Buenos Aires many times over the years to see how he could assist a Jewish community frequently in despair. Issues that he raised with Argentine government officials related to poverty, discrimination and human rights abuses. His presence in Argentina gave comfort to a Jewish community sometimes in peril.

With respect to the organization that I am presently President of, the Israel Policy Forum, this is a leadership group deeply involved in issues relating to a peaceful solution of the Israel-Palestinian conflict. Mel has been in the forefront of our activities and concerns, and committed with us to a two state solution so that Israel and Palestine can live side by side in security and peace.

Mel has been personally involved in many other human rights activities in the United States. He has aligned himself with causes relating to civil rights, racial discrimination, anti-semitism, sexual abuse, poverty and to alleviate the down trodden.

I am hopeful that the Court will be lenient in imposing a sentence on Mel. Home confinement or community service will be a most fitting sentence.

Best wishes.

Sincerely,

Seymour D. Reich

SDR:pb

W:\07100\001\CORRES\00157902.WPD\MIW

**EXHIBIT 65**

Dear Judge Walter,

I have been a doorman at the St. Regis Hotel for 17 years. Mr. Weiss frequently visited the hotel over the years. He has always been very generous to all of us, the bellman, doormen and other employees! He often asked about our familys, and always spent a few minutes to talk to us and seemed always to be interested in our lives.

One day about 7 years ago, I told him I had made a bad choice and lost all my life savings investing in a stock, the owner of the company convinced me to invest, and was also a guest of the hotel. This man lied to me about his company. When Mr. Weiss found out about this He took control and brought a lawsuit on my behalf and recovered my full $135,000 loss and never charged me a dime!

When my co-worker Willie Baker was fired, for reasons none of us understood, Mr Weiss had his firm handle the arbitration and they made a big recovery, also never charged willie a dime!

273

Willie was able to take that
money and move his family to
Florida and start a new job.

Your Honor, Mr. Weiss has been
a caring person, and generous with
his time and money to the workers
of the Hotel, everyone loves him!

Sincerly James Shirly

274

**EXHIBIT 66**

April 28,2008

Honorable John F. Walter
United States District Court
Central District of California
312 N. Spring Street
Los Angeles,CA 90012

RE: UNITED STATES V. MELVYN I. WEISS
NO.CR 05-587(E)-JFW

Dear Judge Walter,

I am privileged to Know Mel Weiss in my professional life as a Senior Development Executive of the largest world renowned, not-for-profit health & human service network. And additionally as his cousin.

My lifelong relationship with Mel has allowed me to experience his commitment to helping individuals and the Community at large.

I can recall a particular occasion, being in Mel's office and having his assistant announce that a person Mel had served in the Army with and had no contact with since that time, was there requesting to see him. Mel never wavered or checked his schedule, just said, of course I'll see him, guessing this was a person in need of his assistance. This is merely one small example of what is a part of Mel's every day life. He never turns away a request for personal help. Sometimes its financial assistance, sometimes it's securing a job, sometimes its help with a sick relative, sometimes its emotional support during a crisis.

To Mel, this is just something you do—quietly, without any recognition, and very often anonymously. It is difficult to estimate the numbers of individuals who Mel's deeds of compassion, generosity, and kindness have impacted, but I do know that it is a rare day that someone is not at his door.

On a personal level, I too have been a recipient of Mel's support when my husband suddenly left our family, filing bankruptcy, and fleeing the State. I was left with three small children, no means of support and not knowing how I would provide for the basics of food, clothing and shelter for my family. I was desperate and destitute. Mel, without my asking, was there for us and with his support and guidance we made it through the most traumatic, horrific, phase of my life, Mel was there for us.

On a professional level, I have for the past 23 years solicited Mel's support of our organizational mission of caring for the needy and rescuing those in harms way. He always exceeds our expectations and ranks as a member of our Prime Ministers Council.

I have worked with the most prominent, wealthy, philanthropists in our community, many of whom expect high visibility and public recognition. This is not Mel's style, with great reluctance he agreed to be the recipient of our highly coveted Proskauer award presented to the outstanding leader of our legal community.

**275**

In my professional role, I have traveled to Argentina and Israel with the Weiss's; I have worked with the Holocaust survivors in the Former Soviet Union, Israel and New York. Within all of these populations Mel's impact on thousands of individual's quality of life has been immeasurably improved. My personal and professional firsthand knowledge of Mel's dedication to making our world a better place for its entire people would fill volumes.

I have met people who command respect, I have met people who demand respect, but Mel Weiss has always earned the respect of those who are blessed to have him in their lives.

I have seen Mel throughout this extremely painful period of what has been an extraordinary life, maintain his core value systems of personal integrity, caring for others, and love and devotion to family and friends.

I have also seen the profound sorrow and remorse Mel is experiencing. I know without question, he regrets the deeds that bring him before the court.

Your Honor, I respectfully request and humbly implore you to consider the totality of Mel Weiss's life by allowing him to continue his service to others by granting a sentence of community service.

I thank you for your consideration.

<div style="margin-left: 50%;">

Respectfully,
Arline Bystock Cohen

14 Saratoga Drive
Jericho, New York, 11753

</div>

**276**

**EXHIBIT 67**



April 17, 2008

Honorable John F. Walter
United States District Court
Central District of California
312 N. Spring Street
Room 176, Courtroom 16
Los Angeles, California  90012

Re:  United States v. Melvyn I. Weiss
        No. CR 05-587(E) – JFW

Dear Judge Walter:

    I am writing as a former senior Partner of Skadden, Arps, Slate, Meagher & Flom and Chief Executive Officer of Rothschild Inc. and Rothschild North America Inc., in connection with the sentencing of Melvyn Weiss.

    I have known Mr. Weiss for over 30 years and with one exception we were always on opposite sides. While I cannot say I always appreciated the skill with which he represented his clients, I always respected it.  He has always been a courageous fighter for their rights seeking to achieve the best possible results and his skills as an advocate were highly effective on their behalf.  But I also had a more personal relationship with Mr. Weiss.  My nephew, Nathaniel Thayer, lived in Cambodia for some 15 years as a war correspondent, much of the time in the jungles being shot at, blown up in trucks and the subject of assassination attempts, and was the only reporter invited to film the trial of Pol Pot, the mass murderer and interview him.  He emerged with what has been described as the news scoop of the last 50 years and made arrangements to sell his exclusive photos worldwide including giving a one week exclusive for North America to a major network in this country.

FIFTY-TWO WEST NINTH STREET · NEW YORK, NEW YORK 10011

**277**

Honorable John F. Walter
April 17, 2008
Page Two

To his dismay, they then put his entire film on their website thereby destroying the value of his international rights and tried to claim credit for it even applying for international awards. They then refused to pay him the money owed under their contract on the grounds he would use it to sue them. Convinced they had a young, inexperienced freelance reporter of modest means, they stalled him for many years. I finally stepped in to help and invited Melvyn to meet him at lunch. The instant Mr. Weiss heard the story he signed on as his counsel and, in very short order, achieved a substantial settlement. The comment from senior counsel for the network when informed as to who was representing him was "that's awfully heavy artillery isn't it" to which I replied "just what you deserve." For a case the pecuniary rewards of which were modest, Mr. Weiss devoted a large amount of his own personal time, without which the highly satisfactory results would not have been achieved.

I am confident that this is but one of many examples of Melvyn Weiss' public spirited approach to the practice of law and is in fact I believe how he has always perceived his role as plaintiff's counsel.

In view of all this and taking into consideration Melvyn's age, I would hope that the Court would feel some combination of home confinement and community service would combine the appropriate punishment with meaningful benefits to society.

If I can be of any further help, please feel free to contact me.

Sincerely,

Robert S Pirie

**278**

**EXHIBIT 68**

April 12, 2008

**UNITED COLORS OF BENETTON.**

Honorable John F. Walter
United States District Court
Central District of California
312 N. Spring Street
Room176, Courtroom 16
Los Angeles, CA 90012

RE:   United states v. Melvyn I. Weiss
No.   CR 05-587 (E)-JFW.

Dear Judge Walter:

I am very grateful for this opportunity to provide some insights on behalf of Melvyn
Weiss who is an extraordinary person. I have known Melvyn and his family for more
than 35 years. He is my closest and dearest friend much like a brother and my mentor. To
my wife, Edie he is a brother-in-law and to our three daughters, an uncle.

By way of introduction, my name is Danny Markowitz. I am 72 years of age. Born in the
Bronx, New York and have been married with three daughters going on 50 years. I
served in the Military during the Korean conflict stationed in El Paso, Texas where I was
Radar Instructor. After my two years in the service I attended Texas Western College.

Returning to New York in 1957 I joined a Retail Chain Store Company as an Assistant
Buyer of men's apparel working my way up the corporate ladder for the next 26 year to
become the Executive Vice President and General Merchandise Manager.

My career at that company abruptly ended with serious legal complications at which time
Melvyn Weiss came to my defense. He took on my case pro bono and from that point on
guided my business and personal life providing a new path for my family and me.
Melvyn Weiss has been at my side ever since and has rescued us from near disaster on
many occasions. For example:
When our marriage was failing he counseled with my wife and brought us back together,
He guided our two of our daughters and helped them overcome their battle with drugs.
When my other daughter choose a "gay" lifestyle he helped me to become tolerant.
He took control of my finances on the verge of bankruptcy with the end result; today
through his generosity, caring and support my family and I are secure.

Your honor, I assure you that these examples of generous deeds by Melvyn Weiss has
been repeated for very many people who came to him for guidance and support.

**279**

Westben Corp.                    Roosevelt Field Mall          Telephone:  516-877-1118
                                 Garden City, N.Y. 11530       Telefax:    516-877-7813



I appeal to your Honor, in recognition of Melvyn Weiss' extraordinary service to humanity. He has demonstrated a lifetime of accomplishments in his family life, faith, generosity and remorse. I beg you, Judge Walter, to please consider how his indictment and admission to guilt have already impacted him and his family and please show the maximum leniency in imposing his sentence.

Given the opportunity, Melvyn Weiss can be of great benefit to our society with his talent and experience through Community Service work as opposed to confinement.

Respectfully yours,

Danny Markowitz
124 Eagles Crescent
Manhasset, NY 11030

**280**

Westben Corp.                    Roosevelt Field Mall              Telephone:  516-877-1118
                                 Garden City, N.Y. 11530          Telefax:      516-877-7813

**EXHIBIT 69**

Jonathan Jacoby
1042 Hyperion Avenue
Los Angeles, CA 90029


April 29, 2008


Honorable John F. Walter
United States District Court
Central District Court of California
312 N. Spring Street
Room 176, Courtroom 16
Los Angeles, CA 90012


RE: UNITED STATES v. MELVYN I. WEISS
NO. CR 05-587 (E) – JFW

Dear Judge Walter:

I am writing to ask for leniency in the sentencing of Mel Weiss.

I met Mel when I served as executive director of Israel Policy Forum.  He was
generous, wise and a key leader of the organization at pivotal moments in its
development.  He was always a pleasure to see and I never missed an opportunity to
learn from him.

I would have eagerly written this letter purely on the basis on my interactions with
Mel in the context of Israel Policy Forum.  But I write with a greater sense of
commitment to Mel because, at a critical time in my personal life, he became a true
friend – distinguishing himself from many others I had known and with whom I had
worked for far longer.

Five years ago, my infant son was diagnosed with a rare neurological disorder that is
invariably fatal.   I will never forget the moment I walked into Mel's office to explain
why I would be unable to continue serving as executive director.  I will never forget
the look in his eyes as he listened to me, trying to understand my son's disease, trying
to understand how I was feeling.   I will never forget the embrace he gave me.

When I asked Mel to contribute money in support of medical research, he didn't
flinch.  He almost volunteered before I could ask.  He gave more than some whom I
knew longer and better.

**281**

What I came to understand about Mel is that he is sincere. I had always sensed his sincerity. He never promised something he didn't deliver. He never let me down. He never pretended. It was the way he behaved as a Board member of Israel Policy Forum ... and it was the way he acted at a time that I needed a true friend.

Although I moved away from New York after my son's diagnosis, I have tried to keep up with Mel. When I saw him last month, I offered him what he has always given me: support and friendship. I could see the pain he felt about the hardships he has caused for others and I tried to listen and understand, just as he has done for me so often. But the first thing Mel said had nothing to do with himself. He asked me about my son. His eyes were as sincere as they have ever been, if not more.

I know that Mel's dedication and sincere empathy for others will not be lost in the coming years. I hope, Your Honor, that in your wisdom you can find a way to channel Mel's extraordinary skills in service of others, so that the community doesn't lose any more than necessary of the truly special contributions that Mel Weiss offers.

With respect and gratitude,

Jonathan Jacoby

**282**

**EXHIBIT 70**

James V. Tomasello & Debra Tomasello
7040 W. Palmetto Park Road # 4500
Boca Raton, Florida  33433

April 21, 2008

Honorable John F. Walter
United States District Court
Central District of California
312 N. Spring Street
Room 176, Courtroom 16
Los Angeles, CA  90012

Re:  United States v. Melvyn I. Weiss
      No. CR 05-587(E) – JFW

Your Honor,

Let me introduce myself and my wife, we are Debra and James Tomasello,
we are very close friends of Mel Weiss.  We have known Mel for ten years
now.  We socialize with Mel and Bobbi, his wife, and have attended many
fund raiser dinners together.  My wife Debra is a real estate agent, and I am
a construction consultant.  I am from the school of hard knocks, and my wife
has a college degree in bible studies.  We are everyday people.

A few years back, I ran into some very bad financial times and was in
jeopardy of losing everything.  When Mel found out he called me, sat me
down and asked what my problem was and how it came about.  Once Mel
knew that my problem was just bad timing and bad luck, he immediately
stepped in and said "How much do you need to get you back on your feet?" I
told him what I needed, and he without hesitation gave us a check.  I asked
him if I needed to sign a note, and he looked at me and said, "I know the
kind of person you are, I am not worried".  Only a man of great character
and a man that has a huge heart would do something like this.

283

Page 2

Mel understands his misconduct, and has personally expressed to me how sorry he is for putting himself and his family in this situation. You could see it in his eyes just how sorry he is. There isn't anything Mel could do that would change our minds about what kind of a great and giving friend he is. We have and will always have the greatest respect for him as a friend and brilliant attorney.

There are people who get in trouble, but are really deep inside bad people. Mel is not one of those people. We are asking you, Your Honor, to be lenient on Mel Weiss at his sentencing. With home confinement or community service. This kind of a man could do great things for community service for the many people in need.

Your Honor, we hope you read this letter carefully and consider our plea. We thank you for your time and consideration in reading this letter.

Respectfully submitted,

James V. Tomasello        Debra Tomasello

284

**EXHIBIT 71**

## FINDER AND CUOMO, LLP

COUNSELLORS AT LAW

9 EAST 38TH STREET

NEW YORK, NEW YORK 10016

(212) 448-9933

FAX (212) 448-9943

LONG ISLAND OFFICE

68 SOUTH SERVICE ROAD

SUITE 100

MELVILLE, NEW YORK 11747

(631) 465-2187

FAX (631) 465-2188

PLEASE RESPOND TO NEW YORK OFFICE

April 15, 2008

Honorable John F. Walter
United States District Court
Central District of California
312 N. Spring Street
Room 176, Courtroom 16
Los Angeles, CA 90012

Re:   UNITED STATES V. MELVYN I. WEISS
      NO. CR 05-587(E) - JFW

Dear Your Honor:

I am an attorney licensed to practice in the courts of the State of New York, including the Eastern and Southern Districts. I have had the honor of knowing Mel Weiss for over 20 years, when our families were united through the marriage of my sister, Nancy, to his son, Gary. This letter is written to request that Mel be treated leniently at his upcoming sentencing, because of the extreme caring, kindness and respect he has always demonstrated to those in less fortunate circumstances. As the father of an autistic child, Bradley, it would have been easier for Mel to have ignored my son's situation as many do. But instead, Mel always went out of his way to approach Bradley as an individual entitled to recognition and respect. Moreover, he has always shown me, as a parent of a disabled child, sensitivity and concern as exemplified by the questions he asked or information he provided that he thought might be helpful. In the world outside of his family Mel has shown the same qualities over and over again. Thus, despite his plea, it is respectfully requested that our family, as well as all of the other groups and individuals he has touched in a similar positive way, not be deprived of this man of kindness for any extended period of time.

Respectfully yours,

*Robert A Rosenfeld*

Robert A. Rosenfeld

RAR/lk

285

**EXHIBIT 72**

To Whom It May Concern:

My name is Daniel Benoit the manager at the one Penn Plaza Garage in New York city  I have
known MR Mel Weiss for the past 8 years he has always carry him-self very good, polite and
generous. Even the people who works for him sometimes talk how wonderful he is to them as a
boss I remember one time MR Weiss drove in the garage wearing a grey suit and I was telling
him how nice the suit look on him and a couple days later I came in my office to find a nice suit
in my office similar to the one MR Weiss was wearing when I ask where this came from my co
worker Douglas Mesick told me MR Weiss left it for you.not forgetting on  Christmas day he
would give $1500.00 to the garage for the crew. I have been employed  30 years with central
parking system and Square industries

This my information

Daniel Benoit
122 Mt pleasant ave
West orange New Jersey
07052

**286**

**EXHIBIT 73**

Honorable John F. Walter
United States District Court
Central District of California
312 N Spring Street
Room 176, Courtroom 16
Los Angeles, CA. 90012

RE; UNITED STATES v MELVYN WEISS
NO.CR05-587(E) - JFW

Dear Judge Walter,

My name is Robert J. Capazzi. I am a retired Mechanical Engineer having worked in the Aero Space industry for 45 years. I am retired from my profession and dedicate my current time to charitable work.

I am currently the President of the Long Island Golf Association. One of our many tasks is to help children learn golf etiquette, good character, integrity, honesty and sportsmanship.

I met Mel Weiss 28 years ago while playing in a golf charity event. We became friends and worked together for many charities. I had been working with the Long Island Caddie Scholarship and asked Mr. Weiss to help us raise funds. He has worked with us for many years. We currently have over 90 caddies in college with scholarships. Mr Weiss has been a very important part of this success by personally giving and raising funds.

I would like to tell you a brief story which will enlighten you of Mr Weiss's compassionate personality. One evening we were having coffee outside a restaurant. Mr.Weiss asked the waitress if she could bring him a liquor? The waitress said normally you would ask the cocktail waitress, but she would try to help, when she returned with the liquor he gave her $20.00. The waitress said $20.00 was too generous, however it would go a long way to pay for special sneakers for her son.. Mr Weiss asked how much the sneakers cost, she replied $95.00. Mr Weiss said "give me the $20.00" and gave her $100.00 and said buy your son the sneakers tomorrow. Your Honor this is only one of many times I have seen Mr. Weiss demonstrate acts of kindness, good character and charity.

He has obviously broken the law and should pay a price for his crime. May I appeal to you that you consider a portion of his sentence be used to help the Caddie Scholarship Fund and our Child Mentor Program as opposed to sitting in jail where no one can benefit from Mr Weiss's fund raising skills. The youngsters from needy families will be helped and perhaps some good will

**287**

come of this ugly situation.

I am sure Mr Weiss has recognized his wrong doing and I know given the opportunity he will continue to help Long Island children rather than wasting his talent in jail.

Thank you your Honor for the opportunity to allow me to present this information to you and I sincerely hope you will consider my suggestion.

Sincerely yours,

Robert J. Capazzi
17 Montrose Place
Melville, N.Y. 11747
631 643 5050

**288**

**EXHIBIT 74**

Gail Goldberg
1725 York Avenue #26D
New York, New York 10128

May 13, 2008

Honorable John F. Walter
United States District Court
Central District of California
312 N. Spring Street
Room 176, Courtroom 16
Los Angeles, CA 90012

Re: <u>UNITED STATES v. MELVYN I. WEISS</u>
<u>NO.CR 05-587(E) – JFW</u>

Dear Judge Walter:

My name is Gail Goldberg and I am respectfully writing to you on behalf of Melvyn I. Weiss. I have known Mel for most of my life. He has been a treasured friend of my father for over 40 years and is truly loved and respected by my mother, brothers, and of course me. Although I am writing this letter, please know that I speak not only for myself, but I also express the thoughts and feelings of my entire family. My father, Abraham Goldberg, had a very special bond with Mel. My dad is almost 89 years old and is in an advanced stage of Alzheimer's disease. Otherwise I know he would have sent a passionate letter describing what an amazing human being, friend, father, and husband Mel has been throughout his life. I also write on behalf of my mother. At 86, she too is not well; but also wanted to express her feelings to you. She has been friends with Mel and his wife Bobby for years; and her affection, respect and admiration for Melvyn Weiss has never wavered. Through the years, my folks were always in awe of Mel's generosity of spirit, amazing philanthropic endeavors and genuine kindness. Regardless of his hectic schedule, responsibilities and years of success, he has always been down to earth and basically unassuming in nature.

I would like to share some information about myself. I recently opened my own company – Launch Solutions, Inc. – providing business development, marketing and management consulting services to help midsize and entrepreneurial businesses grow their businesses. I graduated *cum laude* with a B.S. from Boston University; and I have an M.A. in Psychology from Teachers College, Columbia University. Although I taught for a few years, most of my career was spent working as a principal in my family's architectural woodworking business. Working with my dad and two of my brothers, I spent over 15 years co-managing the company. Our business was an architectural woodworking enterprise, and considered one of the premier shops in NYC. Our clients were leading law firms, banks, Fortune 100 and 500 companies, investment banking& security firms, luxury retail entities and many of the major real estate, architects, designers and contractors in NY. We employed anywhere from 65 to 125 people. My dad began this company as a one man shop. A true Horatio Alger, he built it up through the years and was well known and respected for his expertise, professionalism, and particularly, as a man of integrity whose word was his bond.

I have a reason for going into such detail about my dad and our family business; and it relates specifically to Melvyn Weiss. After a major corruption scandal in the NY Construction Industry in the 1990's, large corporations planning capital improvement projects began hiring special consultants to investigate the potential candidates in the architectural, engineering and construction industries, prior to inviting them to bid. I received information that a consultant hired by one of our major clients, wanted to remove our firm from our client's bid list. He claimed to have

Page 1 of 2

289

Gail Goldberg
1725 York Avenue #26D
New York, New York 10128

information that we were under investigation; and in addition were cooperating with the NYC District Attorney, as well as Federal Prosecutors. Although none of the accusations had any basis in fact, there were potentially dire consequences for our family and business. At the time, this was one of the largest projects happening in the city. Removal from the bid list would have had grave financial implications. Even more critical, this situation had the real potential of ruining our reputations, and ultimately destroying our business. As large as NYC and its construction business may seem, it is in fact like a small town. There are no secrets. We surely would have lost other opportunities. The irony was that for almost 50 years, our family and company was known for our impeccable reputations that had been built on a solid foundation of honesty, integrity and best business practices.

My parents and I contacted Melvyn Weiss. Despite his enormously demanding schedule, he made time to see us that very day. We explained the situation. Within the week, Mel met with our client's senior management and attorneys, and resolved this matter. Although their consultant had refused to meet with me, or give me an opportunity to hear the information he had supposedly acquired, Mel was able to get to the heart of the matter. He skillfully negotiated in a manner that enabled this consultant to save face, as well as the senior executive who had hired him, while simultaneously putting an end to the false accusations, innuendo and rumors. We were allowed to participate in the sealed bid process, and keep our client; and most importantly, our reputations were left intact and unsullied.

Mel refused any payment and in his usual style, was truly humble. I know he has always had a special place in his heart for my dad and would not want him hurt – especially unjustly. The truth is that Mel Weiss has always been there for his family and his friends. It is second nature for him to reach out a hand to those in need. He is one of the most genuinely empathetic, caring and generous people I have ever known. Although there is endless press about some of the amazing pro bono work and philanthropic work Mel has done through the years, Mel has performed services for others that are well under the radar screen. It is important to understand that Mel's motivation is not for the accolades or headlines; but, rather, it is, I believe, a surging compassion for their suffering and loss, coupled with a fierce drive compelling him to fight the injustice and right the wrong. I would venture to say that through his lifetime, there are scores of unnamed persons that Melvyn Weiss has reached out a hand to and helped that no one knows about....that he has never discussed with anyone...and which has never been written about in the press.

After my family's situation was rectified thanks to Mel, we had dinner one evening. We gave Mel a letter expressing our feelings for him. I found a copy of this letter that I had written in 2000, and have included it along with this correspondence. I hope that this information will give you a broader sense and deeper insight into this remarkable and complex man who has touched the lives of so many people, irrevocably changing their lives for the better.

My family and I hope and pray that when you reflect on Mr. Weiss' sentence, that you please take into account the full measure of this extraordinary human being. He has spent so much of his life helping others, and fighting injustice that we hope, and respectfully urge you to consider a period of community service. We believe that the community and society at large would be best served if Melvyn Weiss is allowed to use his prodigious skills, experience, and passion as a positive change agent for those in need. He has a genuine gift that benefits others, and in turn, benefits us all.

Thank you for taking the time to read this letter and the enclosed correspondence from 2000.

Sincerely,

*Gail Goldberg*

Gail Goldberg

Page **2** of **2**

**290**

Re: United States v. Melvyn I. Weiss
NO. CR 05-587 (E) - JFW

Doris and Abe Goldberg & Family
271-21K Grand Central Parkway
Floral Park, New York

August, 2000

Dear Mel,

You are that rare breed of man whose integrity, purity of heart, sense of justice, and generosity of spirit inspires you to reflexively reach out a hand to those in need. Your life epitomizes the essence of a Zaddik - a righteous Jewish man whose ethics and compassion is a call to arms... your actions are truly a mitzvah.

Like the proverbial pebble, your altruistic dealings reverberate beneath the surface of life's emotional waters - impacting, influencing and irrevocably altering the lives of all you touch - family, friends and strangers alike. Without fanfare or hoopla, you quietly and humbly step into the fray to fight injustice, making everyone's life just a little bit better... a little bit fuller... and a little bit richer.

For us you are and will forever be the invincible dragon slayer... a Knight on shining stead... a Hercules who came to our defense and rescued us from an evil corporate hydra threatening our demise.

We are forever indebted to you for your time and efforts on our family's behalf. We are honored by your steadfastness and privileged to call you friend. Our respect, appreciation, and admiration for you are boundless. Please know always how much we love you... and that you will be in our hearts forever.

Doris, Abe and the Goldberg Clan

*Gail Goldberg*

291

**EXHIBIT 75**

Jonathan J. Silverman
1000 Hudson Street #207
Hoboken, NJ 07030

May 12, 2008

Honorable John F. Walter
United States District Court
Central District of California
312 N. Spring Street
Room 176, Courtroom 16
Los Angeles, CA 90012

Re:     United States v. Melvyn I. Weiss
        No. CR 05-587(E) - JFW_____

Your Honor:

I am Mr. Weiss's Executive Assistant's 28-year old son. I currently work for a recruiting firm, placing accountants in jobs. My background is in forensic accounting, and I have two serious avocations: a tremendous interest in local politics and an interest in social action as it relates to my religion. My spare time is spent dedicated to the betterment of my community via local politics and the betterment of the world through social action.

I cannot imagine where I would be now if Mr. Weiss had not taken an interest in me. I was a lost soul in high school, unable to finish school because of my inability to focus, procrastination and desire to have fun rather than study. Because he allowed my mother to take time to spend with my teachers and me, I finally went on to get my GED. I felt lost, but not alone, thanks to my mother, of course, but also thanks to Mr. Weiss who paid close attention to my progress, giving my mother and me the emotional support we needed at the time.

I went to military college to learn discipline and then onto Lehigh where I got my degree in accounting. Still, something was missing. When Mr. Weiss learned about this, he made sure that my mother brought me to his home so we could talk alone, uninterrupted.

I was amazed--and still am--when I heard what he had to say. He was not only caring, but so perceptive that I felt like he could see right through me. He was kind, firm and remarkably accurate when he gave me advice. To this day, several years after the fact, I replay that conversation and remember to follow his wise words. That day on the pier, hearing the truth from him, changed my course. I applied myself more seriously to everything I worked on and

DOCS\434991v1

**292**

studied. He taught me how to become a man of substance and honor. It may not sound like a revolutionary act, but it changed my life. Can you ask for more from someone?

He also got me my first job with a mid-size regional accounting firm.

I watched, for the past 15 years, how Mr. Weiss treated my mother. He was respectful, caring and opened so many doors for her professionally. She never stopped talking about what an amazing boss he has been, how much she learns about the world from him and what she learns about becoming a truly generous, good person by watching him. To her, he epitomizes the truly evolved, ethical, gifted human being. To me, he is a larger than life hero.

I know that my mother and hundreds of others told you about the rest of Mr. Weiss's great attributes. That many people cannot be wrong. He is unlike anybody else I have ever known when it comes to giving with a full, sincere heart for no other reason than to bring peace and happiness to people. This goes for his clients, friends, family and any stranger who may cross his path.

I don't know where I would be without him. I hope that you find a way to bring justice to bear without us having to find out what life would be like without him, Your Honor.

Respectfully,

Jonathan J. Silverman

**EXHIBIT 76**

April 2008

The Honorable John F. Walter
United States District Court
Central District of California
312 N. Spring Street
Room 176, Courtroom 16
Los Angeles, CA 90012

Re:    United States v. Melvyn I. Weiss, No. CR 05-587 (E)-JFW

Dear Judge Walter:

I have been employed as a paralegal/paralegal manager at law firms for nearly
twenty (20) years. Almost the last twelve (12) of those years have been spent at
Milberg LLP, formerly Milberg Weiss. While I have not earned a juris doctor, I
am a college graduate. I write to you on behalf of Mr. Melvyn Weiss (Mel).
While he has been portrayed otherwise by both the media and prosecution, he
is, in my humble opinion, one of the greatest humanitarians of our time. To me
personally, he has been a friend, an ally, a mentor, teacher and inspiration. I
write this letter for the dual purpose of letting you know about his
extraordinary qualities while asking the Court for leniency in his upcoming
sentencing.

I have always believed that society, and more specifically, individuals have an
obligation to look out for others. In a sense, to be a champion for the "little
guy." However, most people, though they share my beliefs, do little to live up to
them. Mel, however, does. He is, and has always been, a relentless advocate
for the underdog. Mel has always practiced compassion and operated with an
unflagging belief that he was serving the best interests of the "little guy."

One of the first cases I worked on for Milberg was against a large insurance
company -- it insured one out of every five Americans at the time, including my
parents. What better way to serve the "little guy", than to work on a case
where a company that insured my parents was being called to the carpet for
acting in ways that were not above board...and further to find them
accountable for these actions? Mel pursued this case and led the lawyers of
our firm in an effort to give back to society. This case, and others we filed
similar to it, refined the way the insurance industry in this country does
business. I remember being instantly proud all those years ago that I had the
privilege to work for Milberg and with Mel. I felt that way then, and continue to
feel that way now. How fortunate to share a life passion with my employer?
Mel gave me the opportunity to practice and I am living a life lesson while
contributing to this life belief.

Following the insurance industry cases I was honored to have been personally
selected by Mel to help lead the battle on behalf of Holocaust survivors
worldwide. What may be striking for the Court to consider is the fact that I am
not Jewish. Yet, Mel selected me to assist in his fight for the victims of some of
the most heinous crimes ever committed in the history of humanity. I believe

**294**

that I was selected to run the Holocaust cases, in part, because Mel recognized that I share the same beliefs as he when it comes to giving back to society and when it comes to protecting humanity. Similar to the insurance industry cases, Mel pursued these cases when everyone else (in the world) told him that it would not succeed, it was no use -- it could not be done. Much less, done for free. Most of the Firm's work on these cases was done pro bono. This became Mel's life's work. He led a team of lawyers and law firms, around the world, in what can only be called a crusade, to hold Germany and German companies accountable for their actions during World War II. He maintained the same relentless dedication in his pursuit against the Swiss Banks for looted assets from the same group of victims. The results of these extraordinary efforts led to an unprecedented settlement for the victims in the multiple billions of dollars. Without Mel, this case would never have succeeded, much less happened. Who would have guessed that Mel would have contributed to humanity with the same effects as if he created an international treaty? I sincerely hope that this is something that the Court, and your Honor takes into account upon sentencing.

Many of the letters before you give testimony to Mel's philanthropy and dedication to consumer rights. In addition to the matters I discussed, Mel has improved the lives of hundreds of thousands of people through his philanthropy to international organizations; nationally through the reform of the accounting profession; more defined accountability standards for CEO's; and efforts to preserve the integrity of our nation's financial markets. He has also zealously represented consumers in the pursuit of consumer rights and advocated for victimized shareholders, retirees and pensioners.

Mel has publicly and genuinely accepted responsibility for the events culminating in the hearing before you and accepts the fact that he must pay for his mistakes. I believe that his willingness to accept the consequences of these actions speaks to his integrity. I know that his willingness to accept responsibility speaks to his belief in looking out for others. I hope you will accept my letter as fact.

Thank you for allowing me to share some of these details and experiences with you. I hope that you will factor these considerations into your decision making process. Further I hope that Mr. Weiss's lifetime of contributions to society in his capacity as a lawyer, partner, mentor, advocate, philosopher, teacher and humanitarian far outweigh any mistakes made and sentence imposed.

Respectfully submitted,

*Kara Buzga*

Kara Buzga
Staten Island, New York

**295**

**EXHIBIT 77**

WOLF HALDENSTEIN ADLER FREEMAN & HERZ LLC

55 WEST MONROE STREET
SUITE 1111
CHICAGO, IL 60603
WWW.WHAFH.COM

TELEPHONE 312-984-0000
FAX 312-984-0001

270 MADISON AVENUE
NEW YORK, NY 10016
212-545-4600*

SYMPHONY TOWERS
750 B STREET - SUITE 2770
SAN DIEGO, CA 92101
619-239-4599*

ADAM J. LEVITT
e-mail: levitt@whafh.com

625 NORTH FLAGLER DRIVE
9TH FLOOR
WEST PALM BEACH, FL 33401
561-833-1776*

April 23, 2008

Honorable John F. Walter
United States District Court
  for the Central District of California
312 North Spring Street
Room 176, Courtroom 16
Los Angeles, California 90012

Re:   ***United States v. Melvyn I. Weiss***
      **Case No. CR 05-587(E) – JFW**

Dear Judge Walter:

        I am a partner in the law firm of Wolf Haldenstein Adler Freeman &
Herz LLC, a national law firm with offices in Chicago, New York, and San
Diego. My practice is focused on securities, biotechnology, antitrust, and
consumer protection class action litigation. I work out of my firm's
Chicago office and have practiced in Chicago since my graduation from the
Northwestern University School of Law in 1993.

        While I have been a plaintiffs' lawyer for virtually my entire legal
career, my class action practice began in 1996. As a younger lawyer at that
time, my exposure to and knowledge of Mel Weiss was largely from a
distance or otherwise secondhand. From that perspective, however, I
quickly learned that Mel was a fiercely brilliant and gifted lawyer who truly
cared about the clients he represented, the classes for which he sought
certification, and the people who worked with and for him. Of equal

**296**

*WOLF HALDENSTEIN ADLER FREEMAN & HERZ LLP

WOLF HALDENSTEIN ADLER FREEMAN & HERZ LLC

Honorable John F. Walter
UNITED STATES DISTRICT COURT
 FOR THE CENTRAL DISTRICT OF CALIFORNIA
April 23, 2008
Page 2 of 3

importance was what I learned, just as quickly, about the quality and depth of Mel's heart – including the breadth and sincerity of his charitable activities, his passion for both social and legal justice, and his true and unyielding concern for the rights of the weaker and less fortunate members of society.

As I progressed in my legal career from an associate to a partner and began running my own cases, I was fortunate to begin interacting and working with Mel first-hand. That first-hand perspective not only reinforced my initial impressions of Mel, but deepened and expanded those impressions substantially and positively. Working with Mel is something that every lawyer should have the privilege of doing. Not only is his grasp of the law and the "big picture" relating to a particular case or group of cases second to none, but his demand for excellence, creative and cognitive drive, and strategic mastery is both inspirational and educational.

More important than that, however, is what I learned from my personal interactions with Mel and his exceptional personal qualities. One anecdote exemplifies many of those lessons:  About five years ago, I was headed down to Buenos Aires, Argentina, on vacation. When I was there, in addition to the many things first-timers do in a large city, I made a point of visiting the memorial garden that was constructed on the site of what used to be the Israeli Consulate – before it was destroyed by a terrorist attack in 1992. At that memorial garden, there is a plaque commemorating that senseless hate crime and thanking those people who raised substantial funds or otherwise contributed to the creation of this important memorial. Mel Weiss's name is prominently featured on that list, as he was an important and moving force in getting that memorial properly funded and built. It was his love of justice, his hatred of this senseless act of terror, and his persistent care and concern for the victims thereof that led Mel to take such extraordinary steps – not at home in the United States, but in a foreign country, some 7,000 miles away. Very few people have the compassion and breadth of vision to look beyond their own lives and countries to reach out to the world community and seek to improve the lot of the downtrodden or persecuted anywhere. Mel is one of those people.

297

WOLF HALDENSTEIN ADLER FREEMAN & HERZ LLC

Honorable John F. Walter
UNITED STATES DISTRICT COURT
 FOR THE CENTRAL DISTRICT OF CALIFORNIA
April 23, 2008
Page 3 of 3

 Most important, however, is the love Mel has for his family and the extraordinary nature of that family.  I am a close friend and business colleague of his son Stephen, and have met other members of his immediate and extended family.  If a person's family is the truest testament of his success, then Mel is truly a success beyond measure.  For that reason, among others I have discussed above and which I am sure several others have eloquently detailed in their appeals to Your Honor, Mel, who is not a young man, should be permitted to spend his days with his family and engaging in his charitable and socially redeeming endeavors, rather than be incarcerated for conduct for which he has already so dearly paid.

     Respectfully submitted,

     Adam J. Levitt

12467

**298**

**EXHIBIT 78**

Clarence Bernard Henry, Ph.D.
25 Clifton Avenue # D-1513
Newark, NJ 07104

April 28, 2008

Honorable John F. Walter
United States District Court
Central District of California
312 N. Spring Street
Room 176, Courtroom 16
Los Angeles, CA 90012

Re: United States v. Melvyn I. Weiss
No. CR 05-587 (E)-JFW

Dear Judge Walter:

I am Clarence Bernard Henry and I am writing this letter on behalf of Mr. Melvyn I. Weiss. I completed two graduate degrees--Master of Arts (1995) and a Master of Education (1996) at Columbia University in New York City. I also completed a Ph.D. in Ethnomusicology at UCLA in 2000. I have held several academic teaching positions on the undergraduate and graduate levels at UCLA, Indiana State University, and the University of Kansas. My scholarly research has focused on musical and cultural traditions of people of African descent in the Americas. I have published several peer-reviewed journal articles, book chapters, and encyclopedia entries on my scholarly research. Currently my first full-length book which is titled: "Let's Make Some Noise: *Axé* and the African Roots of Brazilian Popular Music," is scheduled for publication (by the University Press of Mississippi) in September 2008.

I have also recently organized The Henry Center for Multicultural Education & Global Research ("The Henry Center") that has been granted federal and state-tax exempt status as a 501 (c) 3 public charity. The major offices for this organization will be located in the Harlem community of New York City. The purpose of this center is to make a difference by inspiring African Americans, people of color, and many communities to achieve excellence in pursuing educational and professional goals so that they can contribute to the strength and growth of the American society.

Judge Walter, I have described some of my educational and professional background as a way of demonstrating how Mr. Melvyn I. Weiss has influenced my life. I credit a substantial amount of my achievements to this great man who I consider a father-figure and mentor. I first became employed with Milberg LLP formerly Milberg Weiss in 1990 as a Legal Assistant. Throughout my employment with this firm, Mr. Weiss and the staff continued to encourage me to pursue my goals. Moreover, Mr. Weiss challenged me to excel in all aspects of my life. With this challenge and encouragement I was eager to pursue graduate school and a doctoral degree at UCLA.

**299**

When I returned to the New York City area in 2007, I was in need of employment. Although it had been several years, Mr. Weiss and the staff again welcomed me back to the firm and influenced me to excel in achieving my goals. This time one of my major challenges was to complete the writing of my forthcoming book. I must note that my interest in Ethnomusicology and research began during my early years of employment at Milberg LLP and in many ways it seems appropriate that the publication of my book will be culminated with the support, prayers, and encouragement of Mr. Weiss and my fellow co-workers.

I consider Mr. Weiss to be a "gentleman." By this I mean that he possesses a spirit of faith, hope, and kindness for people of all races and creeds. Moreover, he is a leader, visionary, and a man of integrity. I will also be appreciative of Mr. Weiss who through the years has provided me with many opportunities to excel at the highest levels of my educational and professional goals. Thus, I continue to be blessed by the inspiration that Mr. Weiss has provided to me over the many years.

Judge Walter, I am petitioning the Court for leniency and that Mr. Weiss be given home confinement or community service as part of his sentence. If given such a sentence, I believe that Mr. Weiss will continue to inspire young people and communities to achieve many goals and contribute to the greatness of the American society.

Sincerely,

Clarence Bernard Henry, Ph.D.

**300**

**EXHIBIT 79**

DAVID K. BERGMAN
200 WEST 24TH STREET – 11B
NEW YORK, NY 10011

Honorable John F. Walter
United States District Court
Central District of California
312 N. Spring Street
Room 176, Courtroom 16
Los Angeles, CA 90012

April 5, 2008

Re: <u>United States v. Melvyn I. Weiss</u>
<u>No. CR 05-587(E) – JFW</u>

Dear Honorable Sir:

I write at this time to share with the Court my very personal sentiments and experiences with Mel Weiss. Thank you in advance for your review and for affording due consideration to my plea for mercy and leniency.

I first met Mel in 1982. The occasion was his son Stephen's birthday, and Mel came up to Brandeis University to take Steve and his friends, of whom I am one, out for a birthday dinner. My first clear memory of Mel involves my friend Alan complimenting Mel on the nice necktie he wore out that night. Without skipping a beat, and in lieu of the pedestrian "thanks" that 99.9% of humanity would offer in response to what was clearly a gratuitous compliment, Mel unfurled the tie from his neck, and handed it to Alan. "When a man compliments your tie," he said in his first of many lessons, "you give it to him". Although I reacted to that gesture with my own brand of humor, proudly saying out loud "Nice car, Mr. Weiss", a joke he remembered fondly 20 years later, that was the first in the many "life lessons" I have learned from Mel.

Throughout the 1980s and early '90s I saw Mel on many dozens of occasions, mostly with his family, particularly with his son Stephen. More than just lavishing affection and instruction upon his children, as most fathers do, it always seemed as if Mel was mentoring Stephen towards a more meaningful and important life. It was always about helping others, and impressing upon Stephen, and me as well, the importance of involvement in charitable and essential social causes. Recognizing that I did not get this same sort of guidance anywhere in my life, Mel afforded me some of the same type of parental mentorship which he so effusively laid upon his own kids. I cannot say with any certitude 22 years later, but I do believe his leadership was responsible to some significant degree for my decision to pursue a career as an attorney. I specifically recall receiving my first year/first semester grades from law school, and was not particularly proud of my showing. Mel inquired, of course, how I was doing in law school, a question to which I assiduously avoided responding. Forced to come clean regarding my mediocre performance, I was given a rather stern talking-to. While it would be folly to attribute my turnaround exclusively to the mentoring of Mel, it would likewise be reckless for me to say that his lessons did not manifest in the form of personal growth. I do not have the luxury of capturing your Honor's attention to 15 pages of Mel's inspirational moments, but suffice it to say that he is just someone you want to please, and I finished my first year ranked 3rd in my class.

301

Throughout most of the 1990s, as Mel grew to icon status and I continued to try to live up to his examples, he was insanely busy all over the world.  Nonetheless, hardly a month ever went by without him taking the time to check in on me, and take subtle steps to help me advance in my legal career.  It was during these years that I started to get to know "philanthropic Mel", as it seemed like every month there was some event or other honoring Mel's charitable works.  Philanthropy would become an important part of my life, and this I can attribute solely to Mel's guidance.  "Look how fortunate you are," was always his lesson, but "you are nothing until you improve the lives of others".   I was privileged enough to study under the tutelage of Morrie Schwartz at Brandeis, the subject of the wonderful '*Tuesdays With Morrie*', a book about life lessons taught by a dying man of wisdom.  I learned far more from Mel Weiss.

One other special moment that stands out for me was when Stephen, Mel's son and my closest friend, was on the Dais with Mel as co-honoree.   Steve was barely thirty, yet there he was helping to build a wing on a hospital in Israel.   To say I was inspired would be an understatement, and it wasn't long after that when I helped establish, and still serve as both General Counsel and Executive Officer of, the largest national widow's and orphan's organization for the families of fallen policemen and firemen.  I am ashamed to say that I would never have been the type of person inclined to such pursuits had it not been for Mel, his overt lessons, and his incredible example.  I would never have experienced the many personal rewards I have achieved through my charitable pursuits.

By 2003 I had developed a successful law practice, and was fairly well known in the field of legal ethics and professional responsibility.  I likewise, again probably owing to Mel's influence, had a specialty of helping victims of unscrupulous stock brokers.  It was at that time that Mel called upon me to come work by his side, and I barely hesitated before accepting.  It was an incredible treat to go to work each day, to work beside Mel, and participate among the collection of incredible legal talent putting their hearts and souls into advancing what every single person there believed was an urgently important mission.  I miss it terribly.

I cannot imagine that any world leader has ever kept a schedule more robust than Mel's.  Every day was planned down to the minute, from dawn until dusk, and from what I witnessed the vast majority of his time was spent on the pursuit of philanthropic activities or important organizations advancing social or legislative causes that he felt were vital to protect people in need.  Incredibly, there was nobody who was not important to Mel.  I cannot possibly relate how many people would cold-call based solely on Mel's reputation as a champion for the needy, and how many times I was asked to get the full story and write Mel a memo on what he or she needed.  It was truly an amazing experience, and I couldn't believe that Mel always responded.  I am sad when I think that part of it is all over.

I have now known Mel, his wife Bobbi, his daughter Leslie, and his sons Gary and Stephen for going on 27 years.  His grandchildren Alex, Samara and Jason are like my own.  I know and love these people and I do not want to see anyone suffer more than they already have.  The depths of sorrow and remorse that Mel has expressed for his conduct is a fountain that has not stopped flowing since this very proud man came to grips with his conduct.  The punishment that he has dealt to his reputation and the silent ache that pervades his family and friends is a wound we will all have to live with in perpetuity.   Any further punishment dealt to Mel will be further punishment on all of us who need him.

I sincerely hope that the above sentiment has sufficiently described the kind of profound impact that Mel has had on my life.   I would be a fool to think that the effect he has made on my life is any more profound than the effect he has had on the lives of so many others.  I beseech you to practice mercy and leniency, to keep Mel at home with his family if possible and, if not, to

keep him away from them for as brief a time as you can in your conscience allow.   Of course it is true that life is not a scale where we attempt to even out the good and bad deeds.  If it were, however, it would also be objectively true that Mel's deeds have like an anvil tipped "the good side" of the scale so deeply embedded into the bedrock that his conduct here, however unacceptable, has not made the scale even tremor upwards towards "even".

Thank you for your public service and thank you in particular for reading my sentiments. Mostly, thank you in advance for your mercy.  There could be no better man, all things considered, upon whom to practice it.

Respectfully Submitted,

David K. Bergman

303

**EXHIBIT 80**

# SUSMAN GODFREY L.L.P.

A REGISTERED LIMITED LIABILITY PARTNERSHIP
5TH FLOOR
654 MADISON AVENUE
NEW YORK, NEW YORK 10065-8440
(212) 336-8330
FAX (212) 336-8340
WWW.SUSMANGODFREY.COM

| SUITE 5100 | SUITE 5100 | SUITE 950 | SUITE 3800 |
|---|---|---|---|
| 1000 LOUISIANA STREET | 901 MAIN STREET | 1901 AVENUE OF THE STARS | 1201 THIRD AVENUE |
| HOUSTON, TEXAS 77002-5096 | DALLAS, TEXAS 75202-3775 | LOS ANGELES, CALIFORNIA 90067-6029 | SEATTLE, WASHINGTON 98101-3000 |
| (713) 651-9366 | (214) 754-1900 | (310) 789-3100 | (206) 516-3880 |

WILLIAM CHRISTOPHER CARMODY
DIRECT DIAL (212) 336-8334

DIRECT DIAL FAX (212) 336-8340
E-MAIL BCARMODY@SUSMANGODFREY.COM

May 5, 2008

Honorable John F. Walter
United States District Court
Central District of California
312 N. Spring Street
Room 176, Courtroom 16
Los Angeles, California 90012

Re:  *United States v. Melvyn I. Weiss, No. CR 05-587(E) - JFW*

Dear Judge Walter:

I'm a partner with Susman Godfrey and have known Mel Weiss for ten years.  I first became acquainted with him through Arthur Miller, the esteemed Harvard (and now NYU) law professor, who, after providing me with expert assistance in several lawsuits, became a dear friend.  In the last decade, Mel, too, has become a dear friend.

For the last twenty years, I've tried cases across America in the area of complex business litigation on both sides of the docket.  While I was raised on Long Island and graduated with an engineering degree from The United States Merchant Marine Academy (Kings Point), I studied law in Oklahoma and began my legal career in Dallas with the Texas firm of Fulbright & Jaworski.  About eight years ago, I joined Susman Godfrey, and a year and a half ago, moved with my wife to New York City to open our firm's office here.

I'm writing this letter because I would like you to know what a truly sincere, generous and gracious friend Mel has been to my wife, Catherine, and me.  We owe him so very much for welcoming us to Manhattan and making us feel at home in a new and unfamiliar place.  He and his wife, Bobbi, have hosted us several times for dinner at their home to introduce us to their friends.  At other times, they have welcomed us into their home so that we could spend time with their children and grandchildren and enjoy their fun-loving and close-knit camaraderie.  Mel's children and grandchildren adore him, and their love for him – and his for them – is overwhelmingly apparent when they are together.  Through Mel's guidance, I have made new friends, become involved in charitable causes, been an active member of the New York legal

834040v1/107580

**304**

Honorable John F. Walter
May 5, 2008
Page 2

community, and have become particularly close with his son, Stephen, who embodies the best qualities of both of his parents. Because of Mel, my transition from Texas to New York, both professionally and personally, has been immensely rewarding.

Before I met Mel, I had heard of his reputation and magnanimous personality. I knew he was generous, both financially and personally, to the community at large, his friends and those he did not even know, who often benefited from his good works. Now that I know him, I can attest that he truly embodies the spirit of all the characteristics we humans admire: selflessness, generosity, compassion, and integrity. Although his calendar was overwhelming, over the last ten years, Mel took me under his wing and instilled these values in me, setting an example as a lawyer and a person in a manner wholly at odds with the charges to which he has now pleaded guilty.

My prayer is that you are able to look beyond the actions to which Mel has pled guilty and see the remarkable man that this 74 year old is to me. Although he came from poverty growing up in the Bronx, he has lived a life of immense generosity; not merely financial, but one of substance in which he has given of his heart, his mind, his time and efforts. While many in our world are moved solely by the dollars that one gives to others, I have benefitted from Mel's true character and self. In the ten years I have known him, he has remained loyal to his friends, family and community. He remains devoted to – and has not disparaged – even those who have abandoned their friendships with him.

This country is such a forgiving one, and I trust that you, as the arbiter of justice in this case, will act on behalf of our citizens in a forgiving way. Mel is not a young man and has already paid an enormous price. He's lost his reputation, standing in the legal community and standing in the community at large. His amazing acts of selflessness throughout his life have been dwarfed, and he has been held up to ridicule in the most public of ways. I respectfully ask that you consider a sentence of home confinement—a firm sentence, to be sure, but one that takes into account the hardships Mel has already endured, his old age, and his long life of public service. Through human grace and forgiveness, I believe, justice on this Earth can indeed be served.

Thank you for your consideration.

Respectfully submitted,

William Christopher Carmody

**EXHIBIT 81**

Marilyn Geller
110-11 Queens Blvd
Apartment 22M
Forest Hills, NY 11375

May 7, 2008

The Honorable John F. Walter
United States District Court
Central District of California
312 Spring Street
Room 176, Courtroom 16
Los Angeles, CA 90012

RE:  UNITED STATES v. MELVYN I. WEISS
NO. CR 05-587(E) - JFW

Dear Judge Walter:

I have been employed as a legal secretary at Milberg LLP for 25 years.  Through those years I have come to know, like and respect Mel Weiss, and continue to respect him at this juncture in his life.  I have been witness to Mel's many unsolicited acts of generosity, his kindness to multiple employees at the firm and, though I have neither required nor asked for special favors, have been genuinely touched by his concern, aid and support of those individuals who did.

During that terrible time immediately following 9/11, 2001, because of the profound traumas inflicted by terrorists on our firm's 300 employees, Mr. Weiss personally had a well-known psychologist, Kimberley Heart, flown here from Los Angeles.  From our office, there was a clear view of the planes exploding into the two World Trade Center buildings, which caused indelible anguish for many of us.  Mel rented an apartment explicitly to accommodate Kimberly Heart's stay in New York to minister to those employees afflicted with deep emotional suffering at that horrendous period in our history.  Ms. Heart remained with us in New York for several months.

In recent years, he offered to fund a number of employees' physical and psychological therapy in their efforts to lose weight.  In addition to money, which on manifold occasions he contributed to many charitable causes, Mr. Weiss has also given much time and energy.  In addition, I personally witnessed Mel Weiss arrange to save a friend from financial business failure.

Melvyn I. Weiss is looked upon by me as an extraordinary man, an exceptionally good man, and I beg that his accomplishments, his positives, the many shining examples he has forged, be weighed against one slip in his lifetime.  I humbly pray that the most leniency possible be considered for this man.

Respectfully yours,

Marilyn Geller

306

**EXHIBIT 82**

Ismael Alvarado
1600 Metropolitan Avenue, Apt. 6G
Bronx, New York 10468
Tel: 718.239.5536 • Mobile: 347.538.8062

April 8, 2008

Honorable John F. Walter
United States District Court
Central District of California
312 N. Spring Street
Room 176, Courtroom 16
Los Angeles, CA 90012

RE:   UNITED STATES v. MELVYN I. WEISS
NO. CR 05-587 (E) JFW

Dear Judge Walter:

I am writing on behalf of Mr. Melvyn Weiss and submit this letter to suggest that you provide him clemency in his case.

I have been an employee of the firm, now "Milberg", since August 1991. Mr. Weiss has served as an excellent leader who actually does care about his employees. Over the years, he has proven to be a kind and professional employer. He has always made a strenuous effort to greet and develop some type of relationship with the entire staff. During my time at Milberg, I have learned a lot and have build relationships with my co-workers and my supervisor, in particular with Mr. Weiss.

In 1999, I gained a substantial amount of weight, which caused severe health problems including diverticulitis and hernias in the abdominal area. I required immediate medical attention and was out of work for almost nine months, during which time the firm held my position. In 2003, I needed to undergo additional surgery and was informed that my insurance plan would not cover the expenses, so I turned to Mr. Weiss.

Mr. Weiss was generous enough to refer me to an excellent surgeon who was able to remove the hernia and perform gastric bypass simultaneously. He even offered to assist me financially so that I would not go into debt. After arguing my medical dilemma with the insurance company,

**307**

Honorable John F. Walter
United States District Court
Page 2

it was decided that they would cover the expense. I have since lost over 100 pounds and am in good health and in better spirits. Thanks to Mr. Weiss' intervention, I have been able to live a better life with and for my family.

Moreover, while working at Milberg, Mr. Weiss always exhibited poise during the holidays. He always made an effort to develop incentives to maintain excellent moral in the office and he compensated everyone annually for their commitment and dedication throughout the year. I have also advanced professionally at Milberg and I owe that all to Mr. Weiss.

Although Mr. Weiss is clearly a much sought-after lawyer, he is still a human being and human beings sometime make mistakes. I believe he should be given an opportunity to make a positive change being he is a gifted leader, whose knowledge base and personal skills are well regarded around the country.

On a personal note, I believe Mr. Weiss has learned his lesson and is truly remorseful of his actions, which he has proven this through his apologies on many occasions. I do not believe it has been an easy road for him, but he still was able to build a top notch law firm which has provided an opportunity for me and my family for which I am very grateful to him.

In closing, I fully support Mr. Weiss and hope that you will provide some consideration in his regard.

Sincerely,

*Ismael Alvarado*

Ismael A. Alvarado
Assistant Manager
Duplication Department

IA:mc

**308**

**EXHIBIT 83**

Lois H. Silverman
83-33 Austin Street, 4-L
Kew Gardens, NY 11415

April 18, 2008

The Honorable John F. Walter
United States District Court
For the Central District of California
312 North Spring Street
Room 176, Courtroom 16
Los Angeles, CA 90012

Re:  United States v. Melvyn I. Weiss
No. CR 05-587(E) - LFW

Your Honor:

I have been Mel's assistant, friend and confidante for almost 15 years.  It is nearly impossible for me to put into words my overwhelming feelings of gratitude, respect and affection for Mel.  My opinion of him is of such a lofty, unique nature that words trivialize the way I view him.  Even when it comes to writing cards for special occasions, I simply write "You are so special" and he is.

From the moment I walked into his office to be interviewed, I felt that I had come home.  He was so open, warm and real that it was like being with an easy-going uncle.  More like a pleasant exchange between two people who were learning about each other because of mutual interests than an interview, I enjoyed the conversation.  It was clear that this was a good-hearted, caring man for whom I would enjoy working, and I was not surprised when I was offered the job; it seemed natural and right that we would work together.

This set the tone for 15 years of collaborative work in the positive, encouraging, dynamic environment that Mel created.  With his willingness to allow me autonomy, I quickly moved through the ranks of the Firm from secretary to executive director.  I grew into the role based on his mentoring of me and his faith in me.  His belief in me gave me confidence that I previously lacked. He took pleasure in watching my ascendancy in the Firm and gave me credit for

**309**

accomplishments rather than take it for himself.  I could never quite believe his immense generosity of spirit.

Day after day, I had the pleasure of watching Mel on his crusade to help victims of wrongdoing.  He did it with zeal, passion and, most importantly, compassion.  He held the hands of those who suffered losses due to fraud, soothed the souls of survivors of the Holocaust and zealously filled the needs of people he knew--or just met--with sincere concern for their well-being.  I watched him smile at our mailroom clerks, patiently educate callers about our practice and seek out situations that required charitable giving because of his unusual attraction to filling needs.  It was done simply for the desire to watch a tear-stained face metamorphose into a smile as he resolved problems that ran the gamut from ruined businesses to ruined fortunes to ruined psyches.

Mel's excellent judgment in business affairs, legal matters and emotional situations provided a foundation of trust and admiration.  We knew that he would always steer us in the right direction when we sought his counsel.  Imagine, this incredibly busy lawyer finding time to give us advice about our families,  careers and any matter that we might bring to him.

During the darker years with my teen-age children, he was a beacon that lit the path for each of us. As a single parent, when my son, Jon, became a rebellious teenager, I felt lost, but not for long.  Mel gave me time off to be with Jon and his teachers, gave Jon a job with the Firm and spent time advising him about how to become a productive young adult.  Jon remembers those conversations and attributes his current success, in part, to Mel's advice.  When my daughter got married and money was a little tight, Mel paid for her wedding.  It was no big deal to him.  How much do you need, he asked and happily wrote out a check.

I hope that I have given you a sense of how Mel gives professionally and personally.  True to character, he is also devoted to his family.  When I started working for him, I was enlisted to plan a vacation for 17 of his family members.  I was stunned at the detailed attention to the requirements of each guest: wife; children; sister; brother-in-law; and grandchildren.  Over the years, parties and reunions with close and distant cousins dotted his already busy calendar.  Those were the good times and he relished them.

His family is the most precious thing to him.  He will drop anything he is doing, day or night, if anyone in his family needs him, especially if his daughter,

310

Leslie, needs him. He has been a most supportive and loving father to her. I know that he means the world to her. He is also a great husband. Even though he is going through this ordeal, he is nonetheless concerned about celebrating his wife's birthday. This is just one example of how selfless and loving he is to his family.

No doubt, you have read other letters about Mel's loving devotion to his 98-year old mother. She resides in a senior residence, lacking nothing. He is a wonderful son who visits often, shaking his head in wonder at her energetic intelligence and finding ways to make her happy. In addition, cousins, nephews, nieces come to him for guidance and help. Everyone who knows him understands that he derives pleasure from being there for them on every conceivable level. Never are there strings attached; he is satisfied with being generous and watching people react favorably. I have never seen anything like it.

As for his charitable giving, frankly, I sometimes get annoyed. His legendary reputation for generosity causes numerous people to request contributions to their causes. Rarely, does he say no, and I feel there is an expectation bordering on entitlement due to his sincere desire give. He does not recognize that he is being taken advantage of; I am the one who resents people's abuse of his largesse. The one time I didn't mind his generosity was when my Temple was failing financially and he lent us $50,000 without imposing terms on us; we could repay him when we had the funds. He saved The Reform Temple of Forest Hills which also meant he helped to preserve Reform Judaism in Central Queens because we are the largest Reform presence in the area. We paid him back and he still doesn't understand what was so amazing about his actions.

I am a pious and observant Jew whose moral compass is deeply imbued with the integrity, issues of honesty and tenets of Torah. Other than that which came to light about Mel's unfortunate lapse, I can attest to the fact that he upholds a moral standard that is as high as anyone could achieve. Never once has he, in my presence, suggested within his practice or in his interpersonal relationships that he or others act unethically. He maintains that to live in a happy, peaceful, just society we must adhere to principles of compassion and morality.

Everyone has mentioned leniency because of his accomplishments, goodness and ethics. That request is implicit in my letter, and I hope that I have succeeded in illustrating to Your Honor that he is a humanitarian who lives a life

**311**

of loving kindness and makes countless contributions to our society.  We all lose
if Mel is gone for a significant amount of time.

Respectfully yours,

Lois H. Silverman