BENJAMIN BRAFMAN
BRAFMAN & ASSOCIATES, P.C.
767 Third Avenue, 26th Floor
New York, New York 10017
Telephone: 212-750-7800
Facsimile: 212-750-3906
Bbrafman@braflaw.com

Admitted Pro Hac Vice as Attorneys for
Defendant MELVYN I. WEISS

THOMAS M. BROWN (Cal. Bar No. 117449)
BROWN & WHITE LLP
333 South Hope Street, 36th Floor
Los Angeles, CA 90071
Telephone: 213-613-0500
Facsimile: 213-613-0550
Tbrown@brownwhitelaw.com

Attorneys for Defendant
MELVYN I. WEISS

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>              Plaintiff,<br><br>        v.<br><br>MELVYN I. WEISS,<br><br>              Defendant. | Case No. CR 05-587(E) -JFW<br><br>**DEFENDANT MELVYN I. WEISS'S SENTENCING MEMORANDUM**<br><br>**(VOLUME 4 OF 4: EXHIBIT 114)**<br><br>Date:        June 2, 2008<br>Time:        10:00 a.m. |

EXHIBIT 114

1600 MARKET STREET
SUITE 3600
PHILADELPHIA, PA 19103-7213

Arlin M. Adams
Direct Dial: 215-751-2072
Direct Fax: 215-972-7246
Email: aadams@schnader.com

May 8, 2008

Honorable John F. Walter
United States District Court
Central District of California
312 N. Spring Street
Room 176, Courtroom 16
Los Angeles, CA 90012

Re: United States v. Melvyn I. Weiss
No. CR 05-587(E) – JFW

Dear Judge Walter:

I am writing in connection with the sentencing by you of Melvyn I. Weiss.

I first met Melvyn Weiss when I was appointed by Judge William D. Browning to be the master in a case entitled *Washington Power*. My assignment was to determine and to recommend to the Court appropriate counsel fees for the attorneys representing a series of plaintiffs in that complicated case. I conducted a series of meetings in which Mr. Weiss represented a group of plaintiffs counsel. He was well prepared, highly respectful to the tribunal and his opponents, and scrupulously fair in all regards. My report to the Court was filed without a single exception. The Court followed the recommendations in every detail.

Perhaps as a result of my performance in what became known as the Woops litigation, Mr. Weiss and his firm requested me to submit an expert report in a case known as *Irene Gillette and Robert Gillette v. New York Life Ins. Co. and New York Life Ins. and Annuity Co.*, S.C.N.Y. (1995 N.Y. Misc. Lexis 652). Again, I found Mr. Weiss completely fair, honest and honorable in response to each of my inquiries. The Court accepted my recommendations and no objection was filed.

**374**

—

Honorable John F. Walter
May 8, 2008
Page 2


    I was also requested to file an expert's report in the case of *In re Prudential Ins. Co. of Am. Sales Practices Litig*, D.N.J., MDL No. 1061: Civ. Action No. 95-4704. This was a highly complicated case involving substantial sums, and a complex mandate. My colleagues and I spent a considerable amount of time inquiring about this litigation and the basis for the requested fees. Once again, we found Mr. Weiss to be completely cooperative, respectful and reasonable.

    My report was accepted by the U.S. District Court for the District of New Jersey, and although there were a few objections, they were not sustained by the trial court, and the Court of Appeal for the Third Circuit affirmed the recommendation, 148 F.3d 283 (1998), including reference to Mr. Weiss' outstanding representation, in all respects.

    In my long career as a judge and as a practicing lawyer, I have, as you might expect, witnessed the performance of many attorneys. I have always found the conduct of Mr. Weiss exemplary, and includable in the top bracket of the multitude of attorneys I have been associated with or have had occasion to judge. I am aware that Mr. Weiss has pleaded guilty to a serious violation, but write in his behalf because of my high regard for him as a citizen and as a lawyer.

    I am prepared to answer any questions that the Court may have regarding my own general experience and my personal experience with Mr. Weiss. As to my general experience and background and as an aid to the Court, I am attaching my C.V.

             Respectfully yours,

             Arlin M. Adams

**375**

**Robert P. Adler**
**2385 NW 46th Street**
**Boca Raton, FL 33431**

April 8, 2008

Honorable John F. Walter
United States District Court
Central District of California
312 N. Spring Street
Room 176, Courtroom 16
Los Angeles, CA 90012

Re: United States v. Melvyn I. Weiss, No. CR 05-587 (E)--JFW

Dear Judge Walter:

I have known Mel Weiss for eighteen years. We both joined the Boca Rio Golf Club in Boca Raton, FL at the same time. I had retired from being the CEO of BIC Corporation, manufacturers of writing instruments, shavers, and lighters.

Since that first meeting 18 years ago, I have played golf with Mel and have socialized with him often. I have found Mel to ba a good friend, a charitable person, and one who is willing to go the extra mile when need be. For example, I am an adjunct professor at Lynn University. I asked Mel to speak to my twenty-five students. Since I teach only on Tuesdays and Thursdays, I thought there would be no way he'd do it. Mel comes to FL to play golf, usually on weekends. To my surprise, he agreed to lecture to the students.

On another occasion when my son-in-law needed some guidance and direction as a recent law school graduate, Mel spent time with him answering his many questions. It was most appreciated.

I hope that you will see in this man a caring person who could benefit society by using his legal talents to help those less fortunate than he. For instance, many people took out mortgages that they could not really afford. A legal advisor, such as Mel, could have given free advice to alleviate their getting in over their heads.

Sincerely yours,

Robert P. Adler

376



CHANGING WORLD TECHNOLOGIES, INC.

April 10, 2008

Honorable John F. Walter
United States District Court
Central district of California
312 N. spring Street
Room 176, Courtroom 16
Los Angeles, CA 90012

RE:  UNITED STATES v. MELVYN I. WEISS
       NO. CR 05-587(E) - JFW

Dear Judge Walter:

My name is Brian S. Appel, and I am Chairman and CEO of Changing World
Technologies, Inc., a company that turns waste into oil.

I have known Mel Weiss and his two sons for over ten years. Though saddened to be
writing this letter resulting from Mel's admission of guilt, I have great respect for the
many, many things he has accomplished. He is a man of vision, and I am proud to have
known him in this capacity. His charitable work, nurturing abilities and environmental
concerns should not be overshadowed by these recent events. Specifically, Mel has been
instrumental in helping this company effectively change the way waste is converted into
renewable energy. Mel and his family made a significant investment well in advance of
the current rush to invest in green technologies.

Also, I wish to share a personal experience in which Mel was quite significant. My
daughter, now a "sweet 16", was diagnosed with a serious disease as a young child which
required major surgery at age 12. Though Mel and I shared a business relationship, he was
a strong support system for my entire family. Mel and his family were tireless in their
efforts to minimize our stress, making the long healing process much more comfortable.

With regard to the sentencing in this matter, I implore the Court to take into consideration
the many important and selfless acts in which Mel Weiss has been involved. He is truly a
remarkable man, and I would sincerely thank the Court for its wise discretion in its
decision making process.

Very truly yours,

Brian S. Appel

BSA:lss

377

# Michael A. Artsis

900 Palisade Avenue – Apt. 1D
Fort Lee – New Jersey- 07024
Cellular: (917) 952-0833 – E-mail: Artsis@PressPassTV.com

Honorable John F. Walter
United States District Court
Central District of California
Room 176, Courtroom 16
Los Angeles, CA 90012

4/29/2008

RE: UNITED STATES v. MELVYN I. WEISS
NO. CR 05-587(E) – JFW

Dear Your Honor,

Melvyn Weiss is a great man, a philanthropist, and a terrific humanitarian. He is a man that I look up to and admire in many ways. He has done a lot of great things for other people in his life, made many selfless acts, and had a very positive impact on society in general, in this country and abroad.

I can say this because I know Mel Personally. My name is Michael Artsis. I have spent my entire adult life as an on-air television and radio reporter, anchor and host. I have great ethics and values, which have helped play a part in my success. I have managed to work in the Number 1 Media Market for most of my career, working on air at NY1, NBC, LI News, WLNY and several other stations. I have been experienced the industry as both management and the low man on the totem pole. I have worked hard and kept my nose clean.

In 2006 I decided to follow my dream and start my own news service. My partner Daniel Cohen and I spent nearly a year writing a business plan, finding investors, and setting up shop. In January 2007 we officially opened our doors for business and hired our first journalists. Our goal is to become the definitive behind the scenes sports portal on the web. I believe we have accomplished a lot in a short period of time and I am proud of that.

Starting PressPass, Inc. was not easy. There were a lot of people who helped us and gave us advice, but Mel really stood out from the start. I first met Mel when he was introduced to the company as a potential investor. Right from the start, he listened to our ideas intently and offered us valuable advice, eventually investing in our company. Dan and I are young guys, and, while most would not spend or waste their time with us, Mel always gave us his undivided attention. He is a true gentleman. He warned us of pitfalls and wanted to learn about our business and find ways to give useful advice. He explained that we needed to be careful with our use of funds, yet at the same time not be cheap. He reminded us that you get what you pay for.

378

A few weeks ago I got the chance to have dinner with Mel. I hadn't seen him in a few months and was unsure of what to expect. Mel was his usual self. He didn't talk about himself or his problems. Instead, he wanted to talk about mine. He asked how business was going and offered advice as usual. He said that if we could get athletes to invest, even just a little, the buy in from them, their support and exposure, would be better than the dollars.

While spending time with Mel, I found out about some of the philanthropy he has done. This is perhaps his greatest accomplishment. While Mel has made a lot of money in his life, he has also donated a lot of money, and, more importantly, his time. The best gift someone can give you is their time, and that's exactly what Mel did for me. No matter how well Mel has done, he hasn't forgotten to give back. Whether it was his pro bono legal work, the many hours he spent helping people, the work he has done tirelessly for many charities or the large amounts of money he has donated, Mel has impacted a lot of people in positive ways. He has instilled the importance of giving back in his children, grandchildren, colleagues and others, including me. Some of the lessons he taught me included the importance of giving back and never forgetting where you came from. It is for all these reasons and more, that I would like to ask you to be lenient on Mel. I know Mel still has a lot to give, a lot to teach and a lot to do. I believe if Mel was under home confinement he could still make a positive impact on the community. He could make calls on the behalf of charities, help raise and donate money and give advice (something he is very good at). I know what Mel did was wrong and I am a big believer in dealing with the consequences of one's actions. His actions should not go unpunished. However, I also believe Mel is sorry for what he did, and I believe he has owned up to it. For these reasons, I ask that you be lenient on Mel when sentencing him and consider what I have said. I believe he could be a lot more productive and continue to have a positive impact on society from home.

Thank you for your time and consideration.

Sincerely,

Michael A. Artsis

379

**Itzhak Asher**
**5190 Suffolk Drive**
**Boca Raton, Florida 33496**


Honorable John F. Walter
United States District Court
Central District of California
312 N. Spring Street
Room 176, Courtroom 16
Los Angeles, CA 90012


RE: UNITED STATES v. MELVYN I. WEISS
        NO. CR 05-587 (E) – JFW


April 26, 2008


Dear Judge Walter,

   My name is Itzhak Asher and I'm an artist who does contemporary figurative bronze sculpture, for the past forty-two (42) years. My letter to you is in regard to Mel Weiss, whom I met fifteen (15) years ago, in Boca Raton, Florida. At that time I was showing my work in a local gallery. I happened to be in the gallery when Mel stepped in dressed in sneakers and shorts, like he was just coming from a morning walk.

   Mel showed interest in the art exhibited in the gallery, and in my work, and started talking to me about art. I saw in front of me a simple man who had walked into a candy store, amazed by what he was seeing. Later on throughout the fifteen (15) years of our friendship I still see Mel as that simple man who wondered and wanted to better understand art.

   Since I know Mel we went to many art exhibitions, and he always expressed his wishes to understand more about art. In many occasions he bought paintings or a sculpture simply because he wanted to support the artist, and later donated them. If I advised him that he over paid, his response was, "the artist needs the money in order to be able to create."

   When I try to answer why I like Mel so much and why our friendship is so valuable to me, I recognize that Mel for me is a people person. He will never try to let anyone feel that he is above them. A kind and friendly man, Mel is always gracious and nice to everyone regardless of who they are.

**380**

1

It did not surprise me later on to read in an Israeli new paper, (I am a dual citizen) that Mel voluntarily took the case against a Swiss bank and German corporation, regarding the holocaust.

I was not surprised as well to learn that he is the biggest donator to the Israeli Hospital *Shearey-Sedic* in Jerusalem.

Mel Weiss for me is a person and friend I could always call and share my difficult times with. He was there to comfort me through my divorce and he was there as a friend on any issue regarding my personal and professional life.

I am fortunate enough to know his wife, Bobbi, his children and grandchildren and many of his dear friends, and I feel blessed to be able to say that this simple, down to earth family man is my friend.

As a person and an artist who searched and deals with the soul I can not find any person who should be considered for mercy as Mel Weiss. Therefore, your honor this is my personal request to you. If there is any way that Mel can serve the Community in exchange for prison time, please take this option into consideration.

*Rchmones* in Hebrew means mercy. Dear Judge, please have *rchmones* for this special, down to earth person who really helped so many people, 'silently.'

Thank you in advance for your consideration.

Sincerely,

Itzhak Asher

**381**

2

# Karen Lynne Gallery

**GALLERY CENTER**
608 BANYAN TRAIL
BOCA RATON, FL 33431
(561) 995-0985 Fax (561) 995-0986
www.karenlynnegallery.com

April 22, 2008

Honorable John F. Walter
United States District Court
Central District of California
312 N. Spring Street
Room 176, Courtroom 16
Los Angeles, CA
90012

Dear Judge Walter,

My name is Karen Asher. I am writing this letter about my good friend Mel Weiss. I own Karen Lynne Gallery, an art gallery in Boca Raton, Florida and Beverly Hills, California. I have been in business for almost twenty years and represent over ninety artists.

I have known Mel, his wife, and children for over eighteen years. I have known him both on a professional level, as an art collector, and also as a dear and caring friend.

I have the utmost respect for Mel and all he has accomplished. He has one of the world's most remarkable art collections and he has shared many of these pieces with museums throughout the world for art lovers to enjoy. His pro bona endeavors on behalf of citizens in need, including Holocaust survivors, attest to his unrelenting desire for justice.

Of the multitude of wonderful things Mel has done for artists, he has specifically taken an interest in one of our artists. After the horrible events of September 11th, one of our artists, Jorge Lujan, was moved to paint one of the most incredible paintings we have ever seen. It was a huge mural depicting firefighters, police officers, victims of the horror of that day. The painting takes your breath away. Mr. Weiss, after seeing this amazing artistic effort, arranged to have the painting exhibited throughout the New York area. The reception of this painting was incredible. So many people were touched by this magnificent work. Mr. Weiss made it all happen. It was his idea to show the work. His efforts were responsible to have the piece shown in various venues, including museums, and the painting is scheduled to be placed at the World Trade Center Memorial. None of this would have happened if not for Mr. Weiss.

I am well aware that Mel has pleaded guilty to certain crimes, but I am also aware that Mel is extremely contrite and remorseful for these activities.

**382**

# Karen Lynne Gallery

**GALLERY CENTER**
608 BANYAN TRAIL
BOCA RATON, FL 33431
(561) 995-0985 Fax (561) 995-0986
www.karenlynnegallery.com

The purpose of this letter is to ask for prudence when deciding upon Mel's sentence. I know he has suffered tremendously due to these accusations. He is a man of honor, and I know that his admission of guilt must have been extremely difficult and humbling. But I also believe it would be such a shame for a man of Mr. Weiss's ability to serve time instead of taking advantage of his brilliant mind to perhaps assist in many possible ways to help people in need, artistic institutions in need of direction or any other need of our time. Society, as we know it would be lost if men like Mel Weiss were not here to look out for the under privileged, the sick and those taken advantage of. Because of these qualities, I firmly believe a sentence that involves some type of community service would be more beneficial to our city, our community and our country than for him to spend time in confinement.

Thank you so much for your time.

Sincerely,

Karen Asher

383

Ely Barsel
7058 Ayrshire Lane
Boca Raton, FL  33496

April 23, 2008

Honorable John F. Walter
United States District Court
Central District of California
312 N. Spring Street
Room 176, Courtroom 16
Los Angeles, CA  90012

RE:  United States V. Melvyn I. Weiss
     No. CR05-587(E)-JFW

Dear Judge Walter,

I'm Ely Barsel and I've been a close friend of Mel Weiss for about 25 years.  I'm 82 years old, a college graduate and served in the Army during World War II.  I've been in business for over forty years and retired in 1999.

Mel and I belonged to the same Golf Club, played together, had many dinners together and traveled together for many years.  I always admired him for his Pro Bono work involving the many charities and Holocaust victim's causes he participated in.

Mel is a very special person and I believe you should consider leniency in your verdict.

Sincerely,

*Ely Barsel*

Ely Barsel

**384**

LAW OFFICES

# BELL & BRIGHAM

Post Office Box 1547
457 Greene Street (30901)
Augusta, Georgia 30903-1547
(706) 722-2014
Fax (706) 722-7552
Writer's e-mail: john@bellbrigham.com

John C. Bell, Jr. (P.C.) (Ga. & S.C.)
Leroy W. Brigham

John C. Bell
(1916-1967)
Harry H. Bell, Jr.
(1911-1991)

April 30, 2008

Honorable John F. Walter
United States District Court
Central District of California
312 N. Spring Street
Room 176, Courtroom 16
Los Angeles, CA 90012

     RE:    *United States v. Melvyn I. Weiss*
            No. CR 05-587-(E) - JFW

Dear Judge Walter:

     I write this letter on behalf of my dear friend and mentor, Mel Weiss.

     I met Mel through Professor Arthur Miller in February 1991. Professor Miller and I were working on cases challenging the practices of the then three major telephone companies in providing 900 number lines to entities that were running games of chance, and deceptively marketing fully secured credit cards, with consumers being charged up to $25.00 per call when they responded to what we believed were quite deceptive solicitations. At Arthur's recommendation, we associated Mel and his firm. Those cases went on for years with mixed success, as our class certification orders were reversed on appeal. However, our suits and the vigor with which they were prosecuted played a major part in the decisions of MCI, Sprint and AT&T to cease providing their billing services for these schemes. This benefit to many thousands of perhaps gullible consumers was enormous. Mel's commitment of legal and financial resources demanded by those cases never wavered.

     I worked with Mel and his firm on a number of subsequent cases. He was kind enough to associate me in cases that his firm had in Georgia. I am today a much better lawyer because of the lessons in law that I learned from Mel Weiss.

**385**

Through the years, I have witnessed Mel's extreme generosity for worthwhile causes. I watched as his firm pursued the first of the holocaust claims, claims that most observers thought had no chance of victory. Mel and his firm not only prevailed, but declined to take a fee in the first cases.

In the course of working with Mel over the years, I never knew him to suggest or to continence any deceptive or unethical behavior.

It has also been my special pleasure to have been able to count him as a friend through the years, for he is as loyal and generous a friend as one could have.

I have no direct knowledge of the underlying facts in the matters before you, but I do know that I would today take Mel's word without question, and that I continue to hold Mel in very high regard because I do know first hand of the great service he has rendered to his clients and his lifelong generosity.

Yours very truly,

John C. Bell, Jr.

JCB/mj

**386**



April 28, 2008

Honorable John F. Walter
United States District Court
Central District of California
312 N. Spring Street
Room 176, Courtroom 16
Los Angeles, CA 90012

RE:   UNITED STATES v. MELVYN I. WEISS
      NO. CR 05-587 (E) – JFW

Dear Judge Walter,

My name is Marc Bell and Mel Weiss has been a mentor of mine since childhood - about forty years. I am writing this letter on Mel's behalf because, despite Mel's admission of wrongdoing, I nevertheless still have great respect for him as he has demonstrated many great qualities throughout his life. As such, I am respectfully asking for your mercy in imposing a lenient sentence for Mel.

As the Managing Director of a private equity firm based in Boca Raton, Florida, I have investments in entertainment, publishing, internet and real estate. I have founded numerous companies throughout my career and been a seed investor in several start-up entities. I am currently a producer of several successful Broadway musicals and I have won both a Tony and a Grammy. I produced the hit Broadway musical *Jersey Boys*, as well as *The Wedding Singer*, and recent Pulitzer Prize winning *August Osage County* to name a few. I am a member of the Board of Trustees of New York University and New York University School of Medicine, a Chairman for the Courant Institute of Mathematical Sciences at New York University, and was an adjunct professor at the Global Entrepreneurship Center of Florida International University where I taught graduate courses in Entrepreneurship. I have a Bachelor of Science degree in accounting from Babson College and a Masters in real estate from New York University.

Mel Weiss is a remarkable man; he has been my friend and mentor since my childhood. He has helped advise me on my life numerous times -- one occasion of which I was considering running for the US Congress and he talked me out of it. He has been both my personal and corporate attorney for many, many years and has always done so in a dignified and trustworthy manner. I also know Mel to not only be a remarkable man, but also a loving father. He has done an amazing job raising his son Gary.

GARD ENTERTAINMENT, INC.
6800 Broken Sound Parkway, Suite 200, Boca Raton, FL 33487 · T 561.988.1701 · F 561-988-1707

**387**

PAGE 2

RE:   UNITED STATES v. MELVYN I. WEISS
      NO. CR 05-587 (E) – JFW

In summation, Mel has been an amazing life-long mentor, a trusted friend, and a loyal attorney for my family and me throughout the years.  I again respectfully plea for the Court's mercy in his sentencing - that not only takes into consideration the crime that Mr. Weiss has pleaded guilty to, but also recognizes the many extraordinary accomplishments of this amazing man.  I urge the Court to consider imposing a period of home confinement or Community Service as a part of his sentence.

Thank you for allowing me the opportunity to share my positive experiences with Melvyn Weiss and to speak out on his behalf.

Respectfully,

Marc H. Bell

**388**

**JACK C. BENDHEIM**
65 CHALLENGER ROAD
RIDGEFIELD PARK, NEW JERSEY 07660

PHONE: (201) 329-7300
FAX: (201) 329-7066

April 10, 2008

Honorable John F. Walter
United States District Court
Central District of California
312 N. Spring Street
Room 176, Courtroom 16
Los Angeles, CA 90012

RE:     United States v. Melvyn I. Weiss
        No. CR 05-587(E)-JFW

Dear Judge Walter:

My name is Jack Bendheim. I am President of Phibro Animal Health Corporation and Chairman of the Board of Shaare Zedek Hospital, the second largest hospital in Jerusalem. I am also the former President of Israel Policy Forum, a group of American Jews promoting a peace settlement between the Palestinian Authority and the Israeli government.

I came to know Mel Weiss in this context of charity and public policy work. As Chairman of the Board of Directors of Shaare Zedek Hospital, I was immediately struck by his deep concern for the indigent people of Jerusalem. This genuine worry about the welfare of the unfortunate, coupled with a steadfast commitment to taking responsible action in the world, expressed itself as well in Mel's ongoing involvement in efforts to promote peace between Israelis and Palestinians. His profound respect for the value of different cultural perspectives, and his belief in the power of personal relationships to create dialogue and change, helped move this process forward, for Mel is a man of deeds, not just words.

Equally significant to me, as a father of 7 and grandfather of 17, I have seen Mel in his role as father and grandfather and recognize his deep love for family.

**389**

Honorable John F. Walter
United States District Court
Central District of California
April 10, 2008
Page Two

       So it is in this context, and in recognition of all Mel Weiss' good deeds, that I add my personal appeal to you, Judge Walter, to show leniency in your sentencing decision.

                     Sincerely,

                     Jack C. Bendheim

JCB/ps

390

Bebe R. Berkowitz
1941 Bridgewood Drive
Boca Raton,Fl 33434

Honorable John F. Walter
United States District Court
Central District of California
312 N. Spring Street
Room 176, Courtroom 16
Los Angeles, CA 90012

Re: UNITED STATES v. MELVIN I. WEISS
    NO.CR 05-587(E) – JFW

"Dear Your Honor"

My name is Bebe Berkowitz and I have known Melvin Weiss for over 40 years when we met in Oyster Bay, New York as young couples. Mel may be a man of small stature however he is a giant in all that he endeavors.

The following is only a few examples of his fine character. When Mel moved to Oyster Bay many years ago there was no temple for us to worship in. We conducted our services in the Community Center. When we were fortunate enough to be able to build our temple Mel gave of himself completely expecting nothing in return. It was the beginning of his career. Our friendship continued for 40 years even though we went our separate ways. Through the years I had very hard times and never asked Mel to help me. Nevertheless he was always there for me. No questions asked. A generous, kind, dear man I call my friend. Very few people are fortunate enough to be the recipient of such a caring person.

He is philanthropic, does charitable work, and helps the less fortunate. This is testament to his great generosity and goodness.

I recently invited him to a party at my home and my children were present. He had not seen them for quite awhile and was interested in their lives and spent a fair amount of time with them.

Mel is not only a true and devoted friend, he is a wonderful husband, father, grandfather, brother and son. Every mother would love to have such a son. I have seen him personally in all the above and there is no exaggeration.

I am aware that Mel has pleaded guilty and I have seen him many times since that plea. I have never seen a man more regretful, truly remorseful and sad for his misconduct that has caused pain and suffering for his family, his associates, his friends, and himself.

391

He is a good man and I urge the court to consider mercy and leniency to this extraordinary human being. I urge the court to impose a period of home confinement or Community Service.

Sincerely,

Bebe Berkowitz

Mr. Martin Bernard
22 Valentine Drive
Albertson, NY  11507

April 8, 2008

Honorable John F. Walter
United States District Court
Central District of California
312 N. Spring Street
Room 176, Courtroom 16
Los Angeles, CA  90012

Dear Judge Walter:

My name is Martin Bernard.  I am a graduate of the class of 1970 from New York Institute of Technology and have been an insurance agent with The Rampart Group for the last 34 years.  I have come to know Mel Weiss throughout most of my adult life through stories that I have heard from my late father in law, friends and various family members.  I have gotten to know Mel over the last 18 years, not only as a friend but a philanthropist and supporter of the North Shore – Long Island Health System.

My affiliation with North Shore became intensified when my son Jeffrey, age 14, (14 years ago) was diagnosed with non-Hodgkin's lymphoma.  Thankfully, he was successfully treated at Schneider's Childrens Hospital and today leads a very productive life.

As I became involved in fund raising events for the hospital, I became even more acquainted with Mel Weiss and his unwavering support to not only North Shore's charity but for his many efforts throughout the community.

Despite Mel's admission of wrongdoing, I still have nevertheless great respect for him because of the many great qualities he has displayed and shown during his lifetime.  Our family will always be grateful for his support.

Therefore, I am asking you to take into account all the positives that Mel has shown not only to me, but all the positives he has displayed to so many people in making your final decision.

I appreciate you taking the time and effort in reviewing my comments.

Regards,

Martin Bernard

393

*Law Offices*
## Marino and Bernstein
**PROFESSIONAL CORPORATION**
P. O .Box 180
Suite 210, Townsend Square, Oyster Bay. N.Y. 11771-0180
(516) 922-4040
Fax (516) 922-4046

Ralph J. Marino  (1928 - 2002)                                      Thomas M. Carusona
Jacob Bernstein                                                    Anthony DeCarolis
                                                                   Timothy J. Horgan
                                                                            Of Counsel

April, 22, 2008

Honorable John F. Walter
United States District Court
Central District of California
312 N. Spring Street
Room 176, Courtroom 16
Los Angeles, CA 90012

### RE: UNITED STATES V. MELVYN  I. WEISS
### NO. CR 05-587(E) - JFW

Dear Judge Walter,

　　I am an attorney with my practice and home in Oyster Bay, NY. I have known Melvyn Weiss since the early 1960's. My first contact with Mr. Weiss was in a professional capacity. At the time I was representing a client in a litigation matter and Melvyn was a member of the firm of Galef and Jacobs, the attorney for the other party. I distinctly remember Mr. Weiss's very professional demean or which contributed to the settlement of the matter. This event looms large in my mind since it was the beginning of a relationship which has continued to this day. At the time Mel indicated to me that he was planning to move to Oyster Bay and wanted to know about the Jewish community  in Oyster Bay. At the time I was the president of the Oyster Bay Jewish Center and was fortunate to welcome Mel into our synagogue family. It was the beginning of a very long relationship, both with my family and with the Synagogue. I believe that through this connection I have been able to see a side of Mr. Weiss other than has been reported in the media.

　　I am aware that Mel has devoted most of his adult life to supporting Jewish and other humanitarian causes throughout the world.  Mel's philosophy is recounted in a poem I heard at a Yom Hashoah service commemorating the horrendous events of the Holocaust.  The poem was written by a fifth grade Yeshiva student and was a moving account of the death of six million Jews in the Holocaust. The recurring theme of the poem was "Don't let the flame go out"  - We

**394**

must let people know of the atrocities committed and must do what we can to not let the flame go out. This has resulted in Mel serving "pro bono" as lead counsel in litigation resulting in billions of dollars in a series of law suits on behalf of victims of Nazi persecution and exploitation. He has also raised funds in memory of victims of a terrorist attack on the Israeli Consulate in Buenos Aires and has done many more philanthropic and humanitarian services

I submit that, based on my personal experience, much of Mr. Weiss's humanitarian and philanthropic endeavors have been done covertly. Over the 40+ years that he has been a member of the Oyster Bay Jewish Center he has never sought recognition for his generous contributions of time, money and advice to the Oyster Bay Jewish Center. Whenever called upon he has responded. Some of these contributions I know about because I learned of them as either an Officer of the congregation or as the person making the request. Recently, because of the misfeasance of an employee, the congregation appeared to be on the verge of collapse, without hesitation and without fanfare, Mel came to the Synagogue's rescue with a substantial infusion of cash and pragmatic advice  Most important to me at that time was Mel's comment that "under no circumstances would he allow the congregation to fail" i.e. he would "not let the flame go out".

I believe that, by his philosophy and approach to life, Melvyn Weiss, both publicly and privately has  positively impacted millions of lives.

I know that Mr. Weiss has pleaded guilty to certain criminal conduct and that you have wide discretion in the type of sentence you can impose. It is my belief that the  media publicity that he has received about this matter and the fact that his right to practice law will be affected has caused him to realize the severity of his actions and has certainly made him contrite. I respectfully request that a sentence of  Community Service be imposed, taking into account his many talents and beneficent acts.

Respectfully yours,

Jacob Bernstein

JB/dc

**395**

Jerry Bernstein
1310 Park St.
Atlantic Beach, N. Y.  11509

April 10, 2008

Re: United States v Melvyn Weiss
   No. CR 05-587(E)-JFW

Dear Judge Walter,

My wife & I met Mel Weiss and his wife on a trip to Isreal 28 years ago. We've been friends ever since. Our trip was enhanced by the friendship we formed with Mel and Bobbi Weiss.

My name is Jerry Bernstein. My wife and I have a small retail shop in New York.

I'm writing this letter because I truly believe that Mel is an extraordinary person who has touched many lives in a positive way. He has always been there for anyone

396

Jerry Bernstein
1310 Park St.
Atlantic Beach, N. Y. 11509

who needed help. His pro bono work and his many awards speak for themselves.

My son Jeffrey, who is an attorney worked at Mel's firm for 5 years (1982-1987). During that time Mel acted as a mentor and a positive role model. Jeffrey is now in his own practice.

Over the years, Mel has helped so many people at their time of need. Mel is truly a humanitarian, and a philanthropist and has proven his humanity over and over again.

I am aware of Mel's admission of wrong doing, and regard him with great respect for all his acts of kindness and caring for the oppressed.

397

Jerry Bernstein
1310 Park St.
Atlantic Beach, N.Y. 11509

His life has been extra ordinary and therefore I feel compelled to write this letter on his behalf.

I respectfully urge the court for leniency for this very special man. He has done so much good and is truly remorseful for his misconduct.

I plead with the court to consider his positive impact over the years, and impose a period of home confinement and community service as part of the sentence

Thank you.

Sincerely

Jerry Bernstein

398

**Brownstein | Hyatt**
**Farber | Schreck**

April 23, 2008

Timothy R. Beyer
Attorney at Law
T  303.223.1116
F  303.223.0916
tbeyer@bhfs.com

Honorable John F. Walter
United States District Court
Central District of California
312 N. Spring Street
Room 176, Courtroom 16
Los Angeles, CA  90012

RE:   *United States v. Melvyn I. Weiss*
      No. CR 05/587(E) – JFW

Dear Judge Walter:

I am writing this letter on behalf of Mel Weiss because in my professional and personal interactions with Mel I have encountered a generous, talented, caring person, quite unlike what I expected from the public image. I understand he has pleaded guilty to serious crimes, which I certainly do not condone. However, I also understand that Your Honor has some discretion in sentencing, and that Mel's qualities in other respects are relevant to sentencing considerations, so I am writing to convey my experiences that show another side to Mel.

I am primarily a defense lawyer, practicing in the areas of antitrust, securities, class actions and other forms of commercial litigation. I am with a firm in Denver, Colorado, where I co-chair the firm's litigation department. I have known Mel for only approximately five years, and have worked against him and his firm as well as in conjunction with him. Over the course of those matters (including the IPO Securities Litigation cases in the Southern District of New York, in which I represent certain non-party witnesses, and the *Bell Atlantic Corp. v. Twombly* case decided by the U.S. Supreme Court last year, in which I led the representation of one of the defendants and Mel represented the plaintiff), I was fortunate to get to know Mel to the point where I think of him as a friend.

In all my professional dealings with Mel, I have found him to be tough but fair, honest, forthright, amiable and immensely talented. At an age when many successful lawyers leave much of the work to others and lend little more than their name to representing clients, Mel worked tirelessly on behalf of his clients.

One incident in particular showed me that Mel also has a generous, kind-hearted side that may not be as well known as his public persona. Mel and I attended a charity event in New York last year, at which there was a silent auction. I saw an item - a large, framed picture of tennis champion Roger Federer, signed by Mr. Federer – that I wanted to bid on

410 Seventeenth Street, Suite 2200 | Denver, CO 80202-4432      303.223.1100 tel
Brownstein Hyatt Farber Schreck, LLP | bhfs.com      303.223.1111 fax

399

Honorable John F. Walter
April 23, 2008
Page 2

for my 11-year old aspiring tennis great, but which I knew I would not be likely to win, given the very wealthy crowd attending the event.  Mel noticed me coveting the picture, and I explained why I was interested in it.  Without any encouragement from me, Mel arranged with the auction folks to be the high bidder, and to my surprise had the picture sent to me to be a holiday gift for my son.  Totally unnecessary (there was nothing in it for Mel), but an act of generosity and thoughtfulness that I will not forget.

I hope this gives Your Honor useful input as you consider the appropriate sentence for Mel.  If I can be of any further assistance, please let me know.

Sincerely,

Timothy R. Beyer

cc:  Benjamin Brafman, Esq.

99999\403\1148998.1

**400**

# JAMES J. BINNS, P.C.
**Attorney at Law**

April 16, 2008

The Honorable John F. Walter
United States District Court
Central District of California
312 N. Spring Street
Room 176, Courtroom 16
Los Angeles, CA  90012

Re:   **United States v. Melvyn I. Weiss**
      **No. CR 05-587(E) – JFW**

Dear Judge Walter:

I am writing on behalf of Melvyn I. Weiss whom I have known for over twenty-five years in both a professional and personal capacity.  I have worked with Mr. Weiss on important cases and I have interacted with him and his family throughout that entire time period.

Mr. Weiss is a decent human being.   I know him to be a caring and compassionate individual who has on numerous occasions acted in a manner befitting the humanitarian reputation which he has garnered over his entire professional and private life.  On a number of occasions, I have witnessed selfless acts on his part which serve as a model for those of us who share the Judeo-Christian ethic.  Although I am not familiar with the facts that have lead to his guilty plea and prospective sentencing, I am morally certain that the situation in which he finds himself constitutes an aberration in his otherwise exemplary life of doing for others and a commitment to community service.  I realize that the conduct with which he has been charged is serious and that his guilty plea will result in some period of incarceration as well as a substantial fine.  I respectfully request that you consider his public service and the overall good that he has bestowed not only on our immediate community, but to families and individuals in the furthest corners of the world.

Please consider his good works, contrition for his transgressions and acceptance of responsibility when meting out whatever sentence you deem appropriate.

Respectfully,

JAMES J. BINNS

JJB:

| | | | |
|---|---|---|---|
| Alaska | Massachusetts | North Dakota | Suite 300 |
| California | Michigan | Oklahoma | 925 Harvest Drive |
| Colorado | Nebraska | Pennsylvania | Blue Bell, PA 19422 |
| District of Columbia | Nevada | Puerto Rico | Telephone 215.977.1037 |
| Florida | New Jersey | Tennessee | Telecopier 215.977.1099 |
| Georgia | New Mexico | Texas | E-Mail james@jamesbinns.net |
| Iowa | New York | West Virginia | www.jamesbinns.net |
| Maryland | | | |

**401**

Blumenfeld Development Group, Ltd.
300 Robbins Lane
Syosset, New York  11791

April 23, 2008

Honorable John F. Walter
United States District Court
Central District of California
312 N. Spring Street
Room 176, Courtroom 16
Los Angeles, CA  90012

Re:   *UNITED STATES V. MELVYN I. WEISS*
      *NO. CR 05-587(E) – JFW*

Dear Judge Walter:

My name is Edward Blumenfeld and I am writing on behalf of Melvyn I. Weiss, a man I have known personally for many years through his extensive charity work.  As president of Blumenfeld Development Group, Ltd., a real estate development company located in Syosset, New York with over seventy-five employees, and as an active member of the greater New York business community, I wanted to write to you to share with you some of the many positive personal qualities that Mel possesses which may not have come out during the course of his trial.

Mel has always been an active member of many local charitable efforts and could always be counted on for his active support.  Mel and I worked extensively on numerous fund raising efforts with the United Jewish Appeal Federation of New York over the course of many years.  Through these many charitable efforts, I had the privilege to get to know Mel on a personal level and although I was surprised to learn of his legal troubles, I was not surprised to learn that he forthrightly acknowledged his wrong doing and that he expressed great remorse for his acts.  These personal characteristics of hard work, dedication to community and charitable giving are the qualities that I associate with Mel and I know are the qualities for which he wants to be known for now and in the future.

It is based upon these qualities of compassion and sense of community, as well as Mel's true desire to acknowledge his wrongful acts and to pay his debt to society for those acts, that I respectfully request that the Court show compassion and leniency when sentencing this fine man.

Thank you for your time and consideration.

Very truly yours,

Edward Blumenfeld

**402**

G:\Legal\Blumenfeld Personal\Edward Susan Blumenfeld\Correspondence\HonorableJohnF.Walter - US vs MelvynIWeiss 4-22-08.doc



**Fountain House**
Linking Lives for Mental Health™

April 23, 2008

The Honorable John F. Walter
United States District Court
Central District of California
312 N. Spring Street, Room 176, Courtroom 16
Los Angeles, CA 90012

Re:  United States v. Melvyn I Weiss
No. CR 05-587(E) - JFW

Dear Judge Walter:

As Director of Fountain Gallery in New York City, where Mr. Weiss has been a donor and friend, I am writing to ask that you consider the following as you deliberate. Last year, both Mr. Weiss and his daughter, Leslie, made invaluable contributions of time, talent and funds in support of our annual *Celebration of Life Benefit* for artists living and working with mental illness. The benefit was a resounding success and the participation of Mr. Weiss and his daughter helped us to accomplish and even exceed our goals. As a result of their involvement, we have asked his family, represented by his daughter, to serve as co-chair of our annual event and to join our advisory board.

For the past eight years, Fountain Gallery has worked to assist more than 60 extraordinary artists who live and work with major mental illness, and to challenge the stigma associated with these illnesses.

Our mission is not glamorous and does not garner front page or social headlines. It is not easy to attract funding or participation by people who have Mr. Weiss' stature and influence. His involvement demonstrates a rare level of compassion for those in need of help. At the same time, it sets an example for other professionals to follow. The people we serve need his support.

Thank you for considering our request for leniency in your deliberations. Mr. Weiss is a great friend and we look forward to working with him for many years.

Respectfully,

Jason W. Bowman
Director

425 West 47th Street
New York, NY 10036-2304
T  212.582.0340
F  212.265.5482
www.fountainhouse.org

**403**

**Dean Brenner**
34 Carriage Road
Great Neck New York,
11024
Phone 516-353-1544
Fax 516-487-3404
deandalta@aol.com

*April 10, 2008*

*Honorable John F. Walter*
*United States District Court*
*Central District of California*
*312 N. Spring ST.*
*Room 176, Courtroom 16*
*Los Angles, CA 90012*

RE: UNITED STATES v. MELVYN I. WEISS
   NO. CR 05-587(E) - JFW

Dear Judge Walter,

My name is Dean Brenner. I was raised on Long Island, New York. I attended Syracuse university and graduated with a degree in business administration in 1976. Upon graduation I was lucky to have entered our family business. I am an International Fur Merchant. I attend Fur auctions all over the world including Russia, Finland, Denmark, Canada, and USA. Our customer base is located in Russia, China, Japan, Korea, Hong Kong, Europe, South America, as well as North America.

I had the pleasure to meet Mel Weiss in the late 1970's at a golf outing.

Several months after meeting Mr. Weiss, my father & I were having a discussion. Mel could see that I was visibly troubled and came over to speak to us. Our largest international customer was having a financial problem. Firstly, Mel took the time to calm me down. He than advised me what to say and how to say it to our customer. It would be nice to say that we collected 100% but it didn't work out that way. I was able to learn a valuable lesson about life and business from Mel that day which has stayed with me since. He did it as a friend without any compensation. Thru the years I have had the honor to serve on several different charities in our local community. When ever I have sent Mel a letter about a Charity that I'm working on he always sends a very generous contribution.

More recently , my company and I were sued in an anti trust class action involving the Fur Trade. Mel without Charge, listened to me and arranged an informal meeting with the plaintiffs' consul which he attended. I know his acts of kindness are a reflection of his compassion for my father. That's the kind of person Mel is.

**404**

I have had the pleasure to meet Mel's Children and Grandchildren who are all fine people.

Judge Walter, I ask you to consider the fact that Mel Weiss is an extraordinary man with many good qualities. I respectfully request that you impose a lenient sentence for Mel. I hope that you consider home confinement and or community service. I am available to you at any time if for any reason you should wish to speak to me.

Sincerely

Dean Brenner



April 9, 2008

Honorable John F. Walter
United States District Court
Central District of California
312 N. Spring Street
Room 176, Courtroom 16
Los Angeles, CA 90012

Re: UNITED STATES v. MELVYN I. WEISS
    NO. CR 05-587 (E) – JFW

Dear Your Honor,

My name is Sheldon Brody and I am writing this letter on behalf my friend, Mel Weiss.  I have been in business for over thirty eight years and I have never met anyone like Mel Weiss. Mel and I have shared a close relationship for over twenty years. I have attended many of Mel's family functions such as anniversary parties, birthday celebrations and weddings.  He is a man who puts the well being of his friends and family before his own. To know him is to love him.

Mel's advice and guidance has helped me on both business and personal levels. Mel always made himself available to help a friend at any time of day or night.  He makes you feel that your problems are his and makes you feel better about a situation after speaking to him about it.  He has that way of shouldering the load for you no matter how serious or trivial a problem may be.

Mel's sincerity is not only shown towards his friends but also for those needing his legal advice that may not have the means to pay for it.  It is difficult for me to write this letter because unless you know Mel personally, there are no words that can honestly describe the human being that he is. He has spent his life defending the "Average Joe" against big bully corporations and big business outfits. He has always felt that each and every person has a value to them and should be treated with respect and humility.  This sense of worth for people is what truly drives Mel to be who he is; a champion among men.

725 FIFTH AVE., 18TH FL.
NEW YORK, NY 10022
212•245•0770 / 800•833•0083
FAX: 212•315•3876

Mel's philanthropy with charitable causes is vast. His generosity is limitless. I recall when I was honored as Man of The Year through the Crohn's and Colitis Foundation, an organization of which my daughter is a survivor of, Mel was one of the first people to make a donation. It's not the money that matters to Mel. It's the result of his actions that bring him great satisfaction.

I plead to you to impose a lenient sentence that takes into consideration not only the crime that Mel has pleaded guilty to but also recognize the many accomplishments of this amazing man. I know that whatever sentence is imposed, Mel will continue to do what he can to help others and to make our country a better place to live in.

Sincerely yours,

SHELDON BRODY

**407**

## WAITE, SCHNEIDER, BAYLESS & CHESLEY CO., L.P.A.

ATTORNEYS & COUNSELLORS AT LAW

1513 FOURTH & VINE TOWER
ONE WEST FOURTH STREET
CINCINNATI, OHIO 45202
TELEPHONE (513) 621-0267

FAX (513) 381-2375
FAX (513) 621-0262

STANLEY M. CHESLEY

May 5, 2008

Honorable John F. Walter
United States District Court
Central District of California
312 N. Spring Street
Room 176, Court 16
Los Angeles, California 90012

      Re:   <u>United States v. Melvyn I. Weiss</u>,
              No. CR 05-587(E) – JFW

Dear Judge Walter:

    Please allow me to introduce myself. My name is Stanley M. Chesley and I am the sole shareholder of the law firm of Waite, Schneider, Bayless & Chesley Co., L.P.A. in Cincinnati, Ohio. I am a graduate of the University of Cincinnati and the University of Cincinnati College of Law. I am an attorney in good standing with the Ohio Supreme Court and have been practicing law for forty-eight years, during the majority of which I have specialized in the field of complex, class action litigation.

    I am also actively involved in Jewish affairs. I and my firm have had the honor of representing the organized Jewish world – the Conference on Jewish Material Claims Against Germany, the World Jewish Congress and the World Jewish Restitution Organization – with respect to the Holocaust litigation. Among a number of other positions, I presently serve as the President of the National Jewish Fund. It is with this background that I write to offer my support of behalf of Melvyn I. Weiss.

    I have known Mel, and have been personally familiar with his well-deserved reputation, for more than thirty years. During those many years, he has always been viewed by me and other leaders of the plaintiffs' bar as an unparalleled champion of individual rights on behalf of persons who, because of their economic circumstances, are unable to confront and challenge corporate America on issues of corporate and consumer protection. He has been the unstinting voice of the people.

**408**

Honorable John F. Walter
Page 2
May 5, 2008

    In all of my workings with Mel, particularly in the Holocaust cases, he has demonstrated a leadership and commitment to the cause that has not been exceeded by any lawyer that I have known throughout my career.  Likewise, his charitable activities on behalf of the poor and the under-classes, especially with respect to Jewish causes, are legendary.

    In imposing your sentence on Mel, I would ask that you please take into consideration not only the crime that he pleaded guilty to, but also the many extraordinary accomplishments of this very generous man.  I urge leniency, including perhaps a period of home confinement and/or community service, which is truly Mel's forte.

                        Very truly yours,

                        WAITE, SCHNEIDER, BAYLESS
                        & CHESLEY CO., L.P.A.

                        Stanley M. Chesley

**409**

April 12, 2008

Honorable John F. Walter
United States District Court
Central District of California
312 Spring Street
Room 176 Courtroom 16
Los Angeles, CA 90012

<u>RE: UNITED STATES v. MELVYN I. WEISS</u>
<u>NO. CR 05-587 (E) JFW</u>

Dear Judge Walter,

My name is Sydelle Chusid and I have been a friend of Mel Weiss for forty eight years. We met as young couples living in the same apartment complex when we were in our early twenties. He was my late husband's best friend for thirty years. In good times and bad I always knew that I could depend upon Mel. When my husband was in a Los Angeles Hospital waiting to undergo open heart surgery the first call I received was from Mel—he said he was taking the next plane to Los Angeles to be with me and my family—I dissuaded him from doing so but it meant a great deal to us that he wanted to be there to give emotional support. Unfortunately my husband passed away at that time. Mel was my rock, he delivered a most moving eulogy that offered a great deal of comfort to my children and other friends and family.

There is not a person that I know of who would not turn first to Mel for advice and support. He is giving of his time, and financial aid to all who fall within his realm. He has acted as a surrogate grandfather to my grandchildren and is the most caring loving person that I have had the honor and pleasure to count as a friend. Mel's philanthropic work is known to all and his pro bono work on behalf of Holocaust victims has made us all proud to be associated with him.

He is a most loving and devoted husband to Bobbi, and his children and in-laws but nothing tops his role of grandfather to six outstanding young people. They all adore and respect this man, deservedly so. I think one of the most difficult aspects of this trying time was how to tell the children of his misdeeds, but he faced that chore the way he faced everything in his life—head on.

I was made aware of the fact that Mel was entering a guilty plea. He has expressed true remorse regarding his misconduct and is prepared to face the consequences. I sincerely hope that you will take into consideration all the good that Mel has done in his life when the time comes for sentencing him. Notwithstanding this I will continue to have the greatest respect and affection for this honorable gentle man.

Sincerely,

Sydelle Chusid

**410**

**presspass**

Monday, April 28, 2008

Honorable John F. Walter
United States District Court
Central District of California
312 N. Spring Street
Room 176, Courtroom 16
Los Angeles, CA 90012

RE: United States v. Melvyn I. Weiss
No. CR 05-587(E) - JFW

Dear Judge Walter:

My name is Daniel Cohen and I run a media start-up called PressPassTV. Our mission is to bridge the gap between fans and professional athletes by representing these athletes as real human beings; as people with interests, passions, community efforts and lives beyond what traditional media covers. Our coverage is exclusively positive and provides professional athletes with a platform to represent themselves as they wish to be represented. We are changing the nature of sports coverage, lending a much-needed dynamic to the standard sports-related conversation.

Over the last year and a half, I have had the outright pleasure of becoming close with Mr. Weiss through an introduction by Mr. Weiss's son, Gary. Shortly after our introduction, Mr. Weiss took an active interest in my company as he believed that our constructive approach to sports journalism was something that resonated with him. It became clear that Mr. Weiss truly values the concept of fair representation and has an extremely strong desire to effect positive change in the community. He strongly identified with the philanthropic efforts of professional athletes, which comprises a large portion of our coverage, as he has contributed much time and effort over the years to causes that receive less than their fair share of publicity. Mr. Weiss soon became a significant investor in my company as well as a trusted advisor.

I am aware of the fact the Mr. Weiss has decided to plead guilty and that he has expressed sincere regret about his misconduct. While I do not condone any of Mr. Weiss's actions with respect to this case, I do continue to have great respect for him and tremendous amount of positive work he has done. On a personal level, the wisdom and insight he has shared with me over the last 18 months has been invaluable, but on a larger scale, I know he has been a mentor and father figure to many others.

I hope this letter has served to provide some additional context to Mr. Weiss's life and the significantly positive contributions he has made to my life and to the lives of others. I only ask that you show mercy on him for his sentencing. He has shown great remorse for his actions and I do believe he should be held accountable for them; I just wish for leniency from the court for this truly remarkable man.

Sincerely,

Daniel Cohen

PressPass, Inc. | One Pennsylvania Plaza, 48th Fl. | New York, NY 10119
646 733 5708 (o) | 212 868 1229 (f) | www.presspasstv.com

**411**

SIDNEY C. COLE, M.D.
2364 EAST MAYA PALM DRIVE
BOCA RATON, FLORIDA  33432

Honorable John F. Walter
United States District Court
Central District of California
312 N. Spring Street
Room 176, Courtroom 16
Los Angeles, CA  90012

Re: UNITED STATES v. MELVYN I. WEISS
     NO. CR 05-587(E) – JFW

April 16, 2008

Dear Judge Walter:

I am a retired orthopaedic surgeon and I have known Mel Weiss for about twenty years. During that time, we were members of the same golf club in Florida and became friends. I have known Mel to be extremely generous to others in need – for example, he sponsored an annual golf event and his only recompense was to have everyone donate to charity. He would constantly try to help others with a myriad of problems, ranging from legal to personal. He was always there for his friends.

Despite the fact that Mel has pleaded guilty to a crime, I still have great respect for him because of the many great qualities he has demonstrated throughout his life. He has always been a champion of the common man. I'm sure there must be a greater benefit to society if his talents could be harnessed in a constructive manner rather than confining him to prison. I am hopeful you can find this way.

Sincerely yours,

Sidney C. Cole, M.D.

412

APRIL 8,2008
RE:UNITED STATES V. MELVYN I. WEISS
    NO.CR 05-587[E]-JWF

 HONORABLE JOHN F WALTER
UNITED STATES DISTRICT COURT
312 N SPRING STREET
ROOM176,COURTROOM 16
LOS ANGELES CA 90012


DEAR YOUR HONOR:
I AM A RETIRED PHYSICIAN MY WIFE AND I HAVE BEEN FREINDS OF
MR WEISS AND HIS FAMILY FOR OVER FORTY YEARS. HIS FRINDSHIP
IS VERY DEAR TO OUR FAMILY.HIS ADVICE IN ALL THINGS WAS ALWAYS
VALUED.HIS KINDNESS TO ALL WAS ALWAYS EVIDENT.
WE RECALL A SPEECH MR.WEISS MADE AT FLORIDA ATLANTIC UNIVERSITY
ABOUT HELPING HOLOCAUST VICTIMS. THAT WAS SO INSPIRED,WE HAD TO
VIDIOTAPE IT,WE HAVE SHOWN THIS TAPE
MANY TIMES.
WE WILL CONTINUE TO SUPPORT MR. WEISS THROUGH HIS REMORSE AND
CONTRITION,SO HE WILL BE ABLE TO CONTINUE  ALL HIS GOOD
AND CHARITABLE WORKS
SINCERELY,
DR.JOSEPH AND JOAN CRISCIONE
2215 N.W.58TH.STREET
BOCA RATON FL. 33496

413

**BERNABE CUBERO**
**961 Washington Avenue**
**Brooklyn, NY  11225**

April 30, 2008

Honorable John F. Walter
United States District Court
Central District of California
312 N. Spring Street
Room 176, Courtroom 16
Los Angeles, CA 90012

   RE: *UNITED STATES v. MELVYN I. WEISS*
      No. CR 05-587(E) - JFW

Dear Judge Walter:

  My name is Bernabe Cubero.  I am a resident of Brooklyn, New York and have been working for Mr. Melvyn I. Weiss for the past thirteen (13) years in the mailroom department.

  Your Honor, I have had the privilege of getting to know Mr. Weiss through wonderful conversations with him while driving him to his home and on various occasions to the airport during my early years with the firm.  I also had the honor in meeting his wife, who is a very respectful lady, while Mr. Weiss was giving me a tour of his home.  During our time together while driving, we often spoke about sports.  Mr. Weiss knew that at that time I was an amateur boxer.  He was always interested in my training and would often ask how everything was coming along.  As an employee of the firm, everyone knew that I was a very quiet person.  Mr. Weiss has always a friendly person.  He has made me feel so at ease with him that it was easy for me to "open up" and have conversations with him.  I sincerely admire and respect him for the person that he is.

  Every year since I started working for Mr. Weiss, I have always look forward to the celebration of Passover.  He always made sure every employee visited the kitchen to sample his Matzah Brei, which we all enjoyed.  There were many times that Mr. Weiss would come by the mailroom just to say "hello" and see how everyone was doing.

  Your Honor, I know that Mr. Weiss is going through a sad situation.  Please hear my plea for mercy on his behalf.  I know his vast knowledge can be beneficial in a productive way, perhaps through community service or in an institution for troubled teenagers.  I know that he can be an asset in any program assisting troubled youth helping them to become more productive in our society.

  It has been an honor and pleasure to have worked for Mr. Weiss and I sincerely hope and pray he will be given a good and fair outcome, which I feel he deserves

      Respectfully and sincerely,

      *Bernabe Cubero*

      Bernabe Cubero

**414**

*Richard H. Davimos*
*450 S.W. 17th Street*
*Boca Raton, Florida 33432*
*561 391-3583*
10 April 2008

Honorable John F. Walter
United States District Court
Central District of California
312 N. Spring Street
Room 176, Courtroom 16
Los Angeles, Ca. 90012

### RE: UNITED STATES V. MELVYN I. WEISS
### NO. CR 05-587(E) – JFW

Dear Judge Walter,

My name is Richard H. Davimos and I have been a personal friend of Mel's for 25 years.
I am presently a Senior Vice President with Smith Barney in Boca Raton, having been
employed with them including the predecessor firms since 1965. When I first moved
to Florida from New Jersey in 1983, there was one person—and only one—who went out
of his way to make me feel more comfortable. That person was Mel Weiss.

Mel came over to me, introduced himself, and said that he would be happy to familiarize
me with this new area and Mel absolutely was the primary person who consistently
checked with me to see if he could be of any help. I never forgot his caring—and I never
will!

Mel is very philanthropic and not only gives generously of his money but of his time.

As long as I live, I will go out of my way to do anything that might make Mel's life a
little better. He is a wonderful caring person.

Sincerely,

Richard H. Davimos

**415**

*Investment Banking*

D. H. Blair Investment Banking Corp.
44 Wall Street, New York, N.Y. 10005
Telephone: (212) 495-4500
          (800) 999-0015
Fax:     (212) 269-1436
Established in 1904

J. MORTON DAVIS
Chairman of the Board

April 23, 2008

The Honorable John F. Walter
United States District Court
Central District California
312 N. Spring Street
Room 176, Courtroom 16
Los Angeles, CA 90012

      RE:    United States v. Melvyn I. Weiss
             No. CR 05-587(E)-JFW

Dear Judge Walter,

It has been my pleasure and privilege to know Mel Weiss for more than 25 years. Based upon my regular and close contact with him during this period, I can assert without any hesitation whatsoever that he is one of the nicest, kindest, most generous, most charitable human beings I have ever met. In every situation in which I have known Mel Weiss or seen him operate, he has always been outstandingly constructive and an unusually loyal and reliable friend.

Your honor, you should know that I affirm this about Mel Weiss without ever having been, and without ever expecting in the future to be, the beneficiary of any financial rewards from him.

Nevertheless, I must tell it like it is – Mr. Weiss is one terrific person. If you knew him you would surely come to admire him and love him too. In all the years I have known him, the only thing he has ever asked me for is to contribute to some worthwhile charity he was working to help or urge me to serve on some Board of Trustees where he felt my efforts would help that specific educational or other similarly worthy humanitarian institution. By way of background, I earned an MBA with distinction at Harvard Business School, while supporting my wife and four daughters, in 1959. I am the author of two books, <u>Making America Work Again</u> (Crown Publishing) and <u>From Hard Knocks to Hot Stocks</u> (Morrow Publishing). I also serve on numerous education and medical philanthropic boards.

**416**

The Honorable John F. Walter
April 23, 2008
Page 2 of 2

In light of my view of Mel Weiss and the special man that he is, I urge you to judge him as the Talmud says, "bkov-zchus" by leaning over backwards to give him the benefit of the doubt. Clearly, he is guilty of a terribly wrongful act but he is surely not a callous criminal. He would never, ever knowingly hurt anybody. He deserves the benefit of the doubt and I urge on his behalf that you accord him the most lenient judgment you can in good conscience pronounce.

Your honor, you have risen to the eminent status which you have achieved and you have been chosen to judge others because you have demonstrated that rare combination of wisdom and judiciousness that only a very select few outstanding individuals possess. I pray that you apply these unique, invaluable attributes to give this good man a new chance to do more good things and to rebuild his terribly decimated life. Please weigh the fact that he has already suffered immensely and if it is at all possible, let him serve the minimum sentence you deem appropriate punishment or let him do the constructive community service he is so especially capable of performing, without any financial compensation to him, as a way to compensate for any wrong you find he may have done and for which he deserved to be punished.

Sincerely,

J. Morton Davis
Chairman of the Board

417



**Crowe Deegan** LLP

ATTORNEYS AT LAW

1 SCHOOL STREET, SUITE 303 | GLEN COVE, NY 11542 | TEL: (516) 676-1121 | FAX: (516) 759-3419

April 23, 2008

Honorable John F. Walter
United States District Court
Central District of California
312 N. Spring Street
Room 176, Courtroom 16
Los Angeles, CA 90012

  *Re: Melvyn I. Weiss*
   *No. CR 05-587(E) - JFW*

Dear Your Honor:

I am a lawyer on Long Island and a friend of Mel Weiss. I have gotten to know Mel Weiss through my good friend, his son, Gary Weiss and have had numerous occasions to be with him personally and observe his character first hand. I have been struck by Mel's generous spirit, and his concern for fellow human beings, especially those least able to take care of themselves. He has consistently put that spirit and concern into action. I urge that the Court take into consideration Mel's incredible, and one-of-a-kind career, with its many great professional accomplishments, as well as, and more importantly, what I know to be his excellent personal character and many good works.

I would urge the Court to have Mel perform community service as an alternative to incarceration, in a fashion that will allow Mel's considerable talents to benefit the community.

Very truly yours,

Daniel P. Deegan

DPD:lm

**418**

NYC | 535 FIFTH AVENUE, SUITE 611 | NEW YORK, NY 10017 | TEL: (212) 557-8626 | FAX: (212) 557-7270
SUFFOLK | 500 NORTH DRIVE | MATTITUCK, NY 11952 | TEL: (631) 298-1121 | FAX: (631) 298-6550
WWW.CROWEDEEGAN.COM

April 27, 2008

Honorable John F. Walter
United States District Court
Central District of California
312 N. Spring Street
Room 176, Courtroom 16
Los Angeles, CA 90012

RE: UNITED STATES v. MELVYN I. WEISS
NO. CR 05-587(E) – JFW

Dear Judge Walter,

My name is Marvin Demant. I am proud and pleased to say that for more than eight years now, I have been the Rabbi of the Oyster Bay Jewish Center, a synagogue, comprised of one hundred and twenty five families located in the little Hamlet of Historic Oyster Bay New York.

As Rabbi and spiritual leader of such a small congregation, I pride myself in not only being able to make myself accessible to each of my congregants but also in being able to establish a special relationship based on caring and mutual respect with each of them and their families creating a closeness which allows me share in the many aspects of their lives and the lives of their families. For these reasons, and so many more, I have decided to send you this letter on behalf of Mel Weiss.

I initially met Mel Weiss and his lovely wife Bobbi in September of two thousand when I led my first High Holy Day Service in our Synagogue. It didn't take long for me to learn just how good of a man he was. At first, I heard about his deeds from the mouths of many of our congregants each one happily willing to sing his praises, however, it didn't take long before I was able to witness first hand what a kind, compassionate, caring and giving man he is. He is a true humanitarian with a strong desire to make life better for others in need. The philanthropic way in which he gives himself to so many charities, the way in which he pushes himself to help others in need, all of the pro bono work he has done, and even the amount of time, effort and financial support he has generously given to our own synagogue personally insuring its survival during the many difficult times we endured, to me, is overwhelming.

419

As a Rabbi for more than twenty years, I consider myself a good judge of character. I know the difference between right and wrong, yet, I know that all people are human, and as humans we do have imperfections.
I am aware that Mr. Weiss has pleaded guilty to certain crimes, yet despite his admission of wrongdoing, I still have great respect and admiration for him because I know how good a man he is.

Your honor, the time is soon coming when you must impose a sentence on Mr. Weiss. I beg you, that when that time comes; you take all of his good deeds into consideration before rendering your decision. Please, accept my appeal for leniency and impose a sentence of home confinement and community service. Mr. Weiss has in the past made many wonderful, extraordinary accomplishments and he is an amazing man. I hope you give him the opportunity to prove this to you as he has to me.

Very Sincerely,

Rabbi Marvin Demant

**420**



RUSKINMOSCOUFALTISCHEK P.C.
*Counselors at Law*

Writer's Direct Dial: (516) 663-6550
Writer's Direct Fax: (516) 663-6750
Writer's E-Mail: mfaltischek@rmfpc.com

April 28, 2008

Honorable John F. Walter
United States District Court
Central District of California
312 N. Spring Street
Room 176, Courtroom 16
Los Angeles, California 90012

      Re:    United States v. Melvyn I. Weiss
             No. CR 05-587(E) – JFW

Dear Judge Walter:

      I am a practicing attorney, admitted in the State of New York since 1974. Early in my career, I was involved in several class action litigations where Mr. Weiss and his firm acted as co-counsel. I have also come to know Mr. Weiss over the last 30 plus years in a more social context through interaction with common friends and in philanthropic endeavors. I feel that I have been privileged to be able to work with Mr. Weiss on several class action litigations. I am writing in the hope that, taking into consideration what I have to offer, your Honor will offer some leniency in consideration of the sentence to be imposed upon Mr. Weiss.

      I have always known Mr. Weiss to be a complete gentleman. In our professional relationship, I never detected anything other than unwavering commitment to the best interests of the clients and class members he and his firm served. Although my working experience with him was limited and my tenure as a class action securities litigator was short lived, I did learn much about federal litigation and securities law, which has benefited my own career development. Mr. Weiss and his firm were committed to the highest quality work and standards of the legal profession when providing services, something which has greatly benefited the securities law bar.

      In our community, Mr. Weiss has demonstrated his great philanthropic interest for many of our local charities and organizations. He has consistently supported efforts to improve the lives of people on Long Island. Many people have looked up to him and followed his example, enhancing the benefits to charitable organizations on Long Island.

**421**

East Tower, 15th Floor, 1425 RexCorp Plaza, Uniondale, NY 11556-1425 ▼ 516.663.6600 ▼ 212.688.8300 ▼ F 516.663.6601 ▼ www.rmfpc.com
NYC: 641 Lexington Avenue, New York, NY 10016 ▼ Suffolk: 350 Motor Parkway, Hauppauge, NY 11788



**R**M**F**
RUSKINMOSCOUFALTISCHEK P.C.
*Counselors at Law*

April 28, 2008
Page 2

      Given the many beneficial contributions Mr. Weiss has made to the legal profession and our community on Long Island, I would urge the greatest degree of leniency possible be given by your Honor so that Mr. Weiss can continue to provide leadership in the philanthropic community which exists on Long Island.

                    Respectfully,

                    MICHAEL L. FALTISCHEK

MLF:cal

**422**

::ODMA\PCDOCS\RMF_DOC\418439\1



**Buying Office**
110 Bi-County Boulevard
Suite 114
Farmingdale, NY 11735

April 24, 2008

Honorable John F. Walter
United States District Court
Central District of California
312 North Spring Street
Room 176, Courtroom 16
Los Angeles, CA 90012

Re:    United States v. Melvyn I. Weiss
       No. CR 05-587(E) - JFW

Dear Judge Walter,

Mel Weiss has been a friend of mine for the past ten years. We both live on Long Island and we both belong to the same golf club. I have known Mel to be honest, fair-minded, and to be of help whenever asked. He is a charitable person who has supported and raised money for many different charities.

Having spoken with Mel recently, I feel that he has seen the error of his ways. Because I think Mel is a good man, I would urge the court to impose a lenient sentence. I would hope that you would consider a fine, home confinement, and community service would be appropriate in his case.

Sincerely,

Leonard Feinstein
Co-Chairman

**423**

George Figueroa
1562 Ocean Avenue, 5B
Brooklyn, NY 11230
Tel: 718-253-4841 Cell: 347-739-0285

April 23, 2008

Honorable John F. Walter
United States District Court
Central District of California
312 N. Spring Street
Room 176, Courtroom 16
Los Angeles, CA 90012

Re:    **UNITED STATES V. MELVYN I. WEISS**
       **NO. CR 05-587(E) JFW**

Dear Judge Walter:

My name is George Figueroa and I have been employed as the Special Services Manager by Milberg LLP, formerly Milberg Weiss, for 13 years. I am writing on behalf of Mr. Melvyn Weiss and submit this letter to suggest that you provide him leniency in his case.

I have known Mr. Weiss to be a kind, generous person who has always shown concern for his employees. When an employee from my staff Ismael Alvarado was having severe health problems due to obesity and other abdominal problems it was Mr. Weiss who stepped in to help Mr. Alvarado. Mr. Weiss referred Mr. Alvarado to a surgeon who provided him with excellent medical care to have gastric bypass and hernia surgeries performed simultaneously. Mr. Weiss also helped with the insurance company when it would not cover his medical expenses and with his intervention they covered the expenses. I feel this could not have been made possible without the help of Mr. Weiss.

When another employee, Mark Barrett lost his sister who succumbed to severe burns all over her body in the Sept. 11 terrorist attack on the World Trade Center. It was Mr. Weiss who insisted that the firm pay for the funeral expenses without hesitation.

I cannot recall an instance where Mr. Weiss was not generous or compassionate to his staff or with people in general. He has shown himself to be a great leader and has also been concerned with his staff's morale and has always compensated everyone for their commitment and dedication to the firm. He has been a positive influence in my professional life which I have carried over into my private life with my family and friends.

**424**

Honorable John F. Walter
United States District Court
Page 2

I believe that Mr. Weiss is remorseful and has learned his lesson.  He is a human being and human beings make mistakes.  Your Honor, I ask on behalf of Mr. Weiss who has been a positive influence in my life and in the lives of others that the Court consider community service or home confinement to a man such as Mr. Weiss, who has come along and touched so many lives in such a powerful and positive way.

Sincerely,

George Figueroa
Special Services Manager

Honorable John F. Walter
United States District Court
Central District of California
312 N. Spring Street
Los Angeles, CA 90012

RE: UNITED STATES V. MELVYN L. WEISS
NO.CR 05-587 (E) JFW

April 25, 2008

Dear Judge Walter,

Please allow me to introduce myself. My name is Marilyn Finkelstein. I received a Bachelor of Arts degree at Long Island University. I have known and been friends with the Weiss family for more than fifty years, living in the same apartment house and then in homes in nearby neighborhoods for all this time. My husband and Mel are first cousins.

Several members of my family have benefited by Mel's willingness to listen and advise, especially the younger generation seeking guidance in career choices and yes, summer employment in his law office.

Mel gave these young people the opportunity to assist and learn first hand if law was the right professional choice for them. He gave his time to them unsparingly and truly listened to their ideas, concerns and even their dreams and counseled them accordingly.

On a broader scope, I know of his successful effort (by personally being there) to rescue a young man wrongfully accused and placed in prison in a South American country, and also of his work in Europe (also being there) to help Holocaust survivors' heirs reclaim their possessions.

Mel reaches out to those around him, whether it is finding a place for someone in need to live, or charitable donations for his community and country. His generosity has improved the lives of so many.

Mel Weiss has and fully deserves my respect and admiration for his kindness, sincerity and generosity to so many people and organizations throughout the fifty years I have known him.

I respectfully ask Your Honor to impose the most lenient sentence possible to one who has impacted in the most admirable and positive ways so many lives.

Sincerely,

Marilyn Finkelstein

426

Honorable John F. Walter
United States District Court
Central District of California
312 N. Spring Street
Room 176, Courtroom 16
Los Angeles, CA 90012

May 2, 2008

Dear Judge Walter,

My name is Ronald Finkelstein, and Mel Weiss is my father's first cousin. I am Vice President of Max Finkelstein, Inc., a family-owned and operated wholesale tire distributor.

Over the course of the last 29 years, I have served my community as an auxiliary police sergeant, New York Guard Lieutenant, volunteer firefighter, and currently as a Paramedic.

I have known Mel Weiss all my life, and he has always been a kind and thoughtful man, known for his generosity to numerous civic and international causes. Recently, Mel provided me with invaluable insight and guidance during the process of applying for a grant to build a new headquarters building for my local volunteer ambulance Corp.

Cousin Melvin, as I affectionately call him, is a good and loving family man. I have only the highest respect and love for him.

He has been an inspiration not only to me, but also to my four sons, the eldest of who has decided to pursue a career in law after being encouraged personally by Mel and interning for two summers at Milberg Weiss.

Please consider Mel's kindness, good works, and age when determining the sentence of this man who has positively touched the lives of so many others. A lengthy incarceration would be a terrible burden on his family, leaving his wife Barbara, his children and grandchildren, and his mother Jean, to suffer without him.

Sincerely,

Ronald Finkelstein

29 BRIDLE PATH
ROSLYN, NEW YORK 11576
516 739 4054

**427**

# ABRAHAM H. FOXMAN

April 25, 2008

Honorable John F. Walter
United States District Court
Central District of California
312 North Spring Street
Room 176, Courtroom 16
Los Angeles, CA 90012

Re: United States v. Melvyn I. Weiss, No. CR 05-587 (E)-JFW

Dear Judge Walter:

I am the National Director of the Anti-Defamation League. I have a B.A. in political science from the City College of the City University of New York and a J.D. from New York University School of Law. I joined ADL in 1965, and have been ADL's National Director since 1987. I am writing this letter for my friend Melvyn Weiss, who I have come to know through his involvement with ADL.

I respectfully submit this letter so the Court can understand the scope of Melvyn Weiss' philanthropy and contribution to ADL and to many other non-profits. I have known Mel Weiss since the 1970s, when he first became involved in ADL. We met when his complex litigation practice was taking off; yet, despite his enormous accomplishments, he never let success go to his head. Mel generously shared his financial rewards with ADL and many other mission-driven non-profits. He is not someone to simply write a check. Mel Weiss served as a director of the Israel Policy Forum, an organization devoted to encouraging peace in the Middle-East. In 1994, in recognition of all his good deeds, ADL honored Mel and Barbara Weiss with an Award for Excellence in Humanitarian Endeavors. In the late 1990s, Mel chaired an ADL event that was attended by over 360 people and also hosted several ADL events in his home, assisting me in alerting others to the threats posed by Louis Farrakhan's anti-Semitism.

On several occasions, Mel has spoken to me about his profound and heartfelt remorse for the misconduct that is before the Court. I am deeply saddened by the blemish on the career of a man who chose to lead others to the paths of philanthropy and public service. That said, I will always respect Mel for what he has given back to the community.

Honorable John F. Walter
April 24, 2008
Page 2

When others spent all their time making money, Mel spent much of his time giving his money away, persuading others to do so as well, and paving the way for many others to go into public service.

In passing sentence on Mel Weiss, I respectfully urge the Court to recognize his extraordinary accomplishments as a lawyer, benefactor and devotee of public interest and legal pro bono work. I urge the Court to be lenient and to consider imposing a period of home confinement coupled with public service in lieu, or partially in lieu, of time in prison. It is my hope that the Court will find a way to put him back in the community so he can continue his good works.

Mel Weiss has always been there for us. And notwithstanding his guilty plea and inevitable disbarment, we will always be there for him. Certainly I will always count Mel Weiss among the cherished friends of ADL and of my family.

Please feel free to call me if I can be of further service.

Sincerely,

Abraham H. Foxman

AHF:dj

429

Stephen Fraidin
153 East 53 Street
Room 4322
New York, NY 10022

Stephen Fraidin
To Call Writer Directly:
212 446-4840
sfraidin@kirkland.com

Dir. Fax: 212 446-4900

April 15, 2008

Honorable John F. Walter
United States District Court
Central District of California
312 N. Spring Street
Room 176, Courtroom 16
Los Angeles, CA 90012

Re:    United States v. Melvyn I. Weiss
       No. CR 05-587(E) - JFW

Dear Judge Walter:

I am a partner in the New York City office of Kirkland & Ellis LLP, a law firm with
more than 1300 lawyers in offices in eight cities. I have practiced law since 1964 when I
graduated from Yale Law School. I began my career at Fried, Frank, Harris, Shriver & Jacobson
in New York City and was a partner there for over 30 years. In April 2003, I left Fried Frank
and joined my current firm. Additionally, for approximately 20 years, I have been on the faculty
of the Yale Law School, co-teaching (with Professor Alan Schwartz) a course named The Law
and Economics of Corporate Control. I am on the Board of a number of charitable institutions,
including The Children's Scholarship Fund, College Summit and Friends of Nick and am past
Chairman of the Lawyers Division of UJA - Federation of New York. In 2002, I was the
recipient of the Judge Joseph M. Proskauer award, given to an outstanding Jewish lawyer in New
York.

I specialize in mergers and acquisitions and the representation of major companies with
respect to corporate governance and other matters. During my career, I have represented
companies including General Motors, Procter & Gamble, Raytheon, Northop Grumman, as well
as many others; Kirkland & Ellis' practice involves representation of many of the major
industrial and financial institutions in the world. In short, my clients, and my firm's clients, are
precisely the institutions that have from time to time been the subject of litigation brought by

**430**

Honorable John F. Walter
April 15, 2008
Page 2

shareholders represented by members of the securities law plaintiffs bar, including Mr. Weiss and his former firm.

I cannot claim to be a close friend of Melvyn Weiss, but I do know him and think that it might be useful to recount an incident involving Mr. Weiss in his professional capacity. Many years ago a publicly held company which I represented suffered the unexpected loss of its major customer. Immediately after the public announcement of that event, the market price of the common stock of that company dropped precipitously. Shortly thereafter, shareholders represented by Mr. Weiss brought a lawsuit claiming that there had been inadequate disclosure of the significance of that customer. After refreshing my recollection of the disclosure that had been included in the client's SEC filings and public announcements, and having satisfied myself that this was the unusual situation where a client had made disclosure that, even tested with the benefit of hindsight, was more than adequate, I contacted Mr. Weiss and requested the opportunity to persuade his firm that his client's position in the litigation was without merit. Colleagues of Mr. Weiss and colleagues of mine reviewed the facts and the disclosure. Mr. Weiss' firm agreed with my view - that is, no securities law violation occurred - and the litigation was withdrawn.

The legal system in the US is very important to me; I am proud of having devoted over 40 years to the practice of law. Melvyn Weiss surely has erred, but he has been a decent, honorable, effective attorney. I would urge the Court to be merciful and lenient to Melvyn Weiss.

Sincerely,

Stephen Fraidin

**431**



AMERICAN COMMITTEE FOR
**SHAARE ZEDEK**
MEDICAL CENTER IN JERUSALEM

April 17, 2008

Honorable John F. Walter
United States District Court
Central District of California
312 N. Spring Street
Room 176, Courtroom 16
Los Angeles, CA 90012

Re: United States v. Melvyn I. Weiss
    NO. CR 05-587(E) - JFW

Dear Judge Walter,

"We are here to get justice for Holocaust survivors."

These few but profound words were spoken by Melvyn I. Weiss at a press conference where, as one of the chief negotiators and a lead counsel, he represented on a pro-bono basis German Holocaust victims in the Swiss Bank litigation involving Holocaust confiscations. His extraordinary concern and compassion for elderly Holocaust survivors resulted in recovering $5 billion.

After hearing about this in the news media, and knowing well of Mr. Weiss's life-long concern for the "underdog", the leadership of the American Committee for Shaare Zedek Medical Center in Jerusalem immediately and unanimously decided to approach him to become a guest of honor at our 2002 Centennial Dinner and to accept the International Humanitarian Achievement Award. After learning more about the work of Shaare Zedek we were delighted that he agreed. In further discussions prior to the dinner, we came away deeply impressed with his intense compassion and deep concern for the needs of both Holocaust survivors and what we could classify as "the underrepresented" in all segments of society. As someone who lost many relatives in the Holocaust, I can't tell you what his efforts meant to me.

This dinner took place during the time period when the people of Israel were experiencing the horror of the intifada terror campaign. In Jerusalem, the Medical Center responded by providing expert emergency medical care to the many hundreds of terror victims who were rushed to our doors. However, because there was an urgent need for greatly enlarged emergency facilities, Shaare Zedek decided to undertake a major fund-raising drive to build a world-class, new Department of Emergency Medicine. Thanks to Mr. Weiss's exemplary charitable support and the warmth and admiration felt by his many friends and business associates who generously supported the event, the Centennial Dinner in support of this project was a huge success. Mr. Weiss continued his

**432**

involvement by writing to his friends and business associates to support our 2003 and 2004 Annual Dinner. (This is highly unusual and to this day we are deeply appreciative.) These efforts helped us to complete the new Emergency Department that opened in 2004.

We are fully aware of Mr. Weiss's admission of wrongdoing. However, in recognition of the many hundreds of thousands, perhaps millions of people, who personally benefited from his extraordinary professional achievements and innumerable charitable endeavors, we humbly ask you to kindly consider imposing a lenient sentence that would include a period of home confinement and community service.

Please accept my profound thanks for your consideration of this request.

Very truly yours,

Phil Friedman
Vice President

**433**

GAIL FURMAN, PH.D.
151 EAST 83RD STREET
NEW YORK, NEW YORK 10028
212-288-1832
FAX: 212-717-2044 · Email: furman@gailfurman.com

April 9, 2008

Honorable John F. Walter
United States District Court
Central District of California
312 N. Spring Street
Room 176, Courtroom 16
Los Angeles, CA 90012

RE:   UNITED STATES v. MELVYN I. WEISS
       NO. CR 05-587(E) - JFW

Dear Judge Walter:

I am a clinical psychologist who has worked with children, adolescents, and adults for over 35 years. My work has also involved working with the most elite private schools and the most impoverished inner-city schools with the most fragile populations in the country. (My CV is attached.)

I met Mr. Weiss over 15 years ago, when he was initially interested in and sympathetic to the work I did with inner-city children and youth. His initial interest in and support of my work developed into a friendship with Mr. Weiss and his family. In addition, Mr. Weiss and I shared an intense interest in domestic politics, as well as a passion for the importance of Israel and a political solution in the Middle East.

Mr. Weiss has always been a man of utmost sensitivity, integrity, and intelligence. His leadership and loyalty, both to his friends and to causes, was and is a deep-rooted part of Mr. Weiss's character. There are few people in life that one can truly rely on to both understand the needs of another and to understand the complexity of a highly charged situation. Mr. Weiss not only understood all of the problems I brought to his attention, but also was one of those rare people who gave of his time, money, or expertise to help either a person or an organization in need. Whenever I needed help for someone or a cause, Mel Weiss would be the first person to come to mind.

In addition to knowing Mr. Weiss as a friend/philanthropist, I am also, as a psychologist, deeply aware of the toll this ordeal has taken on him. As an extremely sensitive human being, his decision to plead guilty is a more profound and painful decision than it is for many people. His

remorse is palpable.  Knowing Mr. Weiss, I can only empathize and hope that a court will both understand who Mel Weiss really is and, as a result, grant greater leniency in his sentencing.

In closing, I am truly saddened by the events that have transpired, and can only hope that the uniqueness of Mr. Weiss will be taken into consideration, and that perhaps in this instance his punishment would be significant acts of community service--something Mr. Weiss has always shown himself to truly care about, and which, given Mr. Weiss's age, character, and skill set, would contribute far more to society than isolating him.  As a psychologist, I do believe strongly that both Mr. Weiss and the people he could serve would benefit by such an outcome.

Thank you for your attention.  If I can be of further assistance in thinking about the disposition of Mr. Weiss's case, please don't hesitate to call me for more information.

Sincerely,

Dr. Gail Furman

**435**

BARRY H. GARFINKEL, ESQ.

FOUR TIMES SQUARE

NEW YORK 10036

April 22, 2008

Honorable John F. Walter
United States District Court
Central District of California
312 N. Spring Street
Room 176, Courtroom 16
Los Angeles, CA  90012

RE:  UNITED STATES v. MELVYN I. WEISS
NO. CR 05-587(E) – JFW

Dear Judge Walter:

I am counsel to Skadden, Arps, Slate, Meagher & Flom and co-head of the Firm's International Arbitration practice.  Formerly, I was the head of our national Litigation Practice.

I first met Mel Weiss about forty (40) years ago in connection with a securities case where we were representing adverse parties.  Over the course of the ensuing years Mel and I have been friends, as well as counsel to adverse parties.

I have no hesitancy in informing the Court that I have always found Mel to be honest, forthright and trustworthy in all of my numerous professional contacts with him.  Indeed, he and I settled a number of significant securities class actions, involving many millions of dollars, just on a handshake, subject to the preparation of formal documents and confirmatory discovery.  He was punctilious in keeping his word and commitment.

In addition to my contacts with Mel in lawsuits, I have served with him on the New York University Law School Foundation.  His contributions at our meetings have been consistently productive and thoughtful.

**436**

Honorable John F. Walter
April 22, 2008
Page 2


       As a former law clerk to U.S. District Judge Edward Weinfeld in the Southern District of New York, I believe I am cognizant of the burden on the Court in sentencing.  Given what I personally know of Mel, I urge the Court to be as lenient as possible.  Mel is a good man.

                      Sincerely,

                      Barry H. Garfinkel

**437**

*Phyllis Ginstling*
*1100 Park Avenue, Apt. 7C*
*New York, N.Y. 10128*
*212-534-0115*

April 28, 2008

Honorable John F. Walter
United States District Court
312 N. Spring Street
Room 176, Courthouse 16
Los Angeles, CA 90012

Dear Judge Walter,

### RE: UNITED STATES V. MELVYN I. WEISS
### NO. CR 05-587(E) - JFW

Mel Weiss's wife, Barbara (Bobbie) has been my close friend since we were children. I fist met Mel when he and Bobbie started to date. Although our lives took different paths, I am a retired CPA having worked for both PriceWaterhouse and KPMG, Bobbie and Mel have remained, I am proud to say, my good friends.

I was widowed in 1989 and Mel has been kind enough to include me in some of the important occasions of his life. I was his guest at an Anti Defamation League dinner at which he was the honoree. In addition, I have always been included with a cake of my own (Bobbie and I were born half a day apart) at any birthday celebration Mel organizes for Bobbie.

I have always found Mel to be giving and caring – always ready to help those in need. He has shown himself to be generous in word and deed. To mention a few instances, he established trust funds for the children of his household help; contributed generously to NYU Law School; and his work recovering bank accounts for families of Holocaust victims has been well known and recognized. He also gave his time and participated08 +8 in the Office of the Appellate Defender's annual mock Supreme Court trial.

Mel is an extraordinary individual, one who, by his positive actions has made the world a better place. He has admitted his wrongdoing and I believe he is deserving of mercy and

438

leniency. I urge the Court to consider a period of home confinement or Community Service as part of his sentence and for that sentence to be commensurate with the good works that have been such a large part of his life.

Yours very truly,

Phyllis Ginstling

April 21, 2008

Arnold K. Goldbaum
2600 South Ocean Blvd.
Apt. 17A
Boca Raton, FL 33432

Honorable Joan F. Walter
United States District Court
Central District of California
312 N. Spring Street
Room 176, Courtroom 16
Los Angeles, CA 90012

Re: United States vs. Melvyn I. Weiss
    No. CR 05-587(E) – JFW

Dear Judge Walter:

I am writing on behalf of Melvyn Weiss who has been a friend of mine for over 20 years.
I have been a financial Advisor for over 49 years with degrees in both accounting and
finance.

I have known Melvyn Weiss to be a n extremely generous and compassionate person.
He was very helpful to my brother by recommending an attorney for an ERISA problem
that he had and my brother was having a difficult time finding an attorney.

I have known him as an extremely charitable person with his time in addition to his
monetary contributions. I remember his pro bono work on behalf of the families of the
Holocaust victims, helping them receive payments from the banks who kept their assets
during its Nazi era.

I ask the court for leniency in this case including either community service or home
confinement. As I have mentioned, Mr. Weiss has voluntarily done many good deeds for
people in need over his lifetime.

Respectfully,

Arnold K. Goldbaum

**440**

# Alan I. Goldberg

10 KENNETH COURT • KINGS POINT, NEW YORK 11024

May 10, 2008

Honorable John F. Walter
United States District Court
Central District of California
312 N. Spring Street
Room 176, Courtroom 16
Los Angeles, CA 90012

RE: United States v. Melvyn I. Weiss NO. CR 05-587(E)-JFW

Dear Judge Walter,

My name is Alan Goldberg. I am a retired apparel executive and now spend a substantial amount of my time in Philanthropy. I am currently the chairman of the board of the Postgraduate Center for Mental Health in New York City. PCMH provides mental health treatment, housing, job training and placement, and case management services to over 1,500 people each month. It is one of the largest providers of mental health services in New York City. I am also the Chairman of the Long Island Steering Committee of UJA Federation of NY and I serve on the New York Board of Trustees and the Executive Committee.

I met Mel Weiss in 1993 when he joined the Glen Oaks Club so I know him for about 15 years. Mel's interest in philanthropy is well known. His work in recovering money for Holocaust survivors has been well publicized as has much of his charitable work. On a personal level I learned a lot about the type of person Mel is and about his philanthropy when my wife and I traveled to Argentina last November as part of a UJA Federation mission. The Jewish Community of Buenos Aires has suffered a number of tragedies in recent years. In 1992 the Israeli embassy was bombed, killing 29 people and wounding almost 250. In 1994 the AMIA Center was bombed killing 85 and injuring 100s. In 2001 there was a 75% currency devaluation which overnight pushed a large part of the population from middle class into poverty. Now times are better, but because of these events the people live in fear of the next crisis.

We are always greeted warmly by the local Jewish community on these trips, but this time things were different. As a friend of Mel's we were greeted like family. We learned about the work he has done for this community, his ongoing attachment and his readiness to help if future needs arise. These people have adopted Mel and he has adopted them. Argentina is a long way from New York, but Mel has found the time and given of his financial resources to help them.

Mel Weiss has given so much of himself to help so many people around the world. He is a very special person and I hope that all of these efforts are considered when he is sentenced. I appeal to the court for a lenient sentence. Please consider a period of home confinement or community service instead of prison.

Thank you for your consideration.

Sincerely,

Alan Goldberg

**441**

**Sidney Goldberg**
6845 Queenferry Circle
Boca Raton, FL 33496  April 24.2008

Tel: (561) 479-1983
Fax: (561) 482-2849

Honorable John F.Walter
United States District Court
Central District of California
312 N.Spring Street
Room 176, Courtroom 16
Los Angeles,CA 90012

      RE; UNITED STATES V.MELVYN I. WEISS
          No. CR 05-587(E) - JFW

Dear Judge Walter,

I am a retired 87 year old and most fortunate to know Melvyn Weiss for over 30 years as a friend, golfer and advisor.
Born in Brooklyn, NY, CCNY educated, worked in the family business. At the age of 60 I went out on my own with my son and daughter. Mel helped me with advice which enabled me to succeed and prosper.
During all these years my wife and I have had nothing but admiration for him as a caring family man,generous philanthropist and a dedicated human being. He never hesitated to give of his time or energy to help us raise funds for our MS Charity.
We are aware of the charges to which he has pleaded guilty. We hope, however, that you will be able to be lenient in sentencing him. He could certainly do so much good if allowed to perform community service.

          Sincerely,

          Sidney Goldberg

**442**

Page 6

DR. JOEL GORDON

572 Waterford
Boca Raton FL 33496
E mail JJOGORDO@aol.com

April 10, 2008

Honorable John F. Walter
United States District Court
Central District of California
312 N. Spring St
Room 176 Courtroom 16
Los angeles Ca. 90012

RE: United States vs Melvyn I. Weiss
NO. CR 05-587(E) JFW

Dear Your Honor:

I am Joel Gordon 80 years old, a Boston native, who was involved in the manufacturing business of textiles internationally. BA Harvard 1947 Ph.D 2005 (almost 50 years later.)

I was president of the nation Knitting Associates, President of Revere Mills, Sports Franchise, Lamplighter and Gemini Corp.

I was appointed by two presidents to serve on "Industry Secta advisory Committees" working with our trade association. Served in WW II, was a member of young President Ass. Served as Trustee of Thayer Academy Braintree Mass., Sudbury Valley school, Springfield Ma Public library Science museum, museo of Fine arts, Planetarium and New England museum of History. I have a Ph.D in Business mangent, have lectured on business, Director of Boston aid to the Blend, Carroll Center for the Blend and many religious committees.

I came to know Mel Weiss as a member of Boca Rio golf Club here in Boca and have known him for almost 20 years as a friend and have high regards for him and his family. He has always been generous to many causes and is really an important person in the community. I hope you impose home confinement or community service.

Sincerely

Joel Gordon

443

Page 2 of 2

### DR. JOEL GORDON

P.S. I, for may years, have belonged to The American Ass. of Arbitrators, and if I might say, Mel Weiss is an outstanding citizen who has served with dignity and courage. He has always inspired me to be envolved and help the underdog.

This is The first letter I have written by hand in a long time and I hope it shows you my personal regard for Mel.



**W E I T Z**
**&**
**L U X E N B E R G**
A   P R O F E S S I O N A L   C O R P O R A T I O N
L A W   O F F I C E S
180 MAIDEN LANE   •   NEW YORK, NY 10038-4925
TEL. 212-558-5500   •   FAX 212-344-5461
WWW.WEITZLUX.COM

PERRY WEITZ
ARTHUR M. LUXENBERG
ROBERT J. GORDON ††

| | | | |
|---|---|---|---|
| EDWARD S. BOSEK | STUART R. FRIEDMAN | HANNAH LIM †† | CHRIS ROMANELLI †† |
| EDWARD BRANIFF †† | STEVEN J. GERMAN †† § | JAMES C. LONG, JR. ∞ | JILLIAN ROSEN |
| JOHN M. BROADDUS ‡ | LAWRENCE GOLDHIRSCH * * | VICTORIA MANIATIS †† | DAVID ROSENBAND |
| DANIEL C. BURKE | ROBIN L. GREENWALD * | CURT D. MARSHALL | JIM ROSS ≠ |
| PATTI BURSHTYN †† | EDWARD J. HAHN * | RICHARD S. McGOWAN * ‡ ‡ | SHELDON SILVER* |
| LISA NATHANSON BUSCH | CATHERINE HEACOX †† | C. SANDERS McNEW *θ | FRANKLIN P. SOLOMON ¶ |
| BRIAN BUTCHER ≠ | RENEE L. HENDERSON ∞ | WILLIAM J. NUGENT | SHERI L. TARR * |
| DAVID A. CHANDLER | MARIE L. IANNIELLO † | ANGELA PACHECO ≠ | JAMES S. THOMPSON †† |
| VINCENT CHENG | ERIK JACOBS | MICHAEL E. PEDERSON | JOSHUA VITOW |
| EILEEN CLARKE | GARY R. KLEIN †† | PAUL J. PENNOCK ‡ | DOUGLAS D. von OISTE ‡ |
| THOMAS COMERFORD †† | JERRY KRISTAL ∞‡ | STUART S. PERRY * | JOSEPH PATRICK WILLIAMS |
| ADAM R. COOPER | DEBBI LANDAU | ELLEN RELKIN * ∞ | NICHOLAS WISE |
| BENJAMIN DARCHE | ROBERTO LARACUENTE * | STEPHEN J. RIEGEL | ALLAN ZELIKOVIC |
| CHARLES M. FERGUSON | DIANNE LE VERRIER | MICHAEL P. ROBERTS | GLENN ZUCKERMAN |

* Of Counsel
‡ Also admitted in CT
* Also admitted in FL
‡‡ Also admitted in MA
†† Also admitted in NJ
§ Also admitted in DC
† Also admitted in NJ and CT
∞ Also admitted in NJ and PA
∞Also admitted in NJ and DC
¶Admitted only in NJ and PA
¥ Also admitted in VA and NJ
∞ Also admitted in DC and TX
Σ Also admitted in DC, MD, PA and VA
θ Also admitted in DC and VA
g Admitted only in CO
≠Admitted only in TX

April 23, 2008

Honorable John F. Walter
United States District Court
Central District of California
312 N. Spring Street
Room 176, Courtroom 16
Los Angeles, CA 90012

> RE:   <u>**UNITED STATES v. MELVIN I. WEISS**</u>
>        <u>**NO. CR 05-587(E) – JFW**</u>

Dear Judge Walter:

My name is Robert Gordon and I am a partner of the law firm of Weitz & Luxenberg, P.C.

I have known Mel Weiss professionally for more than 15 years. We worked together on Rezulin and Tobacco product liability litigations. I have always found Mel to demonstrate the highest level of professionalism, honesty, and integrity during both litigations. He was always mindful of the little guy, the clients, whom many attorneys forget in these "mass tort" litigations.

I understand that Mel has accepted responsibility and plead guilty to certain crimes. As a former prosecutor, I am aware of the seriousness of the matter. Nevertheless, I still have profound respect for Mel based on my personal interactions with him in representing our mutual clients over the years.

210 LAKE DRIVE EAST, SUITE 101 • CHERRY HILL, NJ 08002 • TEL 856-755-1115 • FAX 856-755-1995
215 MONARCH STREET, SUITE 202 • ASPEN, CO 81611 • TEL 970-925-6101 • FAX 970-925-6035
100 E. 15TH STREET, SUITE 400 • FORT WORTH, TX 76102 • TEL 817-885-7815 • FAX 817-882-8585

445

Honorable John F. Walter
April 23, 2008
Page 2

I respectfully request that your Honor take into account all the good Mr. Weiss has done during
his long legal career when evaluating the proper sentence.

Sincerely,

Robert J. Gordon
Weitz & Luxenberg, P.C.
180 Maiden Lane, 17th Floor
New York, New York 10038

**446**

FREDRIC H. GOULD
ATTORNEY AT LAW

60 CUTTER MILL ROAD, SUITE 303
GREAT NECK, NEW YORK 11021

(516) 466-3100
TELECOPIER # (516) 466-3132

April 15, 2008

Honorable John F. Walter
United States District Court
Central District of California
312 North Spring St.
Room 176, Courtroom 16
Los Angeles, CA 90012

Re:    United States v. Melvyn I. Weiss
       NO. CR 05-587(E)-JFW

Dear Judge Walter:

I am Fred Gould and have had the privilege of knowing Mel Weiss for over 30 years. I originally met Mel through a mutual friend and our association continued as friends and, more importantly, as members of our community who have made part of our lives "giving back" to the community.

Although I am a licensed attorney, I have not practiced law in over 40 years, having fortuitously been given an opportunity of entering the real property business where I have spent most of my life. I have had a great many opportunities to participate in active leadership roles in the real estate community as a member of the Real Estate Board of New York and a committee member of a number of their subsidiaries; as a member of the National Association of Real Estate Investment Trusts and an activist on a number of their committees for many, many years and I have spoken to groups of students at my law school alma mater (New York Law School) on a number of occasions. In addition, I have spent a substantial portion of my life as an activist in communal and philanthropic organizations having served on the board of United Jewish Appeal-Federation of New York, North Shore-LIJ Hospital, and Seeds of Peace where I had the privilege of serving as Vice-Chairman for many years and then as Chairman for a number of years as well.

My association with Mel blossomed primarily in the area of community activities where Mel has been a "stellar" performer. Not only has he been a major participant from an economic point of view in helping others but he has expended huge amounts of his personal time and efforts to bring about positive results for those requiring same and not able to do so on their own. He has helped so many who will never be given an opportunity of thanking him and I have made it a personal point to thank him on their behalf on a number of occasions.

**447**

It is hard for many of us who have known Mel for all these years and known of his kindness and desire to impact positively on the lives of others to realize that he committed and has pleaded guilty to these crimes. I know that looking back, Mel is ashamed and filled with remorse relative to this misconduct and the one "black mark" against his life that will be remembered far longer than all of the good he has done.

Mel is a quality human being who, as indicated above, has spent a great portion of his life helping others. Despite this one blemish, I still personally hold Mel in great respect because of the many positive things that he has done which, although not making amends for his wrongdoing, in the long run will, hopefully, outweigh same.

Our community will be benefited with whatever "mercy" or "leniency" you can afford him as I know he will continue his efforts to make life better for so many others if given the opportunity. I know that you will be required to sentence Mel for the crimes he has pleaded guilty to but the sooner that he is allowed to get back into the community and continue his activities for same the better it will be for the world. Anything that you can do to impose a period of community service and/or home confinement in lieu of prison time would not only be "merciful" as far as Mel is concerned but, as indicated above, most helpful to our community in allowing him to continue his positive work on its behalf.

If I can be of any further assistance, please feel free to call upon me.

Sincerely yours,

Fredric H. Gould
FHG:dh

**448**

Robert Greenberg
5 Henhawk Rd
Great Neck, N.Y. 11024

May 16, 2008

Honorable John F. Walter
United States District Court
Central District of California
312 N. Spring Street
Room 176, Courtroom 16
Los Angeles, CA 90012

Dear Your Honor,

"Most people walk in and out of your life, but friends leave footprints in your heart"

Mel Weiss has been a special friend to me for 15 years; in that time he has displayed qualities of a loving, caring man who was always available for charities, friends and family. A few years back I had some martial problems and my youngest son was distraught, he could not understand how his mother and father who he loved could live apart. Mel without being asked, spent time with my son Rory , as much time as Rory needed, to talk him through this most difficult time, (he is a saint). He saved my son and my relationship. Today I am still with my wife for twenty nine years and my family and I are closer then ever, Mel Weiss put my life back together. I will love him, and respect him forever.

Mel Weiss is a great man. I know he is close to being sentenced by your Honor and I beg you for leniency. He is absolutely no threat to society, quite the opposite; His charitable work both organizational and to individuals would serve all of us better with Mel Weiss in a community service program. He has punished himself, more than anyone else can. There is little doubt how much remorse he feels. Please consider my request. If your honor would grant me the opportunity I would be proud to discuss so many more Mel Weiss good deeds. Please consider my thoughts, and see the big heart of this great man.

Respectfully,

Robert Greenberg

**449**

# KARIN KAPLAN GRUMET , R.D.
### 54 DAVEY DRIVE, WEST ORANGE, NJ 07052
### 908-770-2977

April 16, 2008

Honorable John F. Walter
United States District Court
Central District of California
312 N. Spring Street
Room 176, Courtroom 16
Los Angeles, CA 90012

Re:  <u>United States V. Melvyn Weiss No. CR 05-587(E)-JFW</u>

Your Honor:

My name is Karin Kaplan Grumet, and I am Mel Weiss' niece. I think back on my childhood and remember my Uncle Mel always trying to make me laugh. Growing up the youngest of all my cousins, I was certainly always considered the baby of the bunch. In the last ten years, my cousin Leslie and I have become truly the best of friends. I am writing about my relationship with Leslie, because through Leslie, I have learned more about the man who is my Uncle Mel. I am currently a registered dietician and nutrition therapist, specializing in eating disorders and addiction. My Uncle Mel and I could not be farther apart in the scope of our professional practices. Therefore, I cannot speak about my uncle as others in the field of law. But Your Honor, I can certainly speak about my Uncle Mel as a father.

You see, I have watched my cousin Leslie endure stomach surgery resulting in a life threatening infection, two bouts of cancer and addiction to pain medication. No one at such a young age should have to endure these illnesses, let alone watch his daughter go through them. I watched my Uncle Mel stand by his daughter's side through all of this, determined in his commitment to fatherhood and unconditional love. I know how much Uncle Mel loves his work, how wonderful a lawyer he is and how much he has helped others throughout the world. Yet, his unwavering love for and dedication to his family has far surpassed any of his professional successes. I watched as he sat with Leslie waiting for the doctor to let him know if she would be okay. I listened as she spoke about how her father never once judged her for becoming addicted to pain medication, but rather held her hand all through her recovery process. Even now, as Leslie constantly battles life threatening calcium deficiencies, enough to bring her to the hospital several times a year, my Uncle Mel stops all he is doing to lend her the support and love to keep her strong. In my profession, I have learned that one can only remain strong if their support system remains in tact.

450

So, while I am aware of what a great man Mel Weiss is as an attorney, I am writing this to make sure you are aware of how great a man I believe him to be to his family. As his youngest niece, I am truly honored to have him in my life. He is a wonderfully loving, supportive, and caring man and I know the world is a better place because he is part of it. I am aware of my Uncle Mel's decision to plead guilty and feel his true remorse. I plead with the Court to provide him with leniency and compassion, and to impose a sentence that would not take him away from his extraordinary accomplishments as a husband, father, grandfather, son and of course, uncle. Thank you in advance for your consideration in the matter of:

Sincerely,

**451**



**F&A SON**
**Corporation**

INTERNATIONAL INSURANCE BROKERS SINCE 1861

CORPORATE HEADQUARTERS • 60 EAST 42ND STREET, SUITE 2300, NEW YORK, NY 10165-2399 • TEL. (212) 432-1234 • FAX (212) 432-1235

April 11, 2008

Honorable John F. Walter
United States District Court
Central District of California
312 N. Spring Street
Room 176, Courtroom 16
Los Angeles, CA 90012

RE: UNITED STATES v. MELVYN I. WEISS NO, CR 05-587 (E) – JFW

Dear Your Honor:

My name is Bradley Hamburger, I am a 43 year old former practicing attorney and current Insurance Broker and Risk Manager.

I have known Mel Weiss, and the Weiss family for twenty five years (since entering Brandies University as a freshman with his son, Stephen). Throughout that time Stephen has been one of my closet friends, and Mel has been in many unique special ways a mentor, guide, and surrogate father to me.

Over the course of my life thus far, there are a handful of people that I count as true mentors that have helped me achieve my goals both personally and professionally. Mel Weiss is at the top of this very short list. I first met Mel at a time where my life was at a crossroads. It was while I was a student at Brandeis, when my goals and aspirations were becoming a blur and my initial interest in becoming a lawyer began to wane. That was changed profoundly through the time I spent with Mel Weiss. After getting to know him, his passion, his honesty, his devotion and commitment to the law, I was infused with that passion. As I have often looked back at that critical time in my life when I was drifting, it was Mel Weiss who provided me with the consummate example of what being an attorney might be for me.

During my college years, there were many weekends when I would travel home to Long Island and I would spend much more time with Steve, Mel, Bobbi and the Weiss clan, than I would with my own family, who lived less than 3 miles away! It was during those times that I always felt like I had a second home, that feeling came from my conversations with Mel. To this day, I have never met a more generous person, in every respect; generous with his time, his knowledge and wisdom, his emotions and whatever else was he could possibly give.

EASTERN REGIONAL OFFICE • UNIONDALE, NY • TEL. (516) 228-1234 • FAX (516) 228-1235
PERSONAL LINES CENTER • VALHALLA, NY • TEL. (914) 773-4321 • FAX (914) 773-4322

Mel also played a crucial role at another crossroads in my life 3 years ago when I left a family business to start my own company in partnership with Foa & Son. As I know the court will have many letters like this, I will be brief. Suffice it say that Mel, once again, provided me the best advice and support a friend or mentor could give. The best part is I know he did it from his heart because he really cared.

Mel Weiss is truly one of the most special people anyone could hope to call their friend. I know that from my personal experience and from the scores of people I have met over the past twenty years that have been similarly touched by Mel's generosity. One of the greatest assets in my personal and professional life has been my friendship with Mel because anytime I have met someone who also knows Mel, we have an instant connection that is almost indescribable. We each share a "Mel" story, and in that moment a "bond" is formed that binds us, like siblings in an extraordinary extended family.

I urge the court, I plead the court, to be as lenient as the law will allow. There are hundreds (that I know) and probably thousands of people who have counted on this remarkable man. Please consider home confinement or community service as alternatives which will allow us to continue to benefit enormously from Mel's extraordinary abilities.

Respectfully,

*Brad Hamburger*

Bradley Hamburger
Senior Vice President

Direct Dial: +1 212 812 8990
Main:  +1 212 432 12347 x1141
Email:  brad.hamburger@foason.com
www.foason.com



453

LAW OFFICES

HANDELMAN, WITKOWICZ & LEVITSKY

16 MAIN STREET EAST, SUITE 410

ROCHESTER, NEW YORK 14614

MARTIN S. HANDELMAN
STEVEN M. WITKOWICZ
STEVEN B. LEVITSKY
ERIC D. HANDELMAN

AREA CODE 585
TELEPHONE 232-2225

April 28, 2008

FAX 232-6327
NOT FOR SERVICE OF PAPERS

Hon. John F. Walter
United States District Court
Central District of California
312 N. Spring Street
Room 176, Courtroom 16
Los Angeles, CA 90012

Re:   United States v. Melvyn I. Weiss
      No. CR05-587(E) - JFW

Dear Judge Walter:

I have known Mel Weiss, both socially and professionally, for nearly 50 years.  My wife, Sherrie, took part in introducing Mel to his wife, Bobbi.  She was matron of honor at our wedding. From time to time, my office participated in matters with the Weiss firm, as local counsel.

What always impressed me about Mel was his sincere dedication to his clients and the causes he advanced.  If a scorecard be kept of a legal career, I know that the benefits he has brought to society will far outweigh the transgression before Your Honor.

Many years ago, I unsuccessfully ran for County Court.  After the election, my opponent and I became close professional friends.  One day, he called me into his office to talk about a sentence.  I could only say to him, "It is difficult to sentence a good man.  I'm glad they elected you and not me".  Your Honor, I know Mel Weiss to be a good man.

Respectfully,

MARTIN S. HANDELMAN

MSH/clp

**454**



**HEIDEMAN
NUDELMAN
KALIK, PC**

1146 19TH STREET, NW
FIFTH FLOOR
WASHINGTON, DC 20036
TELEPHONE 202.463.1818
TELEFAX    202.463.2999
www.hnklaw.com
attorneys@hnklaw.com

16 May 2008

Honorable John F. Walter
United States District Court
Central District of California
312 N. Spring Street
Room 176, Courtroom 16
Los Angeles, CA 90012

Re:     UNITED STATES v. MELVYN I. WEISS
        NO. CR. 05-587(E) - JFW

Dear Judge Walter:

My name is Richard D. Heideman. I am writing to you regarding the upcoming sentencing scheduled for Melvyn Weiss, Esq.

As an attorney licensed in five States and admitted before numerous Federal courts; and having recently served as President of my law school alumni association; I believe I have a clear understanding of the obligations of attorneys to their clients, the courts and to the pursuit of justice.

While I cannot condone the acts of which Mel is accused, I believe it only fair that you consider his enormous commitment to justice, to clients and to causes.

As an attorney, I had occasion to work with Mel on important matters, including Holocaust era assets issues. In addition, our firm worked with Mel and his firm on certain legal matters. I always found him to be proper, forthright, truthful, bold, visionary, creative and committed to doing everything proper to seek justice, and recovery, for his clients. I never once experienced Mel doing or saying anything which I found to be less than proper.

During 1998-2002, I had the privilege of serving as the President of B'nai B'rith International. During my term in office, I had communications and discussions with Mel regarding the Holocaust era forced and slave labor cases. We held a press conference together, designed to raise awareness to the plight of those who suffered at the hands of heinous perpetrators. Mel's performance in those cases made a material difference and contribution to the recovery for the victims and their families. He was a worthy advocate; passionate, committed, honorable, hard working and determined.

MEMBERS OF THE FIRM ARE
LICENSED TO PRACTICE IN VARIOUS JURISDICTIONS INCLUDING:

DISTRICT OF COLUMBIA • INDIANA • KENTUCKY • MARYLAND • MISSOURI • NEW JERSEY • NEW YORK • WYOMING • ISRAEL

**455**

We also worked together, during the same time period, relating to the Iranian-backed bombing of the Israeli Embassy in Argentina, which had occurred in 1992, but for which the perpetrators have still not been brought to justice. The land on which the Embassy of Israel sat was slated for commercial development. Under Mel's leadership and guidance, and with passion, vision and perseverance, steps were taken to acquire the land into a Memorial Foundation, which was converted to a Memorial Square, dedicated by the President of Argentina. Mel was one of the speakers at the dedication, and was justly lauded for having persuaded the President of Argentina to support the memorial and to commit to continued investigation of the bombings of both the Israel Embassy and the subsequent bombing of the AMIA Jewish Center, which had occurred in 1994.

Mel's contributions to charity are well known, and deserve consideration by the court.

As President of B'nai B'rith International, I was so taken with Mel's passion and commitment to excellence for his clients, and for causes in which he believed, and that I shared, it was my honor to present Mel with a distinguished award from B'nai B'rith International: The Commitment to Justice Award.

Your honor, I would be pleased to appear personally and publicly to set my testimony in support of leniency for Melvyn Weiss on the record, if that would be permitted or desired. However, assuming that this letter is the proper method of communicating with you, I hope you will understand the strength and breadth of my experience, my observations and my belief that Melvyn Weiss, in spite of his wrongs and in light of his acceptance of responsibility, desires the greatest leniency of sentence possible for this court to grant.

Given the opportunity for rehabilitation and to rebuild his life and a new future, Mel's ability to continue to contribute to society, to victims, to the downtrodden, and to those who deserve justice is enormous.

I hope that you will give Melvyn Weiss a second chance. It is well deserved.

Thank you for your consideration in this important matter.

Sincerely,

Richard D. Heideman

456

# JENNIFER K. HIRSH
10 Barclay Street, #29E
New York, New York 10007

Tel.: 212-679-3611
Email: jhirsh@hfesq.com

April 29, 2008

Honorable John F. Walter
United States District Court
Central District of California
312 N. Spring Street
Room 176, Courtroom 16
Los Angeles, CA 90012

## RE:  UNITED STATES V. MELVYN I. WEISS
## NO. CR 05-587(E) – JFW

Dear Judge Walter:

I write this letter to highlight to Your Honor the brightest aspects of Melvyn I. Weiss's ("Mel") character, a wellspring of compassion and humility, qualities that would not have been in the prosecution's interest to demonstrate in above-referenced matter but nonetheless speak to who he is above all else.

I am an attorney licensed to practice in New York and am associated with Harwood Feffer LLP, in New York City.  Twelve years ago, I applied for a position as Mel's Special Projects Paralegal at the then-named Milberg Weiss Bershad Hynes & Lerach LLP.  I had no inkling at the time this position would propel me into an education and career focused on fighting for and preserving retirement funds of the citizens of this country.  I graduated with a history degree from Brown University in 1987 and immediately commenced a career in the performing arts.  It was through my meeting Mel and working in his office when the urgency of social and political issues combined with an introduction to class action practice that convinced me to attend law school.

Mel has always made clear that, despite his success, he is humbled by life's opportunities.  From the very beginning of my association with him, he has focused his personal and firm's assets toward the achievement of equality of rights and opportunities in connection with, among other things, legal, philanthropic and humanitarian efforts.  Mel's humility reminds me that no matter how far and wide one travels in life, if you cannot see that which connects us all, you are missing one of life's most important truths.  This is why he is important to so many people.

**457**

I have no doubt the true remorse Mel feels about his misconduct. Despite his admission of wrongdoing, I continue to share great feeling for the qualities he has demonstrated throughout his life and, no doubt, will continue to do so. It is for this and other reasons that I urge the Court to impose as lenient a sentence as possible. Home confinement and/or community service certainly would be preferable and far more useful than his incarceration.

Thank you for your time.

Very truly yours,

Jennifer K. Hirsh

**458**

Dear Judge Walter,

I am writing this letter to you re: Mr. Melvin Weiss. Please excuse the lateness of this letter as we were busy with a close friends illness and subsequent death.

I personally grew up in Long Island in the family plumbing business after graduating from St. Johns University in Brooklyn in 1947, with a BA degree. At this point I enlisted in the U.S. Army Air Force, and served as a P-47 Fighter pilot with the 9th Air Force, flying 67 missions and earning the Distinguished Flying Cross.

After my service, I returned to the plumbing business — went public in 1962 as P+F Industries, currently listed on NASDAQ. I have been retired since 1995.

As for Mr. Melvin Weiss, I have been socially friendly and members of the same country club for 20 years. I have always been impressed by his intelligence, but and most of all his extensive involvement in numerous charities.

Melvin was always there for people with advice and even pro-bono

**459**

assistance.

A man who has meant and done so much good in this world, certainly deserves extreme consideration for leniency. I pray that you agree.

Very truly yours

Sidney Horowitz

1.4

Sidney Horowitz
88 Cuttermill Road
Great Neck, N.Y. 11021
(516) 487-0852

460