MORTON HOWARD
250 EAST 63RD STREET
APT. 611
NEW YORK, NEW YORK 10021

April 25, 2008

Honorable Judge John F. Walter
U.S. DISTRICT COURT
CENTRAL DISTRICT OF CA
312 N. Spring Street                Re: United States V.
Room 176 Courtroom 16               Melvyn I. Weiss No. CR
Los Angeles CA 90012                05-587 (E) - SFW

Dear Judge Walter:

This letter is about my good friend, Mel Weiss. I would like to describe just a few of the wonderful things he has done to gain my respect and admiration for being an outstanding human being.

If I may, the following is a short history of my background. My parents raised me in a humble environment. They instilled in me the true value of family and friendships. I am a World War II veteran having served in the Italian Theater of operations. Upon my discharge, I was privileged to attend New York University under the G.I. Bill of rights. After graduating with a business degree, I worked for several years in various industries. In the late 1950's I was fortunate to gain employment with an outstanding company, that in a short period of time, was invited on to the New York Stock Exchange. Several promotions led me to the Presidency of the Company, which position I occupied until my leaving the Company in 1975. At that time, I purchased a manufacturing business which is now operated by my son and I.

With all that I have experienced from childhood to now, I do with much humility believe I can recognize a good man, a caring man and a man who has empathy for those less fortunate. This is my opinion of Mel Weiss.

**461**

**MORTON HOWARD**
250 EAST 63RD STREET
APT. 611
NEW YORK, NEW YORK 10021

I first met him more than 25 years ago at a charitable fund raiser. After watching him spend so much time and energy asking for donations I knew then I wanted to be his friend. I have socialized with Mel and his lovely wife so many times. I have traveled with often and have spent endless hours listening to him describe his passionate commitment to help the needy. I have never heard of an instance where he said no to a worthy cause.

With regard to my business relationship with Mel, several years ago, we asked him to represent us against our electric power supplier. We felt we were being overcharged due to the technical manner in which they submitted their bills. He carefully explained the facts and advised us not to proceed. Although he felt we may have had some area that could be challenged, he did not think there was a strong enough basis for any action, and did not want us to expend a great deal of money. His decision demonstrated to me his sense of fairness. He could have charged a large fee and in addition, could possibly represent others who had similar concerns about their billings. By him saying no, he once again proved himself as a valuable friend and confidant. Always being available to help, coupled with his intelligence, patience and understanding, has made Mel a tremendous support system for his family and friends.

I am aware of Melvyn's admission of wrongdoing and do not minimize his actions. However, in light of the many, many wonderful deeds he initiated in his lifetime, I respectfully ask you to grand him leniency on June 2nd. Please give him the opportunity to carry his burden in the least amount of time the court may allow. Hopefully, the court could impose a period of community service as part of the sentence. I believe society will benefit by allowing Mel to be available to do the good work he has done on behalf of others.

My deepest thanks and appreciation for your consideration.

Sincerely,

Morton Howard

**462**

# HUBBARD & BIEDERMAN LLP

## ATTORNEYS AT LAW

*A Texas Registered Limited Liability Partnership*

1601 Elm Street
Suite 1995
Dallas, Texas 75201

Telephone: 214-857-6000
Facsimile: 214-857-6001
www.hblawfirm.com

April 22, 2008

Honorable John F. Walter
United States District Court
Central District of California
312 N. Spring Street
Room 176, Courtroom 16
Los Angeles, CA 90012

RE:    **UNITED STATES v. MELVYN I. WEISS**
          **NO. CR 05-587(E) – JFW**

Dear Judge Walter:

I am an attorney practicing in Dallas, Texas for over 30 years. My Firm, Hubbard & Biederman LLP is an AV rated litigation firm.

I met Mel Weiss in 1992 in connection with litigation involving Executive Life Insurance Company ("ELIC") in Receivership. I was responsible for all third party litigation in connection with the then largest life insurance insolvency in this country's history. In the early nineties a financial crisis was threatening some of the largest companies as a result of the Drexel – Michael Milken "junk bond" episode. Mr. Weiss was already pursuing claims of shareholders against Drexel and Milken when ELIC was placed into Receivership. ELIC was a primary source of funding for Drexel and it became apparent that the Receiver of ELIC had a large claim against Drexel.

After several meetings with Mr. Weiss, my client, the California Insurance Commissioner agreed that we would jointly prosecute several claims on behalf of ELIC and its policyholders. Over a period of months and then years, I worked closely with Mr. Weiss in prosecuting these claims which involved participation in hundreds of hearings, conferences, meetings and settlement conferences with various parties, attorneys, Regulators and Judges in New York, Los Angeles and other venues. Mr. Weiss' leadership, integrity, diplomacy and skill resulted in his assuming a pivotal role in the overall negotiations. Judge Pollack of New York (now deceased) assumed a central role in the "global" settlement with Drexel/Milken and he clearly placed great trust in Mr. Weiss' judgment and ability. Mr. Weiss' efforts played a significant role in the ultimate recovery for ELIC and its policyholders of more than $350 Million.

**463**

Honorable John F. Walter
April 22, 2008
Page 2

My first hand observation of Mr. Weiss before various federal and state court judges beginning with Drexel and continuing in a variety of cases thereafter revealed that he was a unique advocate for causes that were complex and subject to the best defenses available in our judicial system. Time and again the ultimate result was a significant victory for shareholders/policyholders/consumers despite initial skepticism and often open hostility to the claims. I witnessed experienced, capable judges and opposing counsel find Mr. Weiss' candor, wit and conviction the primary turning point in resolving contentious suits.

During the decade that I worked closely with Mr. Weiss, it was my privilege to be involved in cases that defined the concept of private class action litigation confronting systemic fraud and predatory practices of securities, insurance and other industries. These cases lead to increased consumer awareness and finally better regulation, disclosure and oversight by those industries and their regulators.

Over my career, I have worked with hundreds of smart, aggressive and talented professionals, including judges, lawyers, accountants, actuaries and various executives on a variety of adversarial and professional levels. Of that large group, Mr. Weiss impressed me the most with his overall demeanor in good times and bad times. Many people will comment on his significant charitable nature, and many others will detail his professional accomplishments, I however believe his dedication and determination in advancing causes he truly believed in set him apart from most.

On a more personal note, my wife and I found Mr. Weiss and his wife to be truly gracious, warm and caring people. We hold them in the highest personal regard. In my opinion, Mr. Weiss deserves, and I would sincerely request this Court consider, leniency in his sentence. Mr. Weiss has accomplished great things and I believe he will continue his good works for his family, his community and to those less fortunate if given the opportunity. Any combination of community service and/or home confinement would balance the needs of punishing his acknowledged wrongdoing with his overwhelming good nature to others.

Sincerely,

Stephen L. Hubbard

**464**

Honorable John F. Walter                    Tues. April 29th.
United States District Court
Central District of California
312 N. Spring Street
Room 176,  Courtroom 16
Los Angeles, CA.90012

Re:  United States V. Melvin I. Weiss
       No. CR 05-587 (E) – JFW

Dear Judge Walter:

I am just an ordinary person who lives in Glen Avon.  If it had not
been for the efforts and dedication of Mel Weiss, we would still be
trying to settle the claims against the Stringfellow Acid Pits.

Without Mel's  relentless efforts on behave of  all the people of this
community we would not have received money or closure of this
disastrous site.  I hope you consider these deeds when rendering
sentence for Melvin I. Weiss.

Thank you.

*Beverly Huber*

Beverly Huber

**465**

May 15, 2008

Honorable John F. Walter
United States District Court
Central District of California
312 N. Spring Street
Room 176, Courtroom 16
Los Angeles, CA  90012

Dear Judge Walter:

My wife and I have known Mel and Bobbie Weiss for approximately fifteen years.
We met them on a trip that Mel and Bren Simon planned to Buenos Aires, Argentina.
At that time, Mel Weiss was investigating the bombing of a synagogue that had occurred
previously.

While we traveled and visited various sights, Mel spoke with members of the Jewish
community.  He also represented families killed in the Holocaust.

I have enjoyed their company socially too, on the golf course and bridge table.  A ready
smile and gracious demeanor accompanied Mel's various visits.  His sense of humor
delights everyone.

I find that his charitable contribution to society is huge.  His devotion to his wife and
family is legendary.  And his intelligence is awesome.

Mel has expressed deep unhappiness over his conduct with some issues but his morality
is unquestionably valuable.

Thank you for your consideration in the matter of Mel Weiss, as we feel that his
contributions in the future will be many.  He is a gentle giant in New York and
elsewhere.

Sincerely,

Jim A. James
Indianapolis, IN

**466**

 BALDWIN RICHARDSON FOODS CO.

Corporate Office: 20201 S. LaGrange Road ▫ Suite 200 ▫ Frankfort, IL 60423 ▫ Phone: 815.464.9994 ▫ Fax 815.464.9995
Manufacturing Facility: 3268 Blue Heron View ▫ Macedon, NY 14502 ▫ Phone: 315.986.2727 ▫ Fax: 315.986.5880

April 7, 2008

Honorable John F. Walter
United States District Court
Central District of California
312 N. Spring Street
Room 176, Courtroom 16
Los Angeles, CA. 90012

RE:     United States v. Melvyn I. Weiss
        No. CR 05-587 (E)- JFW

Dear Judge Walter:

I am writing you in support of your consideration for leniency in the case of Mel Weiss.
I have known Mel and his family for more than eight years. We met while on vacation in
Nassau, Bahamas' when randomly paired at a golf course. Mel playing with his son Gary,
and I with a friend of mine, began a relationship which has grown through the years.

I have come to know Mel as a person of strong family and religious values, concerned for
the plight of his fellow man, and generous with his time and money for significant
causes. He has been recognized on an international scale for his efforts relative to Israel
& Latin America, and countless charitable endeavors in the United States.

Mel and I have never been involved in any legal, commercial, or financial relationship
and I have no motivation to write this letter other than the support of a friend whom I
believe has demonstrated a positive impact on our society. I have been a contributor to
several charitable causes, in which he was involved, in support of the organizations.

Baldwin Richardson Foods Co. is one of the largest African American owned food
companies in the U.S. I am the owner and C.E.O. We produce products for McDonald's,
Pepsi-Quaker Oats, General Mills, & Kellogg among others. I serve on charitable,
educational, and public company boards, and believe in this country and the principles of
our founding.

467

While Mel has pleaded guilty to certain conduct, it is not the sum total of the person.  I have shared many hours in his company and know him to be a humble man with a deep passion for doing good deeds and encouraging others. It is my hope that you will give full consideration to the complete character of the person based on his accomplishments.

Sincerely,

Eric G. Johnson

**468**

KASOWITZ, BENSON, TORRES & FRIEDMAN LLP

1633 BROADWAY

NEW YORK, NEW YORK 10019-6799

212-506-1700

FACSIMILE: 212-506-1800

ATLANTA
HOUSTON
NEWARK
SAN FRANCISCO

BRIAN S. KAPLAN
212-506-1743
BKAPLAN@KASOWITZ.COM

April 15, 2008

Honorable John F. Walter
United States District Court
Central District of California
312 N. Spring Street
Room 176, Courtroom 16
Los Angeles, CA 90012

Re:   United States v. Melvyn I. Weiss, No. CR 05-587(E)-JFW

Dear Judge Walter:

I expect that you will be receiving letters concerning Mel Weiss from numerous family members, friends and professional colleagues. I fall into several of those categories.

Mel is my Uncle. I will leave it to other family members and friends to describe the special bonds that he shares with his wife, his children and his grandchildren, as well as his many nieces, nephews, cousins and friends. Suffice it for me to say on this topic that, as a family member, I love him unconditionally, even as he has pled guilty to criminal misconduct.

Mel is also a primary reason for my decision to become an attorney. In my early years, he was one of the few lawyers whom I knew well and with whom I interacted closely. I ultimately decided to attend Harvard Law School, after seeking Mel's advice and having many conversations about the role of an attorney in our society. I have reached out to Mel at various stages of my own career as needed and, without exception, his advice and counsel were thoughtful and sage. I have been practicing law in New York since 1995, and am proud to be a partner for the past several years in a major New York City law firm, concentrating in employment litigation.

Many years ago, Mel permitted me to clerk for a summer at his law firm, and I essentially "carried his bag" for much of the summer. I saw with my own eyes, on a daily basis, how passionately he believed in the role of plaintiffs' attorney as watchdog for the public interest, in helping to shape social change and in protecting the individual investor. This was not an act or a switch that he flicked on when the phone rang or he stepped into court, but a passion that infused his every working hour. Mel was one of the few people that I had ever met who so thoroughly enjoyed going to work every day. It was exhilarating, and it was revelatory.

Mel has taught me several important lessons that I think about regularly in my own law practice, and which I often attempt to instill in junior lawyers with whom I interact. First and foremost is permitting others to take or share credit for success. While I do not recall the specific example or anecdote from my summer at Milberg Weiss that caused this theme to become etched in my mind, I vividly remember how strongly Mel believed that the important thing was not

**469**

KASOWITZ, BENSON, TORRES & FRIEDMAN LLP

having someone know you had achieved a certain success or result for your client but instead actually having achieved the successful result for your client. Much has been written about my Uncle in connection with his representation of plaintiff shareholders in securities class actions, but I believe that he has achieved some of his greatest personal and professional successes -- such as his tireless work on behalf of Holocaust victims and Jewish organizations -- without fanfare or publicity.

Mel also exemplifies the saying that one can disagree without being disagreeable. He has always been a zealous and outspoken advocate, but one who seemed to maintain respect on a personal level for others. I have always been amazed at the deference and esteem in which so many of his adversaries held him. He is a man who for two generations shepherded the plaintiffs' bar through a rare combination of commitment and creativity, and whose name was feared in corporate boardrooms across America. However, with few exceptions, you could bump into one of his opposing counsel at a Bar event, or even a senior corporate officer at one of the companies that his firm had sued, and if they had ever come to know Mel personally, they had nothing but complimentary things to say about him as a person and as an advocate.

Mel has also been extremely generous to the community. I recall Mel being moved by his interactions with young law students wishing to work in public service or with nonprofit organizations but not necessarily having the ability to make such a choice, given their limited financial means and the burden of repaying their law school debt. Many years ago, Mel and his wife, my Aunt Bobbi, made a substantial donation to NYU Law School to fund a loan repayment assistance program, as I recall one of the first of its kind, to relieve the law school debt for students pursuing public interest or nonprofit work following graduation. Again, I will leave it to others more closely affiliated with his community service to elaborate on the practical impact that Mel's charity and generosity have had on the lives of many, and to detail the numerous philanthropic awards and distinctions Mel has received over the years from organizations such as the Anti-Defamation League, United Jewish Appeal, B'nai B'rith, among others, but I cannot overstate how much Mel's example has forever animated my own commitment to worthy causes.

Mel has admitted to committing a crime and I know, painfully, that he is truly remorseful. At age 72, he has much wisdom to share with others. In my humble view, the world would greatly benefit from meaningful continued exposure to this remarkable man and the inclusion of a significant Community Service element and/or period of home confinement as part of his sentence.

As an attorney, I can appreciate that Your Honor must receive hundreds if not thousands of letters such as this one asking for leniency. I can only hope that the outpouring of support that I expect Uncle Mel has received will help to give you some insight into the qualities and accomplishments of this man, and ask that you please exercise the greatest measure of leniency permissible in rendering his sentence. Thank you for your time in reading this letter and for your consideration.

Respectfully submitted,

Brian S. Kaplan

**470**

*Phyllis Kaplan*
*25 Thomas Road*
*East Brunswick, NJ 08816*

Honorable John F. Walter
United States District Court, Central District of California
312 N. Spring Street
Room 176, Courtroom 16
Los Angeles, CA 90012

April 21, 2008

RE: UNITED STATES v. MELVYN I. WEISS
NO. CR 05-587(E) - JFW

Dear Judge Walter:

I am writing on behalf of my brother in law, Melvyn Weiss, whom I have had the pleasure of knowing for over forty years. I do not know Mel the lawyer, but I cannot express enough praise for Mel in all other aspects of his life. He is one of the most admirable, honorable men that I have ever known. He has inspired many people with his wisdom, achievements and compassion for those less fortunate. Even though Mel has had so many accomplishments in his job he has never stopped caring for his family and friends. Just observing him as a husband, father, grandfather and uncle shows a man who truly cares. He has added tremendous value to the many lives he has touched.

I have attended several of Mel's many award ceremonies for being a benefactor to many groups and have the utmost respect for him as a person. I understand that Mel has pleaded guilty to certain crimes, but ask that the Court please consider this man's entire life when passing final judgment. That is what I am asking for Mel.

Just knowing that Mel Weiss is in this world makes it a better place in which to live. I plead with the court to impose the most lenient of sentences while taking into consideration all the good that this man has accomplished in his lifetime. I truly feel that it would be a great loss to the community he serves if he were taken from us at this time. Therefore, I implore you to be merciful and allow Mel to serve his sentence doing community service or home confinement.

Thank you for your consideration of these recommendations.

Sincerely,

Phyllis Kaplan

471

# Richard A. Kaplan
## 25 Thomas Road
## East Brunswick, NJ 08816

Honorable John F. Walter
United States District Court, Central District of California
312 N. Spring Street
Room 176, Courtroom 16
Los Angeles, CA 90012

April 21, 2008

RE: <u>UNITED STATES v. MELVYN I. WEISS</u>
<u>NO. CR 05-587(E) - JFW</u>

Dear Judge Walter:

My name is Richard Kaplan and Mel Weiss is my brother-in-law. It was over fifty years ago that this scrawny young man came into my parents house to take my sister, Bobbi, on a blind date. Bobbi took me into the bedroom while Mel waited outside and she said to me that "this one looks good". This proved to be prophetic as fifty years later I am proud to say the "This one IS good!"

Mel has done nothing but bring pride and joy to our family. I don't know where to begin but Mel has always been there for our family when needed. He never let his business, legal or financial success stand in the way of thinking of his family first. When my father first went into a nursing home some twenty years ago, Mel was there to help us manage the cost and turmoil. When my mother's health was failing, she pleaded with us, not to put her into a nursing home like her husband. Mel made certain that for the remaining years of her life she would live at home with 24 hour care. Mel has always been a devoted uncle to my two children and a granduncle to my five grandchildren.

I fully understand the difficulties that Mel is currently undergoing. He repeatedly has expressed his remorse about this misconduct, but these deeds can not distract from the years of good he has done for the many people who have been touched by his guidance, kindness and love. I recognize that as Mel's brother in law I might be prejudiced in my statements, but nevertheless I must offer this plea in his behalf.

Mel Weiss is one of the most decent, honorable, caring individuals I have ever known. I only ask that you consider his entire life and all the great things he has accomplished for many individuals in many countries before you determine your sentence. I urge the court to consider all the amazing accomplishments of this individual and impose a lenient period of home confinement or community service as part of your decision.

Thank you for your kind consideration in this matter.

Sincerely,

Richard Kaplan

472



**U.S. Security
Systems**



May 6, 2008

Honorable John F. Walter
United States District Court
Central District of California
312 N. Spring Street
Room 176, Courtroom 16
Los Angeles, CA 90012

Re: United States v. Melvyn I. Weiss
NO. CR 05-587 (E) – JFW

Dear Judge Walter:

I am writing this letter on behalf of Mr. Melvyn Weiss.

My name is Robert Katz. I have known Mr. Weiss for approximately 13 years, both through business and personally. I have had the pleasure of spending much time with him and his family, and I have attended many functions at both his home and many charitable events. It has always been my honor to be in his presence and hopefully be known as a friend. He has always been a gentleman and has treated me and my family with the utmost respect. He is always the first one in line when someone is in need of help.

I would like to give you a little background about myself. I grew up in Bayside New York and graduated from Francis Lewis High School. I then spent two years in the army serving our country overseas in Germany for which I received an Honorable Discharge. After the army I attended City College of New York where I received my B.S. in Economics. I then joined the workforce where I started my own security company in 1971 called U.S. Security Systems. We install Burglar Alarms, Fire Alarm, CCTV, Intercom, Telephone and Access Control Systems. I am also proud to say that prior to meeting Mr. Weiss he became one of my customers. I provide security for his home and he has recommended me to others on numerous occasions.

I am aware of the facts of the case that has lead Mr. Weiss to plead guilty. But despite that I still have the utmost respect for Mr. Weiss, knowing of his many charitable works. I myself have donated to many of his charitable causes strictly because of my belief in him.

**473**

77-25 164TH STREET • FLUSHING, NEW YORK 11366 • (718) 591-1155 • FAX # (718) 591-3394

I am asking you to please be lenient with Mr. Weiss's sentence. I feel that it would not do anyone any good to incarcerate him, but rather he could do so much more for the good of others on the outside in our society.

I thank you for taking the time to read this letter, and hope I have expressed all the love and admiration that both my family and I feel for this man.

Sincerely,

Robert Katz

474

77-25 164TH STREET • FLUSHING, NEW YORK  11366 • (718) 591-1155 • FAX # (718) 591-3394



April 25, 2008

Honorable John F. Walter
United States District Court
Central District of California
312 N. Spring Street
Room 176 Courtroom 16
Los Angeles, CA 90012

RE: UNITED STATES V. MELVYN I. WEISS
NO. CR 05-587(E) - JFW

Dear Judge Walter,

My name is Steven Kayne and I am writing you on behalf of Melvyn Weiss.  Mel is an important part of my family's lives and we know he has an important place in the lives of so many others.  My wife Susan and I have the pleasure of knowing Mel for the past twenty years and came to know him through his son Gary and his wife Nancy who remain two of our closest and dearest friends.  We have shared many special times with Mel and his family.  We have traveled together, spent holidays together and we have been at numerous family functions together.  He is a devoted family man and friend.

I will never forget when I was playing golf with Mel and his two sons Gary and Stephen.  Someone asked Mel if the three of us were his sons.  Mel's response was no, these are my two sons and this is my adopted son.  It may not seem like much but, to someone who lost his father a couple of years earlier, it was indeed special to me.

When it comes to giving back to society and the community his generosity and charitable endeavors are something to be proud of.  Some of his most meaningful causes are The Melvyn and Barbara Weiss Loan Repayment Assistance Program which was formed in 1984 at NYU Law School by Mel and his wife.  He has been honored by the Shaare Zedek Medical Center in Jerusalem as well as North Shore University Hospital and the Child Life Program in New York.  His pro bono work and tireless efforts on behalf of the Holocaust victims and their families is something that has been well recognized.  There are countless other charities and causes that Mel has been involved with through the years.

I also know that Mel has pleaded guilty to certain crimes and misconduct and as such has accepted full responsibility.  I still have a great deal of respect for Mel and this should not overshadow his accomplishments and all the good that he has done throughout his life in helping others.  Hopefully the court will recognize this and feel that he can continue to be much more productive in allowing him to give back to society.

**475**

I respectfully recommend that the court impose a lenient sentence such as period of community service which would much better serve Mel, a man that has so much more to give.

Thank you,

Steven Kayne

**M A R T I N   K I M E L M A N**
COUNSELLOR AT LAW
7 BROOK LANE
GREAT NECK, NEW YORK 11023
—
(516) 482-2510

April 16, 2008

Honorable John F. Walter
United States District Court
Central District of California
312 N. Spring Street
Room 176, Courtroom 16
Los Angeles, CA 90012

<u>RE: UNITED STATES v. MELVYN I. WEISS</u>
<u>NO.  CR 05-587 (E) - JFW</u>

Dear Judge Walter,

I am writing this letter on behalf of Melvyn Weiss. My daughter has been married to Mel's son Stephen for nineteen (19) years. Accordingly, my relationship with Mel and the Weiss family spans over twenty (20) years, and has afforded me the opportunity to observe the qualities that make Mel Weiss a very unique individual.

The Court will no doubt receive letters from numerous organizations and individuals attesting to Mel's generosity to a wide variety of charitable causes. Others will relate to the Court instances where Mel provided pro bono legal work on behalf of humane causes where his legal talents were more valuable than financial contributions and which efforts resulted in significant legal victories. Over the years, I have been present at several events honoring the contributions Mel has made and have heard the accolades accorded to him. All of this is consisted with conversations I have had with Mel wherein he has expounded his belief that if you have been successful in life you have an obligation to pay back to the community in a substantial way.

I am a graduate of New York University Law School and have been a member of the New York State Bar for 46 years. I am particularly proud of the foundation Mel and his wife Barbara established at NYU, which provides funds for graduates of the law school to help pay back their student loans in exchange for taking lower income public interest employment.

Mel's accomplishments in his professional life are well known. He pioneered class action litigation and is frequently referred to as the Dean of that practice. His successes in protecting and enforcing shareholders rights are a matter of record. While he and his firm have been well rewarded, Mel, based on conversations I have had with him, sincerely believes that he and his firm performed a "public good" in pursuing those rights as a way of regulating the behavior – or misbehavior of Corporate America. Billions of dollars were recovered on behalf of defrauded shareholders and innocent victims.

**477**

It is Mel's family life that I can comment on more directly. He is devoted to his wife, three (3) children, and their families, which include six grandchildren. At almost every family occasion that I have attended, Mel's mother is present. Mel's mother is ninety-seven (97) years old, still has her mental facilities, and can almost match the oratorical skills possessed by Mel. Mel is a very attentive and caring son and is absolutely committed to the well being of his mother. At these family occasions, a smile rarely leaves Mel's face. The mutual love and respect that exists between the Weiss family members is extraordinary.

I have never forgotten an incident that took place several years ago and is an illustration of Mel's caring nature. Our grandson Alex had not been feeling well and had been kept out of school for a few days. Mel was on trial, out of state, in one of his high profile highly publicized class action matters. It was late in the afternoon and I was in my daughter's apartment when the phone rang. It was Mel calling to find out how Alex was doing. Two things impressed me about the call, one being that Mel, in the middle of this major litigation, actually knew that Alex was not feeling well and more impressive to me, was the fact that Mel took the time to make the call. Apparently, this was not an isolated incident as my daughter commented that Mel frequently found time to call her and to inquire about the family.

The purpose of this letter is to respectfully ask that the Court impose a lenient sentence that takes into account the many accomplishments and good deeds performed by Mel Weiss over many years. I do not condone the acts that Mel Weiss has pleaded guilty to. However, his generosity to charitable and humane causes, his contribution to the legal profession and his strong belief in public service, are all qualities that hopefully will impress the Court in providing a lenient sentence. The Court might also consider certain of Mel's personal qualities in electing to permit Mel to perform community service as part of his sentencing obligation. Mel posses many skills that he has honed over the years in his legal practice. He is a very intelligent, articulate and persuasive individual with the ability to communicate very effectively in plain language and with a compassionate approach. Surely, those skills could be put to good use in some form of community service.

Thank you for your consideration.

Very truly yours,

Martin Kimelman

MK: nd

**478**



**Information Management
for Specialty Retailers**

The Honorable John F. Walter
United States District Court
Central District of California
312 N. Spring Street
Room 176, Courtroom 16
Los Angeles, CA 90012

RE: <u>UNITED STATES v. MELVYN I. WEISS</u>
<u>NO. CR 05-587(E) – JFW</u>

Dear Judge Walter,

My name is Sam Kliger and I am writing to you on behalf of my family and I regarding the upcoming sentencing of Melvyn Weiss. I live in Long Island, NY along with my wife and four children and am the President of KWI, a software company I founded in 1985. I grew up in a very Orthodox Jewish home in Queens, NY as my father is a Holocaust survivor from Poland.

After attending Yeshiva University in NYC for two years I left to start my company. In 1987, I met Mel's son Gary and asked him to join me as my partner in my two year old company. Although we were only partners for about 8 months as Gary decided that he was going to go into a different industry, I maintained a close friendship with Gary and his father to this day.

From the first day I met Mel, I was struck by his tremendous energy and spirit. Every time I saw him he was always interested in how I was doing, offering me unsolicited advice and providing me with legal counsel at no charge for our young upstart company. Years later, when he represented the Holocaust survivors he really struck a nerve with me as I grew up with a father who spent over six years in the concentration camps. The amount of time that Mel spent on this project was unbelievable and because of his experience and talents helped so many people.

Although today I am not as observant as I was growing up, there is one element of my religious education that comes to mind in this matter. We were taught that when it comes to damages, rather than take out an eye-for-an-eye we monetize those damages by determining their value. However, the only damages that cannot be monetized are those caused by embarrassment. To this day, our system of law utilizes many of the same principles I learned.

Watching Mel over the past twenty years , I can honestly tell you that he has already received tremendous punishment for the crimes he has undoubtedly committed. It

**KLIGER-WEISS INFOSYSTEMS, INC.**
99 Seaview Boulevard
Port Washington, NY 11050

516.621.2400 PHONE
516.621.3849 FAX
www.kligerweiss.com

**479**

is his public persona that has already caused him the greatest punishment of all in that he has been facing the entire community, his friends and business associates with shame.

I can only ask that you consider the years left in Mel's life and allow him to utilize the time to continue his long track record of involvement in charitable causes and educating those around him on how to balance everyday life with taking the time to give back. If you can utilize whatever discretion you have towards leniency, I believe that Mel will work very hard to contribute all of his energy to better our society.

Respectfully yours,

Sam Kliger



300 Park Avenue New York New York 10022 ■ phone 646 822 1600 ■ fax 646 822 1601 ■ www.signatureny.com

April 8, 2008

Honorable John F. Walter
United States District Court
Central District of California
312 N. Spring Street
Room 176, Courtroom 16
Los Angeles, CA 90012

### RE:  UNITED STATES v. MELVYN I. WEISS
### NO. CR 05-587(E) – JFW

Dear Judge Walter:

My name is Stanley Kreitman and I write this letter on behalf of my good friend, Mel
Weiss.  I currently am a banker at Signature Bank in New York located at 300 Park
Avenue.  I also serve as Chair of the New York Board of Correction, as well as Chair of
the Nassau County Police Indemnification Board.  I also am Chairman of Crime Stoppers
in Nassau County.

Over the 10+ years I have gotten to know Mel as a charitable, caring family man.
Although we have never discussed his business, we did talk many times about his Pro
Bono work on behalf of Holocaust victims. He fought to get what they deserved from the
German government and the Swiss banks. He got great joy and personal satisfaction in
helping these victims of hate.  In these conversations one could sense the passion and
commitment in handling these cases without a fee.

I understand that Mel has pleaded guilty to certain crimes, but I write to Your Honor to
be lenient with him as he is a good person with a big heart.  May I respectfully suggest
that if Mel did community service explaining to school children his Pro Bono help with
victims of hate and bigotry, the public will be well served.

Respectfully,

Stanley Kreitman

**481**

A Bank Hapoalim Company
Israel ■ New York ■ San Francisco ■ Chicago ■ Miami ■ Toronto ■ Montreal ■ London ■ Manchester ■ Zurich
Geneva ■ Luxembourg ■ Frankfurt ■ Berlin ■ Buenos Aires ■ Sao Paulo ■ Rio de Janeiro ■ Caracas
Mexico City ■ Montevideo ■ Punta del Este ■ Panama City ■ Santiago ■ Cayman Islands ■ Channel Islands

# Labaton
# Sucharow

EDWARD LABATON
PARTNER

Direct Dial: (212) 907-0850
Direct Fax: (212) 883-7050
elabaton@labaton.com

April 23, 2008

Honorable John F. Walter
United States District Court
Central District of California
312 N. Spring Street
Room 176, Courtroom 16
Los Angeles, California 90012

   Re:  United States v. Melvyn I. Weiss
        NO. CR 05-587(E) – JFW

Dear Judge Walter:

I am an attorney in New York City. I graduated from law school in 1955 and after serving in the United States Army for two years, started my career as a practicing lawyer. Just recently I celebrated my 50th anniversary as a member of the Bar. Much, but not all, of my practice has consisted of representing plaintiffs in class and derivative securities litigation. I have also have done corporate work including representing publicly held companies one of which was a Fortune 500 company.

I am writing this letter on behalf of Melvyn Weiss and request that Your Honor consider all of the good things that he has done in the last forty plus years in determining his sentence and I believe that these fully justify a leniency in that regard. I am fully aware that Mr. Weiss has pleaded guilty to serious offences, but for the reasons set forth below I believe that his overall contributions to the law and to our society warrant leniency.

I met Mr. Weiss in the early or middle 1960s shortly after I became a partner with one of two senior partners in the law firm for which I worked and which was being dissolved. Mr. Weiss was then an associate in the Law Office of Lawrence Milberg. I knew Mr. Milberg and recall meeting Mr. Weiss for the first time in the New York office of the Securities and Exchange Commission when we were both independently doing research in connection with what turned out to be a successful class action involving Clinton Oil Company.

Since a large part of my practice has involved representing plaintiffs in class and derivative actions, I came to know Mr. Weiss well as both a competitor and co-counsel as he developed into, perhaps, the preeminent class action securities lawyer in the nation. I am confident that Your Honor has received, or will receive, letters from highly regarded scholars, lawyers and perhaps some jurists, pointing out the enormous contribution of Mr. Weiss in the development of complex securities litigation and his charitable work. I will therefore limit this letter to my personal knowledge of some of his attributes and contributions.

**482**

# Labaton
# Sucharow

Honorable John F. Walter
April 23, 2008
Page 2

There were several cases in which my firm, was co-lead counsel with the Milberg firm. In every case in which we served as co-lead counsel with the Milberg firm, it represented the class diligently and always in the best interest of the class. Mr. Weiss and I were personally active in a number of these cases . The results achieved in the cases in which his firm was involved always provided the maximum benefit to the class which we jointly represented largely because of the skillful lawyering of Mr. Weiss and his total commitment to the interests of the class we jointly represented.

I have had limited social contacts with Mr. Weiss, having played golf with him on a few occasions and been to his home for two fundraisers; one political and the other charitable. As I am sure Your Honor knows or will learn, Mr. Weiss has been extraordinarily generous, both with his time and money in charitable and public interest causes. I am familiar with a number of these causes including the Israel Policy Forum which seeks a just and fair peace in the Middle East and as to which he has been a leader for many years.

I am even more familiar with the key role he played in the creation and development of the Ovarian Cancer Research Fund ("OCRF") of which I have been, since its formation, a member of the Executive Committee and Secretary. The Fund was started in or about 1995 in memory of Ann Schreiber, the wife of Honorable Sol Schreiber, former Magistrate Judge, who was then a partner in the Milberg firm and was devoting himself primarily to acting as a Special Master in complex matters and in planning and chairing CLE courses for ALI/ABA. The seed money for the Fund was given by Mr. Schreiber and by Mr. Weiss and, at Mr. Weiss' behest, the Milberg law firm. Without that seed money the Fund could not have been formed. After it was formed, Mr. Weiss had his law firm donate space, services and administrative assistance so that the Fund could grow. That Fund now provides more money for research into treatment and early diagnosis of ovarian cancer than any other non-governmental fund in the United States. Indeed it now provides research funding for ovarian cancer funding equal to that devoted to that cause by the United States government. (The activities of the Fund can be seen at its website at ocrf.org.)

I am quite certain that Your Honor has received many letters showing Mr. Weiss' even more generous gifts on behalf of other worthy institutions, but I personally know that but for his generosity OCRF would never have gotten off the ground and would not have been able to develop into an incredibly effective resource which helps women around the world.
I close by hoping that Your Honor will, together with Mr. Weiss other contributions, take this into account in determining the severity of Mr. Weiss' sentence.

Respectfully,

Edward Labaton
EL:js

695793v1

**483**

**ZULMA LABOY**
**534 52nd Street**
**Brooklyn, NY 11220**

April 24, 2008

Honorable John F. Walter
United States District Court
Central District of California
312 N. Spring Street
Room 176, Courtroom 16
Los Angeles, CA 90012

      RE:    *UNITED STATES v. MELVYN I. WEISS*
              No. CR 05-587(E) - JFW

Dear Judge Walter:

      My name is Zulma LaBoy and I have worked with Mr. Weiss for 29 years. In my capacity as Payroll Manager for the firm, my duties include processing the bi-weekly payroll for all employees, preparing financial charts, writing checks and doing the majority of the banking for the Firm. Mr. Weiss has always had total trust in my ability to diligently perform all of these tasks.

      Mr. Weiss has been a great person to work for. He has treated me with the utmost respect in a cordial, polite and friendly manner. He always made me feel comfortable -- even when he was very busy with people in his office, he would say hello to me and ask if there was something I needed from him.

      Mr. Weiss has always treated his entire staff well. He is known for taking time from his busy schedule and cooking a Matzah Brei, a Jewish dish, for everyone in the office. It was a special treat that we all looked forward to having during the Passover season.

      From my humble perspective, Mr. Weiss is and always has been a friend and advisor to me, as well as many more employees of the firm. I sincerely hope he will be given a good and fair outcome, which I feel he deserves. I understand that Mr. Weiss has admitted wrongdoings, but this does not take away the respect that I have for him.

      It has been an honor and pleasure to have worked for Mr. Weiss for almost 30 years.

                       Sincerely,

                       Zulma LaBoy

**484**

# Greenberg
# Traurig

Kenneth A. Lapatine
Tel. (212) 801-3189
Fax (212) 801-6400
lapatinek@gtlaw.com

April 23, 2008

The Honorable John F. Walter
United States District Court
Central District of California
312 N. Spring Street
Room 176, Courtroom 16
Los Angeles, CA 90012

Re:     *United States v. Melvyn I. Weiss*; No. CR05-587(E) - JFW

Dear Judge Walter:

I am writing in connection with the upcoming sentencing of Melvyn Weiss, whom I am
fortunate to count as a relative, friend and business colleague.

By way of introduction, I am a shareholder and co-chair of the New York Litigation
Department of Greenberg Traurig, LLP. I am admitted to practice before the United States
Supreme Court, the Second Circuit Court of Appeals, the Federal Circuit Court of Appeals, the
United States Tax Court and the Southern, Eastern and Northern Districts of New York.
During my forty year career in the law, I have been privileged to try cases or appear in District
Courts throughout the United States, including the Northern, Central and Southern Districts of
California. In many instances, I have been on the opposite side of the case from Mel Weiss. In
a few, we have acted as co-counsel. Most recently, I served as the Policyholder Representative
in the settlement of the multi-district Prudential Insurance Sales Practices Class Action,
pursuant to which I assisted Mel Weiss' firm in resolving more than 500,000 claims submitted
to an alternate resolution process through which we distributed more than $1 billion in
settlement proceeds. Throughout the three years during which we administered the settlement,
Mel remained passionately committed to his clients and to assuring that they received the full
benefits to which they were entitled. I am confident that you will have heard from others as to
Mel's enormous contributions to, and accomplishments in, the development of securities class
action litigation and to his charitable and philanthropic contributions, including the work done
on behalf of Holocaust victims. I trumpet their praise.

What is probably less well known is Mel's dedication and support of our large and close-knit
family. Mel and I are first cousins, both having been raised in families of quite modest means.
Mel and I grew up in the same apartment building in the Bronx, New York, and together with
my aunts, uncles and twelve other cousins, spent every summer together in the Catskill

Greenberg Traurig, LLP | Attorneys at Law | Met Life Building | 200 Park Avenue | New York, NY 10166
Tel 212.801.9200 | Fax 212.801.6400 | www.gtlaw.com

485

The Honorable John F. Walter
April 23, 2008
Page 2

Mountains. As my older cousin by 8 years and someone I looked up to, Mel was an important
role model. Mel was the first member of our family to become a professional and inspired me,
as well as seven members of the next generation, to pursue careers in law. Mel has encouraged
and supported me as well as other family members throughout our careers providing guidance
in our career choices, mentoring our professional development and has personally contributed
greatly to my success. I have also learned from Mel the importance of giving back to the
community, both civically and philanthropically. Mel, again, served as an important role
model.

My father has taught me that for most of us our worth can and should be measured by the
impact that he has had on the lives of those immediately around us and those who touch upon
us. By those standards, Mel's life has been exemplary. I hope that you would take into
account the important contributions Mel has made to our profession and my family and will
afford him lenient treatment in arriving at his sentence.

Very truly yours,

Kenneth A. Lapatine

*Bennett S. LeBow*
*5203 Fisher Island Drive*
*Fisher Island, Florida 33109*

April 29, 2008

Honorable John F. Walter
United States District Court
Central District of California
312 N. Spring Street
Room 176, Courtroom 16
Los Angeles, CA 90012

Dear Judge Walter:

My name is Bennett S. LeBow and I am Chairman of Vector Group Ltd., a NYSE company. Vector is a billion dollar corporation involved in tobacco and real estate. Our company, in 1995, was the first to publicly admit to the dangers of cigarettes and worked directly with the Attorneys General of 43 states to bring about comprehensive reform to the tobacco industry. Various courts have publicly acknowledged Vector's positive actions in cigarette industry reform.

In addition, Vector has a controlling interest in the largest residential real estate brokerage in the New York City and Long Island area and various real estate projects around the country.

I have known Mel Weiss for more than **20 years** as my friend, attorney, and in numerous charitable and political venues.

I am writing this letter to state that, although Mel was involved in an activity for which he has pleaded guilty, this is a man who, I am sure, truly deserves leniency consideration for all the good he has done over the years.

Mel and his firm have been the leaders throughout the country in attempting to right the wrong of many corporate overreaching actions and his legal wins have led to many positive changes in corporate America. Mel has also been a leading figure in politics and numerous charities, one of which I am proud to have joined with him.

All of these positive activities by Mel are so many that it would be impossible for anyone to list them all here.

Your Honor, I implore you to take into account all the positive things Mel has done in his life, when compared to the action for which he pleaded, and I am hopeful that you will agree that leniency is totally justified in this case.

I thank you for your consideration.

Sincerely,

**487**

Gail Leibowitz
213 W. 70th St. #2
New York, New York 10023

April 28, 2008

Honorable John F. Walter
United States District Court
Central District of California
312 N. Spring Street
Room 1876, Courtroom 16
Los Angeles, CA 90012

Re:   United States v. Melvyn I. Weiss
      No. CR 05-587(E)-JFW

Dear Your Honor:

My name is Gail Leibowitz. I am currently employed at Milberg, LLP as the Chief Operating Officer. I have worked at Milberg for the past 5 ½ years and have over 25 years of experience in my field.

I am writing this letter on behalf of Mel Weiss. I believe Mel to be an extraordinary human being. However, sometimes good people may do a bad thing and should be held responsible, but that should not negate all they have accomplished in their lifetime. I truly believe that all the kind and generous acts that he has done throughout the years should be taken into consideration.

My father was in and out of prison several times during my childhood. I am extremely familiar with the prison system and it's intent. I have seen and met many different types of people incarcerated and have seen many different types of facilities. I do not believe this makes me an expert, but I do believe that I have some first hand knowledge and in my humble opinion, there would be no benefit to putting Mel Weiss in prison.

I would not presume to tell Your Honor what to do, but I would like to relay my thoughts. Someone so brilliant and knowledgeable as Mel could perform community service and be beneficial to society, rather than locking up all that he has to offer. A lack of freedom, whether in a prison or house arrest, is still a lack of freedom and accomplishes the same goal but would be using someone's skill and ability to benefit others.

488

I appreciate your time and consideration.

Respectfully,

Gail Leibowitz

# LEVIN, FISHBEIN, SEDRAN & BERMAN

*Counsellors at Law and Proctors in Admiralty*

ARNOLD LEVIN
MICHAEL D. FISHBEIN
HOWARD J. SEDRAN
LAURENCE S. BERMAN
FRED S. LONGER •
DANIEL C. LEVIN
CHARLES E. SCHAFFER
AUSTIN B. COHEN
MICHAEL M. WEINKOWITZ •
CHARLES C. SWEEDLER •
MATTHEW C. GAUGHAN • †

• also admitted in New Jersey
† also admitted in New York

510 WALNUT STREET
SUITE 500
PHILADELPHIA, PA 19106-3697

TELEPHONE (215) 592-1500
FACSIMILE (215) 592-4663

April 14, 2008

The Honorable John F. Walter
**UNITED STATES DISTRICT COURT**
  **FOR THE CENTRAL DISTRICT OF CALIFORNIA**
312 North Spring Street
Room 176, Courtroom 16
Los Angeles, CA 90012

      RE:   *United States v. Melvyn I. Weiss*
              *No. CR 05-587(E) - LFW*

Dear Judge Walter:

      Please accept this brief letter in connection with the sentencing of Mel Weiss. I am a practicing lawyer in Philadelphia who has a national practice representing plaintiffs in multi-district litigation. As such, I have been lead counsel or a member of plaintiffs' steering committee in well over 100 cases. In the course of my practice I have come to know and appreciate Melvyn I. Weiss. I am aware that Mr. Weiss has pleaded guilty to criminal conduct and has accepted full responsibility for the same. Nevertheless, I would respectfully ask that this Court consider the totality of Mel's accomplishments in the practice of law as well as in connection with his civic and charitable contributions to the community.

      I have known Mel in excess of forty years both professionally as co-counsel in various litigations and more importantly as a cherished friend. Mel's competence and professionalism as a lawyer is well known to his co-counsel as well as his adversaries. His superb knowledge of the law has been exhibited in his myriad accomplishments, all of which have been recognized by the bench and bar. However, of more importance, in connection with the instant proceedings, I would like to inform the Court that I have been in Mel's company since his guilty plea and can attest to his remorse over the conduct which was the subject of the criminal proceedings and the toll that it has taken on him.

**490**

LEVIN, FISHBEIN, SEDRAN & BERMAN

The Honorable John F. Walter
UNITED STATES DISTRICT COURT
 FOR THE CENTRAL DISTRICT OF CALIFORNIA
April 14, 2008
Page two

_____

       The serious nature of the criminal charges in my opinion do not detract from the kindness that he has shown to many, his devotion to his family and friends, and the generosity exhibited by both his charitable contributions and the inordinate amount of time he has spent giving of himself to others.  He is a caring person.

       Mel's many endeavors are numerous but specifically I would point to his service to the New York Bar Foundation, the Lawyers' Committee for Civil Rights Under Law, The World Council of the American Jewish Congress and the American Constitution Society.  He and his wife have established a public interest foundation at New York University School of Law and have further received various and all too numerous awards from the United Jewish Appeal and B'Nai B'rith.  He is the International Chair of the Hatikva Project which built a memorial on the site of the Israeli Embassy in Buenos Aires which was destroyed by terrorists.   The above are but a few of Mel's accomplishments.

       But Mel's greatest accomplishment is his love and pride in his family best typified by his relationship with his first generation American 97 year old mother.  She raised Mel in a walk-up in the Bronx, taught him the obligation of charity and love of family.  She presently is almost totally blind, lives in a senior living facility and Mel calls her each day and visits her regularly.  The separation from her weighs on Mel immeasurably.  She is very proud of Mel and Mel is extremely proud of her.

       I would respectfully request the Court consider all of these accomplishments of this unique individual in rendering sentence by imposing a period of home confinement or community service as part of the sentence.  His energies, dedication and skills, if granted community service, will allow him to continue to benefit the many civic functions which have been a large part of his life.

       Thank you for your consideration in this matter.

                Respectfully,

                ARNOLD LEVIN

dcm

**491**

Arthur Levitt
43 Owenoke Park
Westport, Connecticut 06880

April 17, 2008

RE:  United States v. Melvyn I. Weiss / No. CR05-587 (E) - FW

Honorable John F. Walter
United States District Court
Central District of California
312 N. Spring Street
Room 176, Courtroom 16
Los Angeles, CA  90012

Dear Judge Walter:

I have known about Mel Weiss for a number of years and I have met him at social or philanthropic functions many times.  While I know very little about the matters that bring him before the court I do recognize his commitment to a variety of philanthropies and willingness to devote time and energy to improving the New York Community.

Very truly yours,

Arthur Levitt

**492**

JACK LEVY, DDS
26 East 10th Street, APT 10E/G
New York, NY 10003
April 14,2008

Honorable John F. Walter
United States District Court
Central District of California
312 N. Spring Street
Room 176, Courtroom 16
Los Angeles, CA 90012
Re: United States v. Melvin I. Weiss
No. CR 05-587 (E)-JFW

Dear Judge Walter,

I am writing to express my feelings about my cousin, Mel Weiss. We were both born in the summer of 1935, and spent every summer of our first 16 years at a farm/bungalow colony in the Catskill Mountains.

As kids, we, along with several other cousins and friends who came to this resort, traipsed freely thru the countryside, fishing, hunting, collecting, playing all sports…just having the most wonderful times of my life together. Mel's warmth, humor and caring were what I have always felt. I had trust in his attitude of caring and humor, as we often got into scrapes in the woods, river and streams or in the barn. When we were old enough, we helped the farmer with the cows, chickens, reaping hay, cutting and storing corn, weeding, picking corn, tomatoes and potatoes.

In the years intervening, I followed Mel's career as a successful, and very meaningful lawyer. He continued to demonstrate his caring for people in his so many pro bono efforts, and personal contributions, whether it was to organizations he believes in or his Law School, and his very significant work in recovery for Holocaust victims.

Mel comes from a large, very close, loving family. There have been innumerable celebrations where Mel was always present, including at my recent, only marriage at a horse farm not far from the farm where we had those wonderful years so long ago. He told the gathering of the funny things that happened then, and was very dear to my wife and me.

I am sad that Mel got carried away with the momentum of his business, and relieved that he is now accepting responsibility for his wrongdoing. Given the important good works of his career, and his humanity, and his love for family, I plead that the court be lenient in his forthcoming sentencing, and request that he have home confinement and/or community service as a major part of his sentence.

Thank you for your consideration.

Respectfully,

Jack Levy

493

*The Lifton Company, LLC*
*6001 Broken Sound Parkway, Suite 418*
*Boca Raton, Florida 33487-2765*
*(561) 988-1110   Fax: 561/988-1150*

April 17, 2008

Honorable John F. Walter
United States District Court
Central District of California
312 N. Spring Street
Room 176, Courtroom 16
Los Angeles, CA 90012

RE:   UNITED STATES v. MELVYN I. WEISS
      NO. CR 05-587 (E) - JFW

Dear Judge Walter:

My name is Martin Lifton and I am writing to you regarding Melvyn Weiss. Although I am presently living in Florida, for the previous forty years I resided in Long Island, New York with twenty years in East Hills and twenty years in Old Westbury. During that time I was Chairman of the Bank of Great Neck in Great Neck, New York and Chairman of National Property Investors, a nationwide realty company with the parent office located in Jericho, New York. I am a graduate of New York University. I was active in community affairs while living in New York including Chairman of the Children's Medical Fund of New York, a community wide organization supporting the Schneider Children's Hospital at Long Island Jewish Hospital. I am a Trustee of the Jewish Association for Services to the Aged (JASA), an organization whose purpose is the care of the elderly of all faiths and denominations in New York and a Trustee of the North Shore-Long Island Jewish Health System in Manhasset, New York. I was the founder of the Real Estate Division of UJA-Federation of New York Long Island Division and have been the Guest of Honor at many functions of the above organizations.

**494**

I have known Mel and his family for 15 years. I first met Mel in 1993 when he joined Glen Oaks Club in Old Westbury, New York where I have been a long time member.  I have played golf with him over the years and my wife and I have socialized with him and his wife, Bobbi, both at their home and at numerous charitable functions. He has always been very responsive in supporting charities on Long Island.

In addition, in conjunction with a UJA-Federation sponsored trip, I traveled to Argentina with a small group of people which included Mel Weiss.  During this trip we met in Buenos Aires with the United States Ambassador to Argentina, Mr. Horatio Ferrer, Head of the Argentine Senate, and Mr. Marcos Aguinos of the Argentine Senatorial Delegation.  Mel Weiss was mainly responsible for the rebuilding of the memorial park at the Israeli Embassy that was bombed (in Argentina) and has done a majority of the work involved to catch those responsible pro bono.  I am also aware of Mel's pro bono work in working with the International Jewish Holocaust Survivors cases and have always personally held him in the highest regard.  His response to my personal charitable appeals have been met with great generosity, compassion and enthusiasm to help those less fortunate.  As recently as this March, Mel attended a charitable function and presented the Guest of honor with a community service award.

In my many conversations with Mel, I am personally aware of the true remorse he feels about his misconduct and the pain and agony that he is going through.  I am asking you on behalf of our community, as well as myself, to please consider as light a sentence as possible and to impose a period of home confinement or community service as part of your sentencing.

Respectfully,

Martin Lifton

ML:kr

**495**

Frances Lilling
One The Hollows
East Norwich, New York 11732

April 24, 2008

Honorable John F. Walter
United States District Court
Central District Of California
312 N. Spring Street
Room 176, Courtroom 16
Los Angeles, CA 90012

Re: UNITED STATES v. MELVYN I. WEISS
      NO. CR 05-587 (E) - JFW

Dear Judge Walter,

My deceased husband and I have been friends of Mel Weiss for over thirty years. We were neighbors in the
same community and our daughters went to school together.
Over the many years, we have always found him to be honest, caring, forthright and upstanding. I recall
when my husband, a physician (obstetrics and gynecology) was terminating a business relationship with his
partner, Mr. Weiss was called for advice; he was not only there for support, but he took the role of his
attorney and refused to accept a fee for service.
Moreover, whenever our house of worship was in need of donations to keep our small local temple
on its feet, Mr. Weiss was always generous, often without recognition. It is also my understanding he has
donated sums of money to New York Law School which is dedicated to retiring loans of students who
practice public interest law.
Mel has been a wonderful role model for his children and grandchildren. He has always been devoted to his
family. He is an amazing and caring son to his almost 95 year old mother. A large number of his family and
friends hold him in high esteem, and so I am writing this letter asking for mercy and for leniency on his
behalf. Perhaps in making your decision, "Your Honor" a period of community service or home
confinement could be considered.
I am very aware of the fact that Mr. Weiss has pleaded guilty to certain crimes ; However, despite Mel's
admission to wrongdoing, I have great respect for him because of all the charitable and pro bono work that I
am aware he has performed in his career.
Thank you for your consideration on Mel's behalf.

Respectfully yours,

Frances Lilling
Frances Lilling

CYNTHIA M. LOPEZ
11 First Avenue
East Islip, New York  11730

April 29, 2008

The Honorable John F. Walter
United States District Court
For the Central District of California
312 North Spring Street
Room 176, Courtroom 16
Los Angeles, CA 90012

Re:    United States v. Melvyn I. Weiss - No. CR 05-587 (E) - JFW

Honorable and Dear Sir,

My name is Cynthia Lopez and I am the Manager of Administrative Services and
Recruiting for the firm of Milberg LLP.  I have been with the firm for 7 ½ years.

I respectfully write to you on behalf of Melvyn Weiss.  During my tenure at the firm, I
have been fortunate enough to witness the many charitable and generous attributes that Mr.
Weiss has shown to his employees and the people around him.   I can honestly say that if you are
ever in need, Mr. Weiss would be the first person to offer support or help.

Mr. Weiss had always sent the message to his staff that we are family and has always
opened his heart up to his employees.   He has always shown compassion in times of need,
sympathy in times of grief and support in times of a difficult situation.

While I understand that Mr. Weiss acted in an unethical way, I do know that even good
people make poor judgment decisions.  I feel that  Mr. Weiss has so much good to offer and he
would much better serve the community continuing to do his charitable work.

I understand that you have an enormous responsibility when it comes to deciding Mr.
Weiss' judicial fate, however, I would hope you would consider the voice of the people that he
has touched along the way.

**497**

·I believe that I have become a better person from the examples of the generosity that Mr. Weiss has shown to so many people.

Respectfully submitted,

Cynthia M. Lopez

## RE: UNITED STATES v. MELVYN I. WEISS
## NO. CR 05-587 (E) – JFW

Honorable John F. Walter
United States District Court
Central District of California
312 N. Spring Street
Room 176, Courtroom 16
Los Angeles, CA 90012

April 21, 2008

Dear Judge Walter,

My name is Ronald March, a long time friend of Melvyn Weiss.   My wife and I have known Mr. Weiss and his family for 45 years.   We met them as a young couple while raising our families in New York City.   We remain friends to this day.

Mr. Weiss is someone who always exhibited qualities that I've valued as friend.   Those qualities include his generosity as demonstrated by his donations of time & money to the Dystonia Foundation and victims of the terrorist attacks in Argentina.   In addition, Mr. Weiss has provided pro bono work on a variety of causes including assisting holocaust survivors.

I'd like to emphasize my continued admiration and respect for Mr. Weiss as a good and decent person.

Judge Walter, I am requesting that you consider these valuable attributes and contributions of Mr. Weiss and treat him with compassion and leniency.

Respectfully,

Ronald E. March
163 Brewster Road
Wyckoff, NJ 07481

**499**

# CADWALADER

Cadwalader, Wickersham & Taft LLP
New York  London  Charlotte  Washington  Beijing

One World Financial Center, New York, NY 10281
Tel 212 504 6000  Fax 212 504 6666
www.cadwalader.com

April 30, 2008

Honorable John F. Walter
United States District Court
Central District of California
312 N. Spring Street
Room 176, Courtroom 16
Los Angeles, CA 90012

Re:   United States v. Melvyn I. Weiss, No. CR 05-587(E) - JFW

Dear Judge Walter:

I am Chairman of the litigation department of Cadwalader Wickersham & Taft and specialize in the defense of securities class actions.  I have litigated against Mel Weiss in securities cases for 25 years.  I write to make the Court aware of my personal experience with Mel.

First, he is a very effective and formidable opponent in litigation.  His work and that of those working with him has consistently been of the highest quality in representing his clients.  I knew if Milberg Weiss was on the other side, it would mean well-drafted papers and strong oral advocacy.  At the same time, Mel and his firm were always highly professional.  Gamesmanship in discovery and unnecessary motion practice were avoided.  Importantly, the Mel Weiss I have dealt with has been a man of his word.  I have come, based on experience, to rely on his word in resolving disputes and other matters when many millions of dollars are at stake.  I have never known him to fail to be true to his word and I very much admire that quality in him.

Mel has a well-deserved reputation for being very generous with charitable causes and educational institutions.  Many have relied on him for support over the years.  He also has often taken time from his practice to serve on legal education panels with me when it was less than convenient to do so.  In my numerous direct interactions with him he has always treated me professionally, acted professionally and been true to his word.

I hope that Your Honor will keep in mind Mel's many positive qualities when he is sentenced.

Sincerely,

Gregory A. Markel

Gregory A. Markel   Tel  212 504 6112   Fax  212 504 6666   gregory.markel@cwt.com
USActive 12730675.1

**500**

JOHN M. MAY
2080 TOWN HARBOR LANE
SOUTHOLD, NY 11971

April 6, 2008

Honorable John F. Walter
United States District Court
Central District of California
312 N. Spring Street
Room 176, Courtroom 16
Los Angeles, CA 90012

Re: United States vs. Melvyn I. Weiss
NO., CR 05-587(E) - JFW

Dear Judge Walter,

I am writing to advocate the exercise of leniency in the sentencing of Melvyn Weiss. I am a friend and colleague of Mel's son, Gary. In that relationship I have observed Mel's positive influence on his family. My principal reason for advocating leniency is the belief that his children and grandchildren would have greater opportunity to benefit from his love and support if he were with them than if he were separated by serving a long jail term.

There are four factors that influence my advocacy of leniency:
    Punishment for Mel.
    Punishment as an example to deter other possible offenders
    Public service
    Family

In my scale of values, family is the most important factor. I have seen Mel's interaction with his family. At his age, and at the impressionable age of his grandchildren, I believe that he has a lot to offer them. As a grandfather myself, I believe that his grandchildren's lives would be enriched much more by his physical presence with them than by his long incarceration and separation from them.

Addressing the four factors that I believe to be relevant to your decision, I believe the following:

    Conviction of a felony, public notoriety of his conviction, disbarment, the effect of definition as a criminal on his legacy, and a short incarceration would seem to be adequate punishment for his offenses.

    Those same factors, I believe would serve as a strong deterrent to others who might be tempted to commit similar offenses.

**501**

**John M. May**

Honorable John F. Walter   Re: Melvyn I. Weiss (contd.)

Mel has demonstrated over his life and career outstanding intelligence, focus and abilities. If those attributes could be directed to community service, rather than prison duties, they could produce significant societal benefits.

As my above comments convey, the effect of his sentence on his family should be the most important consideration in a sentencing decision. I believe that for a mid-seventies-age grandfather the next several years, when his grandchildren will be teenagers and young adults, will be a critical time in the grandchildren's formation into adulthood. Lessening their exposure to a loving, nurturing grandfather during those years cannot serve any positive result.

Thank you for your consideration of this request.

Sincerely,

*John M. May*

**502**



DODDS & EDER

P.O. Box 150 • 221 South Street Oyster Bay, New York 11771 • Phone: 516.922.4412 • Fax: 516.922.6083 • Web-Site: www.doddsandeder.com

May 7, 2008

Honorable John F. Walter
United States District Court, Central District of California
312 N. Spring Street
Room 176, Courtroom 16
Los Angeles, CA 90012

RE: United States v. Melvyn I. Weiss
No. CR 05-587(E) – JFW

Dear Judge Walter:

I'm writing this letter on behalf of Mel Weiss in reference to his character. I have known Mel for about 6 years.

Mel has been a positive influence in the village of Oyster Bay, New York. Through his efforts and his philanthropy, the children of Oyster Bay and East Norwich have thrived. He has been an active participant in the fund raising activities of the Oyster Bay-East Norwich Boys and Girls Club and continues to be today.

Mel has been instrumental in the nurturing and success of the Oyster Bay Jewish Center. Through his financial efforts, the synagogue continues to prosper.

He has also been an ardent supporter of the Oyster Bay Lion's Club. He continues to support their events such as the Oyster Festival on a yearly basis.

Mel is a man who has contributed and continues to contribute <u>much</u> to the betterment of his surroundings. It is with this in mind that I implore you to be lenient in your sentencing of Melvyn Weiss, for he is a man who has made a positive difference to many in his life.

Sincerely,

David P. McLaughlin

*Gardens to Fit Your Lifestyle*

503



THE
LANIER
LAW FIRM

April 25, 2008

Honorable John F. Walter
United States District Court
Central District of California
312 N. Spring Street
Room 176, Courtroom 16
Los Angeles, Ca 90012

     Re:  **United States v. Melvyn I. Weiss**
           **No. CR 05-587 (E)-JFW**

Dear Judge Walter:

     My name is Richard D. Meadow. I am an attorney in New York City and have been practicing for 24 years. I have known Mel Weiss for almost 10 years, both professionally and personally. I first came to know Mr. Weiss when I visited his firm on a regular basis in the mid to late 90's. He was always enthusiastic when we spoke and he generously shared his knowledge of the law, his family, Jewish history, and, in particular, the Holocaust. It was clear to me that Mel had many passions in life- his family, his heritage, his philanthropy and his work.

     Mel was an inspiration as he encouraged me to pursue a career where I could level the playing field for the little guy against the overwhelming resources of big business. There was never a time where I saw him waiver in his commitment to his client and never a time where he would back down from a fight. Mel shared his successes with his family, his friends and his community. His generosity and philanthropy is legendary and a model of what every successful lawyer should be.

     Mel's plea does not diminish the man in my eyes one iota. He has lived his life to serve his family and his community and I believe he will continue to do so despite this set back. The tremendous rallying of support around Mr. Weiss during an extremely difficult time speaks volumes about the character of the man and should not go unnoticed by this Honorable Court. I truly believe that Mr. Weiss deserves and should receive the utmost considerations of leniency. No good will be served by sending this great man to prison and depriving the Weiss family, and the community he has served for so long, of his presence during the twilight years of his life.

     Thank you for your attention and allowing me to be heard.

                  Very truly yours,

                  *[signature]*

By:                  RICHARD D. MEADOW

HOUSTON
The Lanier Law Firm, PC
6810 FM 1960 West 77069
Post Office Box 691448
Houston, Texas 77269-1448
713.659.5200 • Fax: 713.659.2204

NEW YORK
The Lanier Law Firm, PLLC
Tower 56
126 East 56th Street, 6th Floor
New York, New York 10022
212.421.2800 • Fax: 212.421.2878

504

**RICHARD J. MEDALIE**
46 P STREET
HULL, MA 02045-1626
(781) 925-0138
CELL: (202) 659-0880

FAX: (866) 517-7524

EMAIL: rmedalie@att.net

April 29, 2008

Honorable John F. Walter
United States District Court
Central District of California
312 N. Spring Street
Room 176, Courtroom 16
Los Angeles, CA  90012

Re: United States v. Melvyn I. Weiss
No. CR 05-587(E) — JFW

Dear Judge Walter:

I am a member of the District of Columbia and New York Bars and received my law degree from the Harvard Law School.  Although now retired, I formerly served as an Assistant to the Solicitor General of the United States and thereafter practiced as a corporate and commercial litigator and arbitrator in Washington and New York City. During the late 1970's and early 1980's, I served twelve years as a member of the District of Columbia Law Revision Commission, with six of those years as a member of its Executive Committee and Chairman of the Criminal Law Task Force.

Currently, I am Chairman Emeritus, a founder, and a member of the Board of Directors and Executive Committee of the Appleseed Foundation.  Organized fifteen years ago by my Harvard Law School Class, Appleseed is a nonprofit, non-partisan network of 16 public interest justice centers in the United States and Mexico, which brings together volunteers from the law, business and academic professions to devise long-term, systemic solutions in such areas as education, financial access and health care.

A decade ago, I consulted with Mr. Weiss about a client of mine who had a problem that I thought might be ripe for class action status.  Although the action never matured, I continued during the following years to have personal and social contact with Mel Weiss, who became my friend.

During the years, I have become aware of Mel's enormous intellect and considerable accomplishments.  Foremost among his qualities I came to admire were his generosity, his continuing interest in helping people, and his pro bono contributions.  To that end, I encouraged Mel Weiss to contribute to, and participate in, Appleseed.  Two years ago, Appleseed organized a dinner in New York, at which Mel was one of its major supporters and speakers.  At the dinner, he spoke of his love of the law and his respect for the legal profession.  In his speech, he demonstrated his extraordinary intellect, his humanity, and his caring personality.

**505**

RICHARD J. MEDALIE

**Honorable John F. Walter**                    **-- 2 --**                    **April 29, 2008**

    I am, of course, aware that Mr. Weiss has pleaded guilty to certain crimes. Despite his admission of wrongdoing, I nevertheless have great respect for him and his many fine qualities, which I have previously described.  Several months ago, my wife and I spent an evening with Mel Weiss during which we had occasion to discuss his case and learn of his deep remorse for his misconduct.  A man is known for many things; the good things Mel Weiss has done cannot and should not be forgotten.

    I trust that my letter has been of some help in portraying some of the extraordinary qualities and accomplishments of Melvyn Weiss.  For the foregoing reasons, I urge your honor to exercise leniency in considering the sentence for Mr. Weiss.

                      Very truly yours,

                      Richard J. Medalie

**506**

Honorable John F. Walter
United States District Court
Central District of California
312 N. Spring Street
Room 176, Courtroom 16
Los Angeles, CA 90012

Re: United States v. Melvin Weiss  (No. CR 05-587(E)-JFW)


Dear Judge Walter,

I am writing to you on behalf of Mr. Weiss.  I am his niece and have known him for my entire 40 years of life, as he is my mother's only brother and our families have always lived within an hour of each other.  I am currently a Merchant for Victoria's Secret Beauty.

We are a close family and it has always been My Uncle and mother who have made sure of that.  Family has always been paramount in importance and they have taught that to myself and my cousins.  My uncle is, and always has been one of the most generous and loving people I have known.  I think my mother says it best, when she says (as she often does) that "my uncle takes after my grandfather in that he would give someone in need the shirt off his back."

My uncle has always been a constant in my life.  He is dedicated to my mother (his sister) quite unlike many brothers are, and likewise he has always been there for me as well.  Whether small things or bigger things I know that my uncle is always there for me if I need him.  When I graduated from college and on working my way up in New York, he was there for me,.  When I was in my twenties he sent my cousin and I to Israel. The trip was run through a charity organization and my Uncle insisted that we go.  It was an incredible trip.  When I got married he was also there for me.  Whenever he can do something to make my life a little better he is there for me and I am only his niece, he has 3 children and 6 grandchildren of his own.  My cousin Lesley was my maid of honor at my wedding a couple of years ago which more then anything probably shows how close our families are.

Therefore, I am writing this letter to plead for leniency in my Uncle's sentencing. He is a wonderful man who has done countless wonderful things not only for charities at large but also for his children, grandchildren, nieces, and nephews.

Thank you for your consideration.

Sincerely,

Samantha Meehan

507

## Bob Merson

P.O. Box 810577,  Boca Raton, Fl. 33481
Telephone 561-994-9380
Cell:  561-866-6575
Fax:  561-994-2170

April 11, 2008

RE:  UNITED STATES V. MELVYN I. WEISS
NO. CR 05-587 (E) – JFW

Honorable John F. Walter
United States District Court
Central District of California
312 N. Spring Street
Room 176, Courtroom 16
Los Angeles, CA 90012

Dear Judge Walter:

I was born and educated in Oklahoma receiving a Bachelor of Business Administration in 1960 from the University of Oklahoma.  Upon graduation, my family moved to Mississippi where I lived and worked for thirty years as owner and CEO of what became one of the largest electrical supply companies in the United States.  During this time, I traveled throughout the United States and Europe but it was only after meeting Melvyn Weiss that I came to understand the meaning of generosity.

Arlene and I met Melvyn and Bobbie Weis in 1992, after moving to Boca Raton, Florida and becoming members of Boca Rio Golf Club where I am presently President.   During the past eighteen years, I have gotten to know Mel as a generous person who quietly helps others both financially and with his advice.  Mel has taught me a great deal about generosity, humility, and empathy, and is a person that I deeply admire and respect.

My father actively practiced law in Oklahoma City for seventy years.  Melvyn Weiss is the only person I would compare to my father's love for his work, his skills as a lawyer, his pro bono work, and for his professional accomplishments.  I ask that you show mercy and leniency on Melvyn Weiss.

Robert Merson

508



**Bruce Meyers**

## Meyers Associates, L.P.

Investment Bankers
45 Broadway, 2nd Floor
New York, NY 10006
800.606.4400 WATS
212.742.4200 TEL
212.742.4222 FAX
bmeyers@meyersassociateslp.com E-MAIL

April 29, 2008

Honorable John F. Walter
United States District Court
Central District of California
312 N. Spring Street
Room 176, Courtroom 16
Los Angeles, CA 90012

RE:  UNITED STATES v. MELVYN I. WEISS
         NO. CR 05-587 (E) - JFW

Dear Judge Walter;

My name is Bruce Meyers; I graduated from the State University of New York and received my degree in accounting.   I eventually began my own Investment Banking Brokerage Firm called Meyers Associates L.P. My company has represented and raised funds for several thriving companies both privately and publicly.  It is a full service boutique Investment Banking and private equity firm dedicated to providing financial products and services to start-up, emerging growth and medium size companies.  Meyers Associates LP has been in the investment banking arena for over 20 years. I met Mel Weiss socially through a mutual friend. At the time I began my own business, Mel lent his support by becoming one of the original Limited Partners as well as a client. He has been more than just a partner; he has been my friend for all those years.

Mel Weiss dominated the field of class action securities litigations.  His mere name brought confidence and prestige to my firm and to many firms in the business community.  Through his sheer devotion he single-handently and dramatically created the class action laws helping police large, medium and small corporations protecting share holder and consumers rights. The same holds true in the technology field.

Mel chose to be a defender of the small guy, he gave a powerful voice and a legal road to millions of people who were wronged by big business that would never been able to stand up against the corporate world.  This, I believe, was one of his major contributions to society.  Mel Weiss has touched many lives.

Member NASD•SIPC

**509**



He has been a motivational pillar for anyone who knows him.  He encouraged us to get involved for many noble causes. Mel also shared his talent by pro bono service, and by involving himself with the reparations for holocaust survivors.

In addition, he unselfishly lent himself in the effort in the peace offering in the Middle East. He has done enormous charity work for the Israel Policy Forum bringing America's Jewish leaders with key policy makers to negotiate and open dialogue in the pursuit of peace.   Mel has done much to improve the quality of life of both private and business worlds.

I would also like to say, with heart, that Mel has been a great father and husband. I have done business with his son Gary and I can tell you Mel has instilled integrity and values that I wish more people that I deal with on a daily basis would possess.  He has never failed to return a phone call and make time for me to discuss any pressing issue I might have had.

I know Mel is remorseful for his actions and I don't want to minimize the transgressions he made.  However, through his efforts and his heart, he has made a better place for us to live and work. In his chosen field he created corporate enemies which left his character vulnerable and open to criticism.  I am sure the enemies he has made as he dared to challenge them would receive great pleasure in seeing Mel jailed.  I would like to ask you for leniency in your sentencing for my friend; to confine him at home and to have him continue his responsibility to community service and to limit his time in jail. My friendship for Mel will never waiver for he is a great man who dared to challenge the corporate system or right the wrong for the small guy whose voice is rarely heard.

Sincerely,

Bruce Meyers

April 26, 2008


Honorable John F. Walter
United States District Court
Central District of California
312 N. Spring Street
Room 176, Courtroom 16
Los Angeles, CA 90012

Re:  United States v. Melvyn I. Weiss
      No. CR 05-587(E) – JFW_____

Dear Judge Walter:

I was hired by Milberg LLP as a legal secretary in June of 1997, nearly 11 years ago.  I
worked directly for Mel Weiss and his executive director, Lois Silverman.  Two years
later I moved to an adjacent desk to work for their Holocaust case specialist.  Now, many
years later after working throughout the firm, I am back with Lois once again.

Prior to Milberg employment, I worked for 15 years at various law firms in different
positions: as secretary, office manager, in any capacity where I could assist the attorneys.
I also worked at New York University for 6 years for the then VP and General Counsel.

NYU and Milberg are my favorites. Mr. Weiss is a tremendously aware and caring
individual with a huge heart.  He's known me through many years of working at the firm,
of dancing at the yearly office holiday parties – yes, even with him – and now he sees me
struggle so with my MS (multiple sclerosis) trying to get around with my walker and
canes. During winter months, when the weather is particularly awful, he'll be sure to say
to me as he passes by or call out to me down a hall, "Karen, how are you getting home,
take a car."

Recently, in January, I lost my dear, best friend and good man of 15 years – how did he
know? When he saw me, he immediately came over to my desk, we hugged and kissed
and he said to me, "I am so sorry for your loss." I told him how we (my dear Bovain's
friends) are continuing to release his 2nd CD he was nearly finished producing and Mr.
Weiss said to please be sure he receives a copy. This I will do!

Mr. Weiss's world has been his beloved law firm, family and friends and his
philanthropic endeavors. I know he feels remorse - I've seen it in his face. More than one
of us at the firm has had tears. Since I lost my love, I didn't think I had any more of
those, but you always have more tears for those you care about.

511

Honorable John F. Walter
April 26, 2008
Page 2


I really missed Mr. Weiss's Matzoh Brie this year. Each year he personally prepared his grandma's Matzoh Brie at Passover for the firm in a huge skillet! The different floors would take turns coming to the kitchen where it's made to get a plate and all the trimmings. It was delicious and the first time I've missed having it in all these years.

It is my hope that you will be able to impose leniency for this truly huge-hearted 72-year-old human being who I believe has already been paying for his guilty plea. I hope he will receive home confinement and perhaps community service in the sentence for such a brilliant, accomplished, sensitive, caring person.

I thank you for reading this letter about my extraordinary boss, Mel Weiss.

Respectfully,

*Karen Miles*

Karen T. Miles
245 Seaman Ave. 6D
New York, NY 10034

512

# GLORIA MILLER

April 17, 2008

Honorable John F. Walter
United States District Court
Central District of California
312 N. Spring Street
Room 176, Courtroom 16
Los Angeles, CA 90012

Re: United States v. Melvyn I. Weiss
NO. CR 05-587(E) – JFW

Dear Judge Walter,

I am writing to you on behalf of my dear friend Mel Weiss. My name is Gloria Miller and I have been a close friend of Mel and his wife Bobbi for 43 years. As young married couples we met in Oyster Bay, Long Island, NY at which point we each purchased homes in the same development.

Mel was an instant community leader and helped to organize and build our temple as there were none built at the time. We had much in common as our children were the same ages. My first son Gary Miller was born mentally retarded and I became very involved in The Association for the Help of Retarded Children (A.H.R.C.) in Brookville, Long Island, NY. of which I was president of the Nassau County Chapter for 5 years.

Throughout our relationship Mel was always available to offer whatever help he could give of himself and was always as charitable as he could be at the time. Over the many years I have shared in their happy family occasions. In more recent times as a single woman I am always included for Passover, Thanksgiving and other family gatherings. The same circle of friends that started in Oyster Bay 43 years ago are still together as friends even though we are not all of the same financial level Mel has always kept the same friends and never has wavered in his loyalty to his "old friends".

It was not surprising to me that Mel would admit to his wrong doing and be truly remorseful. He is a man of exceptional character who has accomplished many great things over the course of his lifetime. I still hold him in great esteem despite his misconduct, because, I cannot discount him being a kind, caring, loving human being who has always thought ahead of what he could do for others.

As someone who knows Mel and his family very well I ask Your Honor to please take into consideration all Mel has achieved and how much his family needs their father and grandfather to be with them. At his age I hope he can serve his time at home to best use his abilities in doing community service. Mel has always been a mentor to so many along the way it would be a shame not to utilize all he has to offer.

Thank you Your Honor for taking the time to read my letter on behalf of my dear friend Mel Weiss. I hope you would temper your judgment with leniency for a man who accepts his guilt and who has great potential to continue making a meaningful difference as a human being.

Respectfully yours,

*Gloria Miller*

Gloria Miller

500 East 77th Street
Apt. 715
New York, NY 10162

**513**

# CLARK, GAGLIARDI & MILLER P.C.

### ATTORNEYS & COUNSELORS AT LAW

THE INNS OF COURT
99 COURT STREET
WHITE PLAINS, NEW YORK 10601-4265
(914) 946-8900

HENRY G. MILLER
LAWRENCE T. D'ALOISE, JR.
LUCILLE A. FONTANA
ROBERT J. FRISENDA
ANGELA MORCONE GIANNINI
JOHN S. RAND
DENISE LIOTTA
SARAH J. EAGEN
LYNN S. ROSENTHAL
P. DAWN BAKER MILLER

CLARK & CLOSE (1907)
ROBERT Y. CLARK (1907-1961)
FRANK M. GAGLIARDI (1920-1980)
LEE PARSONS DAVIS (1957-1961)
ELBERT T. GALLAGHER (1974-1977)
JOSEPH F. GAGLIARDI (1988-1992)
LEE P GAGLIARDI (1956-1972)
MORTON B. SILBERMAN (1979-2007)

FAX (914) 946-8960

April 16, 2008

Honorable John F. Walter
United States District Court
Central District of California
312 N. Spring Street
Room 176, Courtroom 16
Los Angeles, CA 90012

**Re:  United States v. Melvyn I. Weiss**
**No. CR 05-587(E) – JFW**

Dear Judge Walter:

By way of introduction, I am a Past President of the New York State Bar Association, as well as my local Bar Association in Westchester County.  I have been a Regent of the American College of Trial Lawyers and a Director of the International Academy of Trial Lawyers.  My career has had a particular emphasis on Ethics in the legal profession as well as in government.  Former New York Governor Mario Cuomo appointed me to Chair the Ethics Commission on Local Government.  I wrote the Chapter on Ethics for *ATLA's Litigating Tort Cases* which is the comprehensive text used by the American Association of Justice (formerly ATLA) for all plaintiffs' attorneys in the country.

I am presently the senior partner of a 100 year old law firm, Clark, Gagliardi & Miller, P.C.  Our firm has been blessed with the presence of those who have been Judges or who have gone on to become Judges, such as my dear late friend, Lee P. Gagliardi, who served on the Federal Bench in the Southern District of New York.

**514**

Page 2                              April 16, 2008

As such, I think I have the background to speak to you from the vantage of one who believes that high integrity is the most essential quality for a lawyer to possess, the very bedrock of our privileged position in society.

I have known Melvyn I. Weiss for over 30 years, personally and professionally. I have appeared in seminars on legal education with him. He has never hesitated to share his considerable knowledge with fellow members of the Bar. I know his law firm which he did so much to create and of which he is justifiably proud and which has served well many ordinary people against powerful interests. But for him, they may never have had their day in Court.

I was trial counsel some years ago to his firm in a case tried in New Jersey. Presently, I represent that firm in two arbitrations brought against it by former partners.

In all my dealings with Mel Weiss, I have never seen him or heard of him doing anything unethical, improper or which would bring shame on our profession. I have found him to be generous and helpful to all with whom he comes in contact.

I know my opinion is not a lonely one. He enjoys a fine reputation among his peers. I have personally spoken over the years to some of the major Wall Street lawyers who were often his opponents. They all agreed he was a man worthy of trust to whom you could always speak sensibly and work things out reasonably.

In 1985, Melvyn I. Weiss was admitted to the membership in the American College of Trial Lawyers. As a former Regent of the College, I know the review that each candidate undergoes. It is beyond thorough. Ethics is the most investigated quality. Had there been any blemish, he would not have been admitted. Without doubt, the College has only been open by invitation to those who have maintained the highest honor in our profession. That was the very mission of our Chancellor-Founder, the Honorable Emil Gumpert, who was a Judge in the State of California as well as a former President of the California Bar.

**515**

Page 3                                         April 16, 2008

I am aware that Mr. Weiss pled guilty to criminal conduct and accepted full responsibility for that conduct. But I also know that the Court has discretion in the sentence it will impose.

Mr. Weiss's pro bono work and generosity to all, such as his alma mater, New York University Law School, and victims of injustice, be it those persecuted in the Holocaust or injured or killed in the bombings in Argentina, are well known. Humbly, I suggest the good he has done far outweighs the wrong he has admitted.

I, therefore, presume to ask this Court to impose no jail sentence on Mr. Weiss. It would be a waste both from the viewpoint of society and Mr. Weiss. With deference to the Court, I do believe that community service would be the wise sentence to impose. There is much this man of great talent can do to help the community.

In my view, none would be able to fairly complain that he is being treated too leniently. The message of his wrongdoing has already gone out to the public in a very national way. That function of punishment is already being served.

Respectfully, I urge community service is the appropriate punishment to be imposed.

Respectfully yours,

Henry G. Miller

HGM:cnp

Honorble John F.Walter
United States District Court
Central District of California
312 N.Spring Street
Room 176 Courtroom 16
Los Angeles,California 90012

RE:United States v.MELVYN  I.WEISS
No.CR05-587 E -JFW

Dear Judge Walter,
    I started out as a school teacher in the South Bronx .I went to the City University of New York and was fortunate to teach intellectually gifted children for three years before having a career in the business world that has scanned four decades.I am currently on the Board of Directors, of a public toy company based in Malibu, California, called Jakks Pacific.
    My purpose in writing is to tell you that I have known Mr.Weiss for eight years and have spent quite a bit of time with him mostly socially on weekends. I have come to know him and love him as the complete human being that he is. He is a kind gentle man that has demonstrated enormous acts of generosity  and kindness.
    When a life long friend of mine had brain surgery several years ago and when I barely knew Mr.Weiss he flew my family from Florida to New York to be by our friends bedside. I have attended a Parkinson dinner that honored Mr. Weiss where millions of dollars was raised for a friend of Mr. Weiss who had been stricken with this disease.
    Threre are countless acts of decency that Mr.Weiss has performed for his friends and community over the years. Many will never come to light because Mr. Weiss is a humble decent man.I beg you with all my heart and soul,your honor to show leniency to a man who has helped so many people from all walks of life.We all need him deperately as inspiration in our lives. He is that special.I respectfully submit this request to you,Thank You, Michael G. Miller

**************
Need a new ride? Check out the largest site for U.S. used car listings at AOL Autos.
(http://autos.aol.com/used?NCID=aolcmp00300000002851)

517

## DRS. MININBERG & FECHTER, P.A.

Harvey N. Mininberg, M.D., A.A.O.S.                                        Practice Limited to Orthopaedic Surgery
Joel D. Fechter, M.D., A.A.O.S.                                           Arthroscopic Surgery & Sports Medicine

Doctors Medical Park West
Suite 105A
10301 Georgia Avenue                                                      Bowie Office Park
Silver Spring, Maryland 20902         April 15, 2008                      Suite 104
                                                                          14300 Gallant Fox Lane
Office (301) 681-7100                                                      Bowie, Maryland 20715
Billing (301) 681-0880
Physical Therapy (301) 681-6884
Fax (301) 681-6146                                                        Office (301) 262-6262

Honorable John F. Walter
United States District Court
Central District of California
312 N. Spring Street
Room 176, Courtroom 16
Los Angeles, CA  90012

RE: UNITED STATES v. MELVYN I. WEISS
NO. CR 05-587(E) - JFW

Dear Judge Walter:

I am writing to you at this time to plead for mercy and leniency with regard to my
dear friend, Melvyn I. Weiss.  I have known Melvyn for approximately 20 years.
He is kind, caring and considerate.  He does many outstanding public and private
deeds.  His pro bono work as well as his many awards and professional
accomplishments are well known.  Less well known, are the private acts of
generosity and kindness that he has demonstrated to people in need.

Mel has expressed to me his true remorse and takes full responsibility for his
misconduct.  I hope you will take into account the totality of Mel's life and impose
a lenient sentence that not only considers the crime that Mel has pleaded guilty
to, but also recognizes the many extraordinary accomplishments of this truly
amazing man.

I urge the court to impose a period of home confinement and community service
as part of his sentence.

Thank you for your time and consideration.

Yours truly,

Harvey N. Mininberg, M.D.

518



**Moritt Hock Hamroff & Horowitz** LLP
A T T O R N E Y S   A T   L A W

Neil J. Moritt
Partner
Email: nmoritt@moritthock.com

May 16, 2008

Honorable John F. Walter
United States District Court
Central District of California
312 N. Spring Street
Room 176, Courtroom 16
Los Angeles, CA 90012

Re:   United States v. Melvyn I. Weiss
       No. CR 05-587(E) – JFW

Dear Judge Walter:

I am the Senior Partner in the law firm of Moritt Hock Hamroff & Horowitz LLP and currently the Chair of the Firm's Management Committee. Although the Firm practices law on a statewide basis and, indeed, in neighboring jurisdictions, we remain a Long Island based law firm. I make my home in Laurel Hollow, Long Island, just a few minutes from Mel Weiss' residence. I have had occasion to visit with Mel at his lovely home and to view some of the artwork which he so dearly loves. I graduated from Brooklyn College, and in 1964 I received my degree from the New York University School of Law.

I should state at the outset that I am not motivated to write this letter out of any close personal relationship with Mel. Although my relationship with Mel goes back over three decades, it has been primarily a professional relationship and there were many years that went by in which we had no communication at all. Nonetheless, having known Mel and worked with him professionally as co-counsel on a litigation when I was a relatively young lawyer, I had developed a great respect for him professionally and personally and followed his career with some interest.

In all honesty I must say that I struggled with writing this letter to the Court. As a lawyer I am sensitive to the public image of our profession and the acknowledgement of criminal conduct by a high profile, highly respected fellow attorney. I write to the Court urging leniency for Mel Weiss because I deeply believe, when all is said and done, a man should be judged, to the extent that the law allows, by the way he has lived his whole life, personally and professionally. At 73 years of age the "body of work" by which Mel should be



Moritt Hock
Hamroff & Horowitz LLP
A T T O R N E Y S   A T   L A W

Honorable John F. Walter
May 16, 2008
Page 2

judged is fairly complete.  In the big picture, in the balance of things, I would submit that his
contributions to society far surpass the blemishes and improprieties.

As a lawyer for over four decades, spending most of that time representing
substantial business institutions and interests, I understand only too well how important it is
for the "little guy" to have someone available to advocate his position against the moneyed
interests and financial institutions that have the wherewithal to bury in a swamp of litigation
anyone who might seek to question or challenge their practices.  Mel Weiss, and the firm
which he helped build, with whatever flaws, gave judicial access to tens of thousands of
people who would not have otherwise been afforded that opportunity.  When a lawyer has the
courage to embark on the course which Mel Weiss did, he does so knowing that he is going to
make powerful enemies.  However, he also has the satisfaction of knowing that he has fought
the good fight and done something to keep the financial goliaths of the world in check.

On a more personal note, I first met Mel Weiss when I was a young lawyer
starting to build a practice and had developed a client that had been sorely taken advantage of
by a major financial institution.  As it turned out, my client had a competitor who was a
victim of the same predatory practice and whose attorney was Mel Weiss.  Mel had some
valuable experience in class action and anti-trust law and although he had been practicing
only six years longer than I had at the time, as a young lawyer those six years made a vast
difference.  Mel and I and our respective clients met and reviewed the situation.  Mel laid out
the strategy for a litigation and we became co-counsel.  Although Mel was far more
experienced and certainly more financially successful than I was, he always treated me with
dignity and respect.  Particularly in front of my client he treated me as an equal, although
privately when we worked together on the case, he was always lead counsel and not reluctant
to help me improve my skills.  I particularly remember one occasion where we were preparing
to go into Federal Court to argue a crucial motion.  Our adversary was a prominent and skilled
attorney from one of the big Wall Street law firms.  In the hallway outside of the Courtroom
before we argued the motion, Mel fell silent and paced up and down the corridor in what
appeared to be an agitated state.  I understood that he was gearing up for the fight, and
watching him in Court I knew that he relished it.  The more powerful the adversary, the more
Mel seemed to enjoy the fight.  Ultimately, the case was settled favorably for our clients.  The
result helped to cement my relationship with the client that ultimately became the mainstay of
this Firm in its formative years.   For that experience I will be forever grateful to Mel.

I also had occasion to join with Mel as a co-counsel in a class action in more
recent years, at a time when the six year difference in our relative years of experience was



Honorable John F. Walter
May 16, 2008
Page 3

much less significant. In this more recent experience as co-counsel, although Mel and I did not always agree on every strategy and issue, Mel was always willing to talk it over, hear me out and try to reach a mutual accommodation. It was not always easy since both Mel and I, at this later stage in our careers were pretty much used to running the show the way we saw it. Indeed, we had words from time to time, but ultimately we worked things out and again, the matter was successfully resolved. My respect for Mel and his willingness and ability to take on the financial giants of the world remains intact. I know firsthand of Mel's continuing concern for the people that he views as the victims of unfettered power. Whatever one may read in the media or in papers filed by his adversaries, I know firsthand of Mel's genuine concern for the "little guy".

Respectfully, I urge the Court, in imposing sentence to consider not only the crime that Mel has pleaded guilty to, but also to consider his courage, his achievements, his generosity and his kindness to others. Under all of the circumstances, I would ask the Court when sentencing Mel Weiss to consider home confinement and/or community service as satisfaction of at least a substantial portion of the sentence.

I thank you for your kind consideration.

Respectfully submitted,

NEIL J. MORITT

NJM:dr

F:\CLIENT-2\NJM\walter.51508.doc

**521**

**IRVING MORRIS**
100 Sunrise Avenue · Apt. 203
Palm Beach, FL 33480

May 18, 2008

Re: United States v.
Melvyn I. Weiss
No. CR 05-587(E) - JFW

Dear Judge Walter

I write to request that you exercise leniency in your sentencing of my friend and colleague, Melvyn I. Weiss. Since September 11, 2001, I have been retired from the practice of law. While in practice I served as President of the Delaware State Bar Association and by appointment of the Supreme Court of Delaware I served for twenty years as Chairman of the Court's Committee on Litigation - Ethical Problems. I am the recipient of a number of honors including the First State's Distinguished Service Award (the Bar's

522

-2-

highest honor) and by designation of then Governor Thomas Carper (now Senator Carper) the Order of the First State, an honor conferred from time to time by the Governor.

I first met Mr. Weiss over thirty-five years ago in the U.S. Financial Securities Litigation where I represented the Class of common stockholders and he represented the Class of debenture holders. Together we prosecuted the litigation which resulted in settlements of over fifty million dollars we negotiated and Judge Howard Terrentine approved. Thereafter I participated in many cases with my friend. In every instance Mr. Weiss pressed each case professionally with integrity in the interest of the class members he represented. His excellence as a litigator led to

523

– 3 –

his recognition by his peers, both those on the plaintiffs' side and those on the defendants', that he was the pre-eminent practioner of his craft.

Mr. Weiss is a caring person in his personal affairs as well as in public. He has given substantially to charitable and educational institutions. Our professional relationship evolved into a personal friendship which I treasure. I regard him as a brother.

Given his character, as I expected would be the case, he has accepted full responsibility for his actions.

My prayer is you will find the compassion in your sentencing to permit this good man to spend as many days in freedom with his family as the good Lord allows.

Respectfully,

Irving Morris

The Honorable John F. Walter
United States District Court
Central District of California
312 N. Spring Street
Room 175, Courtroom 16
Los Angeles, CA 90012

524

**IRVING MORRIS**
100 Sunrise Avenue · Apt. 203
Palm Beach, FL 33480

May 19, 2008

Dear Mr. Brafman,

By Fed Ex I forward my letter addressed to Judge Walter seeking leniency in sentencing my friend, Mel Weiss. I did not receive a copy of your letter until Friday afternoon, May 16. I leave to your judgment whether or not to use my letter.

Sincerely,

Benjamin Brafman, Esquire
Brafman Associates, P.C.
767 Third Avenue
26th Floor
New York, New York 10017

525



**THE RAMPART GROUP**

INSURANCE ASSOCIATES

RAMPART BROKERAGE CORPORATION / POLAR RAMPART INTERNATIONAL BROKERAGE COMPANY / NEWPORT COVERAGE CORPORATION

April 8, 2008

Honorable John F. Walter
United States District Court
Central District of California
312 N. Spring Street
Room 176, Courtroom 16
Los Angeles, CA 90012

RE;  UNITED STATES V. MELVYN I. WEISS
     NO.CR05-587(E) – JFW

Dear Judge Walter:

I have known Mel Weiss and his family all of my adult life, personally and professionally.  I have been Mel's insurance agent for the past 40+ years.  I have worked with him and find him to be a warm, caring, generous individual.

In addition to our business relationship, I have been involved in many of Mr. Weiss' philanthropic endeavors.  I have attended countless fundraisers held by him for causes he felt passionate about.  He has stepped up to spearhead support for educational institutions, religious institutions, and social services.  I can recall, as his insurance agent, helping Mr. Weiss when he wanted to go to Argentina to help the bombed out Jewish Federation building.  He raised funds to rebuild the building torn apart by terrorists, and then sent in an art exhibit so that people could feel proud of their community center.  He opened the exhibit to the entire Buenos Aires community and personally paid for the exhibit and all that it entailed.

He and I have been involved for many years in the North Shore Long Island Jewish Health System New Leadership Group.  He helped raise hundreds of thousands of dollars to support the Child Life programs which help normalize the stay for children at the Hospital.

These are just a few examples of the measure of this man and I ask you take these attributes into consideration in deciding his sentence.  Mr. Weiss' philanthropic efforts are very widespread and benefit so many just and needy causes, that I ask you take into consideration these attributes in deciding his sentence.

Sincerely,

Stanley Morris, President
The Rampart Group

RAMPARTINSURANCE.COM

1983 MARCUS AVENUE  SUITE C130   LAKE SUCCESS, NEW YORK  11042-5494       T 516.538.7000   F 516.390.3555

**526**



NASCHITZ, BRANDES & CO., ADVOCATES
5 TUVAL STREET, TEL-AVIV 67897 ISRAEL
TEL. 972-3-623-5000 FAX. 972-3-623-5005

HAIFA OFFICE: 2 PAL-YAM AVENUE,
CITY WINDOWS, OREN BUILDING, HAIFA 33095 ISRAEL
TEL. 972-4-864-4433 FAX. 972-4-864-4833

WWW.NBLAW.COM

Tel Aviv, 15 April 2008

N/1/1

**Honorable John F. Walter**
United States District Court
Central District of California
312 N. Spring St., Room 176, Courtroom 16
Los Angeles, CA 90012
United States of America

Your Honor,

### Re: U.S. v. Melvyn I. Weiss
### No. CR 05-587(E) – JFW

I am an Israeli attorney who has set up an independent law firm as a sole practitioner in 1957. Today I am the senior partner of the firm which comprises 86 lawyers of them 23 partners. Our firm, Naschitz, Brandes & Co., is one of the top ten law firms in Israel.

I have known Melvyn I. Weiss, or "Mel" as I call him for a number of years, but even before I had met him in person I knew of him. His reputation in the Israeli law and business community is unsurpassed not only due to his professional abilities but first and foremost due to his *pro-bono* work for the Jewish people. After I had the honor to meet him, I was captivated by his strong, yet warm and compassionate personality, his readiness to be of immediate assistance in all matters, his unsurpassed family relations and his love for the Jewish people and for Israel.

At a time as chairman of the Israeli Chapter of AIDA – the International Association of Insurance Law, I invited Mel to come and speak at a seminar devoted to a comparative law subject. Mel immediately responded favorably and came to Israel at his own expense. Needless to say that his lecture was the high water mark of the seminar. He rendered invaluable guidance on the subject to

527



– 2 –

members of the Israeli legal profession and continued to give free counseling to participants even after his departure.

I understand that Mel pled guilty to the charges which were brought against him. I understand that there is nothing I can say in this respect except that it shows again his straight – forwardness and strict self criticism to serve the ends of justice even at a heavy personal price. I do however make bold to ask your Honor to show compassion and leniency in sentencing Mel to enable him to continue to progress and practice having regard to the high human qualities with which he is blessed.

Respectfully,

P.G. Naschitz, Adv.
Naschitz, Brandes & Co.

V:\Files EAN\8.in N\N-1-1\08-04-15 Walter - Mel Weiss v US.doc

528

**North Shore LIJ**

**North Shore-Long Island Jewish Health System Foundation**

125 Community Drive
Great Neck, New York 11021
Tel (516) 465-2550
Fax (516) 465-2598

April 14, 2008

Co-Chairmen
of the Board

SAUL B. KATZ

WILLIAM L. MACK

President

RALPH A. NAPPI

Senior Vice Presidents

CECELIA T. FULLAM

KEVIN J. DWYER

Senior Vice Chairmen

DONALD ZUCKER

ROY J. ZUCKERBERG

Vice Chairmen

LLOYD M. GOLDMAN

ROBERT D. ROSENTHAL

BARRY RUBENSTEIN

Secretary

ROGER A. BLUMENCRANZ

Honorable John F. Walter
United States District Court
Central District of California
312 North Spring Street
Room 176, Courtroom 16
Los Angeles, CA 90012

Re: United States v. Melvyn I. Weiss
     No. CR 05-587(E)-JFW

Dear Judge Walter:

I practiced law for more than 30 years with offices in Port Washington and New York. My initial contact with Mel was to represent him in a relatively minor real estate transaction which was completed in a short amount of time. That was the only time I represented Mel as his attorney. My firm specialized in real estate matters and we represented a number of banks. I retired from the practice of law after my wife died in 1990.

For the part 37 years I have been on the Board of Trustees of the North Shore – Long Island Jewish Heath System. I presently serve on the Executive Committee of the system and I am President of the Health System Foundation and Chair of the Feinstein Institute for Medical Research. Basically I have been involved in the not-for-profit field much of my life, the last 18 of which has been on a full time basis.

MICHAEL J. DOWLING

President and
Chief Executive Officer

North Shore-
Long Island Jewish
Health System

When I learned of Mel's guilty plea I called his son, Gary, and asked him if I could write a letter on his father's behalf. He was appreciative of my call and told me he would ask his father's lawyer. I normally don't volunteer to do something like this, but after knowing Mel for more than 20 years and having experienced his generosity and sincerity as a decent human being, I felt I had do something to help in some small way. I have, on a number of occasions, called upon Mel to help with a number of causes involving the health system and particularly children. He has never failed to help with his time and his resources and for that the children of this community are grateful. Mel is a truly giving person and I am distressed about what I consider an aberration in the behavior of a decent person. I am not trying to provide an alibi for what Mel did, but I am hoping that you will give Mel every consideration in whatever sentence you deem to be appropriate.

Sincerely,

Ralph A. Nappi

**529**

1606 James Street
Merrick NY 11566
April 14, 2008

Honorable John F. Walter
United States District Court
Central District of California
312 N. Spring Street
Room 176, Courtroom 16
Los Angeles, CA 90012

RE: UNITED STATES v. MELVYN I. WEISS
     NO. CR 05-587 (E) – JFW

Dear Judge Walter,

Our names are Robert and Gerilyn Neiman. Gerilyn has known Mel Weiss for 25 years. Robert has known Mel Weiss for 10 years. Gerilyn is a second grade school teacher in the Lynbrook New York school district since 1974. Robert is a sole proprietor investment advisor since 2003 and a CPA since 1982.

Our brother-in-law is Mel Weiss' son, Gary. We know Mel and his family through many family holidays, and family celebrations. Even though we are not directly related, Mel has opened his home to us on many occasions, going out of his way to help us feel welcome. Despite being extremely successful, Mel has always participated in family events and traditions as just "another member of the family."

Gerilyn is one of five siblings with a large close family. Mel and his wife are often a part of family gatherings. They have a close relationship with Gerilyn's parents, Fred and Pearl. They are friends as well as in-laws.

Gerilyn was going through an extremely difficult divorce in 1998. During that time, Mel was very supportive and offered whatever assistance might have been needed. When we, Gerilyn and Robert got married, Mel went out of his way to attend our wedding, despite his busy schedule.

On numerous family occasions that we have shared with Mel, his 95 year old mother, "Great-Grandma Gigi" was present. We were very aware of Mel's adoration and devotion to his mother. He goes out of his way to care for her and be there for her.

Mel has always had a deep interest in and special feelings for our nephew Eric Rothman. Eric was born 12 years ago. He was 3 months premature and weighed less than 2 pounds. Despite not being related to Eric, Mel always went out of his way to include him in recreational activities that he did with his own grandchildren. Eric looks up to Mel and admires him greatly.

530

Another nephew, Bradley, is severely autistic. Bradley can't communicate using words. He is often disruptive and cannot control his behavior due to his disability. Despite this, Mel has always been compassionate and supportive towards Bradley. He has gone out of his way to interact with Bradley and has included him in many extended family functions.

We are aware that Mel Weiss has pleaded guilty to certain crimes. We are asking the court to impose a lenient sentence on him including home confinement and / or Community Service as significant part of his sentence.

Yours truly,

Robert Neiman

Gerilyn Neiman

531

# SANFORD NEMSHIN

141 Commodore Drive
Jupiter, FL 33477
Telephone:  (561) 745-5642
Facsimile:  (561) 745-5643

April 22, 2008

The Honorable John F. Walter
United States District Court
 For the Central District of California
312 North Spring Street
Room 176, Courtroom 16
Los Angeles, CA 90012

> Re:    United States v. Melvyn I. Weiss
>          No. CR 05-587(E) - LFW

Dear Judge Walter:

I am writing on behalf of Melvyn I. Weiss in connection with the
sentencing hearing to be held in June.

I have known Mel for 38 years.  We were neighbors for most of those
years and each of our children grew up together.  Mel is a loving father to his
children and someone special to my children.  My wife and I saw Mel and Bobbi
socially numerous times a year through our long friendship.  Both Mel and I
were very active in our community and local Jewish Center.  Mel's support in
our Synagogue was instrumental in keeping our Jewish Center and religious
school going in difficult times.  Mel's efforts to help others extended way beyond
our local community.  After the bombing of the Jewish Center in Argentina, Mel
was asked to go to Argentina to help that community.  He went often. He was
very active in bringing to a settlement the claims by Holocaust survivors against
the Swiss Banks and German companies.  He also took part in dozens of other
situations to help those less fortunate than himself.  I must say that after sharing

**532**

this information with you I feel that in the 30 years I knew Mel he was always trying to help others who, in many cases, could not help themselves.

He also did little things that were dear and important to others. As an example, when my daughter was a little girl and waited for her school bus each morning, Mel made it a point to drive by, on his way to work, and wave to her. She has never forgotten those acts of kindness.

Prior to my retiring, I was President and owner of a textile company based in New York and North Carolina. For 40 years we were a major fabric supplier to the toy and juvenile product industry in the United States.

I respectively urge the court to be lenient in the sentencing of Mel in light of a life-long history of working for the benefit of those less fortunate than himself.

Respectfully yours,

Sanford Nemshin

**533**

# DISERIO MARTIN O'CONNOR & CASTIGLIONI LLP

ATTORNEYS AT LAW
ONE ATLANTIC STREET
STAMFORD, CONNECTICUT 06901-2402

TELEPHONE: (203) 358-0800
FACSIMILE: (203) 348-2321
WEB SITE: www.dmoc.com

BRIAN O'CONNOR
E-MAIL: boconnor@dmoc.com

NEW YORK CITY OFFICE
420 LEXINGTON AVENUE
SUITE 1406
NEW YORK, NEW YORK 10021
TEL: (212) 616-3094

WESTCHESTER COUNTY OFFICE
50 MAIN STREET, SUITE 1000
WHITE PLAINS, NY 10606
TEL: (914) 684-0090

May 6, 2008

Honorable John F. Walter
United States District Court
Central District of California
312 N. Spring Street
Room 176, Courtroom 16
Los Angeles, CA 90012

Re:   United States v. Melvyn I. Weiss, No. CT 05-587(E)-JFW

Dear Judge Walter:

It is my understanding that you will be sentencing Melvyn Weiss shortly. I would like to write this letter on behalf of Mel Weiss and I hope that you will take it into consideration in deciding his sentence.

I have known Mel for over 30 years and have had several matters with him during that timeframe. I have always found Mel to be a person of utmost integrity and honesty in all of my dealings with him. He conducted himself in a very professional way. I always thought he brought credit upon himself, his firm and the profession in the way in which he conducted himself and handled his cases.

I know first hand that Mel has gone out of his way to help many people who are less fortunate, including making substantial donations and giving his time and effort to many worthwhile causes. Mel has a great love and respect for our country and for the rule of law which it represents.

534

Honorable John F. Walter
United States District Court
Central District of California
May 6, 2008
Page 2


    I hope that you will see fit to be merciful to this very good and decent man who, unfortunately, made a serious mistake.  I know from speaking to him that Mel deeply regrets his violation of the law.  In view of his age and the many good things that he has done during his lengthy career as a lawyer, I ask that you not send him to prison.  His knowledge and experience could be better put to use in a form of community service.  Mel has a lot to offer and I think that this would be the best way for him to repay his debt to society.

    Thank you for your consideration.

Sincerely,

Brian O'Connor

BOC:rdp

F:\COMM\BOC\Weiss.Judge Walter.Ltr.05.06.08.doc

535

Honorable John F. Walter

United States District Court
Central District of California

312 N. Spring Street
Room716, Courtroom 16

Los Angeles, Ca. 90012

Re: United States v. Melvyn I. Weiss                      April 20,2008
No. CR 05-587(E)-JFW


Dear Judge Walter,

My name is Clifford Osinoff and I have known Mr. Melvyn Weiss for almost
fifteen years. I met him through his son Gary who is a good friend of mine. I have
gotten to know the Weiss family during this time and I can not say enough about
their kindness and good nature.

My wife's mother was out of state and we got a call she was critically ill. In
desperation we tried to get a flight to be with her and were unsuccessful. When
Mel heard of this he want out of his way to find a way for my wife to get to see
her mother before she passed away. We were both very grateful for this and
express our appreciation.

When religious holidays soon came, knowing that we had just lost my wife
mother and would not be spending the traditional time with her, Mel insisted that
we come to his house and enjoy the holiday with his family.

This is the kind of person Mel Weiss is. Very caring and giving in every way.

We are very sorry to hear about his troubles and hope and pray that he is given
every consideration for all the good he has done. We are very fond of his whole
family and our hearts are saddened for them.

Please consider all the good this man has done in his life when reviewing the
situation. There are some many good things he has done for so many people.

Thank you for your time,

Clifford  Osinoff
24 Tappentown Lane
Brookville , N.Y. 11545

**536**

Honorable John F. Walter
United States District Court
Central District of California
312 N. Spring Street
Room 176, Courtroom 16
Los Angeles, Ca. 90012


RE: UNITED STATES v. MELVYN WEISS
NO. CR 05-587 (E) – JFW

Dear Judge Walter,

My name is John Paganelli, a good friend of Melvyn Weiss for fifteen years. We met at
the time my company was a defendant in an action led by Mel. The company was wrong,
Mel was right and that was that !

I graduated from The Virginia Military Institute in 1957. That educational experience
taught me a great deal about honor, loyalty and integrity.. qualities that are the same
today as they were then.. and are those that one looks for in his friends.. and which I
found in Mel Weiss.

Mel's admission to his misconduct does not excuse it, but does not take into account the
voluminous charitable acts quietly performed by this man. I have personally witnessed
his concern and actions on behalf of individuals who had neither the means or knowledge
to help themselves. He has been a long time champion of the wronged and has never
profited from his interventions on their behalf except for the satisfaction one receives for
helping the less fortunate.

The penalties attached to his misconduct are severe.. loss of his ability to practice the law
in itself the most severe. I would appeal to your honor's charitable side in asking you to
treat this man kindly as he has treated many others in his private life.. he has been a gift
to many. Community Service is something Mel Weiss has practiced his entire adult life ..
would it not be appropriate to include this as a major portion of his debt to society?

Thank you for reading this letter in support of my friend, Melvyn Weiss.

Sincerely,

John A. Paganelli
25 Woodbury Place
Rochester, New York 14618
April 22, 2008

**537**



Honorable John F. Walter
United States District Court
Central District of California
312 N Spring Street
Room 176, Courtroom 16
Los Angeles, Ca 90012


Re: United States v. Melvyn I Weiss
Ho: CR 05-587(E)-JFW

**538**



Apr 12   08

Dear Judge Walter:

I am writing this letter on behalf of my dear friend Melvyn Weiss.

Mel has been a been a friend of both my husband & myself for many, many years. He has always contributed to many of our charities & always been willing to help us with any problems we might have had.

I am well aware of Mel's decision to plead guilty & he has personally expressed his true remorse for his misconduct to both my husband & to me.

**539**



②

I do beg of you to extend
as much lenency to sentencing
Mel as you possibly can for
he is a most remarkable human
being in so many ways.

Sincerely
Norma Parker
(Mrs Jack)

**540**



**TOY CORP.**   Tel: 631-273-8697   www.taratoy.com   Fax: 631-273-8583

40 Adams Avenue, Hauppauge, NY 11788

April 22, 2008

Honorable John F. Walter
United States District Court
Central District of California
312 N. Spring Street
Room 176, Courtroom 16
Los Angeles, CA 90012

RE: **UNITED STATES v. MELVYN I. WEISS**
**NO. CR 05-587 (E) – JFW**

Dear Judge Walter:

My name is Bruce Pearl, I own a toy company on Long Island that employs over 100 people, and I have been a friend of Mel Weiss for more than 10 years. In all of the years that I have known Mel, the main thing that sticks out in my mind is the charitable work that Mel has done and supported for so many years. Hardly a week goes by when I see Mel that he does not mention a charity or cause that he is working on or needs help with. I am aware of the fact that Mel has pleaded guilty to certain actions, however I still have great admiration for him and I know that he can and will still contribute to the public good, and I hope you will take this into consideration at his sentencing. Mel is a very fine man who I am proud to say is my friend.

Thank you,

Bruce Pearl
President, Tara Toy Corporation

**NEW YORK SHOW ROOM**
200 Fifth Avenue - Suite 961
New York, NY 10010
Tel: 1 212 691-6025
Fax: 1 212 633-9845

**HONG KONG OFFICE**
c/o Soma International Ltd
South Seas Centre, Tower 1, 6/F
75 Mody Road, T.S.T. East
Kowloon, Hong Kong
Tel: 011 852 2722-5311
Fax: 011 852 2722-1862

541



# The Reform Temple *of Forest Hills*

### A Member of The Union for Reform Judaism

April 25, 2008

**Mayer I. Perelmuter**
Rabbi, D.D., D. Min.

**Cary H. Schwartz**
Cantor

**Marsha Marksheid**
Executive Director

**Faye Gilman**
Educational Leader

**Diane Levy**
President

**Ronald F. Ries**
Vice President

**Jill Manis**
Treasurer

**David Zweighaft**
Secretary

**Lois H. Silverman**
Special Advisor,
Programming

**Andrew M. Axler**
Legal Counsel

Honorable John F. Walter
United States District Court
Central District of California
312 N. Spring Street
Room 176, Courtroom 16
Los Angeles, CA 90012

RE: United States vs. Melvyn I. Weiss
      No. Cr 05-587 (E)-jfw

Dear Judge Walter:

I am writing this letter on behalf of Mel Weiss. I first met Mel Weiss five years ago through a member of our congregation who works for him. I am the Rabbi of The Reform Temple of Forest Hills in Queens, New York. I have served this congregation for over thirty years. I am an ordained Reform Rabbi and hold a Doctor of Ministry in Pastoral Care.

I am writing this letter because the Mel Weiss that I know is a caring, generous, and devoted member of the Jewish community. He supports many noble causes, and was very supportive of our congregation during a year that we were in transition and facing crises. Our congregation is just one of the many Jewish and Secular organizations that Mel has graced with this support and generosity.

Though I have only known him for a relatively short time, I do know and have spoken with individuals who he has selflessly and compassionately supported in their hour not only of financial but also emotional need. His support and caring have endeared him to some of the finest people that I know. They were helped by him at critical times of their lives, and they have the highest regard for him. I therefore, plead with the court to impose a lenient sentence that takes into consideration not only the crime that Mel has pleaded guilty to but also I humbly ask that you recognize the many extraordinary accomplishment of this amazing man. I would ask that the Court impose a period of home confinement and more appropriately Community Service as part of the sentence.

Sincerely,

Rabbi Mayer Perelmuter

71-11 112th Street ◆ Forest Hills, New York 11375 ◆ 718-261-2900 ◆ Fax 718-263-1616 ◆ www.rtfh.org

**542**

April 22, 2008


The Honorable John F. Walter
United States District Court
For the Central District of California
312 North Spring Street
Room 176, Courtroom 16
Los Angeles, CA 90012

Dear Your Honor:

My name is Carmen A. Perez and I am currently the Executive Assistant to Melvyn I. Weiss. I have been at Milberg LLP since 2005. I consider myself fortunate to have such a caring, supportive, understanding and above all decent boss like Mr. Weiss. While working for him, we've had a good working relationship and I have nothing but kind things to say about Mr. Weiss. I have witnessed his kindness, generosity and sincerity towards his employees in many ways. I am very fond of Mr. Weiss and have the utmost respect for him. Such acts of kindness and generosity include permitting families to bring their children to generous holiday events, giving to various charitable organizations and causes.

Last year my 23 year old son lost his father to a very serious illness. Watching my son suffer and miss his father terribly was devastating and heart breaking. I constantly cried while sitting at my desk. During one of these occasions, Mr. Weiss noticed I was uncontrollably crying and asked me to come in to his office. I explained what my son was going through and the first thing he said without hesitation was "Is there anything I can do for you and your son to make this easier?" he also said "your son needs to be distracted and I think working would do a world of good. If he needs a job just let me know and we can figure out where to put him to work at Milberg". Mr. Weiss meant every word of what he said and I was deeply touched. His compassion, generosity is enormous and sincere. He is a giving man with a tremendous heart and he is very much admired, respected and loved by his family, employees and friends.

I realize that Mr. Weiss has made mistakes which any one of us as human beings are capable of making. What I am hoping and praying for is that your honor evaluates Mr. Weiss's <u>overall lifetime achievements</u>, generosity and kindness thus realizing that this is a great man who has contributed all his life in a very positive way to many people, the law and society as a whole. As a result I

**543**

would also urge the Court to impose a period of home confinement and community service where his great talents and experience may be used to contribute and continue to improve the lives of many others.

Thank you in advance for taking the time to read my letter and allowing me to share my personal experiences with this amazing man.

Respectfully yours,

*Carmen Perez*

Carmen A. Perez

**544**



**PLISKIN REALTY AND DEVELOPMENT, INC**

April 29, 2008

Honorable John F. Walter
United States District Court
Central District of California
312 N. Spring Street
Room 176, Courtroom 16
Los Angeles, Ca. 90012

Re: <u>**UNITED STATES v. MELVYN I. WEISS**</u>
<u>**NO. CR 05-587(E) – JFW**</u>

Dear Judge Walter:

My name is Kurt Pliskin and I am writing this letter on behalf of my friend Mel Weiss. I am in the real estate business in New York and am active in community, business and charitable groups in my locale. I graduated from the University of Pennsylvania (Wharton School) in 1956.

I have gotten to know Mel very well over a number of years and am well aware of all the Pro Bono work he has done on behalf of Holocaust victims to get their much deserved reparations from the Swiss and German governments and banks.

I also consider Mel a very loyal friend who would go out of his way to help other people.

I write to Your Honor with the hope that you may consider leniency, and or using Mel's background and knowledge for some community service that would be helpful for the greater community at large.

Respectfully,

Kurt Pliskin

Kurt Pliskin

**545**

# PONIEMAN & ASOCIADOS
## ABOGADOS

Av. Cordoba 1233 Piso 7 – Buenos Aires – Argentina
Tel.: (54-11) 4808-2160 Fax: (54-11) 4804-9387

Buenos Aires, April 24, 2008

Honorable John F. Walter
United States District Court
Central District of California
312 N. Spring Street
Room 176, Courtroom 16
Los Angeles, CA 90012
RE: UNITED STATES v. MELVYN I. WEISS
NO. CR 05-587(E) - JFW

Dear Judge Walter,

I am a lawyer, mediator and arbitrator in Buenos Aires and the rest of Latin America, having been honored to be elected by the American Arbitration Association as member of its Board of Directors until 2004. The IACAC, ICDR, CPR and other International arbitration Institutions invited me to join their panels.

During the last 15 years I had the opportunity to meet Mr. Mel Weiss and to participate or witness his pro-bono actions on behalf of Argentine Institutions, the Jewish community in Buenos Aires as well as academic presentations and meeting with Argentine congressmen and authorities, all them intended to benefit institutions or people with problems.

The referred actions where broadly recognized by the said institutions and authorities. My recollection and testimony is that Mr. Weiss is an example of generosity and heartfelt consideration for others and specially for needing persons.

I have notice of the fact that he pleaded guilty of certain actions, and although I can't judge the merits of the case, as a human being I feel obliged to send

546

this letter as a testimony of the highest considerations of the human qualities of Mr. Weiss. My appreciation of him is shared by many other people in Argentina where he earned broad respect and admiration.

Let me dare to ask your honor to be merciful in the frame of the legal allowances, giving him the opportunity to pay with public service his remorse for the errors or wrong doings that unfortunately shadowed but couldn't erase the rest of his remarkable life full of good actions and merits.

Sincerely yours,

Alejandro Ponieman
aponieman@alvear.com.ar
t. + 54 11 4808 2160
f. + 54 11 4804 9387

547