april 21, 2008

Honorable John F. Walter
United States District Court
Central District of California
312 N. Spring Street
Room 176, Courtroom 16
Los Angeles, Ca. 90012

Re: United States v. Melvyn I. Weiss
    No. CR 05-587(E)-JFW
"Dear Judge Walter"
        I have known Mel Weiss and his
family for over forty years. We lived
in the same neighborhood on Long Island
raising our families and beginning our
careers in our respective fields. In my
case, as a manufacturer of paper bags
sold nationally to supermarkets. I'm a
graduate of Bucknell University and
have served on its Board of Trustees
for over twenty five years. During my
lifetime, I have served on many charitable
boards which qualifies me to comment
on the major contributions Mel Weiss
has made both in financial support
and leadership to his charities. A man's
willingness to give to others is a
clear indication of his character and
nature. Mel Weiss has demonstrated
over decades by his service and philanthropy
that he possesses the highest character and
purest nature. This fact alone I hope,
will weigh heavily in mitigating the
harshness of his sentence. I urge the court

548

to consider the valuable contribution mel Weiss is capable of making to society if his sentence provides for home confinement and the opportunity to perform community service

mel Weiss and I have belonged to the same clubs in new york and florida for over fifteen years. This interaction has given me a perspective on his many friendships and the way he handles himself in all kinds of social situations. He is a great friend to many and has advised and helped innumerable friends with their problems.

Based on the true character of this man, the many he has helped, his charity, and his professional accomplishments as a lifelong friend I appeal to the court to treat him with leniency.

Sincerely,

Samuel Posner

549

**Murray J. Pozner, M.D.**
**4800 N. Federal Highway**
**Suite B 103   Boca Raton, FL 33431**
**Office (561) 367-9101**

Honorable John F. Walter
United States District Court
Central District of California
312 N. Spring St.
Room 176 Court Room 16
Los Angeles, Ca 90012

Re United States v. Melvyn I. Weiss
No. CR 05-587(E) -JFW.

Dear Judge Walter,

I have known Mel Weiss for approximately 16 years. During these years I have had an opportunity to discuss with him philosophy, the social structure of our generation & many other aspects of present day living. His understanding of human nature, his unseen charity contributions to the under privileged & words of wisdom to me were heart warming & uplifting. Rather than going on with further superlatives to his character & make up I plead with you in consideration of the nature of his crime community service to the under privileged would be an ideal punishment.

550

Sincerely yours
Murray J. Pozner M.D.

FRANK PUTMAN
1000 LOUISIANA
SUITE 3400
HOUSTON, TEXAS 77002


April 22, 2008


Honorable John F. Walter
United States District Court
Central District of California
312 N. Spring Street
Room 176, Courtroom 16
Los Angeles, CA 90012

     Re:    United States v. Melvyn I. Weiss
             No. CR 05-587(E) – JFW

Dear Judge Walter:

I am the former Managing Partner of the Houston office of the Texas based law firm, Gardere Wynne Sewell LLP. Most of my 42 years at the firm have been devoted to a corporate practice.

I met Mel Weiss while representing a long time client of ours who had developed a strategy to enhance the value of settlement in class actions. My friend and client negotiated a transaction with Mel Weiss to enhance the settlement value to the "StarLink" class. The strategy involved issuing stored value cards which could be used by the class members (farmers for the most part) to obtain discounts at a large farm supply company rather than receive cash. It is my understanding that the strategy was warmly received by all parties and the Judge. I met and worked with Mr. Weiss during the negotiation of that transaction.

My client and I were also invited to Mr. Weiss' residence, where we had dinner with the charming Mrs. Weiss and several of Mr. Weiss' friends, including Arthur Miller (the Harvard Law professor).

Mr. Weiss later invested in another venture of our client not involving the settlement of class actions. Mr. Weiss' behavior was ethical throughout all his dealings with our client. Our client and I subsequently were golf partners in an annual golf tournament hosted by Mr. Weiss. In addition, I was on the

Honorable John F. Walter
April 22, 2008
Page 2

Board of Directors of the Texas General Counsel Forum which sponsors various presentations and debates relating to legal issues of moment to primarily corporate lawyers. Mr. Weiss was invited (not through me) to debate Victor Schwartz of the Federalist Society in Houston. The night before the debate scheduled for the next morning Mr. Weiss became very ill. He nevertheless attended the debate and acquitted himself very well.

Mr. Weiss has a well recognized reputation for philanthropy, particularly with respect to the Jewish community. From what I can tell, he has contributed much of his wealth and time to charitable causes. Mr. Weiss is 73 years old and my view is that, notwithstanding his current plea, he has contributed much to society during his lifetime.

I would therefore respectfully request that you consider some leniency for Mr. Weiss during the sentencing process.

Thank you for hearing me out.

Very truly yours,

Frank Putman

FP:ng

HOUSTON 986578v1

**552**

# HORIZON BEAUTY GROUP, LLC

April 21, 2008

Honorable John F. Walter
United States District Court
Central District of California
312 N. spring Street
Room 176, Courtroom 16
Los Angeles, Ca 90012

Re: United States v. Melvyn I. Weiss
No. CR 05-587(E) - JFW

Dear Judge Walter:

My name is Maurice Reissman and I am proud to write to you on behalf of my friend of over thirty years and my lawyer on a few occasions, Mr. Melvyn Weiss. Mr. Weiss and his wonderful family were first introduced to me and to my family in a social atmosphere. He has mentored my children on numerous occasions and I have done the same for him. Mr. Weiss and his family are highly regarded members of the Community and are known to be always available to assist family, friends and the Community at large.

Your Honor, I write this letter to request the Court in determining Mr. Weiss' punishment to best utilize his education, his skill sets, his compassion for others, and his do good deeds for the Community. The reason I make this request is because I am a former New York State convicted felon and served four months in a State Prison and then spent approximately 1 and ½ years on a work release program. My felony was for receiving a commercial bribe. I was given this privilege of work release because I was not deemed a threat to the Community. Your Honor, I often thought the State would have been better rewarded to have assigned me a Community Service program, whereby my education and my skill sets could have been offered to others for the greater good. Therefore, Your Honor, I draw upon my life experience in suggesting the Court consider a Community Service program rather than internment for Mr. Weiss.

Your Honor, I grew up in Brooklyn, N.Y in a rather poor environment and helped earn money to support my mother and my younger siblings since I was thirteen years of age when my father passed away. I attended City College in both the day school and then when forced for economic reasons I took a full time job and finished College at night. I started my full time job as a Bank teller and rose to the Presidency and Chairmanship of the largest thrift in New York State. I retired after thirty years in Banking because of retroactive Federal Law changes that caused the capital of the Bank to then be declared insufficient. Mr. Weiss and his firm represented the Officers of the Bank prior to my voluntary retirement and their advice, guidance and lawyering through this period were above and beyond the call of duty. Here was a case where he and his firm were not the Plaintiff's attorneys but the attorneys for the defendants. I then went on to become a full partner in a Real Estate and Construction Project Management firm. We were a dominant force in the market place for several years. But this arena of construction was where I personally faltered. After spending four months in prison, I became a partner in a fragrance Company and have done exceptionally well, over the last ten years.

As to my felony, Mr. Weiss was exceedingly helpful and bright. I went to him with my problem and he and two of his associates, one of them being a former member of the Justice Department, represented me pro bono. I believe they did this because their hearts went out to me for my misdeed. They recommended an

– 2 –                                                                April 21, 2008

appropriate criminal attorney and they were instrumental in advising me to immediately own up to my wrong which enabled me to set things right for me and my family and receive the leniency of the Court in my case.

Your Honor, I have personally witnessed Mr. Weiss' numerous acts of kindness, acts of charity and contributions to the Community. Certainly, his contribution to society through his representation of Holocaust victims and their families are well documented. However, his thoughtfulness in giving back to the Community through his family endowment to the New York University Law School stands out in my mind. I remember the personal conversations with him wanting to enable the better law students upon graduation to participate in public/governmental jobs. He thought one way would be to guarantee the payment of a law school education in exchange for the graduates to become public servants. Thus, he offered the endowment.

I clearly remember Mr. Weiss' successful representation of a retired teacher. The teacher had given her retirement money to an investment-banking firm who proceeded to invest her retirement proceeds into risk assets which soon were to be lost. Mr. Weiss successfully argued that this investment behavior was inappropriate by the investment-banking firm on behalf of the retired teacher. Mr. Weiss agreed not to take any fee on this case unless there was excess from a settlement above the retired teacher's investment..

Melvyn I. Weiss has and continues to do good for our Community. Mr. Weiss is a man of his word. He is by my account a good husband, a good father, a good grandfather, and a good friend. While he has committed a wrong, I would submit he has already endured a great penalty. The firm he so proudly served does not bear his name any longer. The shame of acknowledging one's wrong is now public information. Your Honor, I would once again submit that leniency would be in the Communities interest if the sentence involved Community Service combined with home confinement. Mr. Weiss, if given this type of sentence will provide the Community with insight and assistance for the greater good.

Sincerely,

Maurice Reissman, President
Horizon Beauty Group
1010 Northern Boulevard
Great Neck, N.Y. 11201
516 336 2545

**554**

RE: UNITED STATES v. MELVIN I. WEISS
NO.  CR 05-587(E) - JFW

Honorable John F. Walter
United States District Court
Central District of California
312 N. Spring Street
Room 176, Courtroom 16
Los Angeles,CA 90012

Dear Judge Walter:

My name is Dr. Michael Richheimer. I am a physician in the New York community. I have known Mel for approximately 20 years. Mel has been both a friend and mentor to me. I am best friends with his eldest son Gary. I have had the pleasure of being with Mel in many settings, ranging from social to guiding me with business advice. He has always proven to be a voice of reason and guidance. Mel has always shown me the great qualities of friendship, loyalty and honesty. He has always impressed me with his ability to help those most in need.

I am aware that Mel has pleaded guilty in the above case. I am aware of Mel's great remorse in this situation. He is a good man who still has great things to offer his community and should be allowed to continue his philanthropy. Your leniency in this matter would accomplish that. Incarceration would only prevent his ability to continue to help people. I urge you to consider community service as this would allow Mel to help others.

If I can offer any additional input in this case please contact me at 516-410-4165 at any time.

In closing Mel is a good man and deserves the leniency of the court. Thank you  in advance for your consideration.

Sincerely,

Michael Richheimer,M.D.

**555**

### NORMAN RICKEN

1400 S. Ocean Blvd. N. 401
Boca Raton, FL 33432
Tel: 561-394-2466 Fax: 561-394-2377

*April 19, 2008*

Honorable John F. Walter
United States District Court
Central District of California
312 N. Spring Street
Room 176, Courtroom 16
Los Angeles, CA 90012

RE:  UNITED STATES V. MELVYN I. WEISS
　　　NO. CR 05-587(E) – JFW

Dear Judge Walter:

Most recently in my career, I was the President of Toys R Us Inc.  Prior to that, I was its Chief
Financial Officer, and by education and training, a certified Public Accountant.  I have also
served on a number of Public Board of Directors.

I have known Melvyn Weiss for over 20 years both in my professional capacity and as a friend.

I have been most impressed with Mel's work on behalf of the victims of the Holocaust in
compensating them for assets stolen by the Nazi's and their sympathizers.  His skill as an
advocate for those who cannot speak for themselves is truly amazing.  His work on this and other
charitable causes makes him important to many people.

I have spoken to Mel this past month and I know he is truly remorseful about his misconduct.
Despite his wrongdoing, I continue to have great respect for him because of the qualities he has
shown in helping the "little guy" and always being willing to share his talents and resources to
help many charitable causes.

While I understand that his wrongdoing requires punishment, I would plea that perhaps a way
could be found for him to benefit society through forms of community service and house
detention.  Society as a whole would benefit from his talents, as opposed to him sitting in a cell.
I would hope that you could see that the good he has done over a lifetime would allow you to
grant this mercy.

Sincerely,

Norman Ricken

**556**

**DIRECTORS**

**MR. AND MRS. FREDRIC ROBERTS**

April 30, 2008

3650 ENVIRON BLVD
LAUDERHILL, FL 33319
APRIL 30, 2008

Dear Your Honor:

My name is Fred Roberts. My wife Beatrice is Melvyn's first cousin. Melvyn's mother Jean and Beatrice's mother Thelma were sisters. Thelma passed away many years ago, but Jean (God Bless her) is 98, and still kicking. I am 83 years old. I married into the Bystock family (Jean's side) in 1950, when Mel was still in secondary school; so I've known the family a very long time. We were close to them all through the years.

I am a WW 2 veteran (combat medic) and thanks to government programs I have had the equivalent of 9 years of college education. Before retiring I was a junior high school teacher (math), and also ran a travel agency.

I would hate to see Mel's talents wither away when there is still so much he can continue to contribute to his community and his country. All of our lives would be poorer without his presence. Wanting to be as fair as possible, I try hard to think of his negatives, but come up against a blank wall with each effort.

His pro bono work is well known. The time and effort he spent trying to get just compensation for war victims dwarfs the misdeeds he made.

**557**

**DIRECTORS**

**MR. AND MRS. FREDRIC ROBERTS**

April 30, 2008

It would be a blessing to be able to do something for someone who has done so much for others

In a group discussion Mel once said that if anyone in the family needed help he would be there, I believe him because I have never known him to talk idly.

He has human failings like the rest of us (as shown by his guilty plea) but his shortcomings don't match up to his positive traits.

It must have been very difficult for him to be as modest and self effacing as he is when he had 200 lawyers in his firm; but he was always the same Mel, even under heavy pressure.

Capsule description of Mel:
1.) A catalyst for making people happy
2) Treats everyone with the same high respect whether they be prince or pauper.
3) Always modest and self-effacing.
4) Always downplays who he is, what he knows and what he has done or accomplished.

I thank you & HONOR for reading this letter, I hope it gives you some insight into Mel's character.

I'm also concerned about his mother, I don't know how this issue is affecting her at her age. She is a wonderful woman whom we dearly love and want to keep with us for many more years.

Please be as lenient as possible.

Very truly yours

Fredric Roberts

558

Frank RoccoGrande
Valeo Partners LLC
99 Seaview Boulevard
Port Washington, NY 11050

April 18, 2008

Honorable John F. Walter
United States District Court
Central District of California
312 N. Spring Street
Room 176, Courtroom 16
Los Angeles, CA 90012

Re: United States v. Melvyn I. Weiss No. CR 05-587(E) – JFW

Dear Judge Walter:

I am writing this letter on behalf of Melvyn I. Weiss ("Mr. Weiss"), a man that I have known both professionally and personally for over six years. I have worked as a partner of Valeo Partners LLC, a merchant banking firm that was founded and has been lead by Mr. Weiss's son, Gary Weiss, since 2004. Over these years I have had the opportunity to work closely with Gary Weiss on a professional basis; specifically by analyzing investment opportunities, structuring and closing investments, monitoring investments, working with company management teams on strategic planning initiatives, and exiting from investments. Many of these investments required Valeo Partners LLC to act on behalf of Mr. Weiss's own personal capital and investment interests. It was during this time that I came to know Mr. Weiss and over the years I was able to spend a meaningful amount of time with him as we conducted business endeavors. In addition Mr. Weiss provided the investment capital that allowed for Valeo Partners LLC to grow as a company.

Over the years our relationship evolved from a purely business relationship into a more personal relationship. I began to share time together after work in the evenings and on the weekends with Mr. Weiss and his family. Mr. Weiss invited me into his home with his family to celebrate the Jewish holidays on a regular basis. We would regularly speak regarding business specific issues and broader life and personal issues. Over the years I have come to regard the Weiss family as an extension of my own family. We have regularly shared birthdays, religious holidays, and other special occasions together. Mr. Weiss also included my sister as a guest on many of these occasions.

Mr. Weiss has always had a reputation for being an extremely smart, serious, and successful lawyer and businessman; indeed it has been these traits that have lead him to great successes in his professional career. I am thankful and honored to have had the opportunity to work beside Mr. Weiss and, as a young man, I have learned quite a bit from his advice and from my experiences with him. More

**559**

importantly, I have had the opportunity to know Mr. Weiss the family man, the father, the husband, the friend, the staunch supporter of the causes that he believed in, and the benefactor to many charities and organizations. Mr. Weiss has been, and will continue to be, a man who truly cares about his family and friends. Mr. Weiss is a man whom you can always trust to keep his word and to be there for support in times of need. I have spent the greater part of the past 6 years of my life in close contact with Mr. Weiss, both of his sons, his daughter, and their broader families and I can honestly say that the values and ethics that they all possess are testament to the character and traits that Mr. Weiss instilled in them all as a parent.

I was saddened and disappointed to learn of the facts regarding Mr. Weiss's prior actions, to which he has plead guilty and is referenced in this case. However, my opinion of Mr. Weiss as an individual has not changed. Mr. Weiss has exhibited great kindness towards me and my family and has opened many doors for me professionally. Mr. Weiss is a beacon of light and support to his family and friends, and I wish the Court to know and understand the depth of his compassion and the extent to which he has touched the people around him. Please understand that Mr. Weiss has done so much for his family, friends, society, communities in both New York and Florida, and many charitable causes. In light of this I ask the Court to extend to Mr. Weiss the utmost of leniency in his sentencing. In line with Mr. Weiss's prior activities and the good will he has extended towards the community over the years, I would urge the Court to consider a sentence of Community Service. I thank you and the Court for taking the time to review this letter and for allowing me to express my sentiments regarding Mr. Weiss.

Sincerely,

**Valeo Partners LLC**

Frank RoccoGrande
Partner



# SUTTS, STROSBERG LLP
### L A W Y E R S

**HARVEY T. STROSBERG Q.C.**
phone   519.561.6228
fax       866.316.5308  toll free
fax       519.561.6203
email    harvey@strosbergco.com

April 30, 2008

Our file:   87-005-023

Honorable John F. Walter
United States District Court
Central District of California
312 N. Spring Street
Room 176, Courtroom 16
Los Angeles, CA 90012

Dear Judge Walter:

Re:  United States v. Melvyn I. Weiss
No. CR 05-587(E)—JFW

We are senior partners in Sutts, Strosberg LLP, which is among the leading class action law firms in Canada. We are both former chief executive officers of the Law Society of Upper Canada, which licenses and regulates Ontario's 35,000 lawyers. Harvey Strosberg, Q.C. is generally regarded as being among Canada's most experienced and accomplished class action litigators. Allan Rock, Q.C. spent 10 years in the Canadian cabinet, including four years as Attorney-General of Canada (1993-1997). He has also served as Canadian Ambassador to the United Nations.

We are writing this letter jointly to express our admiration and support for Mel Weiss. We are fully aware that he has pleaded guilty to a criminal offence. Our respectful request is that the Court considers his plea in the entire context of Mel's remarkable life and indelible achievements. By describing some of the many acts of kindness, generosity and character that have endeared Mel to us, we hope to assist in establishing that context.

Our first contact with Mel occurred shortly after the adoption in Ontario of legislation that introduced class proceedings to this jurisdiction in 1992. Mel traveled to Ontario to participate in continuing legal education programs, and to share with Ontario lawyers his valued insights and long experience with that type of litigation. Those of us who learned from him have distinct memories of his patience, commitment and skill, as he introduced us to procedures and strategies to make the most of the new legislation, and the enhanced access to justice that it permits.

We developed a warm personal friendship with Mel as a result of that introduction. In the years since, we have enjoyed his hospitality, just as he has accepted ours. We have come to know him as a refined, thoughtful and kind man, ever ready to provide advice and help. He has responded

**561**



**SUTTS, STROSBERG** LLP
L A W Y E R S

April 30, 2008
page 2

on numerous occasions when we wanted his views about a matter. Just as importantly, he has shared with us his love of literature, of history and of the arts. We have come to know his family, to whom he is loving and loyal. He obviously values friendship, and works hard to maintain it. We are the beneficiaries of that effort.

It was through the time we spent with Mel that we came to know of his significant commitment to *pro bono* legal work. Apart from the many unpaid hours that he spends teaching other lawyers and law students, Mel has devoted very substantial resources, without significant remuneration, to the advancement of worthy claims that might otherwise never have been brought. The most prominent example relates to the claims for unpaid amounts owing to the estates of those murdered in the Holocaust. Mel's ingenuity and determination contributed very directly to the negotiation of an historic resolution in those cases.

We have personally observed Mel among his professional colleagues in New York. We know the high esteem in which he is held by them. We have witnessed the warm professional manner in which he deals with other lawyers, and the genuine respect he feels for the Court, and for courtroom allies and adversaries alike. To the best of our knowledge, he has always displayed the most thorough professionalism throughout his years in practice, and has, to our knowledge, conducted himself in accordance with values of decency and consideration.

We sincerely hope that when Mel appears before the Court, he will be seen as "a man in full": that the Court will have the opportunity to consider the many and conspicuous qualities that have made Mel such a valued and respected colleague and friend. We also hope that by adding our own observations, we have furnished a useful perspective from which to assess the many contributions of this wonderful man.

Very truly yours,                                    Very truly yours,

Harvey T. Strosberg, Q.C., LL.D, DCL              Allan Rock, Q.C., P.C.

HTS/AR/ba
588735

**562**



AmericanJewishCongress
825 Third Avenue
Suite 1800
New York, NY 10022-7519
212 879-4500 • Fax 212 758-1633
website: www.ajcongress.org

May 12, 2008

Honorable John F. Walter
United States District Court
Central District of California
312 N. Spring Street
Room 176, Courtroom 16
Los Angeles, CA 90012

Re:     United States v. Melvyn I. Weiss
        CR-05-587(E) - JFW

Dear Judge Walter:

I currently serve as Chairman of the American Jewish Congress.  I have known Melvyn I. Weiss for over 20 years as a friend and in my capacity as Chairman of the American Jewish Congress.  Throughout these years I have found Mel to be generous and charitable. In my personal encounters with him, he has adhered to the highest moral standards.

He has served on the Board of the American Jewish Congress – Council for World Jewry and assists in many of the programs sponsored by the organization.

I am hopeful that the Court gives him sympathetic treatment, because he has been a benefactor of many causes, has helped many individuals in distress, and has been devoted to public life.

Yours sincerely,

Jack Rosen
Chairman
American Jewish Congress

**563**

**SAMUEL K. ROSEN**
10 Waterside Plaza, Apt. 17D
New York, NY 10010

Tel.: (917) 804-7805
E-mail: srosen@hfesq.com

April 8, 2008

Honorable John F. Walter
United States District Court
Central District of California
312 N. Spring Street
Room 176, Courtroom 16
Los Angeles, CA 90012

Re:   United States v. Melvyn I. Weiss, No. CR 05-587(E) - JFW

Dear Judge Walter:

I am an attorney who has practiced law since 1968. For a substantial portion of that period, I have been engaged in plaintiff's securities class action litigation and came to known Mel Weiss through our respective firm's practices. I write because at a particularly tragic moment in my family's life, Mel reached out and helped comfort me.

On September 30, 2005, my 28 year old daughter was killed in a car accident. Many of my colleagues knew about it and were most solicitous when I returned to work. Unlike many others, however, Mel took the time to send a handwritten condolence note. While it may seem a small thing to one who hasn't had his world shattered, those who reached out at that time helped more than they can ever know. Mel was one who did and I'll never forget it.

I saw Mel a few months ago at another firm's office. He again reached out and hugged me, asking how I was doing. This was in the midst of his own problems, yet his first thought on that occasion was to check up on me.

I have since that awful day, perhaps unfairly, divided the world into those who get it and those who don't. Mel gets it. As far as I'm concerned he is, and always will be, one of the good guys. I would, therefore, urge the Court to impose as lenient a sentence as possible on Mel because home confinement and/or community service would be preferable and far more useful to society than his incarceration.

Respectfully yours,

Samuel K. Rosen

**564**

April 7, 2008

Honorable John F. Walter
United States District Court
Central District of California
312 N. Spring Street
Room 176 Courtroom 16
Los Angeles, Ca. 90012

Re: United States v. Melvyn I. Weiss
No. CR 05-587 (E) - JFW

Dear Judge Walter,

My name is Frederick Rosenfeld. I am an 81 year old retired CPA. I received my BBA from Baruch College of New York. I graduated in February, 1950 and retired in 1994.

I consider Melvyn Weiss an extension of my family, his son Gary married my daughter Nancy over 23 years ago.

During this time I observed and admired Mel's relationship with his children and grandchildren. The value that Mel emphasized were of the highest moral quality. He always expressed kindness to everyone that came in contact with him.

565

Despite Mel's admission of wrongdoing, I still have great respect for him.

I respectfully request that these circumstances be considered in a plea for mercy and leniency for Melvyn I. Weiss -

Very truly yours,

Frederick Rosenfeld

FREDERICK ROSENFELD
2 EMMET AVENUE
EAST ROCKAWAY, NEW YORK
11518

Michael E. Rosenfeld
155 E. 31st Street, Apt. 15C
New York, NY  10016

April 15, 2008

Honorable John F. Walter
United States District Court
Central District of California
312 N. Spring Street
Room 176, Courtroom 16
Los Angeles, CA  90012

## RE: UNITED STATES v. MELVYN I. WEISS
## NO. CR 05-587(E) – JFW

Dear Judge Walter,

My name is Michael Rosenfeld, and the purpose of my letter is to ask for leniency in the sentencing of Melvyn I. Weiss.

I have had the pleasure of knowing Mel Weiss for my entire life. Mel is a member of my extended family through the marriage of his son, Gary Weiss, to my Aunt, Nancy Weiss. From my earliest memories of interacting with Mel at family celebrations, I was always struck by the kindness and generosity he showed towards my family. Though I was just a young boy, Mel always made sure to take time at these family functions to speak to me and offer his advice and guidance.

Mel dedicated his entire legal career to protect the average American investor against the fraud and thievery that seemed to run rampant in Wall Street's biggest corporations. What impresses me about Mel's legal accomplishments the most, however, is his pro bono work. Mel selflessly went to court against European companies who owed compensation to Jewish families for the slave labor forced upon their family members during the Holocaust. Mel didn't take on the battle for Jewish families with the hope of financial gain, but rather out of the goodness of his heart. As a fellow member of the Jewish community with Mel, I will always feel sincere gratitude and respect to him for the many pro bono lawsuits Mel orchestrated on behalf of Holocaust victims.

As I entered college at Emory University in the fall of 2002, my curiosity to study law only grew. I spent two worthwhile summers as an intern at the law firm of Milberg Weiss in 2004 and 2005. Despite his extremely busy schedule, I was always touched that Mel would allocate private time with me in his office to discuss my experiences as an intern and my larger career goals. I received a letter of recommendation from Mel following my second summer of work at Milberg Weiss, which remains of the most thoughtful letters written on my behalf that I have ever seen.

**567**

I again ask for leniency in the sentencing of Mel Weiss, who is someone that clearly had a positive impact on my life. In reality, I am just one of the countless people who have been helped by Mel in the course of his lifetime. Please consider options such as home confinement or community service, so that Mel can remain around family and friends during this extremely difficult period of time.

Thank you for your consideration of this letter.

Sincerely,

Michael E. Rosenfeld

**568**

# Delray Eye Associates, P.A.

April 6, 2008

Steven M. Litinsky, M.D.
*Glaucoma*

David A. Snyder, M.D.
*Macula-Retinal Vascular Disease*
*Diabetic Retinopathy*

Steven I. Rosenfeld, M.D.
*Cornea and External Disease*
*Corneal and Refractive Surgery*

Jan W. Kronish, M.D.
*Ophthalmic Plastic and*
*Reconstructive Surgery*

Michael A. Schaffer, M.D.
*Neuro-Ophthalmology and*
*Pediatric Ophthalmology*

Daniel A. Jewelewicz, M.D.
*Cataract Surgery*
*Glaucoma*

Marc Winnick, M.D.
*Cornea and External Disease*
*Corneal and Refractive Surgery*

Hadley N. Saitowitz, O.D.
*Contact Lenses*
*Low Vision Services*

Leslie B. Giannakopoulos, COE
*Practice Administrator*

Honorable John F. Walter
United States District Court
Central District of California
312 N. Spring Street
Room 176, Courtroom 16
Los Angeles, CA  90012

Re:  United States v Melvyn I. Weiss
       No. CR05-587(E)- JFW

Dear Judge Walter,

I am an ophthalmologist practicing in practice in Delray Beach, Florida for the past 23 years and an Associate Clinical Professor of Ophthalmology at the Bascom Palmer Eye Institute, and the University of Miami Miller School of Medicine.  I am a relative of Melvyn I. Weiss, through marriage, and have personally come to appreciate multiple wonderful traits in this very special man.

My life has been touched by Melvyn Weiss in multiple ways.  His philanthropy and dedication to the downtrodden, and multiple Jewish causes, has been a role model for me and my family.  Although we are not capable of supporting charitable causes to the degree that Mr. Weiss can, we are inspired to try and do as much as we can for the less fortunate.

I have been in involved in several medically related business deals, and would routinely consult Melvyn Weiss about the viability of these investments.  He would always find time in his busy work day, or after hours at home, to discuss the merits of each deal.  On one deal, a question was raised regarding possible corporate malfeasance, and Mr. Weiss, along with one of his senior partners, took a personal interest in the case, and reviewed all the financial documents and forensic accounting data.  They concluded that there were no improprieties, and thus no basis for any legal action.  The dozens of hours spent on this case were pro bono, and very much appreciated by a young doctor newly in practice.

I have also had the unique opportunity to observe Melvyn Weiss the father, and grandfather, interacting with his family on numerous occasions.  He is a very warm, caring, empathetic, and devoted family man.  He values quality time with his family above all else.  He has tremendous patience and dedication with all of his extended family members, and he remembers and questions them about personal details of their lives.  Despite being such a famous man with such a

16201 South Military Trail
Delray Beach, Florida 33484

561-498-8100
561-734-0267
Fax 561-498-8188

www.delrayeye.com

**569**

large public persona, he can be a very warm, intimate, and thoughtful friend and confidant.

I hope, Your Honor, that you will take the time to realize that Melvyn I. Weiss is a very special man who has touched many lives in a very positive and substantial way. I respectfully request that you consider all the good that Mr. Weiss has done in his life, and consider being lenient with his case.

Thank you very much for your kindness and consideration in this difficult matter.

Sincerely yours,

Steven I. Rosenfeld, MD, FACS



**CHOUELA | EMBON | ROSENTAL | ROMERO ZAPIOLA**
Florida 826, 3° piso - (C1005AAR) - Buenos Aires - Tel./fax: (5411) 5218-9898
E-mail: info@cherz.com.ar • www.cherz.com.ar

Buenos Aires,          de abril de 2008.-

**Honorable John F. Walter**
**United States District Court**
**Central District of California**
**312 N. Spring Street**
**Room 176, Courtroom 16**
**Los Angeles, CA 90012**

**Re.: United Status v. Melvyn I. Weiss**
**NO.CR 05-587(E) - JFW**

Dear your honor

Tengo el agrado de dirigirme a V. S. en los autos de la referencia, en mi carácter de letrado con actuación en la Ciudad de Buenos Aires, República Argentina a la vez   corresponsal del estudio Milberg Weiss Bershad Hynes & Lerach LLP y amigo personal del Sr. Melvyn I. Weiss.

Debo admitir que me causó gran consternación la situación por la que atraviesa mi viejo amigo y mi deseo es comunicar algunas de las muchas cosas positivas que conozco de Melvyn, en especial las que tuvieron lugar en mi país.

Al margen de su enorme calidad humana y su interés en ayudar a la comunidad, circunstancias por todos conocidas, debo hacer conocer que

1) Ha sido condecorado y declarado DOCTOR HONORIS CAUSA por la Universidad de Buenos Aires.

2) Ha sido condecorado por la Bolsa de Comercio de la Ciudad de Buenos Aires.

3) Dictó conferencias en otras universidades argentinas, como la Universidad Austral, de enorme prestigio en nuestro país.

4) Colaboró activamente además de donar fondos para una plaza donde se encontraba la embajada de Israel, que fue objeto de un atentado con explosivos.

**571**



ESTUDIO

CHOUELA | EMBON | ROSENTAL | ROMERO ZAPIOLA

Florida 826, 3º piso - (C1005AAR) - Buenos Aires - Tel./Fax: (5411) 5218-9898
E-mail: info@cherz.com.ar - www.cherz.com.ar

5) Ofreció desinteresadamente exhibir cuadros de su propia colección de obras de Picasso al Gobierno de la Provincia de Buenos Aires, lo que constituyó un acontecimiento cultural sin precedentes.

No conozco los antecedentes ni detalles del proceso que involucra a Mel, pero es mi interés hacer conocer algunas características de su condición humana, su enorme generosidad, su capacidad profesional que en muchas ocasiones utilizó para encarar cuestiones judiciales humanitarias totalmente ad honorem.

Como corresponsal de su estudio jurídico en Buenos Aires, en cada caso que me derivó siempre advertí buena fe y espíritu conciliador en cuanto al trámite y desarrollo de las tareas que nos encomendaba.

Estimo, por último, que cualquier sentencia que recaiga en la causa seria positivo considerar la posibilidad de que Mr. Weiss pueda realizar tareas comunitarias, lo que para él siempre constituyó una obligación social y sería más útil a la comunidad que cualquier otro tipo de pena que pudiera corresponder.

Ruego a V.S. tener en cuanta a estas simples consideraciones cuando decida sobre la suerte de este extraordinario hombre, cuyas obras de bien son ampliamente conocidas y valoradas.

Saludo al Sr. Juez con mi mayor consideración.

LEO H. ROSENTAL

572

<u>LAW FIRM</u>                                                                                 CHER

**CHOUELA    EMBON    ROSENTAL    ROMERO    ZAPIOLA**

Florida 826, 3rd Floor – [C1005AAR] – Buenos Aires – Tel./Fax: (5411) 5218-9898
E-mail: info@cherz.com.ar – www.cherz.com.ar

Buenos Aires,  April        , 2008-05-01

Honorable John F. Walter
United States District Court
Central District of California
312 N. Spring Street
Room 176, Courtroom 16
Los Angeles, CA 90012

RE:  United States v. Melvyn I. Weiss
NO. Cr 05-587(E) – JFW

Dear Your Honor:

I am pleased to address you regarding the above referenced case, in my capacity as an attorney practicing in the City of Buenos Aires, Republic of Argentina, as a foreign representative of the law firm of Milberg Weiss Bershad Hynes & Lerach LLP, and also as a personal friend of Mr. Melvyn I. Weiss.

I must admit that the situation my old friend is going through has caused me great consternation, and I wish to share some of the many positive things I know about Melvyn, especially those that took place in my country.

Besides his great human touch and his interest in helping the community, things that are known by everyone, I must make you aware that

1)  He has been honored and named DOCTOR HONORIS CAUSA by the University of Buenos Aires.

2)  He has been honored by the City of Buenos Aires' Commerce Exchange.

3)  He gave lectures at other Argentine universities, such as Austral University, an institution of enormous prestige in our country.

4)  He actively helped, aside from donating funds, to create a square where the Israeli Embassy, which suffered an attack with explosives, had stood.

**573**

LAW FIRM                                                                                    CHER
CHOUELA     EMBON   ROSENTAL   ROMERO ZAPIOLA
Florida 826, 3rd Floor – [C1005AAR] – Buenos Aires – Tel./Fax: (5411) 5218-9898
E-mail: info@cherz.com.ar – www.cherz.com.ar

5) He offered the Government of the Province of Buenos Aires paintings by Picasso from his own

private collection for an exhibit, without any self-interest in mind, something that turned into an

unprecedented cultural event.

I do not know the background or details of the case in which Mel is implicated, but my interest is

to share some of the characteristics of his human touch, his enormous generosity, his professional

capabilities, which, on many occasions he has used in order to confront legal humanitarian issues

completely ad honorem.

As a representative of his law firm in Buenos Aires, I always perceived good faith and a

conciliatory spirit with regard to the proceedings and the tasks with which he entrusted us.

Finally, I believe that regarding any sentence that may be imposed in this case, it would be a

positive measure to consider the possibility of having Mr. Weiss to do community service, something that

for him has always been a social obligation, and would be more useful to the community than any other

type of possible punishment.

I beg Your Honor to keep in mind these simple considerations when deciding the fate of this

extraordinary man whose good deeds are widely known and valued.

Very truly yours,


[Illegible signature]

LEO H. ROSENTAL

**574**

**Paula J. Rosenthal**
**19 Stone Arch Road**
**Old Westbury, NY 11568**

Honorable John F. Walter
United States District Court
Central District of California
312 N. Spring Street
Room 176, Courtroom 16
Los Angeles, CA 90012

<u>RE: UNITED STATES v. MELVYN I. WEISS</u>
<u>NO. CR 05-587(E) – JFW</u>

Dear Your Honor,

My name is Paula Rosenthal and I am a cousin of Mel Weiss. My father, Harold Finkelstein, and Mel are first cousins and grew up together in an exceptionally warm, close-knit family. I have been very fortunate to have been both an observer and a recipient of Mel's and his wife, Bobbi's extraordinary generosity during my lifetime.

In 1990 I was a law school student at Pace School of Law in New York. My life-long hearing loss had never been an obstacle throughout my earlier education at public school and Emory University. Unfortunately, at the start of law school, my hearing loss deteriorated further and greatly impacted my studies at this time. Summer job opportunities after my first year at Pace Law were pretty much nil for a student with my low grades. However, Mel kindly offered me an internship at Milberg Weiss which I gratefully accepted. That summer, I had the tremendous fortune to work on a case of great importance, the *Exxon Valdez* case. Working at a prestigious firm, in the company of so many bright individuals, on such an interesting case gave me back my much needed self-confidence. My studies improved at Pace and I went on to receive the Barbara Klein Memorial Award upon graduation.

Nearly 20 years later, Mel again reached out and offered a similar internship to my young nephew, Andrew Finkelstein, who was an undergraduate student at SUNY Albany at the time. Andrew worked hard and truly thrived from the experience. He was asked back to the firm the following summer based on his own merits, a tremendous bolster to his self-esteem. This week, Andrew was thrilled to learn that he has been accepted to Cardozo School of Law.

I credit Mel's confidence in my abilities as a building block to where I am today. Since 2000 I have been a leader within the hearing loss community, the fulfillment of a life-long dream. I counsel thousands of people worldwide via my widely read website, HearingExchange.com. I also speak nationwide to parents, organizations and schools about my experiences growing up with hearing loss and parenting a deaf child.

My nephew Andrew and I are both indebted to Mel Weiss, not just for the work experience we received under his tutelage, but for his willingness to take a chance on us. Mel's kind and generous spirit has left an indelible mark on our lives.

Thank you for this opportunity to share my heartfelt history with Mel Weiss with you. It is my sincerest wish that my letter illustrates what a significant, positive impact he has had on my life and that of countless others. **I urge you to be lenient in your sentencing of this great man who has always shared his generosity and goodness of spirit with others, whether for millions of Holocaust victims and their families worldwide or two young students who were in need of an opportunity to prove their worth, bolster their self-esteem and become confident enough to follow their dreams.**

Respectfully yours,

*Paula J. Rosenthal*

Paula J. Rosenthal, J.D.

**575**



# Glaucoma Consultants of Long Island

Arnold S. Prywes, M.D., FACS
Craig H. Marcus, M.D., FACS
Robert F. Rothman, M.D., FACS
Janet B. Serle, M.D.
Glaucoma & Anterior Segment
Consultation & Surgery

Honorable John F. Walter
United States District Court
Central District of California
312 N. Spring Street
Room 176, Courtroom 16
Los Angeles, CA 90012

**RE: United States v. Melvyn I. Weiss**
**NO. CR 05-587(E) - JFW**

Dear Judge Walter,

My name is Robert Rothman and I am writing this letter on behalf of a man that I have had the privilege of knowing under a multitude of circumstances. Mel Weiss has been many things to me including a family member, a friend, a patient, a surrogate uncle to my children and, most befittingly, an attorney. My family relationship with Mel comes by my having the good fortune of marrying the sister of Mel's son Gary's wife. In many circles, being married to someone's daughter-in-law's sister might not allow you to call that person a family member, but in this case, it does. Mel has always considered my family a part of his and we have spent many religious holidays, birthdays, and family celebrations together. For my children, "Uncle Mel" is as important to them as any family member. He has welcomed us into his home and has treated my children as if they were his own grandchildren.

When I first heard that Mel had been charged with allegations of criminal conduct, I could not believe it. It seemed improbable that a man so impassioned with the law could ever break it. As a physician, I often argued with Mel about the urgent need for tort reform to help fix a crumbling medical malpractice system in New York. Without an effective tort system, he would argue, there would be no deterrent for negligent care. I know that Mel understood this very well. He knows the law. It is my belief that his decision to plead guilty was made purely out of respect for the law. I am certain that he will be a better person simply as a result of his admission.

There is no doubt that Mel has remorse for his actions. It was obvious at our most recent meal together while my family and I were in Florida visiting relatives for the mid-winter recess. It's hard to imagine, but faced with the possibility of incarceration, Mel seems to care very little about himself. He fears not only for the well-being of his family and friends but also for his many clients. As a physician, I understand this. When you've spent your whole life trying to do what you think is right for the benefit of others, the

**576**

## Eye Care Associates

4212 Hempstead Turnpike • Bethpage, NY 11714 • Tel (516) 731-4800 • Fax (516) 731-4805
2001 Marcus Avenue, Suite 286W • Lake Success, NY 11042 • Tel (516) 358-2300 • Fax (516) 358-2329
www.LongIslandEyeDoctors.com

withdrawal of that ability to help someone with your professional skills robs you of your true sense of self-worth. I have seen this in instances of medical disability within several of my physician colleagues. It is an overwhelming sense of loss that can never be overcome during a lifetime.

I don't know if this letter will have any impact on your ultimate decision regarding Mel's sentence. I must admit that I am ignorant of the workings of the legal system and often marvel at the complexity of due process in this country. I could never understand how the court determines what the proper "penalty" should be for a particular crime. Prison, I think, is designed for rehabilitation. In theory, one's incarceration should allow the individual to contemplate their crime, to consider the price paid for that crime and its' impact on society and to come to the ultimate conclusion that the crime should never again be repeated. I do know that Mel has pleaded guilty to the crime he has been charged with, and that, in my opinion, has probably been the hardest thing he has ever had to do in his life. With that admission of guilt and knowing what I know about Mel Weiss, he has already entered "prison" and is currently serving his sentence with a level of dignity, honor and humility befitting a man of such great accomplishment.

I think that the reason I am writing this letter is because I don't know what else I can do to help a man that has helped me, my family and so many others with such selfless dedication throughout his life. I am certain that you will receive many letters, more eloquent than mine, detailing the myriad acts of kindness and generosity that Mel has engaged in throughout his professional and personal life. It is my hope that the words in this letter will allow you to consider a more lenient sentence, perhaps one that incorporates home confinement or community service. It is obvious that I would ask this of you as a member of Mel's family. However, that's not the reason that I'm asking. I'm asking because he deserves leniency, for all of the good that he's done in his life, and because he's too proud a man to ask for himself.

Thank you in advance for your consideration.

With respect,

Robert Rothman, M.D.

577

# SAGAT | BURTON LLP

### ATTORNEYS AT LAW

245 Park Avenue • 39th Floor • New York, NY 10167
212 672 1840 • 212 672 1842 Fax • www.sagatburton.com

May 12, 2008

Honorable John F. Walter
United States District Court
Central District of California
312 N. Spring Street
Room 176, Courtroom 16
Los Angeles, CA 90012

**Re: <u>UNITED STATES v. MELVYN I. WEISS NO. CR 05-587(E) - JFW</u>**

Dear Judge Walter:

I am an attorney in New York and have known Mel Weiss for almost 30 years, principally as an adversary. Since my practice has often involved representing directors and officers liability insurers in connection with securities class action litigation, I have opposed Mr. Weiss in innumerable settlement negotiations.

I can say unequivocally that in my experience Mr. Weiss was always fully loyal to, and tenacious in representing, the interests of class members to seek to achieve maximum recoveries. Moreover, despite his zeal, he was the consummate professional who had the respect of both counsel and judiciary.

Mel Weiss had an overriding goal to build a firm which was sufficiently sophisticated and capable to represent their client classes in complex litigation. I have no doubt that he regrets having crossed the line and has the greatest remorse for his wrongdoing.

The ignominy, which Mr. Weiss is no doubt suffering, is severe punishment for a man who has spent a lifetime seeking to vindicate the rights of victims of fraud. I hope that when you render sentence you will grant leniency. His current transgressions should, I submit, be weighed against his long, distinguished, and previously unblemished legal career.

**578**

-2-

I thank you for this opportunity to present these views based upon my prior experience with Mr. Weiss.

Respectfully yours,

Kenneth A. Sagat

KAS:mds

**579**

Mr. and Mrs. Monroe Satsky
20 Martindale Road
Short Hills, NJ 02028
4/14/08

Honorable John F. Walter
United States District Court
Central District of California
312 N. Spring Street
Room 176, Court Room 16
Los Angeles, CA 90012

Re: United States V. Melvyn I. Weiss
No. CR 05-587(E)-JFW

Dear Judge Walter:

We are writing to appeal to you for leniency in your sentencing of Mel Weiss. We have
been friends with Mel and his wife, Bobbi, for over 20 years. While we have witnessed
so many examples which demonstrate what a compassionate, genuine, generous, and
altruistic human being Mel is, we would like to point out two things in particular that
cause us to continue to admire him each and every day.

We have always known Mel to be incredibly bighearted and benevolent of both his time
and money for a multitude of charitable causes. Whether it be for medical, educational,
or religious causes, he is the epitome of a philanthropist. We are personally grateful to
Mel for joining our fight to find a cure for insulin-dependent diabetes, as our daughter
suffers from this disease. We are confident his generous support is not only due to our
friendship, but also because Mel is truly a humanitarian.

Another reason we have a tremendous amount of respect for Mel is because of his
devotion and dedication to Bobbi, his wife of 50 years, as well as his children,
grandchildren, 90+ year old mother, and his wide circle of friends.

He has made life better for so many, that we sincerely appeal to you to take this into
consideration when imposing sentence.

Thank you.

Sincerely,
Monroe and Alyce Satsky

Monroe Satsky
Alyce Satsky

**580**

Paul K. Schiff, D.D.S.
Susan L. Schiff, C.S.W.
13 EDGEWOOD COURT
LIVINGSTON MANOR, NEW YORK 12758

April 27, 2008

Honorable John F. Walter
United States District Court
Central District of California
312 N. Spring Street
Room 176, Courtroom 16
Los Angeles, Ca 90012

Re: United States v. Melvyn J. Weiss
No. CR05-587(E) - JFW

Dear Judge Walter,

My name is Paul K. Schiff, D.D.S. (orthodontist). I am a cousin by marriage and also, had been a pro bona client of Melvyn J. Weiss.

He represented me in a breach of contract against Orthodontic Centers of America. I would not have been able to afford the fees needed to mount a case against this corporation. Mel would not accept any fee, only a thank you!

I have known Mr. Weiss for 47 years. He is well liked in the family of many cousins. He is good natured, humorous and gives of himself freely.

As our lives have matured, so has the amount of time + finances Mel has given to the community at large increased proportionately.

Through his generosity, he has made significant positive concrete changes in many peoples lives.

He has been a brilliant "point of light" for our society. I hope you will allow him to continue his good community service with your leniency.

Sincerely yours,
Paul K Schiff, D.D.S.

581



**BLS INVESTMENTS**

BERNARD L. SCHWARTZ
CHAIRMAN AND CEO

April 22, 2008

Honorable John F. Walter
United States District Court
Central District of CA
312 N. Spring Street
Room 176, Courtroom 16
Los Angeles, CA 90012

Dear Judge Walter:

I am writing this letter on behalf of Melvyn I. Weiss who is the
defendant in No. CR 05-587 (E) – JFW case. I have been active in
business (principally as the Chairman of Loral Space and
Communication Corporation) for over 50 years. During that time
my wife and I lived in New York City and have been extremely
active directly and through our Foundation with New York City
civic, educational, and cultural activities.

I have known Melvyn Weiss as a leader in philanthropic and
cultural activities in NYC for most of that time. I have found him to
be generous, informed and readily available to support charitable
and civic initiatives.

I am deeply troubled by Mr. Weiss' current difficulties and
understand that he has pleaded guilty to criminal behavior. He has
personally expressed to me his remorse about his misconduct. Mr.
Weiss is an intelligent, forceful, and thoughtful individual, qualities
he has generously made available to many charities. I believe he
is worthy of special consideration as an individual who will
redouble his dedication to help his fellow human beings. I believe

BLS INVESTMENTS LLC
745 FIFTH AVENUE
NEW YORK, NEW YORK 10151
212.488.5444

582

Page Two

he will use his future energies to being a useful citizen.  I further believe he is worthy of consideration of leniency by the Court.

I appreciate any consideration shown by the Court in Mr. Weiss' behalf.

Sincerely,

Bernard L. Schwartz

BLS/jam

**SEEGER WEISS LLP**
ATTORNEYS AT LAW
ONE WILLIAM STREET
NEW YORK, NEW YORK 10004-2502
(212) 584-0700
FAX (212) 584-0799
www.seegerweiss.com

CHRISTOPHER A. SEEGER NJ NY
STEPHEN A. WEISS NY
DAVID R. BUCHANAN NJ NY
DIOGENES P. KEKATOS NY
ERIC T. CHAFFIN NY PA VA
MOSHE HORN NJ NY
JONATHAN SHUB CA PA

MICHAEL L. ROSENBERG NJ NY
MARC S. ALBERT NY
DONALD R. BRADFORD ΔOK
JAMES A. O'BRIEN III ΔMA NJ

ΔCOUNSEL
Attorneys admitted in
states as denoted.

RICK BARRECA NJ NY
TERRIANNE BENEDETTO NJ PA
KEVIN G. BOISVERT NJ RI
PATRICIA D. CODEY NJ
SINDHU S. DANIEL NJ NJ PA
DENNIS M. GEIER NY NY
SCOTT A. GEORGE NJ PA
JEFFREY S. GRAND NY
ROOPAL P. LUHANA NJ NY
LAURENCE V. NASSIF NJ NY
ANDREA M. PI-SUNYER NY
DENISE K. STEWART NJ
CHRISTOPHER M. VAN DE KIEFT NY
RICHARD C. WILLIAMS, JR. NJ

May 19, 2008

VIA: <u>EMAIL</u>

The Honorable John R. Walter
United States District Court
In the Central District of California
312 North Spring Street
Room 176, Courtroom 16
Los Angeles, California 90012

Re: *United States v. Melvyn I. Weiss*
<u>No. CR 05-587(E) - LFW</u>

Your Honor:

I became a plaintiff's lawyer because of Mel Weiss. I have been fortunate in my career to have served in leadership roles in many multidistrict litigations (most recently I served as co-lead counsel in the Vioxx Multidistrict Litigation and was one of the principal negotiators in the $4.85 Billion settlement). I also handle catastrophic personal injury cases. In my almost 20 years of appearing before courts all over the nation, this is the most difficult letter I have ever had to write to a Judge. I love, admire and respect Mel Weiss more than I will ever be able to convey on these pages. In my feeble attempt to describe Mel to your Honor and the impact this man has had on me, my family and the world, as I appreciate his accomplishments, I will fail miserably because I do not possess the communication skills to do this justice, but I could not pass on this opportunity to beg this court for leniency for a true champion of the people.

In law school I became close friends with Mel's son, Stephen, my current law partner. From time to time, Stephen would invite me to family and professional events where I met Mel. Frankly, when I first met Mel, I had no idea who he was or what a plaintiff's lawyer did. I'd listen to his war stories on every occasion like a kid listening to stories about dragons and knights. I was fascinated by him, his passion for the law and his respect for those he represented. He explained to me how plaintiff's lawyers level the playing field between the little guy and big corporations. He talked to me about access to the courts. I knew after a few short meetings that

**584**

Honorable John R. Walter
May 19, 2008
Page 2

I wanted to do what Mel did.  Mel was always a mentor and teacher -- not just to me but many, law students and young lawyers.  For reasons that to this day I don't fully understand, Mel took a special interest in me and my career.

Upon graduation from law school, I began my career at Shearman & Sterling. During my short stay at Shearman & Sterling, I was often invited to dinner, bar events, talks and political events involving Mel. One event that stands out in my mind is the night Mel received the Vanderbilt Medal from NYU for donating a large amount of money to forgive the debt of law students choosing to do public service work. Mel was beaming as if it was his proudest accomplishment.  Anyone who really knows Mel knows how much he really enjoys using his success to help others.  He was proud and happy to help those young lawyers do public service work.

I think it's fair to say that Mel and I developed our own friendship separate from mine and Stephen's.  When I told Mel that I wanted to start my own plaintiff's practice in 1993, Mel invited me to dinner where we discussed for hours beyond our meal the things I needed to know to build a successful plaintiff's practice.  To this day I remember every word of that conversation like it was yesterday.  He told me that my reputation as a lawyer would be built upon how hard I fought for my clients and the results achieved.  He explained how important it is for me to treat opposing counsel fairly and respectfully.  I recall sitting there with Mel thinking how I couldn't believe this giant of the plaintiff's bar with all his cases and responsibilities was taking an entire night off to counsel me.

After starting my practice, I began working on a few cases with Mel and Milberg Weiss as co-counsel.  Often I dealt with Mel's partners, but Mel always treated me as an inner-circle lawyer.  When there were leadership meetings, he invited me.  Once in a while, he'd ask my opinion on legal theories or facts, but he mostly gave me the opportunity to learn and observe.

Starting in 1996, based upon Mel's referral and recommendation, I was appointed by numerous courts as a policyholder representative in a number of class action settlements involving fraudulent sales practices of life insurance policies by many of the world's largest insurance companies.  I served only on behalf of the victimized policyholders and represented them in mini arbitration proceedings.  We won 90 percent of our arbitrations and I assisted in the recovery of billions of dollars to policyholders – mostly elderly and low income people who were sold life insurance as investment vehicles (many of whom lost their life's savings in these transactions).  I also served with Mel as co-counsel in many other litigations.  We both served in

**585**

Honorable John R. Walter
May 19, 2008
Page 3

a leadership capacity in the <u>In re Zyprexa Products Liability Litigation</u> in front of Judge Jack Weinstein where we recovered over $1 Billion for patients injured by that drug.

I have had numerous professional dealings with Mel. I have never once in all those dealings ever witnessed not even a hint of inappropriate conduct in any respect. Mel always took the high road – even when it was less lucrative to do so – and he always did the right thing with his clients. Frankly, I do not know that much about these criminal proceedings for which Mel has taken responsibility (other than what I've seen in the press), but I can assure the Court that Mel is a good man and the conduct involved here was aberrant.

The Mel I know always put his clients before profit; he always championed the just cause – even when it was a losing cause; he always fought for the victim, and he demanded the same from his brethren at the bar. Whether Mel was fighting for shareholder rights or the rights of Holocaust victims (a case he handled pro-bono), he fought with everything he had against the wrongdoers.

Mel committed the same zeal to his charitable endeavors. To Mel, charity isn't an option; it's an obligation. From the moment I met Mel that was drilled into my head. Although I think it is extremely fair to say that Mel gives far more of his wealth than other similarly situated individuals, he also always gave the most valuable commodity he has – his time. Often he co-chaired, co-hosted or simply attended charitable events because he knew his presence would encourage others to do the same. In many ways, Mel's charitable and pro bono endeavors defined him more to those of us who really know him than his for-profit law practice.

I am who I am today because of Mel Weiss. My father was a union carpenter who worked very hard to pay our bills. I come from a family of 6 children – only two of us went to college and both of us became lawyers. I was always fascinated by the profession, but Mel taught me to love it and protect it. I have been lucky in that I have had two important mentors in my life that made me believe in myself and want to be better. Mel is one of them. Mel taught me not just to represent my clients, but to get to know them and let them know me. He taught me to demystify the legal system for them so that their experience could be as positive as possible win, lose or draw. Mel taught me that reputation is everything: If I compromise my principles just once, I may never again be viewed as a man of honor and integrity. No one cherishes honor and integrity more than Mel Weiss.

I can only imagine with extreme pain the remorse Mel feels for his conduct and the loss

**586**

Honorable John R. Walter
May 19, 2008
Page 4

he feels from the damage done to his reputation.  Frankly, I do not think this Court can punish
Mel more than he will punish himself.  Nevertheless, I beg this Court to view this case
differently from any others.  I beg this Court to return Mel back to the world and the causes he
has worked on his entire life to help.  Although Mel may no longer have his law license, Mel has
proven his ability to impact the world in many positive and substantial ways that go way beyond
practicing law.  I beg this Court to be lenient.  I know Mel is prepared to pay the price for his
conduct, but I ask the Court to consider the greater good and the many great things this man has
done and is still yet to do.

When I first met Mel, I felt honored just to be in his presence.  I still feel that way around
Mel despite his mistakes.

Respectfully,

Christopher A. Seeger

CAS:jc

**587**

Robert Seltzer
350 Eagle Drive
Jupiter, Florida 33477

April 2, 2008

The Honorable John F. Walter
United States District Court
Central District of California

Re: United States V Melvyn I. Weiss
    No. CR05-587 (E) - JFW

Dear Judge Walter:

I am writing on behalf of Mel Weiss my friend of 20 years.

Prior to my retirement, I was President and Chief Executive Officer of Great Lakes Window Corporation, a major manufacturer of window products. We were located in Toledo, Ohio. This company was eventually acquired by a public company.

During the past twenty years, Mel and I, and our families, have been close personal and social friends. Some shared vacations and many philanthropic endeavors seem to occupy most of our experiences together. His pro-bono work on many charities that we supported endeared me to him and his priorities of life.

Mel was a wonderful mentor. He helped in resolving some of the many issues that I encountered in establishing my business. Mel was a wonderful listening post; his suggestions were invaluable. What ever success I have enjoyed could not be properly measured without Mel Weiss, on the scale.

I would be happy, if need be, to appear anywhere at anytime to testify on his behalf.

Respectfully,

Robert Seltzer
RS/km

**588**



April 14, 2008


Honorable John F. Walter
United States District Court
Central District of California
312 N. Spring Street
Room 176, Courtroom 16
Los Angeles, CA 90012

Re:  Melvyn I. Weiss

Dear Judge Walter:

I am the Chairman of Audiovox Corporation, a firm involved in the manufacturing and distribution of consumer electronic products.

Audiovox is a public corporation, listed on the NASDQ since 1987 and presently employs over 750 employees at its headquarters location at Hauppauge, NY as well as at branch offices in Indianapolis, Indiana; Lake Mary, Florida; Los Angeles, California; Toronto, Canada; Mexico City; Taipei, Taiwan; Hong Kong, Shenzhen, China and Germany.

I personally have known Mel Weiss for about 20 years; we are both members of the same golf club, Glen Oaks Club, in Old Westbury, New York.  Throughout my associations with Mel, I have found him to be warm, sincere and responsible, and always ready to help in any matter that comes up.

I ask you for leniency in the matter involving Mel Weiss' sentencing.  This should be based on the many accomplishments and charitable contributions of this most talented man.  I don't believe that Mel should be incarcerated. and I urge the court to consider a period of home confinement or community service as part of the sentence.

Thank you for your consideration.

Sincerely,

John J. Shalam
Chairman


**589**

150 Marcus Blvd., Hauppauge, NY 11788 • (631) 231-7750 Fax (631) 434-3995 • www.audiovox.com

75 East 55th Street
New York, NY 10022

April 24, 2008

Honorable John F. Walter
United States District Court
Central District of California
312 N. Spring Street
Room 176, Courtroom 16
Los Angeles, CA 90012

     RE:   <u>United States v. Melvin I. Weiss</u>
           <u>No. CR 05-587(E) – JFW</u>

Dear Judge Walter:

     I have practiced law in New York for almost 20 years. I have known Mel Weiss for much of that time - as an adversary, as the father of a close friend, and as a friend himself. I write to bring to the Court's attention some of my personal experiences with Mel over the years.

     As an adversary, Mel has been a tireless and aggressive opponent. I have been opposite Mel and his former firm many times, but one occasion sticks in my mind. As a relatively young partner at a large firm, I had the privilege of arguing against Mel in a securities class action. Mel had great command of the facts, a rapport with the judge, and detailed knowledge of the law. I learned much from Mel that day. He is a zealous and able advocate who fights for his clients. His efforts on behalf of investors, Holocaust victims, and others, are well-known. I have seen that first hand. I have great respect for Mel and the many positive things he has done in this profession.

     Perhaps more important is my experience with Mel through his family. I and my family have been close friends with Mel's son Stephen and his family for many years. Stephen and I were associates together early in our careers and have been friends since day one, and as our families have grown they have become close as well. It was always easy to see Mel's huge impact on his family. Family gatherings, times when Mel and his children and grandchildren spent together, happened often and were often talked about. The fondness his family has for him and his importance to them were always apparent. This is a family that sticks together.

**590**

Hon. John F. Walter
April 24, 2008
Page 2

     Mel has done enormous good, both publicly and privately.  I sincerely hope this will be taken into account and will lead Your Honor to sentence Mel with leniency.

                     Sincerely,

                     Barry G. Sher

Jerome P. Shifter

34 CAIL DRIVE. EAST ROCKAWAY, NEW YORK 11518

Honorable John F. Walter                                       April 28th, 2008
United States District Court
Central District of California
312 N. Spring Street
Room 176, Courtroom 16
Los Angeles, CA 90012

Dear Judge Walter:

Mel Weiss is my friend. I am a World War II veteran, Union
College 46' and have been a Merrill Lynch consultant since 1977.

I met Mel & Bobbie Weiss in 1993. Our association is entirely
social. My wife and I have been to Mel's home and met with his
mother and his children.

Mel is a devoted man, especially to his family & friends. He is
charitable, community minded, political and caring. His career is
his life.

I am aware of his crime and can only assume that his desire to
succeed blinded his realization that his approach was illegal.

He remains my friend. I can only hope that his many good deeds
will be a consideration with your sentencing.


Sincerely,


Jerome Shifter


**592**

April 28, 2008


The Honorable John F. Walter
United States District Court
For the Central District of California
312 North Spring Street
Room 176, Courtroom 16
Los Angeles, CA 90012

    Re:  United States v. Melvyn I. Weiss
         No. CR 05-587(E) - LFW

Dear Judge Walter:

     I write this letter in regard to Mel Weiss. I am a partner in the law firm of
Seeger Weiss LLP. Mel's son, Stephen, is a founding partner of the Firm.

     I started my career in 1988 at Fried, Frank, Harris, Shriver & Jacobson, a
large firm based in New York. During my tenure at Fried, Frank, a lot of my
practice was devoted to defending clients in securities class actions.

     It was during my time at Fried, Frank defending class actions that I first
had a chance to observe Mel. As a young defense lawyer, I was in awe of his
ability to zealously pursue claims on behalf of his clients while at the same
maintaining the highest standards of professionalism with opposing counsel. I
still remember watching Mel and thinking to myself, "I hope one day I can be
something close to the lawyer and the gentleman Mel is."

     When I shifted my practice to representation of plaintiffs in class actions, I
had the opportunity to occasionally work with Mel as a co-counsel. In this
context, Mel was truly a leader. He handled matters with superb diplomacy and
made sure all of his co-counsel were treated fairly and made to feel that they
were part of the team.

     As a partner with Seeger Weiss, I've also had the opportunity to observe
his devotion to his family. He is a model of what it means to be a family man,
and a doting grandfather.

**593**

I am proud to ask for leniency for Mel because of his accomplishments, goodness and ethics. He is wonderful human being who has made untold contributions to our society. I can't think of a better case for community service than for Mel. In fact, this would just be a continuation of what Mel has done for the last forty years.

Respectfully yours,

Jonathan Shub

594

**The Law Offices of Leonard B. Simon, P.C.**
655 West Broadway—Suite 1900
San Diego, California 92101
Phone: 619.338.4549
Fax: 619.231.7423
Email: lens@csgrr.com

April 29, 2008

The Honorable John F. Walter
United States District Court
Central District of California
312 North Spring Street
Room 176—Courtroom 16
Los Angeles, California 90012

     Re:   *In re: United States v. Melvyn I. Weiss*
             No. CR-05-587(E)–JFW

Dear Judge Walter:

I write to urge leniency in the sentencing of Mel Weiss.

By way of personal background, after clerking for Judge Irving Hill of your Court, and then working in Washington, D.C. for several years, I joined Milberg Weiss in 1983. I worked closely with Mel Weiss for nearly the next 20 years, until I decided to become of counsel to the firm, and begin teaching law, in 2002. Since 2002, I have taught at three law schools, worked part time at the Milberg (and then Lerach) firm, and created my own law firm. I am a District Representative to the Ninth Circuit Judicial Conference and an active federal litigator. I am still in touch with Mr. Weiss, but less so since 2002.

Mel has acknowledged his responsibility for errors made in the past, and will be parting with his bar license and a great deal of money. The remaining question for the Court is how much time he ought to spend behind bars. I would respectfully suggest that the 24-month minimum in the plea bargain is surely enough.

Despite his errors in this matter, Mel is a person with many wonderful qualities. He was a great mentor to me and many others in this firm, and then later a great partner and colleague. I would like to think that we represented our clients quite well, and opened new opportunities for shareholders and consumers to recover their losses.

Beyond his professional skills, Mel was a leader of the firm, the bar and his community. He made the lawyers around him better lawyers. He forced the plaintiffs' class action bar to seek the best recoveries for their clients, rather than settle cheap. He was very philanthropic and a role model to many in terms of how he went about his business.

I realize the Court may find this description ironic, given the crimes to which he has admitted, but all I can say is that it is true. Mel is a gentleman, a professional, a very charitable person, an eminently reasonable person in all respects, and at the same time a very dedicated advocate. For these reasons,

**595**

The Honorable John F. Walter
April 29, 2008
Page 2

he was held in very high regard among his colleagues at the bar.  We litigated difficult, emotional and high stakes cases, but even opposing counsel had great respect for his work, complete confidence in his word, and great affection for him personally.

As noted above, the ultimate question for the Court is the incremental value to society of additional incarceration beyond the 24 months required by the plea and given to his former partner Mr. Lerach. I respectfully suggest that, given the large fine and his disbarment, and the shame attendant to this matter, additional incarceration beyond the 24 months would be excessive, unnecessary, and would provide no societal benefit.  Whether one looks at deterrence, punishment, or any other legitimate goal of the criminal justice system, more incarceration of Mel Weiss simply means that a creative and vital person will be delayed in restarting his life, and his family and friends will be further deprived of his company.  Increased incarceration seems to be all downside, and no upside.

I don't know what Mel plans to do after his incarceration, but I am sure it will be something worthwhile to society, and I would urge you to recognize the very substantial punishments he is suffering, confine him for 24 months, and then let him return to civilian life.

Sincerely yours,

Leonard B. Simon

LBS/tdv
S:\UsersSD\LenS\LTR (Not Case Related)\Walter 002.doc

**596**



MELVIN SIMON
Chairman Emeritus

April 11, 2008

Honorable John F. Walter
United States District Court
Central District of California
312 North Spring Street
Room 176, Courtroom 16
Los Angeles, CA  90012

On behalf of:  Melvyn I. Weiss
CR 05-587 (E) – JFW

Dear Judge Walter:

I am Melvin Simon, Chairman Emeritus of Simon Property Group, which today is the largest owner of REIT shopping centers in the United States.

I have known Mel Weiss for years, ever since he joined our Club in Boca Raton, Florida. I have always found him to be a reliable person, very honorable and trustworthy.  I have a great deal of respect for Mel.  I do know that he has done some pro bono work for Jewish survivors of the Holocaust.

Although I've always had a great deal of respect for Mel's organization, I really respect the individual, Melvyn I. Weiss, much more than the organization.  He has great integrity.

I know that Mel has been charitable over the years, and I've seen some of his largess.  He has made a substantial contribution to his community.

Mel went with me to Argentina.  We met with President Carlos Menem in March of 1997.  He handled himself well in that meeting.

I could go on and on about what Mel Weiss has accomplished for attorneys and the people he supported, but I think that my statements would be superfluous.  I consider Mel a good friend and an honorable and just person of the old school.

I would appreciate you doing all you could for him in his hour of need.

Kindest personal regards,

Melvin Simon

MS/jtr

225 West Washington Street, Indianapolis, IN 46204
317.263.7010 I fax 317.263.7177
msimon@simon.com I www.simon.com

**597**

## SKLAR LAW OFFICES

Lori J. Sklar
lsklar@lorisklar.com

2234 Sherwood Court
Minnetonka, MN 55305
TEL (952) 546-1051
FAX (952) 516-5353
www.lorisklar.com

Licensed to practice in
California New Jersey,
New York, and Minnesota

May 1, 2008

Honorable John F. Walter
United States District Court
Central District of California
312 N. Spring Street
Room 176, Courtroom 16
Los Angeles, CA  90012

Re:   United States v. Melvyn I. Weiss, No. CR 05-587(E) - JFW

Dear Judge Walter:

I am writing on behalf of Mr. Weiss out of my great admiration and respect for him as one of the most extraordinary attorneys I have ever known.  I am a member in good standing of the California, New York, New Jersey and Minnesota Bars and have practiced law for 18 years.  I am honored to have known Mr. Weiss for more than 14 years.

I have always looked at Mr. Weiss as a mentor throughout my legal career.  He provided me my first opportunity to learn about class action consumer fraud when he hired me to work as a summer associate.  During this time, he taught me about the importance of providing legal services for the community through pro-bono, humanitarian and philanthropic efforts, contributing his time and professional resources.  The knowledge that I had gained from working with Mr. Weiss, including working with an important charitable organization, was an invaluable experience.

Throughout my legal career, I have called Mr. Weiss on several occasions to discuss various cases.  Each time I called, he always took my calls and was extremely generous with his time, knowledge and experience.  My relationship with Mr. Weiss has always been warm and personal.  Though he certainly never had anything to gain from our relationship, I am grateful for his many acts of generosity and kindness.  He has always been very supportive that I was a sole practitioner in the area of class action consumer fraud.  Whenever I had depositions scheduled in New York, he would not only open up his office but would set up a conference room with bagels, cream cheese and coffee.  He is by far one of the most kind and generous individuals that I have ever known.

1

598

Despite Mr. Weiss' admission of wrongdoing, I maintain the greatest respect for him.  I respectfully request that the Court impose a lenient sentence that takes into consideration the extraordinary accomplishments of this truly amazing and special man and because of the many great qualities he has demonstrated on behalf of the Bar and throughout his life. I respectfully urge that the Court impose a period of home confinement and/or community service.

Respectfully Submitted,

Lori Sklar

LS/rg

2

**599**

Ira N. Smith
49 Woodland Drive
Oyster Bay, NY 11771

April 17, 2008

Honorable John F. Walter
United States District Court
Central District of California
312 N. Spring Street
Room 176, Courtroom 16
Los Angeles, CA 90012

RE: UNITED STATES v. MELVYN I. WEISS
NO. CR 05-587(E)-JFW

Dear Judge Walter,

I am writing to you on behalf of Mr. Mel Weiss, a neighbor and friend for more than thirty years.

I first met Mel when I coached baseball in the Oyster Bay East Norwich little league and his son Stephen played second base on my team. He and I were also members of the same congregation, the Oyster Bay Jewish Center in Oyster Bay, New York. And subsequently, we became members of the Glen Oaks Club, a golf and social club in Old Westbury, New York.

I was graduated from Queens College, Flushing, New York in 1960 with a B.A. degree and from Cornell Law School in 1963 with an LL.B degree. Upon graduation, I was employed by the Securities and Exchange Commission for four years as a Trial Attorney and shortly thereafter entered private practice. I have not practiced law since approximately 1980 and have been involved with numerous business ventures and endeavors during that period. Since 1992 I have been the co-chairman of SESAC, Inc, which is one of three United States performing rights organizations which licenses the public performance of the works of its affiliated authors, composers and publishers to radio and television broadcasters as well as to a plethora of general business establishments.

I know that Mel has pleaded guilty to certain crimes. I also know that he is truly remorseful about his conduct and it is because of his remorse at his wrong doing that I

**600**

feel obliged to speak to you on his behalf, to share with you his acts of kindness, philanthropy and generosity so that you may consider the entire man and take into account his life's work and be merciful and lenient in the sentence you impose.

I can not hope to do justice in this letter to Mel's numerous accomplishments many of which are truly extraordinary and which I need not reiterate to your Honor. However, what I most admired about Mel his intellect. Yes, it is true that he is a great philanthropist and supporter of numerous local and national charitable organizations including our local Oyster Bay Jewish Center, UJA, ADL and a host of others. But it his intelligence and tenacity, that I first came to admire and respect when I read in a footnote in a book about in his brilliant examination of Steve Ross, the CEO of the then Kinney National Company during the litigation concerning the financial scandal that embroiled that Company in the early 1970's. I viewed him then as I do now as a pioneer of shareholder's rights who was willing to take on the entrenched corporate management of public companies and hold them responsible for their fraud and mismanagement that deprive shareholder's of their just due.

Most notably to me, despite his success and growth as a leader in his field, he never changed as a human being. Mel was always the same kind and caring neighbor and congregant. His success never gave way to hubris or arrogance.

When I spoke to him recently, I heard his remorse and his acknowledgement of wrongdoing. I listened to his contriteness at his misdeeds and saw his suffering. I know that he feels diminished and that he is truly repentant. I believe his achievements, endeavors, philanthropy and accomplishments should not be overlooked by your Honor. I ask your Honor to weigh his many positive contributions to society including his pro bono representation of the Holocaust survivors and their descendants in seeking recovery of the billions of dollars in assets appropriated from them by the Nazi regime prior to and during World War II and be merciful in your consideration and imposition of his sentence.

Respectfully submitted,

Ira N. Smith

**JEFFREY D. SMITH**
42 CLOCKTOWER RD.
OLD WESTBURY, NY
11568

April 19, 2008

RE: United States v. Melvyn I. Weiss
    No. CR 05-587 (E) - JFW

Dear Members of the Court,

It is with a great deal of personal pleasure that I write this letter on behalf of Melvyn Weiss with the hope that the court will find mercy on the sentencing of my dear friend. I would like to share with you what an incredible man Mel is and what his friendship means not only to me but our community on so many levels.

When I turned 65 years old last year I began to appreciate how what we do with our precious time on earth affects those we have touched at some point in our lives. I have been fortunate enough to work in a business that my father (and mother) created from nothing. My father, like Mel, was an attorney who made his livelihood representing the underdog and underprivileged. Until my fathers passing at 90 years old he worked every day to provide for and protect his family. In this regard, Mel and my father share the same high moral standards and have positively affected the lives of more people than I could count. I have learned to portray those same qualities in my real estate business and continue to help the community by focusing on providing space for not for profit organizations so they worry less about the "rent" and more about their mission. Mel's pro bono work is one example of how he has given back so much to the community throughout his distinguished professional career.

On a personal level Mel is one of the most generous and understanding people I have the honor of calling my friend. Several years ago Mel gave my son (an attorney) the opportunity to represent his daughter in a real estate transaction. This interaction in most instances would be otherwise unremarkable however it is important to point out that my

**602**

son had been practicing law for only one month when this opportunity presented itself. Mel could have retained counsel from any of the top real estate attorneys in the country but as testament to his personal generosity and mentor as a professional, entrusted my son to represent his daughter in this matter. As a friend and a father words can not describe the level of respect that was instantly reinforced by Mel's actions. This is just one example of how Mel's personal ability and professional stature can touch the life of an individual and help provide the confidence that could last a life time.

Mel Weiss is a hard working, compassionate man who has contributed more than most to his family, friends and colleagues. In order for Mel to continue to provide the love and support so very needed by his family and friends I can only ask that the court be as understanding as possible in the sentencing process and respectfully consider home confinement for Mel as his physical presence with his family, friends and community is of paramount importance.

I sincerely thank you for taking into consideration what an important and loved man Melvyn Weiss is when you weigh the options available for his sentencing.

Sincerely,

Jeffrey D. Smith
President and CEO
SAMCO Properties

**603**

# DONALD SNYDER M.D., F.A.C.P.
601 Carriage Hill Lane
Boca Raton, Florida 33486

---

Phone (561) 392-8156    Fax (561) 368-7878

Honorable John F. Walter
United States District Court
Central District of California
312 N. Spring Street
Room 176, Courtroom 16
Los Angeles, CA 90012

Re: United States v. Melvyn I. Weiss
_____No. CR 05-587 (E)-JFW                              April 13, 2008

Dear Judge Walter:

    I am writing this letter in an effort to convince the Court to sentence Mel Weiss leniently in view of his long history of pro bono work for many charities and individuals, his many awards and professional accomplishments that all attest to his fundamentally fine character despite this admission of wrongdoing. This is an amazing man with extraordinary accomplishments who still has my love and respect. He has enormous skill, knowledge and experience and could make a significant contribution if the Court could find the leniency to impose a sentence of Community Service. The loss of his hard won legal license alone will be devastating.

    I am a Harvard trained physician and I understand what the loss of this professional license would mean. I have known Mel for over 30 years as a friend, a patient and a colleague. He has made a mistake and his expressions of true remorse reflect his true character. If allowed to function in the community this man can continue to perform an important and unique service that can be designed by Your Honor to achieve the maximum benefits from his skills.

Sincerely,

Donald Snyder, M.D., F.A.C.P.

**604**

Jack Sobel
27 Lancia Drive
East Norwich, New York 11732

April 21, 2008

Honorable John F. Walter
United States District Court
Central District of California
312 N. Spring Street
Room 176, Courtroom 16
Los Angeles, Ca 90012

Re: United States v. Melvyn I. Weiss
No. CR 05-587 (E) – JFW

Dear Judge Walter;

I have known Mel Weiss for over 50 years. We both met and attended City College of New York, Baruch School. I am his friend and his insurance agent.

Mel has always been a very generous, ambitious, sharing, caring and thoughtful person.

He has always given generously to many charities, including his Law School at New York University, our Temple, The Oyster Bay Jewish Center and many other local civic and cultural groups in our area of Oyster Bay /East Norwich. Mel and Bobbi helped build and are active in the Boys and Girls Club in Oyster Bay, which provides after school activities, trips and tutoring for school children of working parents. Mel and Bobbi have lent their art collection to our local Nassau County Museum in Manhasset for others to view and enjoy, as he and Bobbi do. Mel is extremely close with his family. Even though he was away a lot on business, all his children adore him and look to him for advise and guidance.

He started his career from meager beginnings, when he first met and joined Fred Milberg many years ago to build the firm. He is a brilliant Attorney, who has done a lot of pro bono work in his long career. He has always been fervently interested in helping the underdog and somehow, during his extensive career, strayed along the way.

I'm sure he has a great deal of remorse about his misconduct and I hope you will be as lenient with his sentencing as possible, due to his age and his generous past endeavors. Despite Mel's admission of wrongdoing, I nevertheless still have great respect for him because of the many great qualities he has demonstrated throughout his life. We will all miss Mel deeply and hope he returns to us in good health and good spirits.

Sincerely,

Jack Sobel, CLU, CPC

**605**

100 Alhambra Drive
Oceanside, NY 11572
516-608-5099

April 23, 2008

Honorable John F. Walter
United States District Court
Central District of California
312 N. Spring Street
Room 176, courtroom 16
Los Angeles, CA 90012

**RE: UNITED STATES v. MELVYN WEISS**
     **NO. CR 05-587(E) – JFW**

Dear Judge Walter,

My name is Edward Sollinger. I am a Computer Systems Manager for the Financial
Information Services Agency for the City of New York, am a graduate of Boston
University, and consider Leslie Weiss, Mr. Weiss' daughter, one of my best friends.

It is in this capacity that I have come to know Melvyn Weiss over the past 14 years or so,
and I am asking you for leniency in respect to the sentencing for the crimes to which he
has pleaded guilty.

While my personal interaction with Mel has not been extensive, he was ALWAYS warm,
caring and interested in how I and my family were doing. Being the father of a 3 year old
daughter adopted from China, and a 10 year old daughter with Autism, I am hyper aware
of people who are making small talk, and those who genuinely care. For this reason, I
look to him as a role model.

Mel Weiss cares. His wife cares. His children care. He is, in my sincere estimation, the
father of a family who care deeply about many issues. This is not someone who instills
greed and selfishness in his family. It is someone who promotes charity, selflessness, and
giving, both financially and personally. At his suggestion, Leslie has volunteered for
several charitable foundations. I have had the good fortune to attend more than one
fundraiser with Leslie as Mr. Weiss' guest, and witnessed first hand his generosity. For
this reason, I look to him as a role model.

**606**

My friend Leslie has, over the years, suffered from several health issues, some minor, some critical. Through ALL of them, she has received love and support far beyond what even she expected from her very busy father. When she spoke of him and his support during these times, it was obvious that he was a crucial, positive influence in her recoveries. He loves his daughter unconditionally. For this reason, I look to him as a role model.

He has instilled these values in his family. I see it in Leslie, I see it in her brothers, and I even see it in her nieces and nephews, Mr. Weiss' grandchildren. I, for one, do not take this for granted. Family values are not as common as they were years ago. This is a man who is the center of a close knit, supportive family. For this reason, I look to him as a role model.

I, and my wife and daughters, have had the good fortune to be able to get to know and spend time with Mel and his family.  I am pleading with you for leniency in regard to his sentencing. I am certain beyond any doubt that he is remorseful. I know he has pleaded guilty to a crime. Even so, I look to him as a role model.


Sincerely,

Edward M. Sollinger

**607**



**CUSHMAN &
WAKEFIELD**®
SONNENBLICK GOLDMAN

Arthur I. Sonnenblick
Senior Managing Director

**Cushman & Wakefield
Sonnenblick-Goldman, LLC**

712 Fifth Avenue
New York, NY 10019

(212) 841 9204 Tel
(212) 262 4224 Fax
asonnenblick@sonngold.com
www.sonngold.com
www.cushmanwakefield.com

Honorable John F. Walter
United States District Court
Central District of California
312 North Spring Street
Room 176, Courtroom 16
Los Angeles, CA 90012

RE:   UNITED STATES v. MELVYN I. WEISS
      NO. CR 05-587(E) – JFW

Dear Judge Walter,

My name is Arthur I. Sonnenblick. I am a friend of Mel Weiss having known him for
nine years since we met at Boca Rio Golf Club in Boca Raton, Florida. I am a real estate
investment banker, past president of the Mortgage Bankers Association of New York,
past member of the Board of Governors of the Real Estate Board of New York, a
graduate from the University of Pennsylvania's Wharton School, an honorary trustee of
the Educational Alliance and retired from the U. S. Navy.

I am writing to ask you to be lenient in sentencing Mel.

My relationship with Mel has been personal; my wife, Sybil, and I have had a long and
pleasant social relationship with Mel and his wife, Bobbi. I have always known him to be
highly intelligent, friendly, charitable, and honest.

I know that he has pleaded guilty to crimes; in spite of that I continue to hold him in high
regard. For me, knowing him personally outweighs his crimes. It is my hope that you will
recognize, as I do, Mel's good qualities and impose a minimum sentence.

Sincerely,

608

# SPEER LAW FIRM

A PROFESSIONAL CORPORATION

**THE STILWELL BUILDING**
104 WEST 9TH STREET, SUITE 305
KANSAS CITY, MISSOURI 64105

CHARLES F. SPEER
TAMMY R. DODSON
LICENCED IN MISSOURI AND KANSAS

(816) 472-3560
FAX (816) 421-2150
TOLL- FREE (866) 472-3560

KIRRA N. JONES
GERALD L. CROSS, JR. (LEE)
LICENCED IN MISSOURI

April 9, 2008

Honorable John F. Walter
United States District Court
Central District of California
312 N. Spring Street
Room 176, Court Room 16
Los Angeles, CA 90012

Re:  Melvyn I. Weiss

Dear Judge Walter:

I have had the great pleasure and honor to become associated with Mr. Weiss in both business and social endeavors.   While I first came to know Mr. Weiss six years ago in a co-counsel relationship, my friendship and admiration for Mr. Weiss has developed over the years. My wife and I have had the opportunity to be invited into Mr. Weiss' home and the great pleasure of meeting his wife and children.   From my personal observation, Mr. Weiss is a very loving and caring spouse and Father; in fact, he has exhibited those traits in his dealings with me, both in business and social settings.   Despite being in the middle years myself, I consider Mr. Weiss a mentor, a mentor to be treasured and honored.

I am confident that should I ever be in need as the result of a business or person crisis, Mr. Weiss would be there for me as he would be for the countless other lives he has touched in his long and storied career.   I am saddened by the transgressions that led to Mr. Weiss' entry of a plea of guilty as I know he is.   Transgressions that belie all of which I observed in the man. From my business and personal relationship with Mr. Weiss, I never observed anything but a man of the highest integrity and honor.

I am honored and humbled to be able to write to you on Mr. Weiss' behalf and beseech you to consider the man as a whole.

**609**

Regards,

Charles F. Speer

Honorable John F. Walter
United States District Court
Central District of California
312 N. Spring Street
Room 176, Courtroom 16
Los Angeles, Ca. 90012

RE:  United States v. Melvyn I. Weiss
No. CR 05-587 (E) JFW

Dear Your Honor,

My name is Dina Marie Steiner and I am a Citizen of the United States of America, presently living in Austria.  I am a married mother of 4 children ages ranging from 9 months to 11 years old.  I have been a part of teams which have built several successful companies in America and I love my Country dearly.  I love my Country for what we stand for, represent, and do; to help people of all origins.

In 1999 I had the blessing of meeting Mr. Melvyn  Weiss, (Mel).  Mel is the father of an amazing man and friend of mine, Gary Weiss.  Gary and I were working on a project together and he suggested that we involve his dad.  I must admit knowing what an amazing man Mel is, I was nervous to meet him.  I was aware though my personal research, of the extraordinary things Mel had done not only in business but for our great Country.  When I met him I immediately knew I was in the care of "family"!  Mel is a warm hearted man who truly cares about making a difference in our Country and in our world.  He believes in empowering those he meets, to help encourage them toward their own personal success.  He was incredibly supportive of our business and was an invaluable support.

We were unfortunately a part of the entire "internet crash" and Mel was as supportive in that phase as he was when the going was good.  Mel and his family are there for others in the bad times as well as the good, with generosity, encouragement, kindness, wisdom and love.  This is an extremely rare way of being among humans today and it of course for me separates Mel; as one of the "greats" in our Country.

On one ocassion Mel and I drove together to a meeting, and in those 30 minutes I learned more than I had in an entire college semester.  What I learned most was how this man became so great.  Despite what has happened, which for me, is a reminder of the frality all of us possess, Mel's enthusiasm for others, his enthusiasm for education, his enthusiasm for the greatness of America is unmatched.  His desire to inspire our youth, our most valuable resource, through his passion for what it means to be an American is for all of us an opportunity.

**611**

For me, Mel is a man to look up to for so many things; his support of our Government, his support of our educational system, his support of our environment, his support of our youth, his support of the common man as well as the well heeled...but most of all for his love, kindness and understanding toward others.  I know through my friend that Mel has been an outstanding husband and father and I know through my experience that he is a wonderful friend as well.

I ask for and I pray for leniency in your sentencing of Mel.  I know he is a man of integrity; because a man who stands behind his actions is not only courageous, but true to his integrity.  If there is a way to have this great and inspiring man carry out his sentence at home while educating our youth, we would all stand to gain a great deal.

Mel has helped so many people throughout this world; please keep that in mind when sentencing him.  He has helped victims of our History's most tragic events be able to pick up the pieces of their shattered lives and move on, when others chose not to help them.

I am so grateful for being blessed to call this amazing man my friend and to see first hand how he has touched so many lives.  Again I pray, that this situation can be turned into an opportunity to have one of our nation's most intelligent citizen's give back to the community once again with his unmatched wisdom.

Thank you Your Honor for taking your time to read my letter and I hope it helps you to frame your vision of the Mel I have come to know and love.

Respectfully,

Dina Marie Steiner

**612**

# STOLL BERNE
### STOLL STOLL BERNE LOKTING & SHLACHTER P.C. LAWYERS

N. Robert Stoll
rstoll@stollberne.com

April 14, 2008

Honorable John F. Walter
United States District Court
Central District of California
312 N. Spring Street
Room 176, Courtroom 16
Los Angeles, CA  90012

Re:    UNITED STATES v. MELVYN I. WEISS
       NO. CR 05-587(E) – JFW

Dear Judge Walter,

I have known Mel Weiss, in a professional capacity, for nearly 30 years.  I first became acquainted with him when he was giving seminars to the American Bar Association in the early 1980's, calling for strong enforcement of the securities laws, and the need for strengthened corporate governance standards. My firm and I have represented plaintiffs and defendants in a large number of securities cases for many, many years.  Our clients include many institutional investors, including a large public pension fund as well as private securities firms, and many individuals.  In a few securities cases, my firm was co-counsel with Mr. Weiss' firm, although I do not recall having any securities cases with Mr. Weiss personally.   Subsequently, I was selected by other plaintiff counsel to be one of the five members of the Plaintiffs' Executive Committee in the Exxon Valdez Oil Spill Litigation, and became better acquainted with Mel's skills and judgment as a lawyer, as he became personally involved in that case.

Mel Weiss obviously was a leader in making U.S. capital markets as vibrant as they are today as a result of insisting on their total transparency.  Although there is no legitimate excuse for the acts for which he pleads guilty, his accomplishments and importance to the enforcement of protections for investors cannot be diminished.

For me, however, I was most impressed by Mel Weiss' commitment to those with less, and to public service.  He received no financial, professional, or personal benefit from his philanthropy.  In particular, his gift of over $ 1 million to NYU Law School to fund public service work by law students became an example for many of us throughout the country, and led – I personally know – to many other similar programs and gifts [although perhaps not of that magnitude] to other law schools.

**613**

Honorable John F. Walter
April 15, 2008
Page 2

_____

    I do not diminish the severity of his transgressions, for which he clearly should have known better. However, the accomplishments –professional and personal – should also not be forgotten. I hope that you will take this into account when sentencing him.

                        Respectfully,

                        N/Robert Stoll

NRS:tmk

**614**

**JOEL A. STONE**
1203 Spanish River Road
Boca Raton, FL 33432
(561) 347-8686

April 24, 2008

Honorable John F. Walter
United States District Court
Central District of California
312 N. Spring Street
Room 176, Courtroom 16
Los Angeles, CA 90012

Re:  United States v Melvyn I. Weiss No. CR 05-587(E)-JFW

Dear Judge Walter:

As an attorney (Illinois 1970) and a Certified Public Accountant (Illinois 1966), although I have been a business man for many years, I understand Mr. Weiss's actions are not excusable. I do not suggest that I have the sophistication to know what the punishment should be for those acts. I am quite knowledgeable in the area of class actions in my capacity as a business man. I know Mel only on a social basis, but maybe because of my background, he was willing to discuss the matter with me when we had been alone. He expressed to me his concern for the legal process and certainly his regrets that his actions may have caused harm to the legal profession.

In addition, what I can attest to is Mr. Weiss's character. I have known him for a relatively short time, approximately ten years. During that time, I have spent many hours with him on a social basis. This time has been in group settings, as well as in one to one situations. He has shown his tremendous care for his immediate family. He has also expressed his concerns for the greater community in which we live. We have discussed not only the normal light topics, but also those concerning social, philanthropic, economic and political issues concerning the United States and the world in general. Although we were not always in agreement, I found his positions well thought out and always demonstrating his concerns for social responsibility and for philanthropy in general. I know he has acted consistently with his stated positions. His philanthropic endeavors are well known. A charitable organization that sponsors research for degenerative retinal eye diseases is the beneficiary of his generosity, merely because I mentioned to him my family's issues. I also know that he has helped acquaintances in need, even when the idea of repayment was questionable at best. He led a group (including myself) to help an individual who found himself in a bad financial position.

I would be happy to make myself available to discuss the above or anything else you deem pertinent to the matter before you.  Again Mel's actions consistent with his admission of guilt suggest his wrongdoing. However, I ask of you that you consider Mr. Weiss's other acts of kindness and social responsibility when deciding his sentence.

Respectfully,

Joel A. Stone

**615**

May 9, 2008

Honorable John F. Walter
United States District Court
Central District of California
312 N. Spring Street
Room 176, Courtroom 16
Los Angeles, CA 90012

RE: United States v Melvyn I. Weiss, No. CR 05-587(E)-JFW

Dear Judge Walter:

My name is Baruch Tamir. I am the CEO of New Products International, a company that I launched 24 years ago which does promotional products. I grew up in Israel but I came to the United States to pursue an Engineering degree which I obtained in 1977 from the Polytechnic Institute of New York. Thereafter, I went back to Israel and in 1984 I decided to come back to the United States. I became a citizen of this country about ten years ago.

I have known my very good friend, Mel Weiss, for over seven years. I met him after the 9/11 terrorist attacks in New York City. A common friend introduced us. The terrorists attacks had affected me greatly and I decided to start a company which would provide security in major airports, cities and organizations to prevent future terrorists attacks. When I met Mel, I approached him with this idea. He was also very hurt about the attacks and immediately offered his help. Not only did he invest in the company but he also provided us with his ideas and support. He was very generous, open-minded and honest. Most of all, he was very patriotic about this cause.

Unfortunately, the company went through many tribulations and started loosing money. During this time, Mel never pointed a finger at anybody. He was always very respectful. He spent a lot of time helping the company succeed, talking to the directors, brainstorming, and advising me. After all those efforts, we nonetheless had to close the company but Mel showed his integrity throughout the whole process.

Although, the company was unsuccessful, I got to know Mel in a personal level during that time. We became great friends and I got to see all the wonderful aspects of this man. He is generous, caring, self-scarifying, and an altruistic person. Your Honor he is a great man. He is always involved in a charitable causes, whether it is for a big project or for a particular person. He always has time for others and would never neglect a friend's or even a stranger's call for help.

I know of one example, out of many, that shows Mel's greatness and generosity. On a certain occasion he told me that he had given an original Picasso painting from his private

collection to one of his domestic helpers because she needed financial assistance.  Your Honor, I cannot think of any other person that would do such a generous act.

While I am aware that Mel has pleaded guilty to certain crimes and that he has to endure punishment, I respectfully request this Court for leniency in sentencing my good friend.  I implore the Court to consider his extraordinary accomplishments and many great qualities. Community Service as part of his sentence would benefit the community in many wonderful ways.

Thank you for your consideration.

Very truly yours,

Baruch Tamir



# OYSTER BAY JEWISH CENTER

**Rabbi**
MARVIN DEMANT

**President**
IRWIN TANTLEFF

**Executive Vice President**
STEVEN BACH

**Officers & Trustees**

LEWIS BERNSTEIN
*Co-Vice President Fund Raising
Executive Committee*

CHERYL SEGALL
*Membership Vice President*

LAWRENCE GORDON
*Co-Vice President Fund Raising*

LAURIE GUTTENBERG

LAURENCE HIRSCHHORN
*Treasurer, Executive Committee*

RANDY PULLMAN
*Co-Vice President, Buildings & Grounds
Executive Committee*

LISA ROSENBERG
*Cultural & Social Vice President*

MELVIN RUDNITSKY
*Education Vice President,
Executive Committee*

BERNARD SANDLER
*Financial Secretary*

KENNETH SCHNEIDER
*Co-Chairman, Ritual*

WENDY SMITH
*Recording Secretary,
Senior Vice President
Executive Committee*

JOE WEITZ
*Vice President, Ritual*

BERTRAND WOLFF
*Co-Vice President, Buildings & Grounds*

RAYMOND ZUKERMAN
*Immediate Past President*

**Past Presidents**
Sidney Ackerman*
Irwin Bard
Larry Bard
Jacob Bernstein
Allan Block
Michael Falkove
Ronald Feldman*
Marcia Glick
William Goebel
Louis Goldblatt
Andrew Hajdu
Peter Hess
Seymour Hoffman*
Robert Mandel*
Gerald Raymon
Samuel Roth*
Ira Rubenstein*
Melvin Rudnitsky
Linda Scheinbach
Peter Silverman
Lawrence Tydings*
Charles Vengrove

*Deceased

RE: UNITED STATES v. MELVYN I. WESS
NO.CR 05-587(E) – JFW

Honorable John F. Walter
United States District Court
Central District of California
312 N. Spring Street
Room 176, Courtroom 16
Los Angeles, CA 90012

Dear Judge Walter:

I am writing this letter on behalf of Melvyn I. Weiss who will be sentenced by your Court on June 2, 2008. By way of introduction, I am the President of the Oyster Bay Jewish Center, knowing Melvyn Weiss as a congregant, neighbor, and friend for over 40 years. I also serve the not for profit community as a board member of Mid Island Y; Friends of the Arts; Council Member of Tilles Center for Performing Arts; and Advisor/Mentor, Center for Entrepreneurial Studies, Stern Business School, New York University. Formerly, I was the Owner/CEO of a small supermarket chain; board member of Food Marketing Institute; and director/past president of the New York State Food Merchants Association.

I am sure you will be provided with many examples of Melvyn's, often anonymous, pro bono history. In our own Oyster Bay Area, Melvyn answered the call for most any community need. Indeed, a few years ago, when Oyster Bay Jewish Center faced extinction due to third party misappropriation, Mel had a major role in the temple's resurrection both organizationally and financially…Melvyn Weiss is the key reason our Synagogue stands proud today.

Melvyn Weiss has a history of helping people in need. In my own case, when a family member was facing criminal charges by a disgruntled spouse, Mel stopped what he was doing to assist us without compensation.

By his own actions, Melvyn Weiss has been marginalized and shamed--his accomplishments and good deeds shut out. His reputation, good name, and license to practice law are gone. He has clearly stated his remorse. This is severe punishment for an elderly man, who is not a threat to the community.

I believe Melvyn's own personal rehabilitation and societal needs would be better served by intense community service as a substitute for incarceration. I am sure you are aware of the crying need for talented and experienced people to serve the less fortunate among us.

Please be advised that the Board of Directors of Oyster Bay Jewish Center has authorized me to write on behalf of our synagogue in the pleading for leniency, and a sentence of community service rather than incarceration.

Thank you for your consideration of this letter.

Sincerely,

Irwin Tantleff
President

**618**

11 Temple Lane • Oyster Bay, New York 11771 • Tel: 516/922-6650 • Fax: 516/922-2663 • Email: objc@optonline.net

MELVIN S. TAUB

April 14, 2008

Honorable John F. Walter
US District Court
Central District of California
312 North Spring St, Room 176, Courtroom 16
Los Angeles, CA, 90012

<u>Re: United States vs. Melvyn Weiss</u>
No. CR05-587(e)-JFW

Dear Judge Walter,

I am an Attorney at Law, in practice in the State of NJ for the past 62
years.

During that time I have come to know Melvyn Weiss (well over 20 years).
My knowledge stems from the fact that his law firm was engaged in
litigation with a corporation for which I was General Counsel and an
Officer. At that time, I did not meet Melvyn Weiss for the matters were
handled by others in his firm. One day when I mentioned to him he had
no idea about the law suit, and was surprised to learn of same.

During these 20 years, we had numerous discussions; philosophical and
otherwise, such as; history of the common law, present day status of the
Bar at large, and the complications of practicing in today's environment
(also fishing and golf). The one thing that was obvious to me was his
belief that the Law would rectify the inequities of everyday living.

The rule of law was his mantra, and that's why I was so surprised to learn
about his present day legal problems. In no way meaning to downgrade
the seriousness of his actions, I know he is a good man. I am certain your
Honor has received information about all the good things Melvyn has
done for others over the years. Whatever he gave, he gave with the idea of
improving the lives of the recipients. He gave with his heart and not for
personal aggrandizement. His philanthropy goes back to his early years,
when every dollar was important to his family.

**619**

MELVIN S. TAUB

Melvyn has suffered the indignity of his actions and the humiliation for his family, which is probably the greatest penalty of all. Incarceration would only be a greater humiliation for his family who are also victims. Perhaps if some form of leniency could be granted to him by your Honor, he could continue his philanthropic efforts or devote his talent to society at large.

I thank you in advance for taking the time to read this letter and considering my thoughts.

Sincerely,

Melvin S. Taub
710 Route 46 East, Suite 210
Fairfield, NJ, 07004
Tel: (973) 227-0888

**620**

2

Honorable John F. Walter                                    April 29, 2008
United States District Court
For the Central Dist of California
312 N. Spring St.
Los Angeles, Calif. 90012

Dear Sir:

I am writing this letter in regards to the case: U.S. vs. Melvin I. Weiss, no.CRO5-587(E)-JFW.

I first met Melvin Weiss when his law firm took over the nation's largest toxic tort lawsuit in Riverside, California in 1985. This personal injury and damage lawsuit was filed on behalf of 5,000 plaintiffs against 250 corporations, the State of California, and the County of Riverside. My family and I lived in the community that had dealt with the health and safety affects of the Stringfellow Toxic Waste Site for years. When this site overflowed during a heavy rainstorm onto a school ground and the surrounding community of Glen Avon members of the local community organized meetings and workshops to combat the issue of a toxic dumpsite in our neighborhood. When we realized that health problems and property damage was a big factor in our area we found it necessary to contact a law firm that would handle our case. After much searching, we finally chose Melvin Weiss's law firm.

I had been a teacher at the school where the toxic waste overflowed and I lived only one mile from the Stringfellow toxic waste site. Soon I found myself very much involved in working on a solution to cleaning up the waste site and helping the community cope with the problems associated with a toxic dump in the neighborhood. Because of this involvement, I was elected to the Stringfellow Steering committee. This committee represented the 5,000 plaintiffs in the community during the lawsuit.

For thirteen years, we battled the corporations, the government agencies, and other law firms to get justice for our small community. During this time, Mel Weiss and his staff worked diligently for our cause and our citizens. His law firm spent millions of dollars and years of work on our behalf never knowing if they would get a penny in return. During all these years, Mr. Weiss championed our cause and kept us informed and involved in all the decisions of the law suit. He and his staff treated us with the same respect and courtesy that one might give to a million dollar corporation. Mr. Weiss was available and interested in our input. He never made us feel that our ideas were not worth hearing. Even after the lawsuit was settled, he made a donation to our community by giving money for the purchase of land for a community park.

I would hope that the court will show Mr. Weiss the same respect and courtesy that he gave to a small community in California several years ago.

Yours very truly,
Paula Wansa
Paula Wansa

**621**

# Eisner

Eisner LLP
Accountants and Advisors

750 Third Avenue
New York, NY 10017-2703
Tel 212.949.8700  Fax 212.891.4100
www.eisnerllp.com

April 16, 2008

Honorable John F. Walter
United States District Court
Central District of California
312 N. Spring Street
Room 176, Courtroom 16
Los Angeles, CA 90012

Re:  United States v. Melvyn I Weiss
No. CR05-587 (E) – JFW

Dear Judge Walter:

I am the Managing Partner of Eisner LLP, one of the largest regional accounting firms in the Northeast U.S.  Although I have met Mel Weiss only on a few occasions, I have carefully followed his career over the years.

Mel has spearheaded a most important service which has had great benefits to the public at large, as well as the accounting profession.  Through his and his firm's vigilant efforts, wrongful practice in financial reporting has been greatly improved.  In part, as a consequence of Mel's and his firm's efforts to hold companies and individuals accountable for their work, there is now greater transparency of the financial affairs of companies, and Congress enacted legislation, the Sarbanes-Oxley Act, to assist in protecting the public from future improper conduct.

Most significantly, the accounting profession has learned important lessons.  Our primary responsibility as auditors is to insure that the public can rely on our attestation on the financial statements issued by companies.  Through Mel Weiss' diligent efforts, all accountants have a clearer appreciation of those responsibilities.

In view of Mel Weiss' valuable contributions, I urge the Court to be lenient in sentencing him.

Respectfully,

Charles Weinstein
Managing Partner

Independent Member of Baker Tilly International

**622**

Debra M. Weiss

May 19, 2008

Honorable John F. Walter
United States District Court
Central District of California
312 N. Spring Street
Room 176, Courtroom 16
Los Angeles, CA 90012

Re:   *United States v. Melvyn I. Weiss, No. CR 05-587(E)-JFW*

Dear Judge Walter:

My name is Debra Weiss and I have been married for 18 years to Melvyn Weiss'
second son, Stephen. I write this letter praying that you will show some leniency in the
sentencing of my father-in-law, who has touched my life in so many deep and wonderful
ways since I first met him more than two decades ago.

Over these years, I have had the privilege of getting to know my father-in-law in
an intimate and special way as a result of the intensely close bond shared between him
and my husband. I know from the countless hours that I've spent with him that my
father-in-law is truly an exceptional soul. He has a way of embracing people and life that
is tender, inspirational, admirable and rare. He is strong and intelligent, but also warm
and playful, not only with my own three children, but almost all with whom he comes
into contact. No matter what the circumstances, my father-in-law's presence always
brings about positive and uplifting feelings in those around him.

Melvyn Weiss is incredibly generous of his time and his self. I still marvel after
all these years how he manages to be so much to so many people. He will always make
himself available to family, friends and even friends of friends. He has helped
innumerable people with his sage advice, or his simple ability to listen. He truly has a
remarkable ability to make a person feel heard and important.

Often people will approach him for financial support, either because they might
be personally in need or perhaps for a charity they are involved in. I have witnessed time
and again my father-in-law come to the aid of these people and support them or their
causes. I consider him to be a true philanthropist because he gives for the sake of
helping, not for gaining anything in return.

I know that my father-in-law has accepted full responsibility for his wrongdoings,
not only in these proceedings, but in my home as well. Instinctively, he found it

**623**

important to speak to my two older children, ages 14 and 12, to explain to them the meaning of these proceedings and that what he had done was improper. (Our third child recently turned five, so we have decided to spare him of the trauma that this explanation would bring). As he spoke with them, he did not cast blame on others or attempt to excuse his wrongdoing. My father-in-law loves his grandchildren deeply and cherishes his relationship with each and all of them. I can only imagine the pain that he experienced in speaking with them, but I also know that accountability is of the utmost importance to him, and he wanted my children to not only understand, but to learn from his mistake.

I know that you have a grave responsibility in meting out punishment for my father-in-law. Having known him for over 20 years, I know that the practice of law infused every fiber of his being. He cherished his profession and absorbed the experience of the practice of law through his every pore. I beg you to possess the wisdom of knowing how much anguish these proceedings have already caused my father-in-law, and how much additional suffering his loss of license will cause him. So, too, has our family suffered over these past 8 years. I humbly suggest that a lengthy prison sentence for this wonderful man would benefit no one, and that an alternative method of punishment such as meaningful community service would far better serve society. My father-in-law will be 73 years old in August. Though the stresses of these past several years have aged him considerably, he is still at the peak of his experience and wisdom and I have no doubt that his enormous gifts may be put to ultimate societal good by having him serve the public in some thoughtful way.

My father-in-law has already been stripped of most of what defined him as a person. He has lost not only the ability to practice law, but the legacy that he worked so hard to shape and build now stands in ruins. He has also suffered tremendously psychologically, feeling great concern and embarrassment for his 98-year old mother, to whom he is fully devoted, as well as for his family, his firm and for himself. At 73 years of age, my father-in-law is of no risk to anyone. He does not require a prison sentence to serve as a future deterrent. He is by many measures a model citizen with a proven track record. Yes, Melvyn Weiss made a mistake. He is a human being. He has shown great remorse to the Court as well as to those around him. I pray that in dispensing judgment upon my father-in-law you will consider the positive change that my father-in-law has made in so many people's lives. He has done so much for so many.

I thank you for your time and consideration,

Respectfully,

*Debra M. Weiss*

Debra M. Weiss

**624**

# Norman Weiss

__400 South Ocean Blvd. PH4__                                    __Boca Raton, FL  33432__

__4/7/08__

Honorable John F. Walker
United States District Court
Central District of California
312 N. Spring Street
Room 176, Courtroom 16
Los Angeles, CA 90012

RE: UNITED STATES v. MELVYN I. WEISS
     NO. CR 05-587 (E)-JWF

Dear Judge Walker,

I am writing this letter on behalf of my friend Melvin I. Weiss. Although we have the same last name we are not related, just very good friends.

Following is a brief overview of who I am that hopefully will give you an incite into my past and some of my accomplishments, ever so small. I owned and operated the largest hosiery company in the USA and sold it after twenty four years at which time I retired and still remain retired. I graduated Temple University thereafter going to work. I was president of many organizations and served on many boards. Enough about me.

I met Melvin Weiss during my presidency of a private golf club in Boca Raton Florida about twenty years ago. His extraordinary friendly way was immediately apparent to all the members. Not only did Melvin counsel many members who came to him for advice but in addition he made loans to certain members who needed temporary help from time to time. Melvin never asked for anything in return for these favors. It was plain to see how happy he could be to help a friend in need. Never did he refuse to donate generously to most charities who called on him...

Melvin is truly remorseful for his poor judgment that he pleaded guilty to. It is very evident from his demeanor that he is suffering greatly and looking back would have definitely never gotten involved in any misconduct.

In light of Melvin's admissions he is still respected for his kindness and many wonderful qualities not only by me but by so many people that were fortunate to be counted as his friends. We all hope and pray that the Court will impose a lenient sentence on Melvin that will result in home confinement or Community service.

Sincerely

*Norman Weiss*

__Phone # 561.362.8633__                    __Fax # 561.362.8190__

**625**

Honorable John F. Walter
United States District Court
Central District of California
312 N. Spring Street
Room 176, Courtroom 16
Los Angeles, CA 90012

Re: United States v. Melvyn I. Weiss No. CR 05-587(E)-JFW

Dear Judge Walter:

My name is Jeffrey Weitman and I am a close friend of Stephen Weiss, Mel Weiss's son.
Stephen and I have known each other since 1982, our freshman year at Brandeis
University. Through my friendship with Stephen I have spent a lot of time around his
family, his father Mel in particular. I'm writing this letter due to the positive impact Mel
Weiss has had on my life.

To me, Mel represents the epitome of philanthropy. He is a kind and generous person,
always willing to help those close and not so close to him. I have watched and learned
from this man over the years, whether at a family function or on the golf course.

Despite Mel's admission of wrongdoing, I still have great respect for him. The number of
people he has personally helped is many. He represents the meaning of family, which is
personified in his son Stephen.

Your Honor, I ask for leniency in his upcoming sentencing.

Thank you for your consideration in this matter.

Sincerely,

Jeffrey Weitman

Head of Sales – Americas
GFI Group
100 Wall Street
New York, NY 10023

**626**

# W E I T Z

## &

# L U X E N B E R G

A   P R O F E S S I O N A L   C O R P O R A T I O N

• L A W   O F F I C E S •

180 MAIDEN LANE • NEW YORK, N.Y. 10038-4925
TEL. 212-558-5500          FAX 212-344-5461
WWW.WEITZLUX.COM

PERRY WEITZ
ARTHUR M. LUXENBERG
ROBERT J. GORDON ††

EDWARD S. BOSEK          CHARLES M. FERGUSON          HADLEY L. MATARAZZO ††          SHELDON SILVER * •          * Of Counsel •
AMBRE J. BRANDIS          STEVEN J. GERMAN ▲          RICHARD S. MCGOWAN * ‡‡          FRANKLIN P. SOLOMON ¶          ‡ Also admitted in CT
EDWARD BRANIFF ††          LAWRENCE GOLDHIRSCH *§          KEITH M. O'CONNOR          LEMUEL M. SROLOVIC          ‡‡ Also admitted in FL
JOHN M. BROADDUS ✱          ROBIN L. GREENWALD * • ‡‡          MICHAEL E. PEDERSON          JAMES S. THOMPSON ††          ‡‡ Also admitted in MA
DANIEL C. BURKE          EDWARD J. HAHN *          PAUL J. PENNOCK ‡          DOUGLAS D. von OISTE ‡          § Also admitted in DC
PATTI BURSHTYN ††          MARIE L. IANNIELLO †²          STUART S. PERRY *          WILLIAM A. WALSH ††          * Also admitted in NJ and CT
LISA NATHANSON BUSCH          ERIK JACOBS          ELLEN RELKIN * ▲          JOSEPH P. WILLIAMS          * Also admitted in NJ and PA
DAVID A. CHANDLER          GARY R. KLEIN ††          STEPHEN J. RIEGEL ††          NICHOLAS WISE          ▲ Also admitted in NJ and DC
EILEEN CLARKE          GLENN KRAMER ‡‡          MICHAEL P. ROBERTS          ALLAN ZELIKOVIC          ▲▲ Also admitted in NJ and ME
THOMAS COMERFORD ††          JERRY KRISTAL ¶§          CHRIS ROMANELLI ††          GLENN ZUCKERMAN          ✱ Also admitted in DC and TX
ADAM R. COOPER          DEBBI LANDAU          DAVID ROSENBAND          • Also admitted in DC, VA
TERESA A. CURTIN ▲▲          JAMES C. LONG, JR. §§          JIM R. ROSS ◊          ◊ Admitted only in NJ and PA
BENJAMIN DARCHE          CURT D. MARSHALL ‡          JESSICA R. RUSSELL          ★ Admitted only in NJ
                                                                                ¶ Admitted only in DC, MD, PA and VA
                                                                                § Admitted only in CO
                                                                                ✱✱ Admitted only in IL
                                                                                ◊ Admitted only in TX

April 10, 2008

HONORABLE JOHN F. WALTER
United States District Court
Central District of California
312 N. Spring Street
Room 176, Courtroom 16
Los Angeles, CA  90012

RE:  **UNITED STATES v. MELVYN I. WEISS
NO. CR 05-587(E) - JFW**

Dear Your Honor,

My name is Perry Weitz and I am the founding and senior partner of the law firm of
Weitz & Luxenberg, P.C.

I have known Mel Weiss for more than 25 years, and have enjoyed both a personal and
professional relationship with him.  Mel has been a friend and colleague throughout these
years.

On a personal level, Mel has always been involved in philanthropy, raising money for
hospitals, charities, and medical research.  I have always admired his commitment to the
community we both live in, and the time and effort he personally exhibited in these
charitable endeavors.

On a professional level, I worked with Mel in the tobacco litigation, In re Simon II
Litigation, before Judge Jack Weinstein in the Eastern District.  Throughout this complex

**627**

215 South Monarch Street, Suite 202          210 Lake Drive East, Suite 101          76 South Orange Avenue, Suite 305          100 E. 15th Street, Suite 400
Aspen, CO 81611          Cherry Hill, NJ 08002          South Orange, NJ 07079          Fort Worth, Texas 76102
(970) 925-6101          (856) 755-1115          (973) 761-8995          (817) 885-7815

 2179-123

HONORABLE JOHN F. WALTER
April 10, 2008
Page 2

piece of litigation, Mel and I communicated, litigated and negotiated together on a daily basis for over two years.  Mel exhibited the highest level of professionalism, honesty, and integrity throughout that period.

I have had the privilege of working with some of the best lawyers in this county and can say, without reservation, that Mel Weiss conducted himself and represented his clients as well, if not better, than any of them.

I understand that Mel has pleaded guilty to certain crimes.  But it is important for Your Honor to understand the level of respect and admiration that I have for Melvyn Weiss, the man, not the lawyer.

He taught me how to fight for the people who could not fight for themselves, whether in a courtroom, the halls of Congress, or in hospitals raising money to find a cure for their illnesses.  He has given back in every way to both the legal community and his family and friends' community.

I urge the Court to be lenient in Mel's sentencing.   I know from speaking to him throughout this traumatic ordeal what he has already suffered and lost.  This is an extraordinarily proud man that was not motivated by the "almighty dollar."  He was motivated by his reputation, credibility, and the great law firm that he created.  Unfortunately, all of that has been lost forever, and any extended period of incarceration would serve no purpose.  This is one of those rare men and rare situations where the criminal justice system has already taken everything from him and made him suffer more than any period of incarceration.

Sincerely,

Perry Weitz

**628**

Honorable John F. Walter
United States District Court
Central District of California
312 N. Spring Street
Room 176, Courtroom 16
Los Angeles, CA. 90012
       Re: United States v Melvyn I Weiss No. CR05-587 E
Dear Judge Walter,
I am writing this letter on behalf of Melvyn
Weiss. Mel is a family member, my wifes
cousin, I have known this special man for the
past forty-nine years. In which time I have
found him to be a kind, loving and generous to
his family, friends, and charities. Mel has
always been there to give of himself to my family,
as well as countless others whenever needed.
It is for these reasons that I now plea for
the Courts mercy and leniency.

       Sincerely,
       Alan Wexler

**629**

### DISERIO MARTIN O'CONNOR & CASTIGLIONI LLP

ATTORNEYS AT LAW
ONE ATLANTIC STREET
STAMFORD, CONNECTICUT 06901-2402

TELEPHONE: (203) 358-0800
FACSIMILE: (203) 348-2321
WEB SITE: WWW.DMOC.COM

JONATHAN P. WHITCOMB*
E-MAIL: JWHITCOMB@DMOC.COM
*ALSO ADMITTED IN NY

WESTCHESTER OFFICE
50 MAIN STREET, SUITE 1000
WHITE PLAINS, NY 10606
(914) 684-0090

NEW YORK CITY OFFICE
420 LEXINGTON AVENUE, SUITE 1430
NEW YORK, NY 10170
(212) 616-3094

May 5, 2008

Honorable John F. Walter
United States District Court
Central District of California
312 N. Spring Street
Room 176, Courtroom 16
Los Angeles, CA 90012

Re:   United States v. Melvyn I. Weiss, No. CR 05-587(E)-JFW

Dear Judge Walter:

I am writing to respectfully request that your sentencing of Attorney Melvyn Weiss be merciful.

Thus, please consider a sentence of community service for an extensive period of time and on a large scale. I truly believe that many people would benefit from this type of sentence.

It bears divulging that I am a Connecticut based securities and tort defense attorney, primarily representing public and private corporations and their directors and officers. I am also a Republican, having worked on President Bush's campaigns, and now on Senator McCain's campaign. I am sure that most of my clients and fellow Republicans do not feel any empathy for Mel Weiss. I am, in fact, the antithesis of a plaintiff's trial attorney and have had my own problems with the plaintiff's bar. However, I never had any problems with Mel. While I understand there has been a guilty plea, I never saw Mel exhibit any untoward conduct.

I first met Mel in connection with a defense case I was monitoring for an insurance carrier. I certainly had heard of him and his firm before and my expectations were jaundiced at best. However, like so many people I know, including every conservative friend of mine that I've introduced to Mel, my expectations were tempered after personally meeting the man and spending some time with him. While he has been depicted as the devil incarnate, and continues to be, at our initial meeting, he was gracious, sincere and fair.

**630**

Honorable John F. Walt___
United States District Court
May 5, 2008
2 | P a g e

After that meeting, I had occasion to be peripherally involved in cases he brought. I then met him again a few years later when I referred him a case against an unscrupulous insurance carrier. We met several times over several months to vet the matter, and while he ended up not taking the case, a close friendship began to evolve. We began spending significant time with each other's families. He has spent time with my 72 year old father, a former high school headmaster in a Connecticut private school. My father, who spent 42 years in education at the same school, thereby becoming somewhat of an expert on reading people, was very taken with Mel, and his inherent goodness. Despite our vast political differences (Mel is always up for a good debate), I always respected his altruism and philanthropy (legal aid, black causes and Jewish charities, to name a few). His children exhibit the same attributes. He is truly one who roots for the underdog including when there is no contingent fee to be had. This is why I am rooting for Mel Weiss.

While we have all heard the refrain, "The punishment should fit the crime", in this matter, the punishment should also fit the person. Mel's natural inclination towards altruism and philanthropy warrants a sentence that's consistent therewith. He is a brilliant lawyer, who at 72 years old will be disbarred and shamed. He should devote all his time, not behind bars, but behind a desk and computer, donating his legal and accounting knowledge to those in need. A lengthy incarceration would not be a benefit to society, particularly in light of what Mr. Weiss still has to offer and has offered to so many people so many times before.

Respectfully yours,

Jonathan P. Whitcomb

JPW/sm

H:\LIT\JPW\Judge Walter 5.5.08 letter.doc

631

April 20, 2008

Honorable John F. Walter
United States District Court
Central District of California
312 N. Spring Street
Room 176, Courtroom 16
Los Angeles, CA  90012

Re:  United States v. Melvyn I. Weiss, No. CR 05-587(E)-JFW

Dear Judge Walter:

I am writing this letter in connection with the above-referenced criminal case presently pending in the Central District of California.  The following will explain how I am related to Melvyn I. Weiss.

My name is Janis B. Whitfield.  I was born, raised and educated in Brooklyn, New York.  My family relocated to Florida in 1968.  Presently my husband and I reside and work in Tallahassee, Florida; we own a real estate corporation.

Melvyn Weiss is my cousin by marriage to Barbara Weiss.  Mel's wife Bobbi is my first cousin (her father was my mother's brother and her mother was my father's sister.)  Indeed a close and loving family connection.  In fact, Bobbi and I were raised living next door to each other from childhood until Bobbi met Mel and eventually they married and relocated.

As the years passed, my respect , admiration and love for Mel have grown.  He is a kind loving son, husband, father, grandfather and cousin.  Our families never lost contact.  In fact, in November 2007, Mel, Bobbi, and their daughter Leslie joined us at the celebration of my daughter's wedding.  At the reception Mel had a beaming smile on his face and a dance in his heart.

Finally, I have followed Mel's career as an attorney for many years, and respect his dedication, intelligence, accomplishment, professionalism, and willingness to make a difference.  Throughout his journey of excellence Mel has been my hero.  I adore Mel and will always consider him to be an outstanding , gifted human being.  He has demonstrated nothing but superior qualities.

**632**

To date, I am personally aware of Mel's decision to plead guilty; he has expressed true remorse regarding his misconduct . And,  Mel  will never lose my support or respect.  This letter is to ask for mercy for a special man, Melvyn I. Weiss

Thank you.

Sincerely,

*Janis Whitfield*

Janis B. Whitfield

# W I L L I A M  E.  W O O D S, M.D.S.C.
## O B S T E T R I C S  &  G Y N E C O L O G Y

**WILLIAM E. WOODS, M.D.**                    **CARMEN WOODS-HOLLOWELL, M.D.**

April 15, 2008

Honorable John F. Walter
United States District Court
Central District of California
312 N. Spring Street
Room 176, Courtroom 16
Los Angeles, CA   90012

Re: United States v. Melvyn I. Weiss
No. CR 05-587(E) -- JFW

Dear Judge Walter:

My name is William Earl Woods. I am a practicing physician in the Northern Suburbs of Chicago, Illinois. This letter is being written to ask the Court's mercy in the upcoming sentencing hearing of Mr. Melvyn I. Weiss.

I have known Mr. Weiss for several years and have always found him to be an upstanding and forthright individual. He invited me into his circle of friends and family based only on the observation that I appeared to be someone who would enjoy the company of his friends and family. I have seen nothing but generosity and genuine concern for friends, family and mankind at large exhibited by his actions.

Mr. Weiss is a great philanthropist who gives generously to many charitable organizations nationwide. He was recently honored by friends for his benevolence, and all gifts he received were donated to his charitable organizations. I feel that Mr. Weiss has many more years to give toward the betterment of mankind.

I have often used Mr. Weiss as a role model for interpersonal relationships and have tried to pattern my own approach to life and family relationships after his. I pray that the court will show mercy in this case, and afford Mr. Weiss the opportunity to continue to make meaningful contributions to society.

Sincerely yours,

*William Earl Woods*

William E. Woods

**634**

**MICHAEL WM. ZAVIS**
**17317 Bridleway Trail**
**Boca Raton, FL 33496**

Honorable John F. Walter
United States District Court
Central District of California
312 N. Spring Street
Room 176 Courtroom 16
Los Angeles, CA 90012

Re:  United States v. Melvyn Weiss
     No. CR 05-587 (E) – JFW

Dear Judge Walter:

My name is Michael Wm. Zavis, and I have been a licensed Illinois Attorney since 1961.  I retired nearly 6 years ago.  Prior to my retirement and since 1974 I was a founding managing partner of the firm of Katten, Muchin & Zavis (now named Katten, Muchin & Roseman), with offices in Chicago, Los Angeles, Washington D.C. and New York and with over 400 attorneys by the time of my retirement.

I first met Mr. Weiss about 17 years ago when my firm and his were adversaries in "class action corporate litigation", with my firm representing a corporate defendant and his firm the plaintiffs' class.  Since then, on an infrequent but steady basis, we found our respective firms on the opposite sides in similar cases.  At all times, we (myself and those members of my firm involved in such cases) found Mr. Weiss to be an honorable, worthy, intelligent and fair adversary, professionally representing his clients in a highly competent manner, consistent with applicable legal and ethical standards and requirements.  We developed considerable respect for Mr. Weiss' legal ability and never found reason to complain about or object to his conduct in our cases.

Ultimately, I became associated with Mr. Weiss on a social (both ourselves and our families) basis and we became "good and fast" friends.  In this context, we have spent time together in all sorts of social settings, including travel.  Mr. Weiss has been a good and trustworthy friend, one you could lean-on for support, assistance and guidance and one who NEVER turns down a request for a charitable contribution or a time commitment of support.

Mel has vast experience and considerable talent to contribute to our society and the time he must now allocate to society for his errors might best be directed to his providing to the legal needs of economically less fortunate members of our society with an institution like Legal Aid or a similar body.  One conclusion I arrived at during my 43 year career in the law was that it was unusual for those without considerable economic resources to receive adequate legal representation or to even afford to participate in the judicial process, and this group encompasses the vast majority of our citizens.  This imbalance has lead to the declining respect for the law and those of the law, by many of our citizens and this, in turn, has resulted in the weakening of our society's basic fabric which is so dependent upon the law as a means to resolve disputes in an amicable manner.

**635**

Accordingly, I respectfully request you take the above into account when rendering your determination as to the appropriate sentence for Mr. Weiss.

Michael Wm. Zavis